**EXHIBIT B**

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Antonio Francisco Acfalle

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                   <u>05/19/1982</u>

Technician Number(s):                  <u>DVNC802537</u>

Current address:                            <u>1409 Kershaw Loop, Fayetteville, NC, 28314</u>

Cell phone number (with area code):  <u>910-364-7880</u>

Home phone number (with area code):

E-mail address (primary):               <u>tony_b@nc.rr.com</u>

1121579

2.    **Education -- High School.**

      High School Graduate?             <u>Yes</u>

      Name of high school:             <u>Westover High School</u>

      School location (city, state):    <u>Fayetteville, NC</u>

3.    **Education - College.**

      College Graduate?              <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

           <u>Yes</u>

1121579

If "yes," please provide the following:
    Licenses held:                            <u>Residential SBCA</u>

    Level of SBCA Certification:         <u>Level 2</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>Mastec, Mi Bre Electronics Services</u>

    Address:                             <u>Raleigh, NC and Greensboro, NC</u>

    Dates of your employment/membership:         <u>2004 to 2008 and 2011 to 2013</u>

6.      **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>Mastec and Mi Bre Electronics Services</u>

    Who paid the initial fees?         <u>Mastec and Mi Bre Electronics Services</u>

    Who paid the renewal fees?        <u>Mastec and Mi Bre Electronics Services</u>

1121579

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

<u>**Training/Apprenticeship:**</u>

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121579

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

    <u>Yes</u>

If "yes," please provide the following information:

1121579

**<u>HSP:</u>**

| | |
|---|---|
| Name: | <u>Mastec</u> |
| Address: | <u>Fayetteville, NC and Raleigh, NC</u> |
| Telephone: | |
| Dates of engagement: | <u>2004-2008</u> |
| Position/title: | <u>Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2004-2008</u> |
| Did you have a contract with the HSP? | <u>I don't know</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Mastec</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>No one</u>

1121579

Were you ever asked to correct your work at a DIRECTV customer site?

Yes

If "yes," please describe the circumstances.:

Asked to go back on a job that was just completed to replace faulty equipment.

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Mastec had their own dispute center located in India.

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Received charge backs from anything like customer education to faulty equipment, anything that would go wrong within 90 days, you would get charged back for. Not sure how much was the total charge backs.

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

Yes

If "yes," please provide the following information:

1121579

EXHIBIT B
Page 000055

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Mi Bre Electrics Services</u> |
| Address: | <u>803 Oakbury Court Greensboro, NC</u> |
| Telephone: | <u>336-549-3048</u> |
| Dates of engagement: | <u>2011 to 2012</u> |
| Position/title: | <u>Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2011 to 2012</u> |

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>No</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>Yes</u>

If "yes," please describe what you know about that contract (terms, etc.).

<u>Subcontractor had contract with DIRECTV Home Services, directly for DIRECTV.</u>

1121579

EXHIBIT B
Page 000056

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>DIRECTV</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>DIRECTV</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u> site?

If "yes," please describe the circumstances.:

<u>I was asked to replace equiment, realign dishes, and go back to the site for free.</u>

1121579

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>DIRECTV has their own inhouse dispute department.</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I would get charged back $40 to $50 for a truck roll within 90 days for anything. Total for the year 2012, I paid $2,233 in charge backs. Not sure for 2011.</u>

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121579

**Entity:**

| | |
|---|---|
| Name: | Mastec |
| Address: | Fayetteville, NC and Raleigh, NC |
| Telephone: | |
| Dates of employment: | 2004 to 2008 |
| Position/title: | Technician |
| Did you sign an employment agreement? | No |
| Tasks performed: | Installs and service calls |
| Name of supervisor/manager: | Gary Livingston |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | Piece-rate |
| Rate of pay/wage/salary: | $37 to $65 varies |
| Hours worked per week (Average): | 60-80 hours of week |
| Amounts owed (if applicable): | |
| Did you receive a: | W-2 |
| Who issued your 1099/W-2? | Mastec |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Not sure

1121579

Who provided your gas and/or transportation while employed?

     Mastec

Who provided any supplies or materials necessary to performing your job?

     Mastec

Who provided your tools and/or equipment?

     Self

Were you required to wear a uniform?     Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

     DIRECTV shirt

Who paid for the uniform?     Mastec paid for shirts, everything else bought and paid by self

Were you provided with a cell phone or cell phone service?     Yes

If "yes," who paid for the cell phone and/or service?

     Mastec

Were you provided with insurance benefits?     Yes

If "yes," who paid for your insurance policy?

     Mastec

1121579

EXHIBIT B
Page 000060

Who set your vacation policy?

<u>Mastec</u>

Who did you speak with to request days off?

<u>Gary Livingston, Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Gary Livingston, Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>Yes</u>

If "yes," please provide the following:

Name:                                              <u>Other Technicians</u>

Nature of help/assistance:                <u>Varies</u>

Frequency of help/assistance:          <u>Varies</u>

1121579

EXHIBIT B
Page 000061

Did you receive an employee handbook?     <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type     <u>No</u>
(*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Received charge backs from anything like customer education to faulty equipment anything that would go wrong within 90 days of installation. Not sure how much total I have received in charge backs.</u>

1121579

EXHIBIT B
Page 000062

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>Mi Bre Electrics Services</u> |
| Address: | <u>803 Oakbury Court Greensboro, NC</u> |
| Telephone: | <u>336-549-3048</u> |
| Dates of employment: | <u>2011 to 2012</u> |
| Position/title: | <u>Technician</u> |
| Did you sign an employment agreement? | <u>Yes</u> |
| Tasks performed: | <u>Installs and service calls</u> |

1121579

Name of supervisor/manager:                  Brenda Vance, Owner

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                      Piece-rate

Rate of pay/wage/salary:

Hours worked per week (Average):             50 hours per week

Amounts owed (if applicable):

Did you receive a:                           1099

Who issued your 1099/W-2?                    Mi Bre Electrics Services

Who kept track of your hours? If you kept track of your own hours, how did you
keep track of your hours and to whom did you report your hours?

    No one

Who provided your gas and/or transportation while employed?

    Self

Who provided any supplies or materials necessary to performing your job?

    Self

1121579

EXHIBIT B
Page 000064

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

    <u>Self</u>

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No one</u>

Who did you speak with to request days off?

    <u>Brenda Vance, Owner</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Brenda Vance, Owner</u>

1121579

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>On the job training</u>

Instructor/trainer:    <u>Another technician</u>

Where was the training held?:    <u>On site</u>

Who paid for the training?

1121579

Did you ever have a charge-back for your work?                <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Received charge back $40 to $50 for a truck roll within 90 days for anything. All total for the year 2012, I paid $2,233 in charge backs. Not sure about 2011.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?                <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Carolina Cable for Time Warner Cable</u>

1121579

Address:                                               Fayetteville, NC

Telephone:

Dates of employment:                                   2009 to 2011

Position/title:                                        Technician

Did you sign an employment agreement?                  No

Tasks performed:                                       Installed cable television

Name of supervisor/manager:                            Frank Lewis

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                               Piece-rate

Rate of pay/wage/salary:                               56% of gross pay

Hours worked per week (Average):                       50 hours per week

Amounts owed (if applicable):

Did you receive a:                                     W-2

Who issued your 1099/W-2?                              First 1099 issued then changed to
                                                       W-2 by Caroline Cable.

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    We never kept track of hours.

1121579

EXHIBIT B
Page 000068

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Time Warner Cable</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Company logo, blue shirt</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121579

EXHIBIT B
Page 000069

Who set your vacation policy?

    <u>No one</u>


Who did you speak with to request days off?

    <u>Frank Lewis, Supervisor</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Frank Lewis, Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121579

EXHIBIT B
Page 000070

| | |
|---|---|
| Did you receive an employee handbook? | <u>No</u> |

If "yes," who provided the handbook?

| | |
|---|---|
| Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)? | <u>Yes</u> |

If "yes," please provide the following:

| | |
|---|---|
| Type of training: | <u>Basic job training</u> |
| Instructor/trainer: | <u>Joe Hazelett</u> |
| Where was the training held?: | <u>On the job training</u> |
| Who paid for the training? | <u>Trainer paid for training, out of pocket</u> |
| Did you ever have a charge-back for your work? | <u>No</u> |

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121579

EXHIBIT B
Page 000071

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>I was not paid for custom work and I was never paid to go back to a job to replace equipment or materials within the 90 days to avoid a charge back. If technicians didn't return to a job site to correct work, they would receive a chargeback, in order to avoid these chargebacks technicians returned to the job and didn't get paid for it. Technicians would only get paid for jobs where the equipment was activated, if the customer had bad credit with DIRECTV and you were unable to activate the account, you were not paid for that install. I did not get paid for assembling non-HD dishes, we were only paid for assembling HD dishes. I did not get paid for the travel time spent driving to and from a depot to get supplies and materials, cleaning my own van, attending meetings, and getting the work schedule in the morning.</u>

1121579

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>5 to 10 hours a week</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

<u>Was not allowed to talk about anything.</u>

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121579

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Antonio Acfalle

1121579

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit").   This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents.   Please answer all questions below completely and truthfully.

### *Questionnaire*

1.      **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Anthony Phillip Addison

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          07/11/1963

Technician Number(s):

Current address:                          13625 Adele St.

Cell phone number (with area code):          760-605-4883

Home phone number (with area code):          760-245-3232

E-mail address (primary):                 manman698@aol.com

1123280

2.      **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                           <u>Banning High</u>

School location (city, state):                 <u>Wilmington, CA</u>

3.      **Education - College.**

College Graduate?                              <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1123280

If "yes," please provide the following:
Licenses held: <u>SBCA</u>

Level of SBCA Certification: <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

<u>Yes</u>

If "yes," please provide the following:
Name of employer/association/entity: <u>DIRECTV HSP</u>

Address: <u>Victorville, CA</u>

Dates of your employment/membership: <u>12/08/2008-09/05/2009</u>

6. **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated with this training, if any? <u>Self</u>

Who paid the initial fees? <u>Self</u>

Who paid the renewal fees? <u>Self</u>

1123280

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:    <u>DIRECTV HSP</u>

Nature of training or apprenticeship:    <u>DIRECTV Installations</u>

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123280

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.      **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

       <u>Yes</u>

If "yes," please provide the following information:

1123280

**HSP:**

Name:                                   <u>DIRECTV</u>

Address:                                <u>Victorville, CA</u>

Telephone:
Dates of engagement:                    <u>12/08/2008-09/05/2009</u>

Position/title:                         <u>Installer</u>

Approximate dates of DIRECTV work orders:   <u>02/2009-09/2009</u>

Did you have a contract with the HSP?   <u>No</u>

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

  <u>Supervisor</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

  <u>Supervisor</u>

1123280

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Asked to change fitting and move a satellite dish.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1123280

**Subcontractor:**

Name:                                          Liberty Installation Service

Address:                                       15188 Laguna Seca Dr.
                                               Victorville, CA
Telephone:                                     909-986-5355

Dates of engagement:                           12/2009-11/15/2010


Position/title:                                Installer

Approximate dates of DIRECTV work              12/27/2009-11/15/2010
orders:


Did you have a contract with the subcontractor?        No


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).




1123280

EXHIBIT B
Page 000082

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    <u>DIRECTV Supervisors</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>DIRECTV Supervisors</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Asked to replace fittings, move satellite dishes and swap out defective</u>
    <u>receivers, LNB's and splitters.</u>

1123280

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>DIRECTV Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Charged to replace equipment, charged $25 to $40. DIRECTV charged the subcontractor and the subcontractor charged installer. How amount was calculated is unkown.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Satellite 2 U</u> |
| Address: | <u>13963 Kicking Horse Cir., Victorville, CA</u> |
| Telephone: | <u>760-508-9430</u> |
| Dates of engagement: | <u>12/30/2010-10/08/2012</u> |
| Position/title: | <u>Installer</u> |
| Approximate dates of DIRECTV work orders: | <u>12/30/2010-10/08/2012</u> |

1123280

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1123280

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

n/a

Who supervised and/or reviewed your work at DIRECTV customer sites?

n/a

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

1123280

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Advanced Communications</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>To exchange LNB's, receivers and splitters, $50 for chargebacks.
Advanced Communications charged Satellite 2U and Satellite 2U
charged installer. Installer had to fix problem.</u>

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123280

**Entity:**

| | |
|---|---|
| Name: | <u>DIRECTV</u> |
| Address: | <u>Victorville, CA</u> |
| Telephone: | |
| Dates of employment: | <u>12/08/2008-09/05/2009</u> |
| Position/title: | <u>Service Technician</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>Repair and install equipment</u> |
| Name of supervisor/manager: | <u>Ernie</u> |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>hourly</u> |
| Rate of pay/wage/salary: | <u>$15</u> |
| Hours worked per week (Average): | <u>40</u> |
| Amounts owed (if applicable): | |
| Did you receive a: | <u>W-2</u> |
| Who issued your 1099/W-2? | <u>DIRECTV</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>DIRECTV  time card machine</u>

1123280

Who provided your gas and/or transportation while employed?

DIRECTV

Who provided any supplies or materials necessary to performing your job?

DIRECTV

Who provided your tools and/or equipment?

DIRECTV

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue DIRECTV shirt with DIRECTV logo, boots, black or tan khaki's.

Who paid for the uniform?          DIRECTV provided shirts. I paid for boots and pants.

Were you provided with a cell phone or cell phone service?          Yes

If "yes," who paid for the cell phone and/or service?

DIRECTV

Were you provided with insurance benefits?          No

If "yes," who paid for your insurance policy?

1123280

EXHIBIT B
Page 000089

Who set your vacation policy?

    <u>DIRECTV</u>

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>DIRECTV</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Performance and Employment Policies</u>

1123280

Instructor/trainer:                                    <u>Nick</u>


Where was the training held?:                          <u>DIRECTV</u>

Who paid for the training?                             <u>DIRECTV</u>


Did you ever have a charge-back for your               <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

        <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1123280

EXHIBIT B
Page 000091

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Liberty Satellite Services</u>

Address:                                 <u>Victorville, CA</u>

Telephone:                               <u>909-986-5355</u>

Dates of employment:                     <u>12/10/2009-11/15/2010</u>

Position/title:                          <u>Installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                         <u>Installed DIRECTV equipment</u>

Name of supervisor/manager:              <u>Danny</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):    <u>piece rate</u>

Rate of pay/wage/salary:                 <u>Average $600 a week</u>

Hours worked per week (Average):         <u>60</u>

Amounts owed (if applicable):

1123280

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?                    <u>Liberty Satellite Services</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>n/a</u>

Who provided your gas and/or transportation while employed?

        <u>Supplied own gas and transportation</u>


Who provided any supplies or materials necessary to performing your job?

        <u>Supplied all materials</u>

Who provided your tools and/or equipment?

        <u>Self</u>


Were you required to wear a uniform?                <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

        <u>Blue shirt with DIRECTV logo, boots and khakis</u>


Who paid for the uniform?                        <u>self</u>

1123280

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

<u>n/a</u>

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123280

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>DIRECTV</u>

Instructor/trainer:                            <u>Nick</u>

Where was the training held?:                  <u>DIRECTV offices</u>

Who paid for the training?                     <u>n/a</u>

Did you ever have a charge-back for your       <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      <u>Charged to replace equipment. Charged $25 to $40. DIRECTV charged</u>
      <u>subcontractor and subcontractor charged installer. How amount was</u>
      <u>calculated is unknown.</u>

1123280

EXHIBIT B
Page 000095

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>Nick</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:    <u>Satellite 2 U</u>

Address:

Telephone:

Dates of employment:

Position/title:    <u>installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:    <u>installed satellite dishes</u>

1123280

EXHIBIT B
Page 000096

Name of supervisor/manager:                    <u>Floyd</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>piece rate</u>

salary):

Rate of pay/wage/salary:                       <u>$70/$15</u>


Hours worked per week (Average):               <u>60+</u>

Amounts owed (if applicable):                  <u>?</u>


Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Satellite 2 U</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

1123280

Who provided your tools and/or equipment?

    <u>self</u>


Were you required to wear a uniform?      <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue DIRECTV shirt, blue or black pants, boots</u>

Who paid for the uniform?      <u>self</u>

Were you provided with a cell phone or cell phone service?      <u>No</u>

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>none</u>


Who did you speak with to request days off?

    <u>Floyd</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Floyd</u>

1123280

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1123280

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>To exchange LNB's, receivers and splitters, $50 for chargebacks. Advanced Communications charged Satellite 2U and Satellite 2U charged installer. Installer had to fix problem.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1123280

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

We did not received payment for tasks such as driving to and from a depot to get supplies or schedules, assembling satellite dishes, attending meetings, cleaning work truck, and follow up appointments with customers.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

30 hours

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

None

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1123280

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Anthony Addison

1123280

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Esteban Guillermo Aguilar

Maiden name (if applicable):                    <u>Leon</u>

Nicknames and aliases (current and former):

Date of birth:                                   <u>12/02/1981</u>

Technician Number(s):                            <u>PRWI005072, 070140, 7600, SLWI070140</u>

Current address:                                 <u>3121 S. 22nd St., Milwaukee, WI 53215</u>

Cell phone number (with area code):              <u>414-202-4659</u>

Home phone number (with area code):              <u>414-215-5064</u>

E-mail address (primary):                        <u>Estebanaguilar08@gmail.com</u>

1120932

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Governor Livingston High School</u>

School location (city, state):           <u>Berkley Heights, NY</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120932

EXHIBIT B
Page 000104

If "yes," please provide the following:
    Licenses held:           <u>Satellite Installer</u>

    Level of SBCA Certification:      <u>not sure, it expired in 2010</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Direct Sat.</u>

    Address:               <u>N. 67th St. and W. Calumet Rd.,</u>
                                 <u>Milwaukee, WI</u>

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>not sure</u>

    with this training, if any?

    Who paid the initial fees?         <u>not sure</u>

    Who paid the renewal fees?

1120932

7. **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8. **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9. Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120932

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

Yes

If "yes," please provide the following information:

1120932

EXHIBIT B
Page 000107

**HSP:**

Name:                                          Premiere Communications

Address:                                       Milwaukee, WI

Telephone:

Dates of engagement:                           2007-2008

Position/title:                                technician

Approximate dates of DIRECTV work              2007-2008
orders:

Did you have a contract with the HSP?          No

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

        Premiere Communications

Who supervised and/or reviewed your work at DIRECTV customer sites?

        Jose Gonzalez

1120932

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jose Gonzalez</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Anytime customer will call about their DirecTV system not working properly.  Chargebacks were flat rate of $60 per customer service.</u>

**<u>HSP:</u>**

Name:                                    <u>Sky Link</u>

Address:                               <u>Milwaukee, WI</u>

Telephone:

1120932

Dates of engagement:                           <u>2008-2009</u>

Position/title:                                <u>Technician</u>

Approximate dates of DIRECTV work              <u>2008-2009</u>
orders:

Did you have a contract with the HSP?          <u>No</u>


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Sky Link</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Jose Gonzalez</u>


1120932

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jose Gonzalez</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Anytime customer will call about their DIRECTV system not working properly. Chargebacks were flat rate of $60 per customer service.</u>

**HSP:**

Name:                                      <u>Direct Sat</u>

Address:                                   <u>Milwaukee, WI</u>

Telephone:

1120932

EXHIBIT B
Page 000111

Dates of engagement:                              <u>2010</u>

Position/title:                                    <u>technician</u>

Approximate dates of DIRECTV work                  <u>2010</u>
orders:

Did you have a contract with the HSP?              <u>Yes</u>

If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Direct sat</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Jose Gonzalez or Luis Gonzalez</u>


1120932

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Direct Sat</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>$60 flat rate everytime customer called to DirecTV.</u>

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120932

**Subcontractor:**

Name:                                    <u>Midwest Cable</u>

Address:                                 <u>Milwaukee, WI</u>

Telephone:

Dates of engagement:                     <u>2009-2010</u>

Position/title:                          <u>technician</u>

Approximate dates of DIRECTV work        <u>2009-2010</u>
orders:

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120932

EXHIBIT B

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Midwest Cable</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Jose Gonzalez Sr.</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u> site?

If "yes," please describe the circumstances.:

1120932

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Jose Gonzalez

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Anytime customer will call about their DirecTV system not working properly.  Chargebacks were flat rate of $60.per customer service.

12.   **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13.   **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120932

**Entity:**

| | |
|---|---|
| Name: | Sky Link |
| Address: | Milwaukee, WI |
| Telephone: | |
| Dates of employment: | 2008-2009 |
| Position/title: | technician |
| Did you sign an employment agreement? | No |
| Tasks performed: | installed satellite dishes |
| Name of supervisor/manager: | Jose Gonzalez |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | piece rate |
| Rate of pay/wage/salary: | $70/$25 |
| Hours worked per week (Average): | 80+ |
| Amounts owed (if applicable): | |
| Did you receive a: | 1099 |
| Who issued your 1099/W-2? | Sky Link |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

no one

1120932

EXHIBIT B
Page 000117

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Blue DIRECTV shirt with khaki pants.</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120932

EXHIBIT B
Page 000118

Who set your vacation policy?

Who did you speak with to request days off?

<u>Jose Gonzalez</u>

Who did you speak with when you had any complaints regarding your job?

<u>Jose Gonzalez</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>No</u>

If "yes," please provide the following:

Type of training:

1120932

<u>**VERIFICATION**</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Estaban Aguilar

1120932

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Anytime customer will call about their DirecTV system not working properly.  Chargebacks were flat rate of $60 per customer service.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120932

Did you work for any other person or company, including yourself, while employed in this position?                  <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Midwest Cable, Inc.</u>

Address:                                     <u>Greenbay Ave. and Silver Springs</u>

Telephone:

Dates of employment:

Position/title:                              <u>Installer</u>

Did you sign an employment agreement?        <u>Yes</u>

Tasks performed:                             <u>Install satellite and receivers</u>

Name of supervisor/manager:                  <u>Jose Gonzalez, Sr.</u>

Method of pay (*i.e.*, piece-rate, hourly,

salary):                                     <u>piece-rate</u>

Rate of pay/wage/salary:                     <u>starting at $70 on install and $25 on service calls</u>

Hours worked per week (Average):             <u>15 hours a day, 6 days</u>

Amounts owed (if applicable):

1120932

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?                    <u>Midwest Cable</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Nobody kept track, we got paid by the job completed.</u>

Who provided your gas and/or transportation while employed?

    <u>I paid for my own gas and my own van.</u>


Who provided any supplies or materials necessary to performing your job?

    <u>I bought every tool or material except for dish or receivers.</u>

Who provided your tools and/or equipment?

    <u>I did</u>


Were you required to wear a uniform?                    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue shirt with DirecTV logo and khaki pants.</u>


Who paid for the uniform?                    <u>I did</u>

1120932

EXHIBIT B
Page 000123

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

<u>(We were charged $100 a month for Workers' Compensation)</u>

Who set your vacation policy?

<u>was not giving any vacation</u>


Who did you speak with to request days off?

<u>Manager Jose Gonzalez</u>


Who did you speak with when you had any complaints regarding your job?

<u>Manager Jose Gonzalez</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1120932

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Flat rate $60 for any time customer called DirecTV either installed or service calls.</u>

1120932

EXHIBIT B

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                       <u>Kohl's Call Center</u>

Address:                                  <u>Milwaukee, WI</u>

Telephone:

Dates of employment:                   <u>2010-present</u>

Position/title:                           <u>Customer Service</u>

Did you sign an employment agreement?     <u>No</u>

Tasks performed:

1120932

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1120932

EXHIBIT B
Page 000127

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120932

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120932

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                    Direct Sat

1120932

Address:                                            N. 67th and Calumet Rd.

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?          Yes

Tasks performed:                                   Install satellites and receivers

Name of supervisor/manager:                        Jose Gonzalez, Jr.

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                           piece-rate

Rate of pay/wage/salary:                           $70/install and $25/service call

Hours worked per week (Average):                   15 hrs/day for 6 days

Amounts owed (if applicable):

Did you receive a:                                 1099

Who issued your 1099/W-2?                           Direct Sat

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one kept track

1120932

EXHIBIT B
Page 000131

Who provided your gas and/or transportation while employed?

<u>I paid for everything</u>

Who provided any supplies or materials necessary to performing your job?

<u>No one kept track</u>

Who provided your tools and/or equipment?

<u>I bought own tools</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>blue shirt, khaki pants</u>

Who paid for the uniform?          <u>I did</u>

Were you provided with a cell phone or cell phone service?          <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?          <u>No</u>

If "yes," who paid for your insurance policy?

1120932

Who set your vacation policy?

    <u>no vacation days given</u>

Who did you speak with to request days off?

    <u>Managers</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Direct Sat / Managers</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>New hire training and basics</u>

1120932

Instructor/trainer:                          <u>unknown</u>


Where was the training held?:                <u>67th St and Calumet Rd</u>

Who paid for the training?                   <u>company</u>


Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

     <u>$60 flat rate</u>


Did you ever speak with any DIRECTV employee regarding your work?

     <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.


1120932


EXHIBIT B
Page 000134

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Premiere Communications</u>

Address:                                 <u>Milwaukee, WI</u>

Telephone:

Dates of employment:                     <u>2007-2008</u>

Position/title:                          <u>technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                         <u>installed satellite dishes</u>

Name of supervisor/manager:              <u>Jose Gonzalez</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:                 <u>$75/$25</u>

Hours worked per week (Average):         <u>80+</u>

Amounts owed (if applicable):

1120932

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?                    <u>Premiere Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

      <u>no one</u>

Who provided your gas and/or transportation while employed?

      <u>self</u>

Who provided any supplies or materials necessary to performing your job?

      <u>self</u>

Who provided your tools and/or equipment?

      <u>self</u>

Were you required to wear a uniform?                    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

      <u>Blue shirt with DIRECTV logo and khaki pants</u>

Who paid for the uniform?                    <u>self</u>

1120932

EXHIBIT B
Page 000136

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120932

Did you receive an employee handbook?     <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type     <u>No</u>
(*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Anytime customer will call about their DirecTV system not working properly.  Chargebacks were flat rate of $60 per customer service.</u>

1120932

EXHIBIT B
Page 000138

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

<u>Acknowledge work schedules in the morning, drove to and from depot to get supplies or schedules, had to clean out work vehicle, had to attend meetings, assemble satellite dishes, go back and work on installs that were never completed, follow up appointments with customers and assisted other technicians with installs.</u>

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>30+</u>

1120932

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120932

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Al Azawi  Zaid

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                      <u>12/28/1980</u>

Technician Number(s):                    <u>MBTX030009, DWTX030009</u>

Current address:                               <u>4149 Bellaire Blvd Apt 101</u>
                                                            <u>Houston, TX 77025-1026</u>

Cell phone number (with area code):   <u>713-213-2455</u>

Home phone number (with area code):

E-mail address (primary):                  <u>zaidkhh@yahoo.com</u>

1120852

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Almarkazia</u>

School location (city, state):           <u>Baghdad, Iraq</u>

3.    **Education - College.**

College Graduate?                        <u>Yes</u>

Name of college:                         <u>University of Technology</u>

School location (city, state):           <u>Baghdad, Iraq</u>

Dates attended:                          <u>1998-2002</u>

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>Yes</u>

Name of post-secondary school:           <u>San Jacinto College</u>

School location (city, state):           <u>Pasadena, CA</u>

Dates attended:                          <u>2010-2012</u>

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120852

EXHIBIT B
Page 000142

If "yes," please provide the following:
    Licenses held:                 <u>Do not remember</u>

    Level of SBCA Certification:       <u>Do not remember</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

      <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>All Tech</u>

    Address:                 <u>16126 Southwest Freeway</u>
                             <u>Sugarland, TX</u>

    Dates of your
    employment/membership:        <u>9/30/2009-10/00/2010</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>All Tech</u>

    with this training, if any?

    Who paid the initial fees?         <u>All Tech</u>

    Who paid the renewal fees?       <u>None</u>

1120852

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

   <u>No</u>

   **<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

   <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120852

EXHIBIT B
Page 000144

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120852

EXHIBIT B

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120852

EXHIBIT B
Page 000146

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120852

**Subcontractor:**

Name:                                          <u>All Tech Communications</u>

Address:                                       <u>Sugarland, TX</u>

Telephone:

Dates of engagement:                           <u>September 30, 2009-November 2010</u>

Position/title:                                <u>Satellite Technician</u>

Approximate dates of DIRECTV work orders:      <u>September 30, 2009-November 2010</u>

Did you have a contract with the subcontractor?        <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

    <u>MultiBand</u>

Did the subcontractor have a contract with DIRECTV?        <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120852

EXHIBIT B
Page 000148

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Supervisor at MultiBand</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Supervisor at MultiBand</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Screw was not tight, grounding is not attached properly, area is not clean,</u>
    <u>and if they did not like the location of the satellite.</u>

1120852

EXHIBIT B
Page 000149

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> MultiBand Dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Late to a customer site, receiver stopped working within the first 90 days, customer did not like the channels, dog chewed the cable, storm hit the dish, and if customer complaint was escalated to Vice President ($1500.00). Charged back $5,000 within the last year.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120852

**Entity:**

Name:                                                  All Tech Communications

Address:                                               Sugarland, TX

Telephone:

Dates of employment:                                   September 30, 2009-November 2010

Position/title:                                        Installation Technician

Did you sign an employment agreement?                  No

Tasks performed:                                       Installing DIRECTV Satellite Service

Name of supervisor/manager:                            Najeed

Method of pay (*i.e.*, piece-rate, hourly, salary):    Piece-rate

Rate of pay/wage/salary:

Hours worked per week (Average):                       70

Amounts owed (if applicable):

Did you receive a:                                     1099

Who issued your 1099/W-2?                              All Tech Communications

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

        No one.

1120852

EXHIBIT B
Page 000151

Who provided your gas and/or transportation while employed?

Self

Who provided any supplies or materials necessary to performing your job?

Self

Who provided your tools and/or equipment?

Self

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue DIRECTV Shirt and khaki pants

Who paid for the uniform?        Self; $20 a piece and you had to purchase three shirts

Were you provided with a cell phone or cell phone service?        No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?        No

If "yes," who paid for your insurance policy?

1120852

Who set your vacation policy?

>> No vacation

Who did you speak with to request days off?

>> Najeed

Who did you speak with when you had any complaints regarding your job?

>> No one.

Did anyone else ever help you perform or complete tasks as part of your job?

>> Yes

If "yes," please provide the following:

Name:                                              John and Alex

Nature of help/assistance:                         Helped when I got bitten by a
                                                   spider

Frequency of help/assistance:                      One time

1120852

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>On the job training/ 3-4 weeks</u>

Instructor/trainer:    <u>Alex</u>

Where was the training held?:    <u>At customer's homes</u>

Who paid for the training?    <u>Unpaid training</u>

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Late to a customer site, receiver stopped working within the first 90 days, customer did not like the channels, dog chewed the cable, storm hit the dish, and if customer complaint was escalated to Vice President ($1500.00). Charged back $5,000 within the last year.</u>

1120852

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>British Petroleum</u>

Address:                                 <u>Texas City. Texas</u>

Telephone:

Dates of employment:               <u>May 2008- Nov 2008</u>

Position/title:                        <u>Desktop Support/ IT</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?

1120852

EXHIBIT B

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120852

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120852

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                    Caprock Communications

1120852

Address:                                   Houston, TX


Telephone:

Dates of employment:                       November 2008-May 2009


Position/title:                            Network Operation Center

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


1120852

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120852

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120852

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120852

EXHIBIT B
Page 000163

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                          <u>Dell</u>

Address:                                       <u>Houston, TX</u>

Telephone:

Dates of employment:                 <u>December 2010- Present</u>

Position/title:                             <u>Fix computers</u>

Did you sign an employment agreement?

Tasks performed:

1120852

EXHIBIT B
Page 000164

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?

1120852

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120852

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120852

EXHIBIT B

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120852

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Driving to and from the depot to get supplies and schedules. cleaning my van, acknowledging work schedules, attending meetings, work on installs that were not completed, follow up appointments with customers, assisting other technicians with installs, and trainings.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

15-20 hours per week

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

None.

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120852

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Zaid Alazawi

1120852

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Ernesto  Alanis Jr.

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                    4/23/1973

Technician Number(s):         MATX911574

Current address:              211 E. McGregor St. Harlingen, TX 78550

Cell phone number (with area code):    956-778-9065

Home phone number (with area code):    n/a

E-mail address (primary):         ealanis1973@yahoo.com

1121128

2.      **Education -- High School.**

　　　　High School Graduate?　　　　　　　　<u>Yes</u>

　　　　Name of high school:　　　　　　　　<u>Harlingen High School</u>

　　　　School location (city, state):　　　　<u>1301 E. Marshall</u>

3.      **Education - College.**

　　　　College Graduate?　　　　　　　　<u>No</u>

　　　　Name of college:

　　　　School location (city, state):

　　　　Dates attended:

4.      **Education - Other Post-Secondary.**

　　　　Post-Secondary Education?　　　　<u>No</u>

　　　　Name of post-secondary school:

　　　　School location (city, state):

　　　　Dates attended:

5.      **Licensure - SBCA/Accreditation.**

　　　　Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

　　　　　　<u>Yes</u>

1121128

EXHIBIT B
Page 000172

If "yes," please provide the following:
    Licenses held:          <u>Do not remember</u>

    Level of SBCA Certification:      <u>Level 1</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>San-Satt</u>

    Address:          <u>2901 N. Expressway 281 Pharr, TX</u>

    Dates of your employment/membership:    <u>3/11-5/11</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>San-Satt</u>

    with this training, if any?

    Who paid the initial fees?      <u>San-Satt</u>

    Who paid the renewal fees?      <u>San-Satt</u>

7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>No</u>

1121128

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

        <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1121128

EXHIBIT B
Page 000174

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121128

**<u>HSP:</u>**

    Name:

    Address:

    Telephone:

    Dates of engagement:

    Position/title:

    Approximate dates of DIRECTV work orders:

    Did you have a contract with the HSP?

    If "yes," please describe the terms of that contract:

    Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    Who supervised and/or reviewed your work at DIRECTV customer sites?

1121128

EXHIBIT B
Page 000176

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121128

**Subcontractor:**

Name:                                              Nu-Tech

Address:                                           San Benito, Texas

Telephone:

Dates of engagement:                               Jan 2009-June 2009

Position/title:

Approximate dates of DIRECTV work
orders:                                            Jan 2009-June 2009


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

        Verbal contract

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        Mastec


Did the subcontractor have a contract with DIRECTV?        No


If "yes," please describe what you know about that contract (terms, etc.).

1121128

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Mastec</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Mastec</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u> site?

If "yes," please describe the circumstances.:

<u>Satellite location, cabling, bad receivers, anything that needed to be fixed.</u>

1121128

EXHIBIT B
Page 000179

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Mastec</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back $3.00 for each receivers not connected to a land line and if the satellites were not grounded.</u>

1121128

**Subcontractor:**

Name:                                          <u>An-Sat</u>

Address:                                       <u>Progresso, TX</u>

Telephone:

Dates of engagement:                           <u>Sept 2010 - Nov 2010</u>

Position/title:                                <u>Satellite Technician</u>

Approximate dates of DIRECTV work              <u>Sept 2010 - Nov 2010</u>
orders:


Did you have a contract with the subcontractor?        <u>Yes</u>


If "yes," please describe the terms of that contract:

    <u>Signed contract regarding pay.</u>

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>Mastec</u>


Did the subcontractor have a contract with DIRECTV?        <u>No</u>


If "yes," please describe what you know about that contract (terms, etc.).

1121128

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Mastec Supervisor- Juan Sandoval</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Mastec</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Outside cabling, satellite location, perform wall fishes, and pole mounts.</u>

1121128

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

>  Mastec Supervisor- Juan Sandoval

Did you ever have a charge-back for your work at a DIRECTV customer site?

>  Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

>  Mastec imposed chargebacks of $3.00 for each receiver not connected to a land line and if the satellites were not grounded.

1121128

**Subcontractor:**

Name:                                                    San Antonio Satellites

Address:                                                 Pharr, TX

Telephone:

Dates of engagement:                          Feb 2011-July 2011

Position/title:                                        Installation Technician

Approximate dates of DIRECTV work
orders:                                                    Feb 2011-July 2011


Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

     Verbal, nothing signed

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

     Mastec


Did the subcontractor have a contract with DIRECTV?        No


If "yes," please describe what you know about that contract (terms, etc.).

1121128

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Mastec</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Mastec</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Outside cabling, satellite location had issues, perform wall fishes and</u>
<u>pole mounts.</u>

1121128

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Juan Sandoval or Manuel Mercado (supervisor at San Antonio Satellite)</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back $3.00 per receiver not connected to a land line and if satellites were not grounded.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121128

**<u>Entity</u>:**

Name:                                    <u>Self Employed</u>

Address:                                 <u>Harlingen, TX</u>

Telephone:

Dates of employment:                     <u>2005-2009; 2011- Present</u>

Position/title:                          <u>Painting and Dry-walling</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

1121128

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121128

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121128

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121128

EXHIBIT B
Page 000190

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                           An-Sat

Address:                                                    Progresso, TX

Telephone:

Dates of employment:                          Sept 2010 - Nov 2010

Position/title:                                          Installation Technician

Did you sign an employment agreement?    No

Tasks performed:                                 Installation of satellite

1121128

Name of supervisor/manager:                    <u>Self/Juan Sandoval</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):               <u>44</u>

Amounts owed (if applicable):

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Mastec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Business partner.</u>


Who provided your gas and/or transportation while employed?

    <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>DIRECTV provided receivers, satellites, video cable etc.</u>

1121128

Who provided your tools and/or equipment?

    <u>Self</u>


Were you required to wear a uniform?       <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Khaki shorts, blue DIRECTV polo shirt</u>


Who paid for the uniform?       <u>Self</u>

Were you provided with a cell phone or cell phone service?       <u>No</u>

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?       <u>No</u>

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>Self</u>


Who did you speak with to request days off?

    <u>Self</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Juan Sandoval</u>

1121128

EXHIBIT B
Page 000193

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121128

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Charge backs were imposed at $3.00 per receiver not connected to a land line. Charged back for satellite's that were not grounded.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Juan Sandoval</u>

Did you work for any other person or company, including yourself, while employed in this position?          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121128

**<u>Entity</u>:**

Name:                                                    <u>San Antonio Satellite</u>

Address:                                                <u>Pharr, TX</u>

Telephone:

Dates of employment:                         <u> Feb 2011-July 2011</u>

Position/title:                                      <u>Installation Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                                 <u>Installation of satellite</u>

Name of supervisor/manager:             <u>Manuel Mercado</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):       <u>44</u>

Amounts owed (if applicable):

Did you receive a:                               <u>1099</u>

Who issued your 1099/W-2?               <u>San Antonio Satellite</u>

1121128

EXHIBIT B
Page 000196

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    <u>No one.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Mastec</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?　　　　<u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Khaki pants and blue polo shirt with DIRECTV logo.</u>

Who paid for the uniform?　　　　<u>Self</u>

1121128

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>Manuel Mercado</u>

Who did you speak with to request days off?

    <u>Manuel Mercado</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Manuel Mercado or Juan Sandoval</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:    <u>Juan Garcia</u>

Nature of help/assistance:    <u>traveled and installed satellites together, "buddy system"</u>

Frequency of help/assistance:    <u>almost all the time</u>

1121128

EXHIBIT B
Page 000198

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

       <u>Charge backs were imposed at $3.00 per receiver that was not
connected to a land line. Charged back for satellites that were not
grounded.</u>

1121128

EXHIBIT B
Page 000199

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>Juan Sandoval</u>

Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:               <u>Nu-Tech</u>

Address:           <u>San Benito, TX</u>

Telephone:

Dates of employment:    <u>Jan 2009-June 2009</u>

Position/title:        <u>Installation Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:        <u>Installation of satellites</u>

1121128

Name of supervisor/manager:                          Juan Sandoval

Method of pay (*i.e.*, piece-rate, hourly,           Piece-rate

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):          30

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                 Never received 1099 from
                                          Nu-Tech when they shut down.

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

     Hours were not accounted for.


Who provided your gas and/or transportation while employed?

     Self


Who provided any supplies or materials necessary to performing your job?

     Mastec

1121128

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?       <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Khaki pants and blue DIRECTV polo shirt.</u>

Who paid for the uniform?       <u>Self</u>

Were you provided with a cell phone or cell phone service?       <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?       <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>Cindy</u>

Who did you speak with to request days off?

    <u>Cindy</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Cindy or Juan Sandoval</u>

1121128

Did anyone else ever help you perform or complete tasks as part of your job?

    Yes

If "yes," please provide the following:

Name:                                  Sometimes used buddy system

Nature of help/assistance:         installation of satellites

Frequency of help/assistance:     70%

Did you receive an employee handbook?    No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:                 On the job

Instructor/trainer:             Oscar

Where was the training held?:     Site of Installations

Who paid for the training?        Nu-Tech

1121128

EXHIBIT B
Page 000203

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Charge backs were imposed at $3.00 per receiver that was not hooked up to a land line. Charged back for satellites that were not grounded.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Juan Sandoval</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121128

EXHIBIT B
Page 000204

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Reviewing and responding to email from boss, confirming schedules, driving to and from depot to get supplies, driving to and from installation sites, mandatory meetings, and jobs that were incomplete.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10-15 hours a week</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                         Signed:

1121128

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ernesto Alaniz

1121128

**<u>DISCOVERY QUESTIONNAIRE</u>**

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

<u>*Questionnaire*</u>

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Cory Michael Albrecht

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    <u>03/27/74</u>

Technician Number(s):                  <u>SLWI070110, DSWI008901</u>

Current address:                            <u>N7495 County Rd. E, Plymouth,</u>
                                                        <u>WI 53073</u>

Cell phone number (with area code):  <u>920-254-6945</u>

Home phone number (with area code):

E-mail address (primary):                <u>won3mt93u@gmail.com</u>

1120821

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Sheboygan South High</u>

School location (city, state):           <u>Sheboygan, WI</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1120821

EXHIBIT B
Page 000208

If "yes," please provide the following:
    Licenses held:                     <u>Not sure</u>

    Level of SBCA Certification:     <u>Not sure</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Satellite Solutions LLC</u>

    Address:                        <u>Durant, OK</u>

    Dates of your employment/membership:    <u>12/2007-02/2010</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>Satellite Solutions</u>

    Who paid the initial fees?    <u>Satellite Solutions</u>

    Who paid the renewal fees?    <u>Satellite Solutions</u>

1120821

7.       **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

| | |
|---|---|
| Name of training provider or association: | Not sure |
| Nature of training or apprenticeship: | SBCA certificate |
| Were there any fees or costs associated with this training? | Yes |
| If "yes," who paid for these fees and/or costs? | Satellite Solutions |

8.       **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.       Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120821

Entity against whom the complaint was filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120821

EXHIBIT B
Page 000211

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120821

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1120821

EXHIBIT B
Page 000213

**Subcontractor:**

| | |
|---|---|
| Name: | Satellite Solutions LLC |
| Address: | Durant, OK |
| Telephone: | |
| Dates of engagement: | 12/2007-02/2010 |
| Position/title: | Technician |
| Approximate dates of DIRECTV work orders: | 12/2007-02/2010 |

Did you have a contract with the subcontractor?    No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?    No

If "yes," please describe what you know about that contract (terms, etc.).

1120821

EXHIBIT B
Page 000214

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Satellite Solutions</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>no one</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>
site?

If "yes," please describe the circumstances.:

1120821

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jim Jacobs</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Service call in 90 days, bad receivers, snow on dish, charged back $60.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120821

**<u>Entity</u>:**

Name:                                                    <u>PORO</u>

Address:                                               <u>Plymouth, WI</u>

Telephone:

Dates of employment:                        <u>2010-current</u>

Position/title:                                       <u>Order filler</u>

Did you sign an employment agreement?

Tasks performed:                               <u>pull lawn mowers and send out</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                             <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120821

EXHIBIT B
Page 000217

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120821

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120821

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120821

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>Kohler Pumbling Company</u>

Address:                                        <u>Kohler, WI</u>

Telephone:

Dates of employment:                    <u>1999-2007</u>

Position/title:                                  <u>One fire rover at large</u>

Did you sign an employment agreement?

Tasks performed:

1120821

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                        <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?




1120821

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120821

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120821

EXHIBIT B
Page 000224

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                              Satellite Solutions

1120821

Address:                                             Durant, OK

Telephone:

Dates of employment:                                 12/2007-02/2010

Position/title:                                      Technician

Did you sign an employment agreement?

Tasks performed:                                     install DIRECTV dishes

Name of supervisor/manager:                          Jim Jacobs

Method of pay (*i.e.*, piece-rate, hourly,           piece rate

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                     50-60

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                            Satellite Solutions

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

          no one

1120821

EXHIBIT B
Page 000226

Who provided your gas and/or transportation while employed?

> <u>self</u>

Who provided any supplies or materials necessary to performing your job?

> <u>self</u>

Who provided your tools and/or equipment?

> <u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> <u>Blue shirt with DIRECTV logo, tan pants.</u>

Who paid for the uniform?          <u>self</u>

Were you provided with a cell phone or cell phone service?          <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?          <u>No</u>

If "yes," who paid for your insurance policy?

1120821

EXHIBIT B
Page 000227

Who set your vacation policy?

<u>no vacation</u>


Who did you speak with to request days off?

<u>Jim Jacobs</u>


Who did you speak with when you had any complaints regarding your job?

<u>Jim Jacobs</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120821

Did you receive an employee handbook?            <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type            <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                            <u>SBCA</u>

Instructor/trainer:                                         <u>not sure</u>

Where was the training held?:

Who paid for the training?                                <u>Satellite Solutions</u>

Did you ever have a charge-back for your            <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Service call in 90 days, bad receivers, snow on dish, charged back $60.</u>

1120821

EXHIBIT B
Page 000229

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Drove to and from depot to get supplies and schedules, assembled dishes, cleaned out van, attended meetings, follow up appointments with customers and had to help other technicians complete jobs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10-20</u>

1120821

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120821

## <u>VERIFICATION</u>

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Cory Albrecht

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

   Name (First, Middle, Last):  john david albrecht

   Maiden name (if applicable):

   Nicknames and aliases (current and former):

   Date of birth:                                      06/14/1954

   Technician Number(s):

   Current address:                                1810 trout farm rd. jarrettsville, md.

   Cell phone number (with area code):    410-937-1005

   Home phone number (with area code):

   E-mail address (primary):                    jdalbrecht1810@live.com

1123188

2.    **Education -- High School.**

      High School Graduate?              <u>Yes</u>

      Name of high school:            <u>g.e.d.</u>

      School location (city, state):

3.    **Education - College.**

      College Graduate?              <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

           <u>Yes</u>

1123188

EXHIBIT B
Page 000234

If "yes," please provide the following:
  Licenses held:

  Level of SBCA Certification:      <u>satellite fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
  Name of employer/association/entity:   <u>protech communications</u>

  Address:

  Dates of your
  employment/membership:   <u>10/2019-10/2010</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

  Who paid the costs and fees associated   <u>me</u>

  with this training, if any?

  Who paid the initial fees?   <u>me</u>

  Who paid the renewal fees?

1123188

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123188

EXHIBIT B
Page 000236

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1123188

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate   dates   of   DIRECTV   work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1123188

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1123188

**Subcontractor:**

Name:                                        protech communications

Address:

Telephone:                               443-865-1476

Dates of engagement:              10/09-10/10

Position/title:                            satellite technician

Approximate dates of DIRECTV work      10/09-10/10
orders:

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        directv home services

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1123188

EXHIBIT B
Page 000240

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

protech

Who supervised and/or reviewed your work at DIRECTV customer sites?

directv home services, qc

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

cable fitting acceptance was changed randomly and often. one day a
certain cable fitting could be used and the next day it couldn't be used.
there was conflicting fitting acceptance at directv home services where
one qc tech would pass my work and another one would make me change
out my fittings to pass. the grounding of pole mounted dishes was
similar. certain qc techs would pass a ground screw drilled directly into
the pole while others required a ground strap be used.

1123188

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>directv home services</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>circumstances described above were charged back if i had already left the customer's site. charge backs were also incurred if the customer called directv within 90 days of work completed for whatever reason whether technician caused, customer caused, receiver defect, etc. chargebacks were usually $40.00 unless the occurrence was a "service within 7 " (a call from the customer within 7 days of service) then the chargeback was 100% paid to technician. the charge back was usually imposed by directv home services unless pressure was applied to protech by directv home services, then protech would impose the charge back.</u>

<u>another chargeback experienced involved the hooking up of phone lines to the receiver. there was no extra pay for the hooking up of phone lines but there was a quota involved. directv home services imposed a quota for phone lines hooked up on protech as a whole. it was figured on the number of receivers hooked up in a week. if protech technicians fell short of the quota then protech was backcharged, then the backcharge was eaten by all of protech's technicians. an example would be-if i hooked up all of my receivers to phone lines and another tech would not hook up any, we would both be backcharged for not hooking them up. i must add that was the straw that broke the camel's back. i stopped working for any directv entity because charge backs were so prevalent and unavoidable that it made no sense to me to work for nothing in the</u>

<u>hope that things would get better.</u>

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123188

**<u>Entity</u>:**

Name:                                                    <u>value dish</u>

Address:                                                 <u>don't know</u>

Telephone:                                               <u>don't know</u>

Dates of employment:                                     <u>2/15/05-7/15/05</u>

Position/title:                                          <u>satellite technician</u>

Did you sign an employment agreement?                    <u>No</u>

Tasks performed:                                         <u>install dishnetwork</u>

Name of supervisor/manager:                              <u>don't know</u>

Method of pay (*i.e.*, piece-rate, hourly,               <u>piece-rate</u>
salary):

Rate of pay/wage/salary:                                 <u>per dish plus receivers</u>

Hours worked per week (Average):                         <u>40</u>

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?                                <u>value dish</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    <u>no need for tracking hours</u>

1123188

EXHIBIT B
Page 000244

Who provided your gas and/or transportation while employed?

<u>i did</u>

Who provided any supplies or materials necessary to performing your job?

<u>i did</u>

Who provided your tools and/or equipment?

<u>i did</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or      <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance      <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1123188

Who set your vacation policy?

<u>no vacation</u>

Who did you speak with to request days off?

<u>andrew</u>

Who did you speak with when you had any complaints regarding your job?

<u>andrew</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>No</u>

If "yes," please provide the following:

Type of training:

1123188

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your       <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1123188

EXHIBIT B
Page 000247

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                         <u>bct satellite</u>

Address:                                      <u>glen burnie md.</u>

Telephone:                                    <u>don't know</u>

Dates of employment:                          <u>7/5/05-7/15/07</u>

Position/title:                               <u>satellite technician</u>

Did you sign an employment agreement?         <u>No</u>

Tasks performed:                              <u>satellite install and service</u>

Name of supervisor/manager:                   <u>bond</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                              <u>piece-rate</u>
salary):

Rate of pay/wage/salary:                      <u>per dish plus receivers</u>

Hours worked per week (Average):              <u>40</u>

Amounts owed (if applicable):

1123188

Did you receive a:                                          <u>1099</u>

Who issued your 1099/W-2?                    <u>bct satellite</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>i did</u>

Who provided any supplies or materials necessary to performing your job?

    <u>i did</u>

Who provided your tools and/or equipment?

    <u>i did</u>

Were you required to wear a uniform?              <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1123188

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>no vacation</u>


Who did you speak with to request days off?

    <u>bond</u>


Who did you speak with when you had any complaints regarding your job?

    <u>bond</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123188

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1123188

EXHIBIT B
Page 000251

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>**:

Name:                                         <u>american tv</u>

Address:                                 <u>perry hall, md</u>

Telephone:                            <u>don't know</u>

Dates of employment:           <u>7/30/07-12/3008</u>

Position/title:                     <u>satellite technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                 <u>satellite install and service</u>

1123188

Name of supervisor/manager: <u>mike rappo</u>

Method of pay (*i.e.*, piece-rate, hourly, salary): <u>piece-rate</u>

Rate of pay/wage/salary: <u>per dish plus receivers</u>

Hours worked per week (Average): <u>40</u>

Amounts owed (if applicable):

Did you receive a: <u>1099</u>

Who issued your 1099/W-2? <u>american tv</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>no one</u>

Who provided your gas and/or transportation while employed?

<u>i did</u>

Who provided any supplies or materials necessary to performing your job?

<u>i did</u>

1123188

EXHIBIT B
Page 000253

Who provided your tools and/or equipment?

  i did

Were you required to wear a uniform?        No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or    No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

  no vacation

Who did you speak with to request days off?

  mike rappo

Who did you speak with when you had any complaints regarding your job?

  mike rappo

1123188

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1123188

EXHIBIT B
Page 000255

Did you ever have a charge-back for your work?      <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>if there was a problem with my work, i was given the opportunity to go back and fix it with no pay and no charge back. if another technician went back, i would be backcharged $40.00 and that technician would be paid $40.00</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?      <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                          <u>protech communications</u>

1123188

Address:                                          elkridge md.

Telephone:                                        don't know

Dates of employment:                              2009-2010

Position/title:                                   satellite technician

Did you sign an employment agreement?             Yes

Tasks performed:                                  satellite install and service

Name of supervisor/manager:                       david

Method of pay (*i.e.*, piece-rate, hourly,        piece-rate
salary):

Rate of pay/wage/salary:                          per dish plus receivers

Hours worked per week (Average):                  40

Amounts owed (if applicable):

Did you receive a:                                1099

Who issued your 1099/W-2?                         protech

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

        no one

1123188

EXHIBIT B
Page 000257

Who provided your gas and/or transportation while employed?

<u>i did</u>

Who provided any supplies or materials necessary to performing your job?

<u>i did</u>

Who provided your tools and/or equipment?

<u>i did</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>blue shirt with directv logo, beige pants</u>

Who paid for the uniform?                    <u>i did</u>

Were you provided with a cell phone or       <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance             <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1123188

EXHIBIT B
Page 000258

Who set your vacation policy?

    <u>no vacation</u>

Who did you speak with to request days off?

    <u>david</u>

Who did you speak with when you had any complaints regarding your job?

    <u>david</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>dish mounting and tuning</u>

1123188

Instructor/trainer:                                    <u>david</u>

Where was the training held?:              <u>on the job</u>

Who paid for the training?                    <u>no one</u>

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>i was never given the opportunity to go back and make right any
problem with my work. if directv was called(for whatever reason), a
backcharge was created.ex.-if the customer had put his tv on the wrong
channel and called directv, a backcharge was incurred.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

<u>conversations were with directv home services qc technicians whenever
our paths crossed about what new changes had occurred in the way directv
was to be installed</u>

1123188

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>travel to job locations where there was "no line of sight" for possible
installation.</u>
<u>travel to customer locations when no one was home. policy dictated that i
wait 15 minutes before i could leave location.</u>
<u>travel to directv home services' warehouse to turn in equipment for
inventory purposes and wait to be issued new equipment.</u>
<u>repair customer caused damages to system because i was the last
technician there.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>5-15 hours</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1123188

EXHIBIT B
Page 000261

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                           Signed:       _john albrecht_

1123188

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit").    This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents.    Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Eric Howland Aldrich

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          <u>7/21/1983</u>

Technician Number(s):

Current address:                     <u>64 Glenwood Ln. Woodland Park, CO 80863</u>

Cell phone number (with area code):    <u>719-661-4775</u>

Home phone number (with area code):

E-mail address (primary):            <u>eric50snow@aol.com</u>

1122637

2.     **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Quaboag Regional High School</u>

School location (city, state):           <u>Warren, MA</u>

3.     **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>Colorado Technical University</u>

School location (city, state):           <u>Colorado Springs, CO</u>

Dates attended:                          <u>2001-2003</u>

4.     **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.     **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>No</u>

1122637

EXHIBIT B
Page 000264

If "yes," please provide the following:
    Licenses held:


    Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>


If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated

    with this training, if any?

    Who paid the initial fees?

    Who paid the renewal fees?


7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>Yes</u>


1122637

**Training/Apprenticeship:**

Name of training provider or association:    ProInstalls/Coda Communications

Nature of training or apprenticeship:    2 weeks on the job training

Were there any fees or costs associated    Yes

with this training?

If "yes," who paid for these fees and/or    Self
costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

    Yes

If "yes," please provide the following:

Nature of the lawsuit or complaint:    Not being paid by Rocky Mountain Promotions

Entity against whom the complaint was filed:    Rocky Mountain Promotions LLC

Agency with which claim was filed:    El Paso County Small Claims Court

Date of Complaint:    9/2011

Resolution:    Judgement in my favor for $5,000; only received $1,200.

1122637

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122637

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1122637

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122637

EXHIBIT B
Page 000269

**Subcontractor:**

| | |
|---|---|
| Name: | Coda Communications/Pro Installs |
| Address: | Crested Butte, CO formerly Leadville, CO |
| Telephone: | 715-891-3014 |
| Dates of engagement: | 2006-2008 |
| Position/title: | Installation Technician |
| Approximate dates of DIRECTV work orders: | 2006-2008 |

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

    Do not remember the terms, just remember signing something they wrote up.

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        Yes

If "yes," please describe what you know about that contract (terms, etc.).

    Contract came out of Denver in-house DIRECTV. In-house manager John E. 303-445-4758; 303-437-1039; 1-888-796-0792

1122637

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Joe Coda</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Joe Coda</u>

Were you ever asked to correct your work at a DIRECTV customer     <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Service calls for faulty equipment, customer not knowing how to use remote.</u>

1122637

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Immediate boss (Joe Coda), his boss (John E.), or a call center for installers (used to be in the Philippine's).

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> If there was a service call within 90 days we did not get paid the original install, if we were already paid then the entire install would come out of our next paycheck ($65 up to $150 or more).

1122637

**Subcontractor:**

Name:                                              Rocky Mountain Promotions

Address:                                           Colorado Springs, CO

Telephone:                                         719-482-4135; 719-265-5789

Dates of engagement:                               2009-2011

Position/title:                                    Installation Technician

Approximate dates of DIRECTV work
orders:                                            2009-2011


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

       Do not remember the terms.

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).

1122637

EXHIBIT B
Page 000273

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Candi or Bob</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Candi or Bob</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Service calls back to customer site.</u>

1122637

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Candi</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122637

EXHIBIT B
Page 000275

**<u>Entity</u>:**

Name:                                      <u>CNK Window Cleaning</u>

Address:                                  <u>Siverthrone, CO</u>

Telephone:

Dates of employment:              <u>June 2008- August 2009</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

1122637

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1122637

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122637

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1122637

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>Yes</u>

If "yes," please provide the following:

Name of second employer:    <u>Local Joe's Pizza</u>

Dates:    <u>2008-2009</u>

Nature of work:    <u>Delivering Pizza</u>

**<u>Entity</u>:**

Name:    <u>South Colorado Springs Nissan</u>

Address:    <u>Colorado Springs, CO</u>

Telephone:

Dates of employment:    <u>2011-present</u>

Position/title:    <u>Parts Advisor</u>

Did you sign an employment agreement?

Tasks performed:

1122637

EXHIBIT B
Page 000280

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1122637

EXHIBIT B

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122637

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122637

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122637

**<u>Entity</u>:**

Name:                                                    <u>Coda Communications/ ProInstalls</u>

Address:                                                 <u>Crested Butte, CO formerly Leadville, CO</u>

Telephone:

Dates of employment:                          <u>2006-2008</u>

Position/title:                                          <u>Installation Technician, trainer</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                                     <u>Install and repair satellite systems both commercial and residentail; train new technicians</u>

Name of supervisor/manager:                 <u>Joe Coda</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):    <u>Piece-rate</u>

Rate of pay/wage/salary:                        <u>65$ standard, 75$ high def, $15 per receiver, $25 per service call</u>

Hours worked per week (Average):          <u>50</u>

Amounts owed (if applicable):

Did you receive a:                                   <u>1099</u>

Who issued your 1099/W-2?                    <u>Coda Communications</u>

1122637

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

>    No one.

Who provided your gas and/or transportation while employed?

>    Self

Who provided any supplies or materials necessary to performing your job?

>    Coda Communications

Who provided your tools and/or equipment?

>    Self or Coda Communications

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

>    DIRECTV blue button-up shirt

Who paid for the uniform?                Self

1122637

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>Joe Coda</u>


Who did you speak with to request days off?

    <u>Joe Coda</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Joe Coda</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1122637

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>On the job</u>

Instructor/trainer:    <u>Joe and his brother Tim</u>

Where was the training held?:    <u>Site of Installations</u>

Who paid for the training?    <u>Unpaid training</u>

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Chargebacks were by piece-rate if the customer called within 90 days of the install and a tech had to go out there, even if it was only to show them how to change their TV's input, the pay for that job came out of the next paycheck.</u>

1122637

EXHIBIT B
Page 000288

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>John Eversol. He worked for DIRECTV. He would give us the jobs the in-house DIRECTV techs couldn't get to in the mountains.</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>Rocky Mountian Promotions</u> |
| Address: | <u>Colorado Springs, CO</u> |
| Telephone: | <u>719-265-5789; 719-482-4135</u> |
| Dates of employment: | <u>2009-2011</u> |
| Position/title: | <u>Installation Technician</u> |
| Did you sign an employment agreement? | <u>Yes</u> |
| Tasks performed: | <u>Install and repair DIRECTV satellite systems</u> |

1122637

Name of supervisor/manager:                    <u>Candi and Robert Lashwood</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:                       <u>$60 per install, $15 per receiver</u>
                                               <u>after the first one</u>

Hours worked per week (Average):               <u>70</u>

Amounts owed (if applicable):                  <u>$3,800</u>

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Rocky Mountain Promotions</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

1122637

Who provided your tools and/or equipment?

    <u>Self</u>


Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>Candi</u>


Who did you speak with to request days off?

    <u>Candi</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Candi</u>

1122637

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Wild Blue training</u>

Instructor/trainer:    <u>Online</u>

Where was the training held?:    <u>Online</u>

Who paid for the training?    <u>Free</u>

1122637

EXHIBIT B
Page 000292

Did you ever have a charge-back for your work?                                                    <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?                                                    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122637

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

Helping other technicians work installs and training (Coda), gas, time, wear on car while driving all over state of Colorado, and mandatory meetings. Never reimbursed for what was spent on tools and supplies ($5,000).

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20 hours - Coda Communications/ProInstalls
40 hours- Rocky Mountain Promotions

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

John E. and Boo.

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1122637

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Eric Aldrich

1122637

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit").   This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents.   Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Jon David Allen

Maiden name (if applicable):

Nicknames and aliases (current and former):    <u>N/A</u>

Date of birth:    <u>06/06/1977</u>

Technician Number(s):    <u>MATX998987</u>

Current address:    <u>4101 S. Custer Road, #219, McKinney, TX 75070</u>

Cell phone number (with area code):    <u>214-697-3368</u>

Home phone number (with area code):    <u>214-697-3368</u>

E-mail address (primary):    <u>allenjond3000@gmail.com</u>

1121393

EXHIBIT B
Page 000296

2.        **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                          <u>Garland High School</u>

School location (city, state):                 <u>Garland, TX</u>

3.        **Education - College.**

College Graduate?                             <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.        **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.        **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

       <u>Yes</u>

1121393

If "yes," please provide the following:
  Licenses held:                          <u>NCTI</u>

  Level of SBCA Certification:            <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

      <u>No</u>

If "yes," please provide the following:
  Name of employer/association/entity:

  Address:

  Dates of your
  employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

      Who paid the costs and fees associated    <u>Self</u>

      with this training, if any?

      Who paid the initial fees?                 <u>Self</u>

      Who paid the renewal fees?

1121393

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121393

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121393

EXHIBIT B
Page 000300

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?


Who supervised and/or reviewed your work at DIRECTV customer sites?

1121393

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121393

EXHIBIT B
Page 000302

**Subcontractor:**

Name:                                    Live Broadband Inc

Address:                                 Dallas, TX

Telephone:

Dates of engagement:                     July 2011 - November 2011

Position/title:                          Satellite Installer

Approximate dates of DIRECTV work        July 2011 - November 2011
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Mastec

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121393

EXHIBIT B
Page 000303

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Ed Andrews, Kevin Gallagher</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Ed Andrews, Kevin Gallagher</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>No, because I never had the option for that.</u>

1121393

EXHIBIT B
Page 000304

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Mastec Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Charged back anytime another technician had to go back and fix something at my site of install within 90 days.</u>

**Subcontractor:**

Name:                            <u>Single Source Satellite</u>

Address:                      <u>Plano, TX</u>

Telephone:

Dates of engagement:       <u>June 2004- July 2011</u>

Position/title:               <u>Installation Technician</u>

Approximate dates of DIRECTV work orders:    <u>Only did 4 DIRECTV Installs for this company</u>

1121393

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121393

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Colin James</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>No one.</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1121393

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Colin James</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charge for failed quality controls and service calls.</u>

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**

Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121393

**Entity**:

Name:                                                      <u>Single Source Satellite</u>

Address:                                                   <u>Plano, TX</u>

Telephone:

Dates of employment:                       <u>June 2004 - July 2011</u>

Position/title:                                        <u>Satellite Installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                             <u>Installing, repair, and upgrade</u>

Name of supervisor/manager:           <u>Colin James</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):      <u>Piece-Rate</u>

Rate of pay/wage/salary:                 <u>$80/$20  Install/Box</u>

Hours worked per week (Average):     <u>75</u>

Amounts owed (if applicable):

Did you receive a:                           <u>1099</u>

Who issued your 1099/W-2?             <u>Hacfeld Ent</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>No hours</u>

1121393

EXHIBIT B
Page 000309

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Just a T-shirt with logos</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121393

EXHIBIT B
Page 000310

Who set your vacation policy?

    <u>Self</u>


Who did you speak with to request days off?

    <u>Manager</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?


Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>


If "yes," please provide the following:

Type of training:

1121393

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Charge for failed quality controls and service calls.</u>


Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.


1121393

EXHIBIT B
Page 000312

Did you work for any other person or company, including yourself, while employed in this position?               <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Live Broadband Inc.</u>

Address:                                     <u>Dallas, TX</u>

Telephone:

Dates of employment:                         <u>July 2011- November 2011</u>

Position/title:                              <u>Installation Technician</u>

Did you sign an employment agreement?        <u>Yes</u>

Tasks performed:                             <u>Installing DIRECTV Satellite Service</u>

Name of supervisor/manager:                  <u>Ed Andrews and Kevin Gallager</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):                                 <u>Piece-rate</u>

Rate of pay/wage/salary:                     <u>Do not remember</u>

Hours worked per week (Average):             <u>72 hours</u>

Amounts owed (if applicable):

1121393

EXHIBIT B
Page 000313

Did you receive a:                                          <u>1099</u>

Who issued your 1099/W-2?                    <u>Live Broadband Inc</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?            <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform</u>

Who paid for the uniform?                    <u>Self</u>

1121393

EXHIBIT B
Page 000314

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

<u>No vacation</u>


Who did you speak with to request days off?

<u>Kevin Gallagher</u>


Who did you speak with when you had any complaints regarding your job?

<u>Kevin Gallagher or Ed Andrews</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121393

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>On the job</u>

Instructor/trainer:                            <u>Trainer</u>

Where was the training held?:                  <u>Warehouse</u>

Who paid for the training?                     <u>Unpaid training</u>

Did you ever have a charge-back for your       <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Charged back anytime another technician had to go back and fix
something at my site of install within 90 days.</u>

1121393

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.  **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Driving to and from the warehouse to get supplies and schedules, work on installs that were never completed, attending meetings, cleaning my van , acknowledging work schedules in the morning, helping other techs with installs, and followup appointments with customers.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>30 hours a week.</u>

1121393

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121393

## <u>VERIFICATION</u>

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Jon Allen

1121393

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): James Malcoln Alston

Maiden name (if applicable):                    none

Nicknames and aliases (current and former):    none

Date of birth:                                 7/10/1981

Technician Number(s):

Current address:                               523 crangburge rd apt e7
                                               summervill sc

Cell phone number (with area code):            1-843-597- 3889 OR
                                               1-843-364-2118

Home phone number (with area code):            1-843-875-6439

E-mail address (primary):                      NONE

1121347

2.    **Education -- High School.**

      High School Graduate?            Yes

      Name of high school:          Cross High School

      School location (city, state):    Cross SC

3.    **Education - College.**

      College Graduate?           No

      Name of college:           NONE

      School location (city, state):    NONE

      Dates attended:            NONE

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?     No

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

         Yes

1121347

EXHIBIT B
Page 000321

If "yes," please provide the following:
    Licenses held:             <u>LOST CARD</u>

    Level of SBCA Certification:    <u>LOST CARD</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>DIRECT TV</u>

    Address:    <u>DONT KNOW</u>

    Dates of your employment/membership:    <u>CANT REMEMBER</u>

6.     **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>THEY DID</u>

    Who paid the initial fees?    <u>THEY DID</u>

    Who paid the renewal fees?    <u>THEY DID</u>

1121347

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121347

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121347

**HSP:**

Name:                                                    MASTECH

Address:

Telephone:

Dates of engagement:                          DONT REMEBER

Position/title:                                        INSTALLER

Approximate dates of DIRECTV work orders:              DONT REMBER

Did you have a contract with the HSP?          No

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

        MASETECH

Who supervised and/or reviewed your work at DIRECTV customer sites?

        JAMIE

1121347

EXHIBIT B
Page 000325

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>No</u>

If "yes," please provide the following information:

1121347

EXHIBIT B
Page 000326

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1121347

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121347

EXHIBIT B
Page 000328

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.   **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.   **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121347

**Entity**:

| | |
|---|---|
| Name: | <u>MASTECH  and mr cris</u> |
| Address: | <u>DONT KNOW</u> |
| Telephone: | <u>DONT KNOW</u> |
| Dates of employment: | <u>CANT REMBER</u> |
| Position/title: | <u>INSTALLER</u> |
| Did you sign an employment agreement? | <u>Yes</u> |
| Tasks performed: | <u>INSTALLING</u> |
| Name of supervisor/manager: | <u>mr Jamie</u> |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>PIECE RATE</u> |
| Rate of pay/wage/salary: | <u>PIECE RATE</u> |
| Hours worked per week (Average): | <u>70+</u> |
| Amounts owed (if applicable): | <u>6000 dollars</u> |
| Did you receive a: | <u>1099</u> |
| Who issued your 1099/W-2? | <u>direct tv</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>BOSS MAN I KEPT ON HOURS</u>

1121347

Who provided your gas and/or transportation while employed?

<u>I DID</u>

Who provided any supplies or materials necessary to performing your job?

<u>they did</u>

Who provided your tools and/or equipment?

<u>we did</u>

Were you required to wear a uniform?     <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>brown pants  and blue shirts</u>

Who paid for the uniform?          <u>we did</u>

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were   you   provided   with   insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1121347

Who set your vacation policy?

<u>there was none</u>

Who did you speak with to request days off?

<u>the boss mr cris</u>

Who did you speak with when you had any complaints regarding your job?

<u>the boss mr cris</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>learned how to install</u>

1121347

Instructor/trainer:                                   <u>mr cris</u>


Where was the training held?:                         <u>on the job</u>

Who paid for the training?                            <u>boss mr cris</u>

Did you ever have a charge-back for your    <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

     <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121347

EXHIBIT B
Page 000333

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>about 30 to forty installs and for over worked hours and gas and the cost
of my tools</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>30 to 40 a week</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

<u>mr jamie and mr misea and mr cris</u>

16.    To the extent not requested above, please produce all documents in your possession
regarding your pay for installing or repairing DIRECTV systems during the
previous five (5) years, including pay stubs, state and federal income tax returns W-
2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    *JAMES M ALSTON*

1121347

EXHIBIT B
Page 000334

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  benoni k amponsah

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    <u>11-03-1976</u>

Technician Number(s):                    <u>DVGA801556</u>

Current address:                              <u>4011 wylie ln Powder Spring, GA 30127</u>

Cell phone number (with area code):   <u>404-324-8291</u>

Home phone number (with area code):

E-mail address (primary):                <u>amponben@gmail.com</u>

1120773

2.      **Education -- High School.**

High School Graduate?                              <u>Yes</u>

Name of high school:                              <u>christian methodist secondary school</u>

School location (city, state):

3.      **Education - College.**

College Graduate?                                 <u>Yes</u>

Name of college:                                  <u>chattahoochee technical college</u>

School location (city, state):                    <u>marietta, GA</u>

Dates attended:                                   <u>2011</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1120773

If "yes," please provide the following:
    Licenses held:                  <u>SBCA certified insataller</u>

Level of SBCA Certification:       <u>SBCA 101,102,201,202,203,DA</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>Mastec</u>

    Address:                       <u>775 Atlanta S Pkwy Atlanta</u>

    Dates of your employment/membership:    <u>2006</u>

6. **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?

    Who paid the initial fees?

    Who paid the renewal fees?

1120773

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>No</u>

    **Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

        <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120773

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1120773

**HSP:**

| | |
|---|---|
| Name: | Mastec |
| Address: | 775 Atlanta South Pkwy Ste 350 |
| Telephone: | (770) 732-0977 |
| Dates of engagement: | 2005-2008 |
| Position/title: | lead tech |
| Approximate dates of DIRECTV work orders: | 2005-2008 |
| Did you have a contract with the HSP? | I don't know |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

AJ

Who supervised and/or reviewed your work at DIRECTV customer sites?

AJ

1120773

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>up grades of dishes or receivers</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>AJ, dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>faulty equipment. Never given details on how they were charged.</u>

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120773

**Subcontractor:**

Name:                                    Future Satellite Technology

Address:                                 1930 Airport Ind Park Drive SE
                                         Marietta, GA 30060
Telephone:                               (678) 247-0071

Dates of engagement:                     2010-2011

Position/title:                          Technician

Approximate dates of DIRECTV work        2010-2011
orders:


Did you have a contract with the subcontractor?      I don't know

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?      I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?      I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1120773

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>hector</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>hector</u>


Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>upgrade of dish and receiver</u>

1120773

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>hector</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Service calls with in 90 days, sometimes would charge back for whole job. Have no idea on details or how they were charged.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120773

**<u>Entity</u>:**

Name:                                                    <u>Mastec</u>

Address:                                                 <u>Atlanta, GA</u>

Telephone:

Dates of employment:                                     <u>2005-2008</u>

Position/title:                                          <u>Technician</u>

Did you sign an employment agreement?                    <u>Yes</u>

Tasks performed:                                         <u>installed satellite dishes</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                       <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120773

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120773

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120773

EXHIBIT B
Page 000347

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120773

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                        <u>Self (Host Home)</u>

Address:                                                   <u>GA</u>

Telephone:

Dates of employment:                             <u>2008-present</u>

Position/title:                                           <u>Own foster home</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1120773

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1120773

EXHIBIT B
Page 000350

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120773

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120773

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                    <u>UPS</u>

Address:                                                 <u>GA</u>

Telephone:

Dates of employment:                        <u>6/2012-present</u>

Position/title:                                         <u>Driver (part time)</u>

Did you sign an employment agreement?

Tasks performed:

1120773

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                    <u>20</u>

Amounts owed (if applicable):

Did you receive a:                                   <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1120773

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120773

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120773

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                   Future Satellite

1120773

Address:                                      <u>Marietta, GA</u>

Telephone:

Dates of employment:                          <u>2010-2011</u>

Position/title:                               <u>Technician</u>

Did you sign an employment agreement?         <u>No</u>

Tasks performed:                              <u>installed satellite dishes</u>

Name of supervisor/manager:                   <u>Hector</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):              <u>40-60</u>

Amounts owed (if applicable):

Did you receive a:                            <u>1099</u>

Who issued your 1099/W-2?                      <u>Future Satellite</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>no one</u>

1120773

EXHIBIT B
Page 000358

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>DIRECTV shit, khaki pants</u>

Who paid for the uniform?        <u>self</u>

Were you provided with a cell phone or        <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1120773

Who set your vacation policy?

<u>None</u>

Who did you speak with to request days off?

<u>Hector</u>

Who did you speak with when you had any complaints regarding your job?

<u>Hector</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>On the Job- Ride alongs</u>

1120773

Instructor/trainer:                    <u>With other Technicians</u>

Where was the training held?:          <u>GA</u>

Who paid for the training?

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Never gave us details on what they'd charge us for. Service calls in 90</u>
> <u>days was all we knew.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120773

EXHIBIT B
Page 000361

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Driving to and from depot to get supplies or schedules, assemble satellite
dishes, cleaning out van,  acknowledging work schedules in the morning,
follow up appointments with customers and assisting other technicians
with installs, work on installs that were never completed, attending
meetings.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>20</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

<u>Aj</u>

1120773

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    _benoni Amponsah_

1120773

EXHIBIT B
Page 000363

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Ricardo  Anaya

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                                 03/29/1959

Technician Number(s):

Current address:                                           265 Trask Street, Manhattan, IL  60442

Cell phone number (with area code):       815-919-1085

Home phone number (with area code):

E-mail address (primary):                          ranaya2009@yahoo.com

1121606

2.      **Education -- High School.**

High School Graduate?                    Yes

Name of high school:                     Mexico City

School location (city, state):

3.      **Education - College.**

College Graduate?                        Yes

Name of college:                         Mexico City

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                No

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

           Yes

1121606

EXHIBIT B
Page 000365

If "yes," please provide the following:
  Licenses held:



  Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>


If "yes," please provide the following:
  Name of employer/association/entity:    <u>Star Sat USA Corp</u>



  Address:    <u>4051 S. Kedzie, Chicago, IL</u>
    <u>60632</u>



  Dates of your employment/membership:


6.    **Licensure - SBCA/Accreditation - Costs.**

  Who paid the costs and fees associated    <u>self</u>

  with this training, if any?

  Who paid the initial fees?    <u>self</u>


  Who paid the renewal fees?    <u>self</u>

1121606

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121606

EXHIBIT B
Page 000367

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121606

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate  dates  of  DIRECTV  work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1121606

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121606

EXHIBIT B
Page 000370

**Subcontractor:**

Name:                                          <u>Star Sat USA Corp</u>

Address:                                       <u>4051 S. Kedzie Avenue, Chicago,</u>
                                               <u>IL 60632</u>
Telephone:                                     <u>773-254-7700</u>

Dates of engagement:


Position/title:                                <u>Supervisor</u>

Approximate dates of DIRECTV work
orders:


Did you have a contract with the subcontractor?        <u>No</u>


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        <u>DirectSat</u>


Did the subcontractor have a contract with DIRECTV?        <u>No</u>


If "yes," please describe what you know about that contract (terms, etc.).


1121606

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>DirectSat, DirecTV</u>



Who supervised and/or reviewed your work at DIRECTV customer sites?



Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121606

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>They made charge back for each call of service they had and they charged me back $60.00 per each.</u>

**Subcontractor:**

Name:                                                          <u>RTech Communicatons</u>

Address:                                                       <u>2547 West 59th Street, Chicago, IL  60629</u>

Telephone:

Dates of engagement:                               <u>01/2007</u>

Position/title:                                             <u>Supervisor</u>

Approximate dates of DIRECTV work orders:

1121606

Did you have a contract with the subcontractor?       <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?       <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?       <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121606

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>DirectSat, DirecTV</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>DirectSat did not approve</u>

1121606

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>RTech Communication, DirectSat</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>They made charge back for each call of service they had and they charged me back $60.00 each</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121606

**<u>Entity</u>:**

Name:                                                            <u>Apex</u>

Address:

Telephone:

Dates of employment:

Position/title:                                              <u>Installer</u>

Did you sign an employment agreement?          <u>Yes</u>

Tasks performed:                                       <u>Installs upgrade service call</u>

Name of supervisor/manager:                       <u>Charles Johnson</u>

Method of pay (*i.e.*, piece-rate, hourly,        <u>per job and hourly</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):               <u>60</u>

Amounts owed (if applicable):

Did you receive a:                                       <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>I took account of the hours worked by each work toward the day scoring it
in each order and weekly report, gave it to my supervisor.</u>

1121606

EXHIBIT B
Page 000377

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>Apex</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Light blue with DirecTV logo</u>

Who paid for the uniform?                    <u>Apex</u>

Were you provided with a cell phone or    <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

<u>self</u>

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

<u>self</u>

1121606

Who set your vacation policy?

    Apex

Who did you speak with to request days off?

    supervisor

Who did you speak with when you had any complaints regarding your job?

    supervisor

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:    about new team

1121606

Instructor/trainer:

Where was the training held?:                        <u>office</u>

Who paid for the training?                           <u>Apex</u>

Did you ever have a charge-back for your            <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121606

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>RTech Communicaton / Star Sat</u>
                                               <u>USA Corp</u>

Address:                                       <u>4051 S. Kedzie, Chicago, IL</u>
                                               <u>60632</u>

Telephone:                                     <u>773-254-7700</u>

Dates of employment:

Position/title:                                <u>Supervisor</u>

Did you sign an employment agreement?          <u>Yes</u>

Tasks performed:                               <u>Supervisor, install, upgrade,</u>
                                               <u>service call, escalation</u>
Name of supervisor/manager:                    Benito Romero

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>salary</u>
salary):

Rate of pay/wage/salary:

1121606

EXHIBIT B
Page 000381

Hours worked per week (Average):          <u>70</u>

Amounts owed (if applicable):

Did you receive a:                        <u>1099</u>

Who issued your 1099/W-2?                  <u>RTech Communication</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>I took account of the hours worked</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?       <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue shirt with DirecTV logo</u>

Who paid for the uniform?                  <u>self</u>

1121606

EXHIBIT B
Page 000382

Were you provided with a cell phone or      <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

    <u>self</u>

Were you provided with insurance      <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>manager</u>

Who did you speak with to request days off?

    <u>manager</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Keely, and David Prope</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121606

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>They made charge back for each call of service they had and they charged me back $60 for each.</u>

1121606

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Overtime</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>above 25-28 hours per week</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

1121606

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121606

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ricardo Anaya

1121606

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Lyle John Andersen

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                06/06/1954

Technician Number(s):                DVAZ811698

Current address:                          4826 West Larkspur Dr.
                                                    Glendale, AZ 85304
Cell phone number (with area code):    602-722-4800

Home phone number (with area code):    602-938-9391

E-mail address (primary):              lyleanderson@gmail.com

1121717

EXHIBIT B
Page 000388

2.    **Education -- High School.**

    High School Graduate?             <u>Yes</u>

    Name of high school:             <u>Washington</u>

    School location (city, state):    <u>Sioux Falls, SD</u>

3.    **Education - College.**

    College Graduate?              <u>No</u>

    Name of college:             <u>University of South Dakota</u>

    School location (city, state):    <u>Springfield, SD</u>

    Dates attended:              <u>1974-75</u>

4.    **Education - Other Post-Secondary.**

    Post-Secondary Education?        <u>Yes</u>

    Name of post-secondary school:    <u>Arizona Tech</u>

    School location (city, state):    <u>Phoenix,, AZ</u>

    Dates attended:              <u>1982-83</u>

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

If "yes," please provide the following:
    Licenses held:             <u>I don't know</u>

    Level of SBCA Certification:    <u>I don't know</u>

1121717

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:

    Name of employer/association/entity:    <u>Dynamic Installations Inc.</u>

    Address:

    Dates of your    <u>Aug 23, 2010-March 30, 2011</u>
    employment/membership:

6. **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated

with this training, if any?

Who paid the initial fees?    <u>Dynamic pay for SBCA test only</u>

Who paid the renewal fees?    <u>I did</u>

7. **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

1121717

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8. **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9. Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

        No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was

filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1121717

EXHIBIT B
Page 000391

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121717

**HSP:**

Name:                                              Dynamic Installations, Inc.

Address:

Telephone:

Dates of engagement:                               Aug 23,2010 to March 30, 2011

Position/title:                                    Level 2 Contractor

Approximate dates of DIRECTV work                  Aug 2010-March 2011
orders:

Did you have a contract with the HSP?              Yes


If "yes," please describe the terms of that contract:

        Don't know

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

        Jason Smith, Josh Murrin and Marcus Martin, Home Service


Who supervised and/or reviewed your work at DIRECTV customer sites?

        Marcus Martin


1121717

EXHIBIT B
Page 000393

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>The refurbisher receiver I was given died in less than 90 days or if home owner changed his mind on how work would be done.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jason Smith, Marcus Martin, Home Service, customers and Alan</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

If "yes," please provide the following information:

1121717

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:


Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?


If "yes," please describe what you know about that contract (terms, etc.).

1121717

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121717

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121717

**Entity:**

| | |
|---|---|
| Name: | Whitten Concrete and Plumbing |
| Address: | Mesa, AZ |
| Telephone: | |
| Dates of employment: | 5/2004-2/2007 |
| Position/title: | General Superintendent for Concrete |
| Did you sign an employment agreement? | No |
| Tasks performed: | Oversee Superintendent doing work on the west side of Phoenix |
| Name of supervisor/manager: | Owner |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | salary |
| Rate of pay/wage/salary: | $68,000/year |
| Hours worked per week (Average): | 58 |
| Amounts owed (if applicable): | |
| Did you receive a: | W-2 |
| Who issued your 1099/W-2? | Whitten |

1121717

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>salary</u>

Who provided your gas and/or transportation while employed?

<u>Whitten Concrete gave truck and gas card.</u>

Who provided any supplies or materials necessary to performing your job?

<u>Whitten</u>

Who provided your tools and/or equipment?

<u>Whitten</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121717

Were you provided with a cell phone or    <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

    <u>Whitten</u>

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>Whitten</u>

Who set your vacation policy?

    <u>Whitten</u>

Who did you speak with to request days off?

    <u>Owner</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Owner</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121717

Did you receive an employee handbook?     <u>Yes</u>

If "yes," who provided the handbook?

    <u>Whitten</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?     <u>Yes</u>

If "yes," please provide the following:

Type of training:     <u>Safety</u>

Instructor/trainer:

Where was the training held?:     <u>Office</u>

Who paid for the training?     <u>Whitten</u>

Did you ever have a charge-back for your work?     <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121717

EXHIBIT B
Page 000401

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121717

EXHIBIT B
Page 000402

**Entity:**

| | |
|---|---|
| Name: | Monte Vista Construction |
| Address: | 7575 North 75th Ave. Glendale, AZ |
| Telephone: | |
| Dates of employment: | 2/2007-11/2008 |
| Position/title: | General Superintendent |
| Did you sign an employment agreement? | No |
| Tasks performed: | Over saw all parts of new start up company. |
| Name of supervisor/manager: | Owner, Byron VanBaskirk |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | salary |
| Rate of pay/wage/salary: | $72,000 |
| Hours worked per week (Average): | 58 |
| Amounts owed (if applicable): | |
| Did you receive a: | W-2 |
| Who issued your 1099/W-2? | Monte Vista Construction |

1121717

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

> The owner

Who provided your gas and/or transportation while employed?

> Owner

Who provided any supplies or materials necessary to performing your job?

> Monte Vista Construction

Who provided your tools and/or equipment?

> Company

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> A good polo shirt with logo. Company paid for it.

Who paid for the uniform?          Company

1121717

Were you provided with a cell phone or    <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

    <u>Company</u>

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>Company</u>

Who set your vacation policy?

    <u>Owner</u>

Who did you speak with to request days off?

    <u>Owner</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Owner</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                             <u>We worked as a team</u>

Nature of help/assistance:

Frequency of help/assistance:

1121717

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:          <u>Leadership</u>

Instructor/trainer:

Where was the training held?:          <u>California</u>

Who paid for the training?          <u>Owner</u>

Did you ever have a charge-back for your          <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1121717

EXHIBIT B
Page 000406

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Assembled satellite dishes, drove to and from depot to get supplies or schedules, cleaned out van, attended meetings, acknowledge work schedules in the morning. follow up apointments with customers or assisting other techinicians with installs, work on installs that were never completed.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>8 hours</u>

1121717

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

    <u>No one</u>

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121717

EXHIBIT B
Page 000408

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Lyle Andersen

1121717

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.  **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last): Reynaldo  Arreaga

    Maiden name (if applicable):

    Nicknames and aliases (current and former):

    Date of birth:                                     03/13/1992

    Technician Number(s):                    MATX999445

    Current address:                              P. O. Box 198 Eagle Pass, Texas
                                                            78853

    Cell phone number (with area code):   830-752-0642

    Home phone number (with area code):

    E-mail address (primary):                 reynaldo.arreaga@gmail.com

1122602

EXHIBIT B
Page 000410

2.      **Education -- High School.**

      High School Graduate?                    <u>Yes</u>

      Name of high school:                     <u>Southwest Texas Junion College</u>

      School location (city, state):           <u>Eagle Pass, TX</u>

3.      **Education - College.**

      College Graduate?                        <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?                <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1122602

If "yes," please provide the following:
   Licenses held:

<u>Master Technician</u>

Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

<u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:

<u>Time Warner Cable</u>

Address:

<u>690 Ford St., Eagle Pass, TX</u>

Dates of your employment/membership:

<u>02/11/2011 - current</u>

6.   **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated with this training, if any?

<u>Time Warner Cable</u>

Who paid the initial fees?

<u>Time Warner Cable</u>

Who paid the renewal fees?

<u>Time Warner Cable</u>

1122602

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122602

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10. **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122602

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1122602

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

EXHIBIT B
Page 000416

**Subcontractor:**

Name:                                    Inter Network System Group

Address:                                 TX

Telephone:                               830-422-0378

Dates of engagement:                     01/16/2010 - 05/12/2010

Position/title:                          Technician

Approximate dates of DIRECTV work        1/10-5/10
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        Yes

If "yes," please describe what you know about that contract (terms, etc.).

       Subcontractor was supposed to pay technicians $75 per install

1122602

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Ignacio Esquivel</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Ignacio Esquivel</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u> site?

If "yes," please describe the circumstances.:

1122602

EXHIBIT B
Page 000418

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Ignacio</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Never received a paycheck the entire time of employment.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122602

EXHIBIT B
Page 000419

**<u>Entity</u>:**

Name:                                                          <u>Inter Network System Group</u>

Address:                                                     <u>TX</u>

Telephone:

Dates of employment:                              <u>01/16/2010 - 05/12/2010</u>

Position/title:                                            <u>Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                                       <u>Installer</u>

Name of supervisor/manager:                  <u>Ignacio Esquivel</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):          <u>piece rate</u>

Rate of pay/wage/salary:                         <u>$75 per install</u>

Hours worked per week (Average):           <u>90+</u>

Amounts owed (if applicable):

Did you receive a:                                     <u>1099</u>

Who issued your 1099/W-2?                     <u>Inter Network</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

     <u>I got paid per install, Ignacio Esquivel assigned them</u>

1122602

EXHIBIT B
Page 000420

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>Inter Network System Grove</u>

Who provided your tools and/or equipment?

<u>Inter Network System Grove</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or        <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1122602

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

> Damian, owner

Did anyone else ever help you perform or complete tasks as part of your job?

> No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        Yes

If "yes," please provide the following:

Type of training:                Basics of how to install satellisted

1122602

EXHIBIT B
Page 000422

Instructor/trainer:

Where was the training held?:                Del Rio, TX

Who paid for the training?                     no one

Did you ever have a charge-back for your      Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

        No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122602

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>Time Warner Cable</u>

Address:                                          <u>TX</u>

Telephone:

Dates of employment:                              <u>2010-present</u>

Position/title:                                   <u>installer</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1122602

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1122602

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122602

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1122602

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>Gas station</u>

Address:                                       <u>TX</u>

Telephone:

Dates of employment:                           <u>2005-2009</u>

Position/title:                                <u>Assistant Manager</u>

Did you sign an employment agreement?

Tasks performed:

1122602

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                        <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122602

EXHIBIT B
Page 000429

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122602

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122602

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122602

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Drove to and from depot to get supplies or schedules, had to clean out work vehicle, had to attend meetings, assemble satellite dishes, acknowledge work schedules in the morning, go back and work on installs that were never completed, follow up appointments with customers and assisted other technicians with installs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>40+</u>

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1122602

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Reynaldo Arreaga

1122602

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Robert James Athan

Maiden name (if applicable):

Nicknames and aliases (current and former):    <u>Rob</u>

Date of birth:    <u>04/26/1987</u>

Technician Number(s):    <u>MBMI033696</u>

Current address:    <u>4382 lance lake road, wolverine, mi. 49799</u>

Cell phone number (with area code):    <u>9895908785</u>

Home phone number (with area code):

E-mail address (primary):    <u>tha_rathan@hotmail.com</u>

1121612

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Inland lake high school</u>

School location (city, state):           <u>Indian River, Mi</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1121612

If "yes," please provide the following:
    Licenses held:             <u>SBCA</u>

    Level of SBCA Certification:    <u>do not know</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Multiband</u>

    Address:    <u>2185 E Remus Rd Mt Pleasant, MI</u>

    Dates of your employment/membership:    <u>2008-2009</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>Multiband</u>

    Who paid the initial fees?    <u>Multiband</u>

    Who paid the renewal fees?    <u>Multiband</u>

1121612

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121612

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121612

**HSP:**

Name:                                          Multiband

Address:                                       Mt. Pleasant, MI

Telephone:

Dates of engagement:                           2008-2009

Position/title:                                Installation Technician

Approximate dates of DIRECTV work
orders:                                        2008-2009

Did you have a contract with the HSP?          I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

   Supervisor

Who supervised and/or reviewed your work at DIRECTV customer sites?

   QC's tech

1121612

EXHIBIT B
Page 000440

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Called the customer myself.</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargeback was based of the severity of the service call.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121612

EXHIBIT B
Page 000441

**Subcontractor:**

Name:                                      US Systems Inc.

Address:                                   Hillsdale, Michigan

Telephone:                                 517-581-9519

Dates of engagement:                       2010-2011

Position/title:                            Technician

Approximate dates of DIRECTV work          2010-2011
orders:

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121612

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Scott Pienta</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Scott Pienta</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Had to go back and fix a couple of mistakes I made on my free time</u>

1121612

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Scott Pienta</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Scott Pienta. Whenever any type of charge back came thru the entire pay amount from the job was charged back from the technicians he had working for him. I've had multiple jobs worked many hours on and with one little screw up or failing a Quality check would stop us from getting paid for that job.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121612

**Entity**:

Name:                                                    US Army

Address:

Telephone:

Dates of employment:                                    2007-2012

Position/title:                                          Signal Support System Specialist

Did you sign an employment agreement?                   Yes

Tasks performed:                                        Repaired and Maintained Radios,
                                                        Satalites, Antennas, Computers,
                                                        Networks, and etc.
Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,
                                                        salary
salary):

Rate of pay/wage/salary:                                $27,659

Hours worked per week (Average):                        70

Amounts owed (if applicable):

Did you receive a:                                      W-2

Who issued your 1099/W-2?                                Army

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Army

1121612

EXHIBIT B
Page 000445

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

    <u>Army</u>

Who provided your tools and/or equipment?

    <u>Army</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>ACU's</u>

Who paid for the uniform?    <u>Army</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>Yes</u>

If "yes," who paid for your insurance policy?

    <u>Army</u>

1121612

Who set your vacation policy?

> <u>Army</u>

Who did you speak with to request days off?

> <u>Unit Admin</u>

Who did you speak with when you had any complaints regarding your job?

> <u>EO officer</u>

Did anyone else ever help you perform or complete tasks as part of your job?

> <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>Yes</u>

If "yes," please provide the following:

Type of training:          <u>basic, AIT</u>

1121612

EXHIBIT B
Page 000447

Instructor/trainer:                             <u>multiple Instructors</u>

Where was the training held?:                   <u>Ft. Jackson, SC and Ft. Gordon, GA</u>

Who paid for the training?                      <u>Army</u>

Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>Spoke to MultiBand about me being in the Military and about an upcoming deployment I had at the time. Deployed to Iraq 2009-2010 came back stateside and didn't have a job due to my Deployment</u>

1121612

EXHIBIT B
Page 000448

Did you work for any other person or company, including yourself, while employed in this position?    <u>Yes</u>

If "yes," please provide the following:

Name of second employer:    <u>Multiband</u>

Dates:    <u>2008-2009</u>

Nature of work:    <u>Technician</u>

**Entity:**

Name:    <u>Multiband</u>

Address:    <u>2185 E Remus Rd Mt Pleasant</u>

Telephone:    <u>(989) 773-9500</u>

Dates of employment:    <u>2008-2009</u>

Position/title:    <u>Technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:    <u>Installed Directv satellite system</u>

Name of supervisor/manager:    <u>Shawn</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):    <u>piece-rate</u>

Rate of pay/wage/salary:    <u>by the job</u>

Hours worked per week (Average):    <u>80+</u>

Amounts owed (if applicable):

1121612

Did you receive a:                                        <u>W-2</u>

Who issued your 1099/W-2?                        <u>MultiBand</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

> <u>I had to report my hours to supervisor</u>

Who provided your gas and/or transportation while employed?

> <u>Multiband</u>

Who provided any supplies or materials necessary to performing your job?

> <u>Multiband supplied the directv equipment</u>

Who provided your tools and/or equipment?

> <u>Had to buy own tools</u>

Were you required to wear a uniform?                        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> <u>Directv Shirt, Khaki pants, and boots</u>

Who paid for the uniform?                        <u>I had to pay for the uniform</u>

1121612

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

<u>MultiBand</u>

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Sean</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121612

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

      <u>Multiband</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>Yes</u>

If "yes," please provide the following:

Type of training:          <u>SBCA</u>

Instructor/trainer:          <u>Tom?</u>

Where was the training held?:          <u>Mt.Pleasant multiband</u>

Who paid for the training?          <u>Multiband</u>

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

      <u>When I was new had a few complaints by customers and chargeback was based of the severity of the service call</u>

1121612

Did you ever speak with any DIRECTV employee regarding your work?

   <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?      <u>Yes</u>

If "yes," please provide the following:

Name of second employer:                   <u>US Army</u>

Dates:                                     <u>2007-2012</u>

Nature of work:                            <u>Serving Our Country</u>


**<u>Entity</u>:**

Name:                                      <u>US systems Inc.</u>

Address:                                   <u>hillsdale, mi</u>

Telephone:                                 <u>517-581-9519</u>

Dates of employment:                       <u>2010-2011</u>

Position/title:                            <u>Technician</u>

Did you sign an employment agreement?      <u>No</u>

Tasks performed:                           <u>Installed Directv satellite system</u>

1121612

Name of supervisor/manager:                    Scott Pienta

Method of pay (*i.e.*, piece-rate, hourly,     Piece-rate

salary):

Rate of pay/wage/salary:                       Do not remember


Hours worked per week (Average):               90+

Amounts owed (if applicable):


Did you receive a:                             1099

Who issued your 1099/W-2?                       US systems Inc.

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

> Hours weren't requested to be kept track of we weren't paId overtime, thou
> I kept track of them to see how many hours I was working

Who provided your gas and/or transportation while employed?

> I had to pay for my own gas and transportation


Who provided any supplies or materials necessary to performing your job?

> Scott Pienta supplied us with the Directv Dishes but rest of the necessary
> parts such as cable, barrel connectors, RG-6 F connectors, zip ties, etc


1121612

Who provided your tools and/or equipment?

> I had to provide my own tools

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> Directv shirt, Khaki pants, and boots

Who paid for the uniform?        I did

Were you provided with a cell phone or        No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

> Scott Pienta

Who did you speak with to request days off?

> Scott Pienta

Who did you speak with when you had any complaints regarding your job?

> Scott Pienta

1121612

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121612

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Multiple charge backs for little things, If a quality inspection was failed by Scott Pienta the entire job was charged back. If a zip tie was so much out of place or not cut the Quality Inspection was failed and the job was done for free by the technicians. If the customer had ever called in about a complaint the job was charged back and had to return to job to fix on our own time</u>

Did you ever speak with any DIRECTV employee regarding your work?

          <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?          <u>Yes</u>

If "yes," please provide the following:

Name of second employer:          <u>US Army</u>

Dates:          <u>2007-2012</u>

Nature of work:          <u>Serving Our Country</u>

1121612

14. **Wage Claim.**

   To help the parties understand your claim in this litigation, please answer the following:

   1) What work tasks do you claim you performed for which you were not paid?

      Not paid to clean my van, attend meetings, acknowledge work schedules in the morning, followup appointments with customers, assisting other techs with installs, driving to and from the depot to get supplies or schedules, assembling satellite dishes, and work on installs that were never completed, or that failed any type of quality control check.

   2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

      30 hours per week.

15. **Witnesses - DIRECTV.**

   Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

      Scott Pienta

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.


I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:      *Robert Athan*

1121612

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Ashley Wayne Baker

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          <u>8/28/82</u>

Technician Number(s):            <u>24444</u>

Current address:                      <u>20503 tangier circle south</u>
                                              <u>chesterfield va 23803</u>

Cell phone number (with area code):   <u>804-334-7279</u>

Home phone number (with area code):

E-mail address (primary):            <u>rincon-05@hotmail.com</u>

1123282

2.      **Education -- High School.**

High School Graduate?                          <u>No</u>

Name of high school:                           <u>Ged</u>

School location (city, state):                 <u>Chesterfield adult learning</u>

3.      **Education - College.**

College Graduate?                              <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1123282

EXHIBIT B
Page 000460

If "yes," please provide the following:
    Licenses held:             <u>Do not remember</u>


    Level of SBCA Certification:      <u>Do not remember</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>mastec advanced</u>


    Address:


    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>mastec</u>

    with this training, if any?

    Who paid the initial fees?    <u>mastec</u>


    Who paid the renewal fees?    <u>n/a never renewd</u>

1123282

EXHIBIT B
Page 000461

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123282

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1123282

EXHIBIT B
Page 000463

**HSP:**

Name:                                                mastec advanced technoiges

Address:                                            air park road ashland, va

Telephone:

Dates of engagement:                     2005-2010

Position/title:                                    lead technician

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?          I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

mastec

Who supervised and/or reviewed your work at DIRECTV customer sites?

multiple supervisors

1123282

EXHIBIT B
Page 000464

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>it was raining  at the time that i went to the customers house and it needed to be completely rewired. I was there for a service call i did not do the orginal install so supervisor did a qc the next day and asked me to go back and fix it and i did</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>mastec</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>mastec faulty dtv box, dish getting out of alignment, ground blocks going bad, multi switches going bad, wire going bad, not sure the dollar amount they would take money out of your check to pay the technician that did the service call.</u>

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1123282

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1123282

EXHIBIT B

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1123282

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123282

**<u>Entity</u>:**

Name:                                                    <u>Mastec Advacned Technologies</u>

Address:                                                 <u>Ashland, VA</u>

Telephone:

Dates of employment:                           <u>2005-2010</u>

Position/title:                                         <u>Technician</u>

Did you sign an employment agreement?     <u>Yes</u>

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                   <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1123282

EXHIBIT B
Page 000469

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1123282

EXHIBIT B
Page 000470

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1123282

EXHIBIT B
Page 000471

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?        <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>mastec faulty dtv box, dish getting out of alignment, ground blocks going bad, multi switches going bad, wire going bad, not sure the dollar amount they would take money out of your check to pay the technician that did the service call.</u>

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1123282

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                          Dominian Service

Address:                                       Richmond, VA

Telephone:

Dates of employment:                           2010-2011

Position/title:                                Technician

Did you sign an employment agreement?          No

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1123282

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                              <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

1123282

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123282

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1123282

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                           <u>Colonial Web</u>

Address:                                        <u>Richmond, VA</u>

Telephone:

Dates of employment:                    <u>2011-present</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

1123282

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                          <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?

1123282

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1123282

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1123282

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1123282

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

drive time and time between jobs. Cleaning out van, attending meetings, acknowledging work schedules in the morning, follow up appointments with customers and assisting other technicians with installs, assemble satellite dishes, driving to and from depot to get supplies or schedules, work on installs that were never completed.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                      Signed:      _ashley wayne baker_

1123282

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.  **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last): Bobby L Banks

    Maiden name (if applicable):

    Nicknames and aliases (current and former):

    Date of birth:                                  01/28/1970

    Technician Number(s):                   DVMS833949

    Current address:                            1101 Russum Westside, Port Gibson, MS 39150

    Cell phone number (with area code):    601-618-8062

    Home phone number (with area code):

    E-mail address (primary):               BanksBobbysr@yahoo.com

1122553

2.      **Education -- High School.**

     High School Graduate?          <u>Yes</u>

     Name of high school:          <u>Port Gibson High</u>

     School location (city, state):     <u>Port Gibson, MS</u>

3.      **Education - College.**

     College Graduate?          <u>Yes</u>

     Name of college:          <u>Hinds College</u>

     School location (city, state):     <u>Utica, MS</u>

     Dates attended:          <u>1988 - 1990</u>

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>I don't know</u>

1122553

If "yes," please provide the following:
   Licenses held:


   Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>


If "yes," please provide the following:
   Name of employer/association/entity:    <u>Bruster & Associates; Coastal</u>



   Address:



   Dates of your
   employment/membership:    <u>2006 - 2008, 2011 - present</u>


6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Do not remember</u>

    with this training, if any?

    Who paid the initial fees?    <u>Do not remember</u>


    Who paid the renewal fees?    <u>Do not know</u>

1122553

7. **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:     <u>I do not know</u>

Nature of training or apprenticeship:         <u>I do not know</u>

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:     <u>Bruister</u>

Nature of training or apprenticeship:         <u>Trained to install DIRECTV</u>

Were there any fees or costs associated       <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or      <u>Bruister</u>
costs?

1122553

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1122553

EXHIBIT B
Page 000487

**HSP:**

Name:                                                   Bruister & Associates

Address:                                                Jackson, MI

Telephone:

Dates of engagement:                          2006 - 2008

Position/title:                                        Technician

Approximate dates of DIRECTV work orders:                            2006 - 2008

Did you have a contract with the HSP?              I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Routing system

Who supervised and/or reviewed your work at DIRECTV customer sites?

Quality Control for Bruisters and DIRECTV

1122553

Were you ever asked to correct your work at a DIRECTV customer site?

> <u>Yes</u>

If "yes," please describe the circumstances.:

> <u>I had to do an upgrade and they said I had to bring the system up to code.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> <u>Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

> <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> <u>Because LNB went, and receiver went bad, multiswitch went bad.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

> <u>Yes</u>

If "yes," please provide the following information:

1122553

**Subcontractor:**

Name:                                              Coastal Installations

Address:                                           Jackson, Mississippi

Telephone:

Dates of engagement:                               2011 - present

Position/title:                                    Technician

Approximate dates of DIRECTV work                  2011 - present
orders:

Did you have a contract with the subcontractor?         No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?         I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?         I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1122553

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>DIRECTV routing system</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Quality control for DIRECTV</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>
site?

If "yes," please describe the circumstances.:

<u>When I go out on an upgrade I have to bring the whole job up to standard.</u>

1122553

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch or my supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>LNB, receiver, splitter, customer was not at home -- had someone else there so they did not know how to work the system. $50.00</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122553

EXHIBIT B
Page 000492

**<u>Entity</u>:**

Name: <u>Coastal Installations</u>

Address: <u>Jackson, MS</u>

Telephone:

Dates of employment: <u>2011 to present</u>

Position/title: <u>Technician</u>

Did you sign an employment agreement? <u>No</u>

Tasks performed: <u>Installed systems</u>

Name of supervisor/manager: <u>Bobby Micheal McPhader</u>

Method of pay (*i.e.*, piece-rate, hourly, salary): <u>Piece-rate</u>

Rate of pay/wage/salary: <u>Install $70/$15, Upgrade $30</u>

Hours worked per week (Average): <u>60 hours</u>

Amounts owed (if applicable):

Did you receive a: <u>1099</u>

Who issued your 1099/W-2? <u>Coastal Installations</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>Self</u>

1122553

EXHIBIT B
Page 000493

Who provided your gas and/or transportation while employed?

Self

Who provided any supplies or materials necessary to performing your job?

Self

Who provided your tools and/or equipment?

Self

Were you required to wear a uniform?    Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

DIRECTV logo, blue

Who paid for the uniform?    Self

Were you provided with a cell phone or cell phone service?    No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    No

If "yes," who paid for your insurance policy?

1122553

Who set your vacation policy?

      <u>Self</u>

Who did you speak with to request days off?

      <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

      <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

      <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?      <u>Yes</u>

If "yes," who provided the handbook?

      <u>Company</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?      <u>No</u>

If "yes," please provide the following:

Type of training:

1122553

EXHIBIT B
Page 000495

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Rollbacks -- it depends -- bad receivers, bad splitters, bad LNBs, and customer education</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1122553

EXHIBIT B
Page 000496

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                                    <u>Bruister & Associates</u>

Address:                                                 <u>Jackson, MS</u>

Telephone:

Dates of employment:                                     <u>2006 - 2008</u>

Position/title:                                          <u>Technician</u>

Did you sign an employment agreement?                    <u>No</u>

Tasks performed:                                         <u>Installed systems</u>

Name of supervisor/manager:                              <u>Jason Brady</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):      <u>Piece-rate</u>

Rate of pay/wage/salary:                                 <u>70-20</u>

Hours worked per week (Average):                         <u>65</u>

Amounts owed (if applicable):

1122553

EXHIBIT B
Page 000497

Did you receive a:                                W-2

Who issued your 1099/W-2?                 Bruister & Associates

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    Work orders

Who provided your gas and/or transportation while employed?

    Self


Who provided any supplies or materials necessary to performing your job?

    Company

Who provided your tools and/or equipment?

    Self


Were you required to wear a uniform?            Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    DIRECTV, blue

Who paid for the uniform?                        Self

1122553

EXHIBIT B
Page 000498

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>Self</u>

Who set your vacation policy?

    <u>Company</u>

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122553

Did you receive an employee handbook?                    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Company</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?                    <u>Yes</u>

If "yes," please provide the following:

Type of training:                    <u>Safety and job task</u>

Instructor/trainer:                    <u>Supervisor</u>

Where was the training held?:                    <u>Office</u>

Who paid for the training?                    <u>Company</u>

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

    <u>LNB bad, splitter ba, bad receiver</u>

1122553

EXHIBIT B
Page 000500

Did you ever speak with any DIRECTV employee regarding your work?

No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,    No
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

Not paid for Rollbacks, drive times to get equipment or to customers homes, job fall outs, cleaning my van, attending meetings, no line of sites or installs not completed, service calls that were caused by equipment, acknowledging work schedules in the morning, and assisting other techs with installs.


2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

15 hours per weeks.


1122553

EXHIBIT B
Page 000501

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1122553

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Bobby Banks

1122553

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): CHRISTOPHER WESLEY BARNHART

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    12/25/1967

Technician Number(s):                    MAFL999413

Current address:                            615 MEMORIAL DR, Sebring, FL 33870

Cell phone number (with area code):    863-253-4730

Home phone number (with area code):

E-mail address (primary):                barnhartcw@aol.com

1121380

2.      **Education -- High School.**

      High School Graduate?             <u>No</u>

      Name of high school:               <u>HOLLYWOOD HILLS HIGH SCHOOL</u>

      School location (city, state):      <u>HOLLYWOOD, FL</u>

3.      **Education - College.**

      College Graduate?               <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1121380

If "yes," please provide the following:
Licenses held:

SBCA, VIASAT, KA/KU, DIRECTV CONNECTED HOME,DIRECTV INSTALL CONTRACTOR,JONES CERTIFICATION

Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

Yes

If "yes," please provide the following:
Name of employer/association/entity:     DIGITAL SAT

Address:     AUBURNDALE, FL

Dates of your employment/membership:

6.     **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated with this training, if any?     SELF

Who paid the initial fees?     200.00 SBCA, 200.00VIASAT

Who paid the renewal fees?     SELF

1121380

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121380

EXHIBIT B
Page 000507

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121380

**HSP:**

Name:                                          <u>CONNECT TELEVISION</u>

Address:                                       <u>COLLEGE PARK, GA</u>

Telephone:

Dates of engagement:                           <u>2005-2008</u>

Position/title:                                <u>TECHNICIAN</u>

Approximate dates of DIRECTV work              <u>2005-2008</u>
orders:

Did you have a contract with the HSP?          <u>No</u>

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> <u>SUB OWNER/SUPERVISOR</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

> <u>SUB OWNER</u>

1121380

Were you ever asked to correct your work at a DIRECTV customer site?

>       Yes

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

>       SUB OWNER OR SUPERVISOR

Did you ever have a charge-back for your work at a DIRECTV customer site?

>       Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

>       NONRESPONDERS-$25.00/ FAILED QC-FULL CHARGEBACK ON PAY ISSUED FOR JOB/ ON TIME GUARANTEE $100.00

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

>       Yes

If "yes," please provide the following information:

1121380

**Subcontractor:**

Name:                                               <u>INTERLINK</u>

Address:                                            <u>COLLEGE PARK</u>

Telephone:

Dates of engagement:                    <u>2007</u>

Position/title:                                    <u>TECH</u>

Approximate dates of DIRECTV work        <u>2006-2007</u>
orders:

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121380

EXHIBIT B
Page 000511

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer     <u>Yes</u>

site?

If "yes," please describe the circumstances.:

1121380

EXHIBIT B

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>DISPATCH</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**<u>Subcontractor:</u>**

Name:                                       <u>DIGITAL SAT</u>

Address:                                   <u>AUBURNDALE, FL</u>

Telephone:

Dates of engagement:                <u>2007</u>

Position/title:                           <u>TECHNICIAN</u>

Approximate dates of DIRECTV work       <u>2007</u>
orders:

1121380

Did you have a contract with the subcontractor?          <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?          <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

  <u>MASTEC</u>

Did the subcontractor have a contract with DIRECTV?          <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121380

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

 SUB OWNER/MASTEC

Who supervised and/or reviewed your work at DIRECTV customer sites?

 SUB OWNER/MASTEC QC TECHS

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

1121380

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>MASTEC DISPATCH</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**Subcontractor:**

Name:                                    <u>UNITED COMMUNICATIONS</u>

Address:                               <u>ATLANTA,GA</u>

Telephone:

Dates of engagement:

Position/title:                        <u>TECHNICIAN</u>

Approximate dates of DIRECTV work orders:

1121380

EXHIBIT B
Page 000516

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?    <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?    <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121380

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

1121380

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>SUP</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Non responders, $25, failed quality control, $75, on time guarantees and service in 7 days, $100 each.</u>

**Subcontractor:**

Name:                                             <u>GUSTEC</u>

Address:                                          <u>AUBURNDALE, FL</u>

Telephone:                                        <u>4074593550</u>

Dates of engagement:

Position/title:                                   <u>TECHNICIAN/SUB</u>

Approximate dates of DIRECTV work                 <u>JAN 2011-MARCH 2013</u>
orders:

1121380

Did you have a contract with the subcontractor?      <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?      <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?      <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121380

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>MASTEC ROUTING COMPUTER</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>MIKE-OWNER GUSTEC/ MASTEC</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u> site?

If "yes," please describe the circumstances.:

1121380

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>MIKE-MASTEC DISPATCH</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Non responders, $25, failed quality control, $75, on time guarantees and service in 7 days, $100 each.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121380

**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>Connect Television</u> |
| Address: | <u>College Park, GA</u> |
| Telephone: | |
| Dates of employment: | <u>2005-2008</u> |
| Position/title: | <u>Technician</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>installed satellite dishes</u> |
| Name of supervisor/manager: | |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>piece rate</u> |
| Rate of pay/wage/salary: | |
| Hours worked per week (Average): | <u>80</u> |
| Amounts owed (if applicable): | |
| Did you receive a: | <u>1099</u> |
| Who issued your 1099/W-2? | <u>Connect Television</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>no one</u>

1121380

EXHIBIT B
Page 000523

Who provided your gas and/or transportation while employed?

self

Who provided any supplies or materials necessary to performing your job?

self

Who provided your tools and/or equipment?

self

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

DIRECTV shirt, blue cargo pants.

Who paid for the uniform?        self

Were you provided with a cell phone or        No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        No
benefits?

If "yes," who paid for your insurance policy?

1121380

Who set your vacation policy?

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>Yes</u>

If "yes," please provide the following:

Type of training:                              <u>On upgrades of equipment</u>

1121380

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>NONRESPONDERS-$25.00/ FAILED QC-FULL CHARGEBACK ON PAY ISSUED FOR JOB/ ON TIME GUARANTEE $100.00.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1121380

EXHIBIT B
Page 000526

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                 <u>Gustec</u>

Address:                                           <u>Auburndale, FL</u>

Telephone:

Dates of employment:                    <u>4/2010-present</u>

Position/title:                                  <u>Installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                          <u>installed satellite dishes</u>

Name of supervisor/manager:      <u>Mike</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:

1121380

EXHIBIT B
Page 000527

Hours worked per week (Average):          <u>80</u>

Amounts owed (if applicable):

Did you receive a:                        <u>1099</u>

Who issued your 1099/W-2?                 <u>Gustec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?      <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shir, blue cargo pants.</u>

Who paid for the uniform?                 <u>self</u>

1121380

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?



Who did you speak with to request days off?

    <u>Mike</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Mike</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1121380

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Non responders, $50, failed quality control, $50, on time guarantees and service in 90 days, $65 each.</u>

1121380

EXHIBIT B
Page 000530

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>United Communications</u> |
| Address: | <u>Duluth, GA</u> |
| Telephone: | |
| Dates of employment: | <u>2007-2009</u> |
| Position/title: | <u>Technician</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>installed satellite dishes</u> |

1121380

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,        <u>piece rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):        <u>80</u>

Amounts owed (if applicable):

Did you receive a:        <u>1099</u>

Who issued your 1099/W-2?        <u>United Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

1121380

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?         <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Blue DIRECTV shirt with cargo pants.</u>

Who paid for the uniform?                 <u>self</u>

Were you provided with a cell phone or      <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance      <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

<u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>supervisor</u>

1121380

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121380

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Non responders, $25, failed quality control, $75, on time guarantees and service in 7 days, $100 each.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                            <u>Interlink</u>

1121380

Address:                                                    College Park

Telephone:

Dates of employment:                                       2007

Position/title:                                            techinician

Did you sign an employment agreement?                      No

Tasks performed:                                          installed satellite dishes

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,                piece rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                           40

Amounts owed (if applicable):

Did you receive a:                                         1099

Who issued your 1099/W-2?                                  Interlink

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

        no one

1121380

EXHIBIT B
Page 000536

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt, blue pants</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121380

EXHIBIT B
Page 000537

Who set your vacation policy?

Who did you speak with to request days off?

<u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>No</u>

If "yes," please provide the following:

Type of training:

1121380

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Non responders, $25, failed quality control, $75, on time guarantees and service in 7 days, $100 each.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1121380

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Ron's TV</u>

Address:                                 <u>Atlanta, GA</u>

Telephone:

Dates of employment:                     <u>2003-2006</u>

Position/title:                          <u>installer</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1121380

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121380

EXHIBIT B
Page 000541

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121380

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121380

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>Digital Sat</u> |
| Address: | <u>Auburndale, FL</u> |
| Telephone: | |
| Dates of employment: | <u>2007</u> |
| Position/title: | <u>Installer</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>installed satellite dishes</u> |

1121380

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,      <u>piece rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):      <u>40</u>

Amounts owed (if applicable):

Did you receive a:      <u>1099</u>

Who issued your 1099/W-2?      <u>Digital Sat</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

   <u>self</u>

Who provided your gas and/or transportation while employed?

   <u>self</u>

Who provided any supplies or materials necessary to performing your job?

   <u>self</u>

1121380

Who provided your tools and/or equipment?

> <u>self</u>

Were you required to wear a uniform?                    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> <u>DIRECTV shirt, blue cargo pants.</u>

Who paid for the uniform?                    <u>self</u>

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

> <u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

> <u>supervisor</u>

1121380

EXHIBIT B
Page 000546

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121380

EXHIBIT B
Page 000547

Did you ever have a charge-back for your work?   <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

   <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121380

14. **Wage Claim.**

   To help the parties understand your claim in this litigation, please answer the following:

   1) What work tasks do you claim you performed for which you were not paid?

   <u>SOME JOBS COMPLETED WERE NEVER COMPENSATED WHAT SO EVER.  SOME ADDITIONAL RECEIVERS INSTALLED WERE NEVER PAID/ LONG HOURS BEYOND AN 8 HOUR DAY DUE TO COMPLICATIONLEVEL OF INSTALL.</u>

   2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

   <u>18-20HRS</u>

15. **Witnesses - DIRECTV.**

   Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:        *CHRISTOHER W BARNHART*

1121380

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

Your completed Questionnaire must be post-marked no later than **February 25, 2013**.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): _____

Maiden name (if applicable): _____

Nicknames and aliases (current and former): _____

Date of birth: _____

Technician Number(s): _____

Current address: _____

Cell phone number (with area code): _____

Home phone number (with area code): _____

E-mail address (primary): _____

1121588
William Beck

EXHIBIT B
Page 000550

2.      **Education -- High School.**

High School Graduate? \_\_\_\_Yes \_\_\_\_No

Name of high school: _____

School location (city, state): _____

3.      **Education – College.**

College Graduate? \_\_\_\_Yes \_\_\_\_No

Name of college: _____

School location (city, state):_____

Dates attended: _____

4.      **Education – Other Post-Secondary.**

Post-Secondary Education? \_\_\_\_Yes \_\_\_\_No

Name of post-secondary school: _____

School location (city, state):_____

Dates attended: _____

5.      **Licensure – SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

\_\_\_\_ Yes \_\_\_\_ No \_\_\_ I don't know.

If "yes," please provide the following:

Licenses held: _____

Level of SBCA Certification: _____

Was this training provided by or through an employer, professional or industry association, or other entity? \_\_\_\_Yes \_\_\_\_ No

2

1121588
William Beck

If "yes," please provide the following:

    Name of employer/association/entity: _____

    Address: _____

    Dates of your employment/membership: _____

6.    **Licensure – SBCA/Accreditation – Costs.**

    Who paid the costs and fees associated with this training, if any? _____

    Who paid the initial fees? _____

    Who paid the renewal fees? _____

7.    **Education – Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    _____ Yes _____ No

    If "yes," please provide the following:

    <u>**Training/Apprenticeship #1:**</u>
    Name of training provider or association: _____

    Nature of training or apprenticeship: _____

    Were there any fees or costs associated with this training? _____ Yes _____ No

    If "yes," who paid for these fees and/or costs? _____

    <u>**Training/Apprenticeship #2:**</u>
    Name of training provider or association: _____

    Nature of training or apprenticeship: _____

    Were there any fees or costs associated with this training? _____ Yes _____ No

    If "yes," who paid for these fees and/or costs? _____

    **If more space is needed to discuss additional Training/Apprenticeship positions, please add to back or on a separate sheet of paper.**

3

1121588
William Beck

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years? _____ Yes _____ No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.*, Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

If "yes," please provide the following:
Nature of the lawsuit or complaint: _____

Entity against whom the complaint was filed: _____

Agency with which claim was filed: _____

Date of Complaint: _____

Resolution: _____

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?: _____ Yes _____ No

If "yes," please provide the following information:

**HSP #1:**

Name: _____

Address: _____

Telephone: _____

Dates of engagement: _____

Position/title: _____

Approximate dates of DIRECTV work orders: _____

_____

Did you have a contract with the HSP? _____ Yes _____ No

4

1121588
William Beck

If "yes," please describe the terms of that contract: _____

_____

_____

Who set your assignments and daily work schedule while you were performing work at

DIRECTV customer sites? _____

_____

Who supervised and/or reviewed your work at DIRECTV customer sites? _____

_____

Were you ever asked to correct your work at a DIRECTV customer site?

_____ Yes _____ No

If "yes," please describe the circumstances.: _____

_____

_____

With whom did you speak regarding any issues (e.g., customers not at home, schedule

delays, equipment problems, etc.) you had at DIRECTV customer sites? _____

_____

_____

Did you ever have a charge-back for your work at a DIRECTV customer site?

_____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.: _____

_____

_____

5

1121588
William Beck

_____

_____

**HSP #2:**

Name: _____

Address: _____

Telephone: _____

Dates of engagement: _____

Position/title: _____

Approximate dates of DIRECTV work orders: _____

_____

Did you have a contract with the HSP? _____ Yes _____ No

If "yes," please describe the terms of that contract: _____

_____

_____

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites? _____

_____

Who supervised and/or reviewed your work at DIRECTV customer sites? _____

_____

Were you ever asked to correct your work at a DIRECTV customer site?

_____ Yes _____ No

6

If "yes," please describe the circumstances.: _____

_____

_____

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites? _____

_____

_____

Did you ever have a charge-back for your work at a DIRECTV customer site?

_____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.: _____

_____

_____

_____

_____

**If more space is needed to discuss additional HSP's, please add to back or on a separate sheet of paper.**

11.     **DIRECTV Work – Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers? _____ Yes _____ No

If "yes," please provide the following information:

**Subcontractor #1:**

Name: _____

7

Address: _____

Telephone: _____

Dates of engagement: _____

Position/title: _____

Approximate dates of DIRECTV work orders: _____

_____

Did you have a contract with the subcontractor? _____ Yes _____ No

If "yes," please describe the terms of that contract: _____

_____

_____

Did the subcontractor have a contract with an HSP? _____ Yes _____ No ___ I don't know

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.). _____

_____

Did the subcontractor have a contract with DIRECTV? _____ Yes _____ No ___ I don't know.

If "yes," please describe what you know about that contract (terms, etc.). _____

_____

_____

Who set your assignments and daily work schedule while you were performing work at

DIRECTV customer sites? _____

_____

Who supervised and/or reviewed your work at DIRECTV customer sites? _____

_____

8

Were you ever asked to correct your work at a DIRECTV customer site?

_____ Yes _____ No

If "yes," please describe the circumstances.: _____

_____

_____

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites? _____

_____

_____

Did you ever have a charge-back for your work at a DIRECTV customer site?

_____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:_____

_____

_____

_____

_____

**Subcontractor #2:**

Name: _____

Address: _____

Telephone: _____

Dates of engagement: _____

Position/title: _____

9

1121588
William Beck

Approximate dates of DIRECTV work orders: _____

_____

Did you have a contract with the subcontractor? _____ Yes _____ No

If "yes," please describe the terms of that contract: _____

_____

_____

Did the subcontractor have a contract with an HSP? _____ Yes _____ No ____ I don't know

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.). _____

_____

Did the subcontractor have a contract with DIRECTV? _____ Yes _____ No ____ I don't know.

If "yes," please describe what you know about that contract (terms, etc.). _____

_____

_____

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites? _____

_____

Who supervised and/or reviewed your work at DIRECTV customer sites? _____

_____

Were you ever asked to correct your work at a DIRECTV customer site?

_____ Yes _____ No

10

If "yes," please describe the circumstances.: _____

_____

_____

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites? _____

_____

_____

Did you ever have a charge-back for your work at a DIRECTV customer site?

_____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:_____

_____

_____

_____

_____

**If more space is needed for additional Subcontractors, please add to back or on a separate sheet of paper.**

12.    **DIRECTV Work – Direct Contracts.**

Have you ever had a contract directly with DIRECTV? _____ Yes _____ No

If "yes," please provide information about the nature and terms of that contract.: _____

_____

_____

11

13.   **Employment.**

Please fully identify each job you have held (including temporary employment and self-employment in which you rendered services for compensation) from January 1, 2005 to the present.

<u>**Entity #1:**</u>

Name: _____

Address: _____

Telephone: _____

Dates of employment: _____

Position/title: _____

Did you sign an employment agreement? \_\_\_\_ Yes \_\_\_\_ No

Tasks performed: _____

Name of supervisor/manager: _____

Method of pay (*i.e.*, piece-rate, hourly, salary): _____

Rate of pay/wage/salary: _____

Hours worked per week (Average): _____

Amounts owed (if applicable): _____

Did you receive a: 1099\_\_\_\_? W-2 \_\_\_\_?

Who issued your 1099/W-2? _____

Who kept track of your hours? If you kept track of your own hours, how did you keep

track of your hours and to whom did you report your hours? _____

_____

_____

Who provided your gas and/or transportation while employed? _____

_____

12

Who provided any supplies or materials necessary to performing your job? _____

_____

Who provided your tools and/or equipment? _____

Were you required to wear a uniform? _____ Yes _____ No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)? _____

_____

Who paid for the uniform? _____

Were you provided with a cell phone or cell phone service? _____ Yes _____ No

If "yes," who paid for the cell phone and/or service? _____

Were you provided with insurance benefits? _____Yes _____ No.
If "yes," who paid for your insurance policy? _____

Who set your vacation policy? _____

Who did you speak with to request days off? _____

Who did you speak with when you had any complaints regarding your job? _____

_____

Did anyone else ever help you perform or complete tasks as part of your job?

_____Yes _____ No.

If "yes," please provide the following:

Name: _____

Nature of help/assistance: _____

Frequency of help/assistance: _____

Did you receive an employee handbook? _____ Yes _____ No

If "yes," who provided the handbook? _____

13

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

_____ Yes _____ No

If "yes," please provide the following:

Type of training: _____

Instructor/trainer: _____

Where was the training held?: _____

Who paid for the training? _____

Did you ever have a charge-back for your work? _____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.: _____

_____

_____

_____

_____

Did you ever speak with any DIRECTV employee regarding your work?

_____ Yes _____ No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

_____

_____

_____

14

1121588
William Beck

EXHIBIT B
Page 000563

Did you work for any other person or company, including yourself, while employed in this position?  ___ Yes ___ No

If "yes," please provide the following:

Name of second employer: _____

Dates: _____

Nature of work: _____

**<u>Entity #2</u>:**

Name: _____

Address: _____

Telephone: _____

Dates of employment: _____

Position/title: _____

Did you sign an employment agreement? _____ Yes _____ No

Tasks performed: _____

Name of supervisor/manager: _____

Method of pay (*i.e.*, piece-rate, hourly, salary): _____

Rate of pay/wage/salary: _____

Hours worked per week (Average): _____

Amounts owed (if applicable): _____

Did you receive a: 1099____?  W-2 ____?

Who issued your 1099/W-2? _____

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours? _____

15

1121588
William Beck

_____

_____

Who provided your gas and/or transportation while employed? _____

_____

Who provided any supplies or materials necessary to performing your job? _____

_____

Who provided your tools and/or equipment? _____

Were you required to wear a uniform? _____ Yes _____ No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)? _____

_____

Who paid for the uniform? _____

Were you provided with a cell phone or cell phone service? _____ Yes _____ No

If "yes," who paid for the cell phone and/or service? _____

Were you provided with insurance benefits? _____Yes _____ No.
If "yes," who paid for your insurance policy? _____

Who set your vacation policy? _____

Who did you speak with to request days off? _____

Who did you speak with when you had any complaints regarding your job? _____

_____

Did anyone else ever help you perform or complete tasks as part of your job?

_____Yes _____ No.

If "yes," please provide the following:

Name: _____

16

Nature of help/assistance: _____

Frequency of help/assistance: _____

Did you receive an employee handbook? _____ Yes _____ No

If "yes," who provided the handbook? _____

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

_____ Yes _____ No

If "yes," please provide the following:

Type of training: _____

Instructor/trainer: _____

Where was the training held?: _____

Who paid for the training? _____

Did you ever have a charge-back for your work? _____ Yes _____ No

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.: _____

_____

_____

_____

_____

Did you ever speak with any DIRECTV employee regarding your work?

_____ Yes _____ No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

17

1121588
William Beck

_____

_____

_____

Did you work for any other person or company, including yourself, while employed in this position?  ___ Yes ___ No

If "yes," please provide the following:

Name of second employer: _____

Dates: _____

Nature of work: _____

**If more space is needed to discuss additional Entities, please add to back or on a separate sheet of paper.**

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)    What work tasks do you claim you performed for which you were not paid?

2)    How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

18

15.     **Witnesses – DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

_____

_____

_____

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

19

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

William Beck

1121588

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Garth McGuire Bell

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          04/25/72

Technician Number(s):              DVAZ838420

Current address:                      31807 N Red Rock Trl. San Tan Valley AZ 85143

Cell phone number (with area code):    480-205-1162

Home phone number (with area code):    480-655-6747

E-mail address (primary):              Cheleb55@cox.net

1122556

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Hills dale High School</u>

School location (city, state):           <u>San Mateo, CA</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>College of San Mateo</u>

School location (city, state):           <u>San Mateo, CA</u>

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1122556

If "yes," please provide the following:
  Licenses held:


  Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>


If "yes," please provide the following:
  Name of employer/association/entity:


  Address:


  Dates of your
  employment/membership:


6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated     <u>self</u>

    with this training, if any?

    Who paid the initial fees?     <u>self</u>


    Who paid the renewal fees?     <u>self</u>


1122556

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122556

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

Yes

If "yes," please provide the following information:

1122556

EXHIBIT B
Page 000574

**HSP:**

| | |
|---|---|
| Name: | <u>FNL Group LLC</u> |
| Address: | <u>3341 East Corona Ave., Phoenix, AZ 85040</u> |
| Telephone: | <u>480-438-6565</u> |
| Dates of engagement: | <u>11/2010-present</u> |
| Position/title: | <u>technician</u> |
| Approximate dates of DIRECTV work orders: | <u>11/2010-present</u> |
| Did you have a contract with the HSP? | <u>Yes</u> |

If "yes," please describe the terms of that contract:

<u>Contract includes general practices and procedures, requirements for safety, insurance and equipment, quality assurance, schedule of deductions, work order specifications, and DirecTv specifications.</u>

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>FNL Group, LLC</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>FNL Group, LLC - Supervisors</u>

1122556

EXHIBIT B
Page 000575

Were you ever asked to correct your work at a DIRECTV customer site?

> Yes

If "yes," please describe the circumstances.:

> If the customer has an issue and contacts DirecTv within the first seven days following installation, the tech is issued a no charge work order to correct the matter. The issues range from loss of signal from satellite to a malfunctioning or bad receiver.

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> FNL Group, LLC and DirecTv

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> For 2012, I assumed a total amount of $700 in back-charges on work performed. These items range for issues ranging from phone lines not responding under 30% to a connector bring replaced. If the issue relates to the equipment being faulty, a back-charge is still assessed. These back-charges are deducted on average in the amount of $40.50, but have recently received notificication that this will be increasing. There is typically no documentation provided to provide details of the issue and support of work done.

1122556

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1122556

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1122556

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1122556

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122556

**Entity**:

| | |
|---|---|
| Name: | <u>Carpenters Union Local #217</u> |
| Address: | <u>11530 Chess Drive, Suite 100, Foster City, CA 94404</u> |
| Telephone: | <u>650-377-0217</u> |
| Dates of employment: | <u>1994 - August 2005</u> |
| Position/title: | <u>Journeyman Carpenter</u> |
| Did you sign an employment agreement? | <u>Yes</u> |
| Tasks performed: | <u>Construction from framing to finish work</u> |
| Name of supervisor/manager: | <u>Varied - Worked for multiple union companies as provided by union local</u> |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>Hourly</u> |
| Rate of pay/wage/salary: | |
| Hours worked per week (Average): | <u>40</u> |
| Amounts owed (if applicable): | |
| Did you receive a: | <u>W-2</u> |
| Who issued your 1099/W-2? | <u>The company for whom I worked under provided the W-2. i.e. - Devcon Corp.</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

1122556

> A weekly timesheet was turned in to the on-site superintendent at the end of each work week. This was subsequently turned into the hiring company for payment.

Who provided your gas and/or transportation while employed?

> Myself. It was only needed for commuting to and from the work site. My vehicle was not used for work itself.

Who provided any supplies or materials necessary to performing your job?

> The company I was working for would provide the necessary supplies.

Who provided your tools and/or equipment?

> I was to provide my own basic tools, such as hammers. However, any larger tools, like jackhammer, drills, nail guns, were provided by the company.

Were you required to wear a uniform?          No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or          No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance          Yes
benefits?

If "yes," who paid for your insurance policy?

> Carpenters Union

1122556

EXHIBIT B
Page 000582

Who set your vacation policy?

<u>Carpenters Union</u>

Who did you speak with to request days off?

<u>Direct on-site supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Minor complaints would be directed to the on-site supervisor. However, if it was a labor issue, that was addressed with the union representative.</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?            <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?            <u>Yes</u>

If "yes," please provide the following:

Type of training:                              <u>Apprenticeship Program</u>

1122556

Instructor/trainer:                          Various

Where was the training held?:                Carpenters Union Training Facility

Who paid for the training?                   Part of my benefits paid through union dues

Did you ever have a charge-back for your     No
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

        No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1122556

Did you work for any other person or company, including yourself, while employed in this position?    <u>Yes</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:    <u>Meritage Homes</u>

Address:    <u>Scottsdale, AZ</u>

Telephone:

Dates of employment:    <u>October 2005 - January 2007</u>

Position/title:    <u>Assistant Superintendent</u>

Did you sign an employment agreement?

Tasks performed:    <u>Responsible for managing trades in building of new homes</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly, salary):    <u>Salary</u>

Rate of pay/wage/salary:    <u>40,000</u>

Hours worked per week (Average):    <u>40</u>

Amounts owed (if applicable):

1122556

EXHIBIT B
Page 000585

Did you receive a:                              <u>W-2</u>

Who issued your 1099/W-2?                  <u>Meritage Homes</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

> <u>I was paid salary. However, I did turn in a weekly time-sheet to my supervisor.</u>

Who provided your gas and/or transportation while employed?

> <u>I received a monthly gas allowance.</u>

Who provided any supplies or materials necessary to performing your job?

> <u>All was provided by Meritage Homes.</u>

Who provided your tools and/or equipment?

> <u>Any small hand tools I provided myself.</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> <u>I was required to wear a Meritage branded polo shirt.</u>

Who paid for the uniform?                   <u>The first 5 shirts were provided free. Additional could be purchased, but were often given as "prizes".</u>

1122556

Were you provided with a cell phone or    <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

     <u>Meritage Homes</u>

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

     <u>Meritage Homes</u>

Who set your vacation policy?

     <u>Meritage Homes</u>

Who did you speak with to request days off?

     <u>Meritage Homes - Field Superintendent</u>

Who did you speak with when you had any complaints regarding your job?

     <u>I would speak with my Field Superintendent or other upper management withing Meritage Homes.</u>

Did anyone else ever help you perform or complete tasks as part of your job?

     <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122556

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

      <u>Human Resources</u>

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>New policies and procedures</u>

Instructor/trainer:                            <u>Various by department</u>

Where was the training held?:                  <u>Meritage Homes corporate office</u>
                                               <u>or at the job site.</u>
Who paid for the training?                     <u>Meritage Homes</u>

Did you ever have a charge-back for your       <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1122556

EXHIBIT B
Page 000588

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Phoenix Flooring</u>

Address:                                <u>Phoenix, AZ</u>

Telephone:

Dates of employment:            <u>June 2007 - September 2009</u>

Position/title:                          <u>Field Supervisor</u>

Did you sign an employment agreement?

Tasks performed:                    <u>Oversaw flooring installation crews on residential and business buildings</u>

1122556

Name of supervisor/manager:                    <u>Ken Fuchs</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Salary</u>

salary):

Rate of pay/wage/salary:                       <u>38000</u>


Hours worked per week (Average):               <u>45</u>

Amounts owed (if applicable):


Did you receive a:                             <u>W-2</u>

Who issued your 1099/W-2?              <u>Phoenix Flooring</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>As I was on salary, I was not required to track my hours.</u>

Who provided your gas and/or transportation while employed?

<u>Phoenix Flooring provided both a vehicle and gas card.</u>


Who provided any supplies or materials necessary to performing your job?

<u>Phoenix Flooring</u>

1122556

EXHIBIT B
Page 000590

Who provided your tools and/or equipment?

    <u>Phoenix Flooring</u>


Were you required to wear a uniform?     <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Company polo shirt/t-shirt with logo.</u>

Who paid for the uniform?     <u>Phoenix Flooring</u>

Were you provided with a cell phone or cell phone service?     <u>Yes</u>

If "yes," who paid for the cell phone and/or service?

    <u>Phoenix Flooring</u>

Were you provided with insurance benefits?     <u>No</u>

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>Phoenix Flooring</u>


Who did you speak with to request days off?

    <u>Submitted request when needed</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Ken Fuchs</u>

1122556

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122556

Did you ever have a charge-back for your work?    <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.



Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>FNL Group</u>

1122556

Address:                                                Phoenix, AZ

Telephone:

Dates of employment:                                    11/2010-present

Position/title:                                         technician

Did you sign an employment agreement?                   Yes

Tasks performed:                                        installed satellite dishes

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,
                                                        piece rate
salary):

Rate of pay/wage/salary:                                $65/$15

Hours worked per week (Average):                        50+

Amounts owed (if applicable):

Did you receive a:                                      1099

Who issued your 1099/W-2?                               FNL Group

Who kept track of your hours? If you kept track of your own hours, how did you
keep track of your hours and to whom did you report your hours?

        no one

1122556

EXHIBIT B
Page 000594

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>boots, khakis, DIRECTV blue shirt</u>

Who paid for the uniform?                     <u>self</u>

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1122556

EXHIBIT B

Who set your vacation policy?

    none


Who did you speak with to request days off?

    supervisor


Who did you speak with when you had any complaints regarding your job?

    supervisor

Did anyone else ever help you perform or complete tasks as part of your job?

    Yes

If "yes," please provide the following:

Name:                                                    Other technicians

Nature of help/assistance:                               helped finish jobs if they were
                                                         done early
Frequency of help/assistance:

Did you receive an employee handbook?                    No

If "yes," who provided the handbook?



Did you ever receive training of any type               Yes
(*e.g.*, performance, employment policies,
etc.)?


If "yes," please provide the following:

Type of training:                                       2 week ride along


1122556

Instructor/trainer:                          <u>other technician</u>

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>For 2012, I assumed a total amount of $700 in back-charges on work</u>
> <u>performed. These items range for issues ranging from phone lines not</u>
> <u>responding under 30% to a connector bring replaced. If the issue relates</u>
> <u>to the equipment being faulty, a back-charge is still assessed. These</u>
> <u>back-charges are deducted on average in the amount of $40.50, but have</u>
> <u>recently received notificication that this will be increasing. There is</u>
> <u>typically no documention provided to provide details of the issue and</u>
> <u>support of work done.</u>

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122556

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

<u>Drove to and from depot to get supplies or schedules, had to clean out
work vehicle, had to attend meetings, assemble satellite dishes,
acknowledge work schedules in the morning, go back and work on installs
that were never completed, follow up appointments with customers and
assisted other technicians with installs</u>

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>10+</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1122556

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                            Signed:        _Garth M. Bell_

1122556

EXHIBIT B
Page 000599

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Stanley Charles Edward Belmont

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                     <u>08/12/1968</u>

Technician Number(s):          <u>DWTX027781, MANC997356</u>

Current address:                <u>719 South Broad St, Burlington,</u>
                                 <u>NC 27215</u>

Cell phone number (with area code):     <u>919-201-8147</u>

Home phone number (with area code):

E-mail address (primary):          <u>beicorp@hotmail.com</u>

1120877

2.       **Education -- High School.**

High School Graduate?                        <u>Yes</u>

Name of high school:                         <u>Fort Pierce Central</u>

School location (city, state):               <u>Fort Pierce, FL</u>

3.       **Education - College.**

College Graduate?                            <u>Yes</u>

Name of college:                             <u>Hampton University / FAU</u>

School location (city, state):               <u>Hampton, VA / Boca Raton, FL</u>

Dates attended:                              <u>88-89 / 96-98</u>

4.       **Education - Other Post-Secondary.**

Post-Secondary Education?                    <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.       **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120877

If "yes," please provide the following:
    Licenses held:                       <u>SBCA Certification</u>

    Level of SBCA Certification:     <u>SWM / MDU Certification</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?          <u>Self</u>

    Who paid the renewal fees?        <u>Self</u>

1120877

EXHIBIT B
Page 000602

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:      Aerosat, Multiband, Mastec

Nature of training or apprenticeship:      SBCA I & II, SWM, MDU

Were there any fees or costs associated      Yes

with this training?

If "yes," who paid for these fees and/or      Self
costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120877

EXHIBIT B
Page 000603

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1120877

**HSP:**

Name:                                    <u>Multiband S.C.</u>

Address:

Telephone:

Dates of engagement:                     <u>2008 - 2010</u>

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?    <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Piece-rate</u>

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    <u>DIRECTV, through Siebel</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>HSP Site Manager, Sean Standridge</u>

1120877

EXHIBIT B
Page 000605

Were you ever asked to correct your work at a DIRECTV customer site?

> <u>Yes</u>

If "yes," please describe the circumstances.:

> <u>Running telephone lines, bringing old installations up to date on service calls</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> <u>Site Manager / Central Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

> <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> <u>Service in 7, Service in 39, Service in 90, on time guarantee, nonresponder, etc.</u>

**<u>HSP:</u>**

Name: <u>Aerosat</u>

Address:

Telephone:

Dates of engagement: <u>August 2007 - February 2008</u>

Position/title: <u>Prime Contractor</u>

1120877

Approximate   dates   of   DIRECTV   work
orders:                                              <u>August 2007 - February 2008</u>

Did you have a contract with the HSP?
                                                     <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>piece rate for installations, upgrades, service calls</u>

Who   set   your   assignments   and   daily   work   schedule   while   you   were   performing

work at DIRECTV customer sites?

    <u>Siebel, Site Manager, Central Dispatch</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Charles Kirtly, Kevin Reed</u>

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>Yes</u>

If "yes," please describe the circumstances.:

    <u>VP in Tenn demanded I fire a technician for refusing to stay all night to</u>
<u>rewire a service call</u>

With   whom   did   you   speak   regarding   any   issues   (e.g.,   customers   not   at   home,

schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Dispatch and Site Manager</u>

1120877

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Equipment not assigned on truck, expired receivers, non responder telephone test, service in 7, service in 30, service in 90, etc, on time guarantee, over $60 K of chargebacks.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120877

**Subcontractor:**

Name:                                          <u>Clear Sky</u>

Address:

Telephone:

Dates of engagement:                    <u>July 2012 - September 2012</u>

Position/title:

Approximate dates of DIRECTV work       <u>uly 2012 - September 2012</u>
orders:

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

     <u>piece-rate</u>

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120877

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Dispatch</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Site Manager</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Forced to IP connect customer for free.</u>

1120877

EXHIBIT B
Page 000610

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jim Shitterly</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Was intimidated & blackballed when I complained about work beyond scope and not compensated denied $5K of compensation.</u>

**<u>Subcontractor:</u>**

Name:                                            <u>Sat One</u>

Address:

Telephone:

Dates of engagement:                   <u>2007 - 2010</u>

Position/title:                                 <u>Technician</u>

Approximate dates of DIRECTV work        <u>September 2007 - March 2010</u>
orders:

1120877

Did you have a contract with the subcontractor?     <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Piece rate/ spot team member</u>

Did the subcontractor have a contract with an HSP?     <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?     <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120877

EXHIBIT B
Page 000612

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

HSP

Who supervised and/or reviewed your work at DIRECTV customer sites?

Subcontractor

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Once, I was forced to dig a 100 yard trench at no charge to get signal to customer.

1120877

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Same</u>

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**

Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120877

**<u>Entity</u>:**

Name:

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120877

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120877

EXHIBIT B

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120877

EXHIBIT B
Page 000617

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120877

EXHIBIT B
Page 000618

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

   <u>Overtime, IP & Phone connections, OTG, OPP, equipment expirations, non-responder charge backs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

   <u>30 to 40 hours. I worked a minimum 12 hours a day, 7 days a week for months without a day off.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

   <u>David Chastam, AT&T & DIRECTV, Steven Bell CFO Multiband USA</u>

1120877

EXHIBIT B
Page 000619

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120877

EXHIBIT B
Page 000620

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Stanley Belmont

1120877

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Dan Wayne Benjegerdes

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                   <u>05-30-80</u>

Technician Number(s):                    <u>dsmn096011</u>

Current address:                              <u>9413 Imbler Trail Lakeville, MN 55044</u>

Cell phone number (with area code):   <u>641-583-0602</u>

Home phone number (with area code):  <u>641-583-0602</u>

E-mail address (primary):                 <u>benjedan@yahoo.com</u>

1120526

2.    **Education -- High School.**

    High School Graduate?        <u>Yes</u>

    Name of high school:        <u>North Central</u>

    School location (city, state):        <u>Manly, IA</u>

3.    **Education - College.**

    College Graduate?        <u>Yes</u>

    Name of college:        <u>North Iowa area Community College</u>

    School location (city, state):        <u>Mason City, IA</u>

    Dates attended:        <u>august 1999 to may 2001</u>

4.    **Education - Other Post-Secondary.**

    Post-Secondary Education?        <u>No</u>

    Name of post-secondary school:

    School location (city, state):

    Dates attended:

5.    **Licensure - SBCA/Accreditation.**

    Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>No</u>

1120526

If "yes," please provide the following:
  Licenses held:


  Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>


If "yes," please provide the following:
  Name of employer/association/entity:


  Address:


  Dates of your employment/membership:


6.    **Licensure - SBCA/Accreditation - Costs.**

  Who paid the costs and fees associated    <u>n/a</u>

  with this training, if any?

  Who paid the initial fees?    <u>n/a</u>


  Who paid the renewal fees?    <u>n/a</u>

1120526

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120526

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120526

EXHIBIT B
Page 000626

**<u>HSP:</u>**

    Name:

    Address:

    Telephone:

    Dates of engagement:

    Position/title:

    Approximate dates of DIRECTV work orders:

    Did you have a contract with the HSP?

    If "yes," please describe the terms of that contract:

    Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    Who supervised and/or reviewed your work at DIRECTV customer sites?

1120526

EXHIBIT B
Page 000627

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120526

**Subcontractor:**

Name:                                              frontline communications

Address:                                          805 orchard cir

Telephone:                                      651-764-0449

Dates of engagement:                      08-09 to 08-10

Position/title:                                  installation technician

Approximate dates of DIRECTV work          august of 09 to august 2010
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

i was paid a dollar amount for each item on the work order 27.00 for a
dish and 10.00 per box installed for example a new install with three
boxes was paid 57.00

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1120526

EXHIBIT B
Page 000629

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>each day we had installation appointments assigned to our tech number I
assume by direct tv. On an average day I would have 5 installs a 8am to 10
am a 10am to noon a noon to 2 a 2pm to 5pm and a 5pm to 8pm install. it
was my responsibility to complete the work orders by the end of the day
regardless of how long it took. If I was running behind a rep from direct tv
would be calling for status updates.</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>my boss a frontline communications reviewed my work and also reps from
direct tv would also do quality checks</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120526

EXHIBIT B
Page 000630

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>called into direct tv</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>Yes</u>

If "yes," please provide information about the nature and terms of that contract.:

<u>directv would call you if the customer had a concern and have you troubleshoot the problem. they would also call you for status updates to see when you would be arriving at your next appointment</u>

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120526

**Entity**:

| | |
|---|---|
| Name: | <u>Denny Heckers Hyundai</u> |
| Address: | <u>4625 S Robert trail Inver Grove Heights mn 55077</u> |
| Telephone: | <u>651-204-4406</u> |
| Dates of employment: | <u>03/05 to 10/06</u> |
| Position/title: | <u>Service Advisor</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>customer service</u> |
| Name of supervisor/manager: | <u>Jeff Grobner</u> |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>2400 salary plus comission</u> |
| Rate of pay/wage/salary: | <u>3200 per month</u> |
| Hours worked per week (Average): | <u>45</u> |
| Amounts owed (if applicable): | <u>0</u> |
| Did you receive a: | <u>W-2</u> |
| Who issued your 1099/W-2? | <u>Denny Hecker Hyundai</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>fixed schedule</u>

1120526

EXHIBIT B
Page 000632

Who provided your gas and/or transportation while employed?

<u>I did</u>

Who provided any supplies or materials necessary to performing your job?

<u>Denny Hecker Hyundai</u>

Who provided your tools and/or equipment?

<u>Denny Hecker Hyundai</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or        <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

<u>employer</u>

1120526

EXHIBIT B
Page 000633

Who set your vacation policy?

    <u>my direct manager</u>

Who did you speak with to request days off?

    <u>my direct manager</u>

Who did you speak with when you had any complaints regarding your job?

    <u>my direct manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

1120526

EXHIBIT B
Page 000634

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your     <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

  <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120526

EXHIBIT B
Page 000635

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>Jeff Belzer's Chevrolet Dodge</u>
                                               <u>Kia</u>

Address:                                       <u>Hwy 50 and Cedar Lakeville MN</u>
                                               <u>55044</u>

Telephone:                                     <u>952-469-3731</u>

Dates of employment:                           <u>10/06 to 12/08</u>

Position/title:                                <u>Service Advisor</u>

Did you sign an employment agreement?          <u>No</u>

Tasks performed:                               <u>customer service</u>

Name of supervisor/manager:                    <u>John Gorance</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>salary plus commision</u>
salary):

Rate of pay/wage/salary:                       <u>1600 plus commision 4% of gross</u>
                                               <u>sals</u>

1120526

EXHIBIT B
Page 000636

Hours worked per week (Average):          <u>45</u>

Amounts owed (if applicable):             <u>n/a</u>

Did you receive a:                        <u>W-2</u>

Who issued your 1099/W-2?                 <u>Jeff Belzer's</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

       <u>my manager set schedule</u>

Who provided your gas and/or transportation while employed?

       <u>n/a</u>

Who provided any supplies or materials necessary to performing your job?

       <u>Jeff Belzer's</u>

Who provided your tools and/or equipment?

       <u>Jeff Belzer's</u>

Were you required to wear a uniform?          <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1120526

EXHIBIT B
Page 000637

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>split between employer and employee</u>

Who set your vacation policy?

    <u>my direct manager</u>

Who did you speak with to request days off?

    <u>my direct manager</u>

Who did you speak with when you had any complaints regarding your job?

    <u>my direct manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120526

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?        <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120526

EXHIBIT B
Page 000639

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:    <u>Inver Grove Ford</u>

Address:    <u>4725 S Robert Trail Inver Grove Heights mn 55077</u>

Telephone:    <u>651-451-2201</u>

Dates of employment:    <u>09/10-10/11</u>

Position/title:    <u>service advisor</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:    <u>customer service</u>

1120526

Name of supervisor/manager:                    brett nelson

Method of pay (*i.e.*, piece-rate, hourly,     salary plus comission
salary):

Rate of pay/wage/salary:                       2000 plus commision


Hours worked per week (Average):               45

Amounts owed (if applicable):                  n/a

Did you receive a:                             W-2

Who issued your 1099/W-2?                       Inver grove Ford

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

     set schedule by manager

Who provided your gas and/or transportation while employed?

     I did


Who provided any supplies or materials necessary to performing your job?

     Inver Grove Ford


1120526

Who provided your tools and/or equipment?

    <u>Inver Grove Ford</u>

Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>half employer half employee</u>

Who set your vacation policy?

    <u>my direct manager</u>

Who did you speak with to request days off?

    <u>my direct manager</u>

Who did you speak with when you had any complaints regarding your job?

    <u>my direct manager</u>

1120526

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120526

Did you ever have a charge-back for your work?                          <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

     <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?                          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Frontline Communications</u>

1120526

| | |
|---|---|
| Address: | 7713 w 147th st Apple Valley mn 55124 |
| Telephone: | 651-764-0435 |
| Dates of employment: | 05/09-09/10 |
| Position/title: | Installation Technician |
| Did you sign an employment agreement? | No |
| Tasks performed: | install directv |
| Name of supervisor/manager: | Alex Yahman |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | piece-rate |
| Rate of pay/wage/salary: | |
| Hours worked per week (Average): | 65-70 |
| Amounts owed (if applicable): | 1000 to 10000 |
| Did you receive a: | W-2 |
| Who issued your 1099/W-2? | Frontline Communications |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

I kept track of my own hours but I did not get paid by the hour I only got paid by the piece installed they did not care how many hours I worked as long as my installs were done

1120526

Who provided your gas and/or transportation while employed?

I provided all my own gas and vehicle

Who provided any supplies or materials necessary to performing your job?

frontline communications supplied me with the basic materials like cable and the dishes to install bur anything extra to complete the job I had to pay for.

Who provided your tools and/or equipment?

i bought all my own tools

Were you required to wear a uniform?       Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

I was required to wear a directv shirt and tan pants

Who paid for the uniform?            I paid for my pants but the shirt was provided

Were you provided with a cell phone or cell phone service?       No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?       No

If "yes," who paid for your insurance policy?

1120526

Who set your vacation policy?

    was no vacation

Who did you speak with to request days off?

    my boss at frontline Communications

Who did you speak with when you had any complaints regarding your job?

    my boss at frontline communications

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    No

If "yes," please provide the following:

Type of training:

1120526

EXHIBIT B

Page 000647

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your      <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>I spoke on the phone with directv on a daily basis concerning appointments, and technical issues</u>

1120526

EXHIBIT B
Page 000648

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                      <u>BNSF</u>

Address:                                   <u>80 44th ave Northeast</u>
                                           <u>Minneapolis</u>

Telephone:                                 <u>763-782-3307</u>

Dates of employment:                       <u>10/11 to present</u>

Position/title:                            <u>Conductor</u>

Did you sign an employment agreement?      <u>No</u>

Tasks performed:                           <u>Conductor</u>

Name of supervisor/manager:                <u>Jamie Adams</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                           <u>hourly</u>
salary):

Rate of pay/wage/salary:                   <u>32.00 per hr</u>

1120526

Hours worked per week (Average):          <u>40</u>

Amounts owed (if applicable):             <u>n/a</u>

Did you receive a:                        <u>W-2</u>

Who issued your 1099/W-2?                 <u>BNSF</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>BNSF keeps track off hrs worked</u>

Who provided your gas and/or transportation while employed?

    <u>BNSF</u>


Who provided any supplies or materials necessary to performing your job?

    <u>BNSF</u>

Who provided your tools and/or equipment?

    <u>BNSF</u>


Were you required to wear a uniform?      <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?


1120526

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>Yes</u> benefits?

If "yes," who paid for your insurance policy?

<u>BNSF</u>

Who set your vacation policy?

<u>BNSF</u>

Who did you speak with to request days off?

<u>my direct manager</u>

Who did you speak with when you had any complaints regarding your job?

<u>my direct manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120526

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

     <u>BNSF</u>

Did you ever receive training of any type     <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your      <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1120526

EXHIBIT B
Page 000652

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>on about half of the installs I was required to do custom work like hiding wires for looks and not function, burying cables in the ground for a dish that was installed on a pole,  running extra cables for items not on my work order and moving customers furniture to be able to install the equipment.  All are examples of extra work that was not paid.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>I spent an extra 15 to 20 hrs a week doing tasks above and beyond what I got paid for on the work orders</u>

1120526

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:     *Dan Benjegerdes*

1120526

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### <u>*Questionnaire*</u>

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Adam Westly Berger


Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                      <u>08/09/1979</u>

Technician Number(s):                     <u>DVOR81524, DVOR848508</u>

Current address:                               <u>41824 NW Oak Way, Banks, OR 97106</u>

Cell phone number (with area code):   <u>360-910-7685</u>

Home phone number (with area code):  <u>360-910-7685</u>

E-mail address (primary):                  <u>Adam_Berger1@yahoo.com</u>

1120943

2.      **Education -- High School.**

    High School Graduate?                              <u>Yes</u>

    Name of high school:                              <u>Evergreen High</u>

    School location (city, state):                    <u>Vancouver, WA</u>

3.      **Education - College.**

    College Graduate?                                 <u>No</u>

    Name of college:                                  <u>Clark College</u>

    School location (city, state):                    <u>Vancouver, WA</u>

    Dates attended:                                   <u>1998-1999</u>

4.      **Education - Other Post-Secondary.**

    Post-Secondary Education?                         <u>Yes</u>

    Name of post-secondary school:                    <u>Evergreen Skills Center EDT</u>

    School location (city, state):                    <u>Vancouver, WA</u>

    Dates attended:                                   <u>1997-1998</u>

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1120943

If "yes," please provide the following:
    Licenses held:                  <u>SBCA</u>

    Level of SBCA Certification:    <u>Top level and recertified for years. Have been with this company on and off since 2001 mostly on 9 years</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>DIRECTV, Vancouver, WA</u>

    Address:                 <u>The office has changed locations three times since I started my employment</u>

    Dates of your employment/membership:    <u>2001 thru 2012</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>DIRECTV - in-house in Vancouver</u>

    Who paid the initial fees?    <u>DIRECTV - in-house Vancouver or Irnwood</u>

    Who paid the renewal fees?    <u>DIRECTV</u>

1120943

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120943

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1120943

**HSP:**

| | |
|---|---|
| Name: | <u>Ironwood - contracted for DIRECTV before bought out</u> |
| Address: | <u>Vancouver, WA</u> |
| Telephone: | |
| Dates of engagement: | <u>2001 thru 2010</u> |
| Position/title: | <u>DIRECTV installation technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2001 thru 2010 (always a tech)</u> |
| Did you have a contract with the HSP? | <u>No</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Ironwood/DIRECTV Home Services 2005-2010.  Bob Crammer and assistants at that time</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Bob Crammer</u>

1120943

EXHIBIT B
Page 000660

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Can't do all jobs up to code.  Back in 2005 there was no quality control to enforce certain code procedures. Went back to correct work and fix things for free.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Office helpers; Bob Crammer; supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Do remember charge backs occurring but do not remember specifics.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120943

**Subcontractor:**

Name:                              Vaughn Enterprises

Address:                           Damascus, OR

Telephone:                         503-349-5013

Dates of engagement:               November 1, 2011 thru
                                   December 17, 2012

Position/title:                    Contracted DIRECTV
                                   Installation Technician
Approximate dates of DIRECTV work  November 1, 2011 thru
orders:                            December 17, 2012

Did you have a contract with the subcontractor?    Yes

If "yes," please describe the terms of that contract:

   We would have to pay for all of our own equipment (gas, tools, vehicle
   expenses) for a set amount of compensation per job done.

Did the subcontractor have a contract with an HSP?    Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

   He worked directly with DIRECTV Home Services in Vancouver, WA

Did the subcontractor have a contract with DIRECTV?    Yes

If "yes," please describe what you know about that contract (terms, etc.).

   He worked directly with DIRECTV Home Services in Vancouver, WA

1120943

EXHIBIT B
Page 000662

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Jay Vaughn</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Jay Vaughn</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>There were a couple of times when I forgot to add a ground wire or the dish needed to be returned or program a remote that was forgotten.  It is only human to make mistakes. We would try to fix our own service calls so that we did not get charged back.</u>

1120943

EXHIBIT B
Page 000663

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Just Jay Vaughn or one of his supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>If I went to do a great job and for some reason customer could not get the box on, they would call in for a service call. A different tech would show up and say there was a problem, even though the customer just didn't hit the button. The tech would say I missed something to make sure he got payed for the job. They would charge me back.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV? <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120943

**Entity**:

Name:                                                    Ironwood Company

Address:                                                 Vancouver, WA

Telephone:

Dates of employment:                                     2001 - 2010

Position/title:                                          Tech

Did you sign an employment agreement?                    Yes

Tasks performed:                                         Installation of DIRECTV
                                                         equipment in customers' homes
Name of supervisor/manager:                              Bob Crammer

Method of pay (*i.e.*, piece-rate, hourly,               Piece-rate
salary):

Rate of pay/wage/salary:                                 Piece-rate

Hours worked per week (Average):                         50

Amounts owed (if applicable):                            10,000

Did you receive a:                                       W-2

Who issued your 1099/W-2?                                DIRECTV/Ironwood --
                                                         depending on the year

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Self -I was responsible for tracking my own hours, logged them on a sheet
        every morning and turned them in to payroll every Sunday/Monday.

1120943

EXHIBIT B
Page 000665

Who provided your gas and/or transportation while employed?

Most of the time I had a van or a truck.  One year I had to supply my own.

Who provided any supplies or materials necessary to performing your job?

When I was an in-house employee they supplied all materials; when I was contracting, I supplied my own.

Who provided your tools and/or equipment?

DIRECTV Warehouse

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue starched compnay logo shirt, steel-toed boots, carhart pants, blue DIRECTV hat, badge around the neck.

Who paid for the uniform?          They paid for the shirts and hats but we bought our own boots and pants.

Were you provided with a cell phone or cell phone service?          Yes

If "yes," who paid for the cell phone and/or service?

DIRECTIV

Were you provided with insurance benefits?          Yes

If "yes," who paid for your insurance policy?

When it was DIRECTV, they paid, however, Ironwood did not.

1120943

EXHIBIT B
Page 000666

Who set your vacation policy?

    <u>DIRECTV</u>

Who did you speak with to request days off?

    <u>Bob Crammer or my supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor or Bob Crammer</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Video of the month</u>

1120943

EXHIBIT B
Page 000667

Instructor/trainer:                              <u>Supervisor</u>

Where was the training held?:                    <u>Training Room</u>

Who paid for the training?                       <u>DIRECTV</u>

Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>I would do customer work and never see pay for it.  They said I
> submitted it wrong and no where to go back and check paperwork to
> pay correctly, this happened all of the time. Do remember charge backs
> occurring but do not remember specifics.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

> <u>Every day the techs would walk in and tell each other of situations and
> funny stories that they had encountered in the past or how ell their job was
> installed.  If you are good, you make this job in the form of Art and take
> pride in your work and help others not make mistakes that you have made
> to save time and frustration.</u>

1120943

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                            <u>Vaughn Enterprises</u>

Address:                                        <u>Damascus, OR</u>

Telephone:                                    <u>503-349-5013</u>

Dates of employment:                   <u>November 1, 2011- Decemember 17, 2012</u>

Position/title:                                <u>Installation Technician</u>

Did you sign an employment agreement?     <u>Yes</u>

Tasks performed:                          <u>Installing DIRECTV Satellite Service</u>

Name of supervisor/manager:        <u>Jay Vaughn</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):     <u>50-60</u>

Amounts owed (if applicable):

1120943

EXHIBIT B
Page 000669

Did you receive a:                                        <u>1099</u>

Who issued your 1099/W-2?                    <u>Vaughn Enterprises</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

     <u>No one.</u>

Who provided your gas and/or transportation while employed?

     <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

     <u>Self</u>

Who provided your tools and/or equipment?

     <u>Self</u>

Were you required to wear a uniform?            <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

     <u>DIRECTV uniform</u>

Who paid for the uniform?                    <u>Self</u>

1120943

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

> <u>No vacation</u>

Who did you speak with to request days off?

> <u>Jay Vaughn</u>

Who did you speak with when you had any complaints regarding your job?

> <u>Jay Vaughn</u>

Did anyone else ever help you perform or complete tasks as part of your job?

> <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120943

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                            <u>"Up training"</u>

Instructor/trainer:                                        <u>On the computer</u>

Where was the training held?:                        <u>online</u>

Who paid for the training?                             <u>self</u>

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>There were a couple of times when I forgot to add a ground wire or the
dish needed to be returned or program a remote that was forgotten.  It is
only human to make mistakes. We would try to fix our own service
calls so that we did not get charged back.</u>

1120943

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>I spoke with In house DIRECTV technicians often.</u>

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

    <u>Not compensated for wall first, post concrete, custom install on a
    customer house, driving to and from the warehouse to get supplies and
    schedules, work on installs that were never completed, cleaning my van,
    followup appointments with customers, acknowledging work schedules in
    the morning, and assisting other technicians with installs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

    <u>10-15 hours per week.</u>

1120943

15.  **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

Tony Mestger, Matt HiBond, Matt Curtis, Heath Lins, Bob Crammer, Mario Josh and Steve Marsh

16.  To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1120943

EXHIBIT B
Page 000674

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Adam Berger

Adam Berger

1120943

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  David T. Blake

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                   <u>12/05/1965</u>

Technician Number(s):                  <u>DSIL008265, DSIL002791</u>

Current address:                           <u>58A Rolling Oaks Rd. , Sugar Grove, IL 60554</u>

Cell phone number (with area code):  <u>630-742-8290</u>

Home phone number (with area code):

E-mail address (primary):               <u>golfit4@aol.com</u>

1122596

2.     **Education -- High School.**

    High School Graduate?           <u>Yes</u>

    Name of high school:           <u>Aurora West Hight School</u>

    School location (city, state):      <u>Aurora, IL</u>

3.     **Education - College.**

    College Graduate?           <u>No</u>

    Name of college:           <u>Waubonsee Community College</u>

    School location (city, state):      <u>Sugar Grove, IL</u>

    Dates attended:           <u>09/1984-06/1986</u>

4.     **Education - Other Post-Secondary.**

    Post-Secondary Education?      <u>No</u>

    Name of post-secondary school:

    School location (city, state):

    Dates attended:

5.     **Licensure - SBCA/Accreditation.**

    Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1122596

If "yes," please provide the following:
    Licenses held:                <u>Satellite Fundamentals</u>

    Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>Wire Guyz</u>

    Address:

    Dates of your             <u>12/2007-08/2009</u>
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>Self</u>

    with this training, if any?

    Who paid the initial fees?       <u>Self</u>

    Who paid the renewal fees?     <u>Self</u>

7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

     <u>No</u>

1122596

EXHIBIT B
Page 000678

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

           <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1122596

EXHIBIT B
Page 000679

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122596

## HSP:

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1122596

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122596

**Subcontractor:**

Name:                                              Wire Guyz

Address:                                           Aurora, IL

Telephone:

Dates of engagement:                          12/2007-08/2009

Position/title:                                     Satellite Installer

Approximate dates of DIRECTV work
orders:                                             12/2007-08/2009


Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

       Direct Sat, Was never told about their contract with Direct Sat.


Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1122596

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Direct Sat Supervisors</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Wire Guyz Supervisor</u>


Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:


1122596

EXHIBIT B
Page 000684

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Wire Guyz Supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Was charged back anytime a service call was generated from a customer that I performed an install or upgrade at their home within 90 days of that install or upgrade. I was charged $60 per service call.</u>

1122596

EXHIBIT B
Page 000685

**Subcontractor:**

Name:                                    Quest Integrated Inc.

Address:                                 1495 Northwreck Court,
                                         Rockford, IL
Telephone:                               815-877-5400

Dates of engagement:                     09/2009-08/2012

Position/title:                          Satellite Installer

Approximate dates of DIRECTV work        09/2009-08/2012
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

     Direct Sat, never told of contract they had with Direct Sat.


Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1122596

EXHIBIT B
Page 000686

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Direct Sat Supervisors</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Quest Supervisor</u>


Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1122596

EXHIBIT B
Page 000687

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Quest Supervisor

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Sometimes it was $60 if I was a level 3 tech, otherwise it was $75 per service call/charge back.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122596

EXHIBIT B
Page 000688

**Entity:**

Name:                                          Nu-Line Technologies

Address:                                       Aurora, IL

Telephone:

Dates of employment:                           06/2004-11/2007

Position/title:                                Residential Electrical Apprentice

Did you sign an employment agreement?          No

Tasks performed:                               New residential electrical
                                               installation

Name of supervisor/manager:                    Tony Elliott

Method of pay (*i.e.*, piece-rate, hourly,     hourly

salary):

Rate of pay/wage/salary:                       $17-$40

Hours worked per week (Average):               40

Amounts owed (if applicable):

Did you receive a:                             1099

Who issued your 1099/W-2?                       Nu-Line

1122596

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Forman

Who provided your gas and/or transportation while employed?

Self

Who provided any supplies or materials necessary to performing your job?

Self

Who provided your tools and/or equipment?

Self

Were you required to wear a uniform?         No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1122596

EXHIBIT B
Page 000690

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>Yes</u> benefits?

If "yes," who paid for your insurance policy?

    <u>Nu-Line</u>

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Forman</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Forman</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:           <u>We all worked together to finish house on time.</u>

Frequency of help/assistance:     <u>anytime it was needed</u>

1122596

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

     <u>Nu-Line</u>

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:          <u>NJATC</u>

Instructor/trainer:          <u>Mulitple Instructors</u>

Where was the training held?:          <u>IBEW Union Hall</u>

Who paid for the training?          <u>Self</u>

Did you ever have a charge-back for your          <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1122596

EXHIBIT B
Page 000692

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>Wire Guyz</u>

Address:                                       <u>Aurora, IL</u>

Telephone:

Dates of employment:                     <u>12/2007-08/2009</u>

Position/title:                               <u>Satllite Installer</u>

Did you sign an employment agreement?   <u>No</u>

Tasks performed:                           <u>Installed Satellites</u>

1122596

Name of supervisor/manager:                    Jon Lewis

Method of pay (*i.e.*, piece-rate, hourly,     piece rate

salary):

Rate of pay/wage/salary:                       $65/install, $50/additional

Hours worked per week (Average):               45-60

Amounts owed (if applicable):

Did you receive a:                             1099

Who issued your 1099/W-2?                      Wire Guyz

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    No one


Who provided your gas and/or transportation while employed?

    Self


Who provided any supplies or materials necessary to performing your job?

    DIRECTV


1122596

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue jeans, navy butoon down with logo</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>Yes</u>

If "yes," who paid for the cell phone and/or service?

    <u>Self</u>

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

1122596

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>Yes</u>

If "yes," please provide the following:

Type of training:                <u>Install, activate receivers</u>

Instructor/trainer:              <u>Supervisor</u>

Where was the training held?:    <u>on the job</u>

Who paid for the training?       <u>compnay</u>

1122596

EXHIBIT B
Page 000696

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Charged back anytime a call was generated from a customer that I performed an install, or upgrade at their home within 90 days of that install or upgrade. I was charged $60 per service call.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122596

EXHIBIT B
Page 000697

**Entity:**

Name:                                          Quest Integrated Inc.

Address:                                       1495 Northwreck Court,
                                               Rockford, IL
Telephone:                                     815-877-5400

Dates of employment:                           09/2009-08/2012

Position/title:                                Satellite Installer

Did you sign an employment agreement?          No

Tasks performed:                               Installed satellites


Name of supervisor/manager:                    Craig Watkins

Method of pay (*i.e.*, piece-rate, hourly,     piece rate
salary):

Rate of pay/wage/salary:                       $70/install, $20/additional

Hours worked per week (Average):               45-60

Amounts owed (if applicable):

Did you receive a:                             1099

Who issued your 1099/W-2?                       Quest Integrated

1122596

EXHIBIT B
Page 000698

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>no one</u>

Who provided your gas and/or transportation while employed?

<u>Self</u>

Who provided any supplies or materials necessary to performing your job?

<u>DIRECTV</u>

Who provided your tools and/or equipment?

<u>Self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>shirt with logo, khaki pants.</u>

Who paid for the uniform?                    <u>self</u>

1122596

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122596

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:        <u>Install</u>

Instructor/trainer:        <u>Supervisor</u>

Where was the training held?:        <u>on the job</u>

Who paid for the training?        <u>company</u>

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>$60 if I was a level 3 tech, otherwise it was $75 per service call/charge back.</u>

1122596

EXHIBIT B
Page 000701

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Driving to and from jobs, driving to warehouse to pick up equipment, filling out paper work after all jobs were completed, attending meetings, assembling satellite dishes at home, cleaning van out, follow up appointments.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>5-10 hours</u>

1122596

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1122596

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

David Blake

1122596

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Dean Joseph Bourn

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                              <u>12/07/1981</u>

Technician Number(s):                 <u>Dvil832207, dvmo829612,</u>
                                                       <u>dvfl842701</u>

Current address:                           <u>311 Franklin st. Vermillion,</u>
                                                       <u>South Dakota   57069</u>

Cell phone number (with area code):   <u>605-670-8350</u>

Home phone number (with area code):

E-mail address (primary):               <u>Dbourn42@yahoo.com</u>

1123634

2.    **Education -- High School.**

High School Graduate?                          <u>No</u>

Name of high school:                           <u>Central high</u>

School location (city, state):                 <u>Springfield mass</u>

3.    **Education - College.**

College Graduate?                              <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                       <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1123634

If "yes," please provide the following:
   Licenses held:          <u>Expired</u>

   Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>Tomcor LLC</u>

   Address:

   Dates of your
   employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated   <u>Tomcor LLC</u>

   with this training, if any?

   Who paid the initial fees?   <u>Tomcor LLC</u>

   Who paid the renewal fees?   <u>N/a</u>

1123634

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123634

EXHIBIT B
Page 000708

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

      <u>No</u>

If "yes," please provide the following information:

1123634

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1123634

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1123634

**Subcontractor:**

Name:                                          Tomcor LLC

Address:                                       Tallahasee, FL Jefferson City,
                                               MO Rebud, IL
Telephone:                                     502-836-0557

Dates of engagement:                           09/2010-06/2011

Position/title:                                Installer/ supervisor

Approximate dates of DIRECTV work              9-10 - 6-11
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1123634

EXHIBIT B
Page 000712

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Tomcor</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Tom Shevlin</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>I was asked to put more concrete on a pole I installed and take pictures to
prove I did it</u>

1123634

EXHIBIT B
Page 000713

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Tom Shevlin</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Ground pole came undone, not enough concrete had to go back and fix, $50 charge back. Self tapped pole, had to go back to fix because not up to 'their standard'.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123634

**<u>Entity</u>:**

Name:                                                    <u>Self</u>

Address:                                                <u>SD</u>

Telephone:

Dates of employment:                         <u>2013</u>

Position/title:                                        <u>Odds and ends job</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1123634

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1123634

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1123634

EXHIBIT B

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1123634

EXHIBIT B
Page 000718

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                        R.carter builders

Address:                                     Vermont

Telephone:

Dates of employment:                         1/00 thru 7/05

Position/title:                              Carpenter

Did you sign an employment agreement?

Tasks performed:                             General building

Name of supervisor/manager:                  Ron carter

Method of pay (*i.e.*, piece-rate, hourly,   Hourly

salary):

Rate of pay/wage/salary:                     14$

Hours worked per week (Average):             25-50

Amounts owed (if applicable):

1123634

Did you receive a:

Who issued your 1099/W-2?                    Neither

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

         Ron carter

Who provided your gas and/or transportation while employed?

         Self


Who provided any supplies or materials necessary to performing your job?

         Company

Who provided your tools and/or equipment?

         Self/company


Were you required to wear a uniform?            No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1123634

EXHIBIT B
Page 000720

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123634

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1123634

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                    <u>Tomcor LLC</u>

Address:

Telephone:                                           <u>502-836-0557</u>

Dates of employment:                          <u>9-10 thru 5-11</u>

Position/title:                                        <u>Supervisor / installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                                 <u>Installing of directv systems</u>

1123634

Name of supervisor/manager:                    <u>Tom Shevlin</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):               <u>50+</u>

Amounts owed (if applicable):


Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Company</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Never did</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

1123634

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?       <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Khaki pants and directv shirt</u>

Who paid for the uniform?       <u>Self</u>

Were you provided with a cell phone or cell phone service?       <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?       <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Tom Shevlin</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Tom Shevlin</u>

1123634

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Non paid on the job</u>

Instructor/trainer:    <u>Paul Lyell</u>

Where was the training held?:    <u>On job sites</u>

Who paid for the training?    <u>No one</u>

1123634

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Had to return to customers home and place more concrete on pole holding dish, take pictures and email them to Tom shevlin, $50 charge back. Self tapped pole, had to go back to fix because not up to 'their standard'.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Digital reception services</u>

1123634

Address:

Telephone:

Dates of employment:                                   <u>4-09 thru 7-10</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,        <u>Hourly</u>

salary):

Rate of pay/wage/salary:                             <u>10$</u>

Hours worked per week (Average):              <u>50+</u>

Amounts owed (if applicable):

Did you receive a:                                        <u>W-2</u>

Who issued your 1099/W-2?                        <u>The company</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1123634

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1123634

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1123634

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1123634

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                    Satellite Connection (Retail)

Address:                                 SD

Telephone:

Dates of employment:                     2/2012-12/2012

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1123634

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?



Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?



Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1123634

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123634

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1123634

EXHIBIT B

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

    <u>Driving hundreds of miles for jobs and to the depot to get supplies and schedules, overtime, replacing outdated wiring and system components on upgrades, clean out van, attend meetings, assemble satellite dishes, acknowledge work schedules in the morning, work on installs that were never completed.</u>

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

    <u>20-25</u>

1123634

EXHIBIT B
Page 000736

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

<u>Not sure</u>

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                     Signed:     <u>*Dean Bourn*</u>

1123634

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.   **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Bradly Sherrill Bowen

Maiden name (if applicable):

Nicknames and aliases (current and former):      Brad

Date of birth:                    04/10/1969

Technician Number(s):              DVAL842614

Current address:                  1305 Pratt Ave NE Huntsville, AL 35801

Cell phone number (with area code):      256-527-4584

Home phone number (with area code):     256-527-4584

E-mail address (primary):            brad.audwire@gmail.com

1122721

2.      **Education -- High School.**

High School Graduate?                          Yes

Name of high school:                          Huntsville High School

School location (city, state):                Huntsville, AL

3.      **Education - College.**

College Graduate?                             No

Name of college:                              University of Alabama

School location (city, state):                Tuscaloosa, AL

Dates attended:                               1988-91

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                     Yes

Name of post-secondary school:                Devry University (online)

School location (city, state):                Illinois

Dates attended:                               April 2012 - July 2012

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        Yes

1122721

If "yes," please provide the following:
    Licenses held:                    SBCA Certified Installer

    Level of SBCA Certification:      Level II

Was this training provided by or through an employer, professional or industry association, or other entity?

       Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Bruister & Associates (Billy Sams)

    Address:                 Meridian, MS (but I worked out of the Florence office and trained in Lenoir City, TN)

    Dates of your employment/membership:    2003 - 2006

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    Self

    Who paid the initial fees?    Self

    Who paid the renewal fees?    n/a

1122721

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:          Bruister & Associates

Nature of training or apprenticeship:          Field Supervisor

Were there any fees or costs associated          No

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122721

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

    <u>Yes</u>

If "yes," please provide the following information:

1122721

**HSP:**

| | |
|---|---|
| Name: | Bruister & Associates |
| Address: | Meridian, MS |
| Telephone: | |
| Dates of engagement: | 2003 - 2006 |
| Position/title: | Installer, Field Supervisor |
| Approximate dates of DIRECTV work orders: | 2003 - 2006 |
| Did you have a contract with the HSP? | No |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Donna Mitchell

Who supervised and/or reviewed your work at DIRECTV customer sites?

Jason Evans

1122721

EXHIBIT B
Page 000743

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>I was asked to relocate outlets, relocate dishes, and run additional phone lines.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Local office, dispatch, and DIRECTV</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Received $50 charge back for on time guarantees (would be scheduled 3am jobs), charged back for every receiver not connected to a phone line if overall receiver percentage was not connected to phone fell below 35%.</u>

**HSP:**

Name:                                     <u>Seven Fold Technologies</u>

Address:                                 <u>Decatur, AL</u>

Telephone:

1122721

Dates of engagement:                                     <u>2006 - 2008</u>

Position/title:                                          <u>Technician</u>

Approximate dates of DIRECTV work                        <u>2006 - 2008</u>
orders:

Did you have a contract with the HSP?                    <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not know</u>

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Dustin Terry, Sylaina Hinkle, Chris Burns</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Dustin Terry</u>

1122721

EXHIBIT B
Page 000745

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>I was asked to reroute cables, dishes, and run additional phone lines.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dustin Terry, Sylaina Hinkle</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back $50 for on time guarantee if not at customer's house in the allotted time frame and customer called DIRECTV corporate looking for you (numerous times), $5 per receiver not connected to phone lines, if non responder rate was less than 25%.</u>

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122721

EXHIBIT B
Page 000746

**Subcontractor:**

Name:                                         Buccaneer Communications
                                              (Chuck Steadham)
Address:                                      Birmingham, AL

Telephone:

Dates of engagement:                          2008 - 2009


Position/title:                               Installer

Approximate dates of DIRECTV work             2008 - 2009
orders:


Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).

1122721

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Chuck Steadham</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>No one</u>

Were you ever asked to correct your work at a DIRECTV customer site?     <u>No</u>

If "yes," please describe the circumstances.:

1122721

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Chuck Steadham</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**Subcontractor:**

| | |
|---|---|
| Name: | <u>MediaNet</u> |
| Address: | <u>Meridian, MS</u> |
| Telephone: | |
| Dates of engagement: | <u>2009 - 2011</u> |
| Position/title: | <u>Installer / Lead Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2009 - 2011</u> |

1122721

Did you have a contract with the subcontractor?      <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not know</u>

Did the subcontractor have a contract with an HSP?      <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

    <u>DIRECTV Home Services</u>

Did the subcontractor have a contract with DIRECTV?      <u>Yes</u>

If "yes," please describe what you know about that contract (terms, etc.).

    <u>Do not know</u>

1122721

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Eric Gean, Jon Alexander

Who supervised and/or reviewed your work at DIRECTV customer sites?

    Mikail Kalin

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

    I was asked to reroute cable, relocate the dish, or run phone lines.

1122721

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Local Manager, Meridian Dispatch, and DIRECTV Corporate</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargebacks received for on time guarantee ($50), for receiver not being connected to a phone line ($5), and if the overall receiver call backs fell below 35%.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Audwire LLC</u> |
| Address: | <u>Coleman, AL and Talladaga, AL</u> |
| Telephone: | |
| Dates of engagement: | <u>2011 (6 months)</u> |
| Position/title: | <u>Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2011 (6 months)</u> |

1122721

Did you have a contract with the subcontractor?    <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

   <u>DIRECTV Home Services</u>

Did the subcontractor have a contract with DIRECTV?    <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122721

EXHIBIT B
Page 000753

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Jeremy Butler</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Jeremy Butler</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u> site?

If "yes," please describe the circumstances.:

<u>I was asked to rerun cables, relocate dishes, or outlets.</u>

1122721

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jeremy Butler</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargebacks received for on time guarantee ($50) and for every receiver that was not connected to a phone line.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122721

**<u>Entity</u>:**

Name:                                              <u>Bruister & Associates</u>

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1122721

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122721

EXHIBIT B
Page 000757

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122721

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Received $50 charge back for on time guarantees (we would be scheduled for 3am jobs), charged back for every receiver not connected to a phone line if overall percentage of receivers not connected to phone fell below 35%.</u>

1122721

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                    <u>Seven Fold Technologies</u>

Address:                                                <u>Decatur, AL</u>

Telephone:

Dates of employment:                        <u>2006 - 2008</u>

Position/title:                                        <u>Technician</u>

Did you sign an employment agreement?        <u>Yes</u>

Tasks performed:

1122721

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1122721

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122721

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122721

EXHIBIT B
Page 000763

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Charged back $50 for on time guarantee if not at customer's house in the allotted time frame and customer called DIRECTV corporate looking for you (numerous times), $5 per receiver not connected to phone lines, if non responder rate was less than 25%.</u>

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                              <u>Buccaneer Communications</u>

1122721

Address:                                          Birmingham, AL

Telephone:

Dates of employment:                              2008 - 2009

Position/title:                                   Installer

Did you sign an employment agreement?            No

Tasks performed:                                  Install Satellite Services

Name of supervisor/manager:                       Chuck Steadham

Method of pay (*i.e.*, piece-rate, hourly,       Piece-rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                  40+ hours a week

Amounts owed (if applicable):

Did you receive a:                                1099

Who issued your 1099/W-2?                         Buccaneer Communications

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Self

1122721

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt, khaki pants</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1122721

EXHIBIT B
Page 000766

Who set your vacation policy?

<u>No vacation policy</u>

Who did you speak with to request days off?

<u>Chuck Steadham</u>

Who did you speak with when you had any complaints regarding your job?

<u>Chuck Steadham</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122721

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1122721

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>MediaNet</u>

Address:                                          <u>Meridian, MS</u>

Telephone:

Dates of employment:                              <u>2009 - 2011</u>

Position/title:                                   <u>Installer / Lead Technician</u>

Did you sign an employment agreement?            <u>Yes</u>

Tasks performed:                                  <u>Install Satellite Services</u>

1122721

Name of supervisor/manager:                 <u>Eric Gean, Jon Alexander, Mikail Kalin</u>

Method of pay (*i.e.*, piece-rate, hourly,   <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):            <u>50-60 hours a week</u>

Amounts owed (if applicable):

Did you receive a:                          <u>1099</u>

Who issued your 1099/W-2?                    <u>MediaNet</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

      <u>Self</u>

Who provided your gas and/or transportation while employed?

      <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

      <u>Self</u>

1122721

Who provided your tools and/or equipment?

    Sefl

Were you required to wear a uniform?       Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    Blue DIRECTV shirt, khaki pants

Who paid for the uniform?       Self

Were you provided with a cell phone or cell phone service?       No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?       No

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    No vacation policy

Who did you speak with to request days off?

    Manager or Supervisor

Who did you speak with when you had any complaints regarding your job?

    Manager or Supervisor

1122721

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122721

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Chargebacks received for on time guarantee ($50), for receiver not being connected to a phone line ($5), and if the overall receiver call backs fell below 35%.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?                    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Audwire LLC</u>

1122721

Address:                                              Coleman, AL and Talladaga, AL


Telephone:

Dates of employment:                                 2011 (6 months)


Position/title:                                       Technician

Did you sign an employment agreement?                No

Tasks performed:                                     Install Satellite Services

Name of supervisor/manager:                          Jeremy Butler

Method of pay (*i.e.*, piece-rate, hourly,           Piece-rate

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):                     50 - 60 hours per week

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                            Audwire LLC

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

         Self


1122721

EXHIBIT B

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt, khaki pants</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1122721

EXHIBIT B

Page 000775

Who set your vacation policy?

> <u>No vacation policy</u>

Who did you speak with to request days off?

> <u>Jeremy Butler</u>

Who did you speak with when you had any complaints regarding your job?

> <u>Jeremy Butler</u>

Did anyone else ever help you perform or complete tasks as part of your job?

> <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122721

EXHIBIT B
Page 000776

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Chargebacks received for on time guarantee ($50) and for every
receiver that was not connected to a phone line.</u>

1122721

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                  <u>HC Blake Company</u>

Address:                              <u>Huntsville, AL</u>

Telephone:

Dates of employment:          <u>2012 - present</u>

Position/title:                <u>Property Manager / Office</u>
                                        <u>Assistant / On-Site Helper</u>

Did you sign an employment agreement?

Tasks performed:

1122721

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                            W-2

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122721

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122721

EXHIBIT B

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122721

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122721

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>I was unpaid for mandatory tech meetings, pre calling customers, calling dispatch to notify schedule, doing weekly inventory cycle counts, monthly inventory, and inventory reconcile equipment checks. I was also unpaid for the driving to/from depots to get supplies, assisting other technicians, training new technicians. I was also unpaid for the time spent waiting for customers, you always must wait 30 minutes before you are allowed to call dispatch and give a description of the house before you are allowed to leave the site.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>8 hours</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1122721

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Brad Bowen

1122721

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Rodney Byron Bridges

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    <u>12/29/1971</u>

Technician Number(s):                    <u>DVAL828238</u>

Current address:                              <u>881 Alford Avenue Birmingham AL, 35226</u>

Cell phone number (with area code):   <u>205-835-7823</u>

Home phone number (with area code):

E-mail address (primary):                 <u>htsx2011@gmail.com</u>

1122569

2.      **Education -- High School.**

High School Graduate?                          Yes

Name of high school:                           Vestavia Hills High School

School location (city, state):                 Birmingham AL

3.      **Education - College.**

College Graduate?                              Yes

Name of college:                               Art Institute Of Dallas

School location (city, state):                 Dallas TX

Dates attended:                                1999-2001

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                       No

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

Yes

1122569

EXHIBIT B
Page 000786

If "yes," please provide the following:
    Licenses held:                         SBCA 0c0004530

    Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

      Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Seven Fold Technologies

    Address:                           25 commerce Ave Suite 104
                                     Bessemer AL 35023

    Dates of your
    employment/membership:        4/30/10-4/30/12

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    they were taken out of my pay

    Who paid the initial fees?    they were taken out of my pay

    Who paid the renewal fees?    na

1122569

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122569

EXHIBIT B
Page 000788

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122569

EXHIBIT B
Page 000789

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1122569

EXHIBIT B
Page 000790

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122569

**Subcontractor:**

Name:                                          Seven Fold Technologies

Address:                                       25 Commerce Ave suite 104
                                               Bessemer AL 35023
Telephone:

Dates of engagement:                           4/30/2010 - 4/30/2012

Position/title:                                installer

Approximate dates of DIRECTV work              4/30/2010 - 4/30/2012
orders:


Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1122569

EXHIBIT B
Page 000792

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>I'm not sure. I think someone in the Decatur office.</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>nobody</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1122569

EXHIBIT B
Page 000793

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>the dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Most of the chargebacks were for bad equipment I think it was about $50 per incident, there was no resolution.  Happened when the dish head went bad, which was not my fault. I was also charged back a couple of times for having low phone line percentages, again no resolution.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122569

**<u>Entity</u>:**

Name:                                                    <u>K & K Audio & Video</u>

Address:

Telephone:

Dates of employment:                    <u>07/00/2006 -07/00/2007</u>

Position/title:                                    <u>installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                            <u>prewire houses & install AV equipment</u>

Name of supervisor/manager:           <u>Kent Duke</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):          <u>hourly</u>

Rate of pay/wage/salary:                <u>$ 10/hr</u>

Hours worked per week (Average):     <u>40</u>

Amounts owed (if applicable):

Did you receive a:                           <u>1099</u>

Who issued your 1099/W-2?              <u>K & K Audio and Video</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

        <u>we punched a time clock</u>

1122569

EXHIBIT B
Page 000795

Who provided your gas and/or transportation while employed?

>    we used a company van

Who provided any supplies or materials necessary to performing your job?

>    all supplies were provided

Who provided your tools and/or equipment?

>    all tools were provided

Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1122569

Who set your vacation policy?

    <u>Keith Kramer</u>

Who did you speak with to request days off?

    <u>Keith Kramer</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Keith Kramer</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Keith Kramer</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

1122569

EXHIBIT B
Page 000797

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

        <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


1122569

Did you work for any other person or company, including yourself, while employed in this position?                No

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    Corona Integrated Systems

Address:                                 2129 Fox Valley Circle
                                         Birmingham, AL, 35216

Telephone:                               205-440-2983

Dates of employment:                     08/01/2008 -04/01/2010

Position/title:                          installer

Did you sign an employment agreement?    No

Tasks performed:                         installation of audio video
                                         components
Name of supervisor/manager:              Joe Corona

Method of pay (*i.e.*, piece-rate, hourly,
                                         hourly
salary):

Rate of pay/wage/salary:                 $ 10/hr

1122569

Hours worked per week (Average):        <u>40</u>

Amounts owed (if applicable):

Did you receive a:        <u>1099</u>

Who issued your 1099/W-2?        <u>corona integrated systems</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>we kept track of our own hours on a time sheet and handed them at the end of the pay period to Joe.</u>

Who provided your gas and/or transportation while employed?

<u>corona integrated systems</u>

Who provided any supplies or materials necessary to performing your job?

<u>corona integrated systems</u>

Who provided your tools and/or equipment?

<u>corona integrated systems</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.*, colors, logos, etc.)?

Who paid for the uniform?

1122569

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

<u>Joe</u>


Who did you speak with to request days off?

<u>Joe</u>


Who did you speak with when you had any complaints regarding your job?

<u>Joe</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1122569

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

EXHIBIT B
Page 000802

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

| | |
|---|---|
| Name: | <u>Corona Integrated Systems</u> |
| Address: | <u>2129 Fox Valley Circle</u><br><u>Birmingham, AL, 35216</u> |
| Telephone: | <u>205-440-2983</u> |
| Dates of employment: | <u>07/01/2012- present</u> |
| Position/title: | <u>installer</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>installation of audio video components</u> |

1122569

Name of supervisor/manager:                Joe Corona

Method of pay (*i.e.*, piece-rate, hourly,      hourly

salary):

Rate of pay/wage/salary:                    $11/hr


Hours worked per week (Average):            40

Amounts owed (if applicable):

Did you receive a:                          W-2

Who issued your 1099/W-2?                Corona Integrated Systems

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    we keep track on a time sheet and hand them the end of the pay period

Who provided your gas and/or transportation while employed?

    Corona Integrated Systems


Who provided any supplies or materials necessary to performing your job?

    Corona Integrated Systems

1122569

Who provided your tools and/or equipment?

    <u>Corona Integrated Systems</u>

Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>Joe</u>

Who did you speak with to request days off?

    <u>Joe</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Joe</u>

1122569

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122569

Did you ever have a charge-back for your work?          <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                   <u>Seven Fold Technologies</u>

1122569

Address:                                                    25 commerce ave suite 104
                                                            Bessemer AL 35023

Telephone:

Dates of employment:                                        03/15/2010-04/22/2011


Position/title:                                             installer

Did you sign an employment agreement?                       Yes

Tasks performed:                                            installation of DirecTV at
                                                            customers residence
Name of supervisor/manager:                                 Joby or Chris

Method of pay (*i.e.*, piece-rate, hourly,
                                                            piece-rate
salary):

Rate of pay/wage/salary:                                    depended on what was done at
                                                            the job

Hours worked per week (Average):                            70-80

Amounts owed (if applicable):

Did you receive a:                                          1099

Who issued your 1099/W-2?                                   seven fold technologies

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        nobody




                                                                              1122569

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>seven fold had the supplies. we got what we needed and the cost was deducted from our pay checks.</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>blue shirt with DirecTV logo</u>

Who paid for the uniform?    <u>they were given to us</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1122569

EXHIBIT B
Page 000809

Who set your vacation policy?

<u>The management in Decatur</u>

Who did you speak with to request days off?

<u>we had to email 2 or 3 different people.</u>

Who did you speak with when you had any complaints regarding your job?

<u>Joby or Chris</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          <u>Yes</u>

If "yes," please provide the following:

Type of training:          <u>2 weeks of on the job training in the field to start off with</u>

1122569

Instructor/trainer:                              <u>Lee</u>

Where was the training held?:          <u>on site at peoples houses</u>

Who paid for the training?               <u>seven fold technologies</u>

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>chargebacks for bad equipment. about $50 per incident.  Happened</u>
<u>when a dish head went bad through no fault of my own. I guess</u>
<u>DirecTV. You found out when you got your check. No resolution just</u>
<u>deal with it.</u>
<u>chargeback for low phone line percentages. about $300. I guess</u>
<u>DirecTV. You found out when you got your check. No resolution just</u>
<u>deal with it.</u>

Did you ever speak with any DIRECTV employee regarding your work?

        <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122569

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>I worked a lot of overtime, where I would not be paid for driving to and from the warehouse early in the morning, for meetings even earlier in the morning, to call in and acknowledge my work schedule, whenever I put together the dishes in advance, when I worked on installations that the customer would decide they didn't want or I couldn't find a line of sight, doing follow up appointments or helping other techs and maintaining my vehicle.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10-20</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

<u>Chris Smith</u>

1122569

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:        *Bridges*

1122569

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit").   This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents.   Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Chester  Bryan

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                  12/07/1960

Technician Number(s):                 036612

Current address:                          5680 Prescott Road, Baton Rouge, LA 70805

Cell phone number (with area code):      504-710-4104

Home phone number (with area code):

E-mail address (primary):                chesterbryan75@yahoo.com

1121729

2.    **Education -- High School.**

    High School Graduate?        <u>Yes</u>

    Name of high school:        <u>Kingston Secondary</u>

    School location (city, state):        <u>Kingston, Jamaica</u>

3.    **Education - College.**

    College Graduate?

    Name of college:

    School location (city, state):

    Dates attended:

4.    **Education - Other Post-Secondary.**

    Post-Secondary Education?        <u>Yes</u>

    Name of post-secondary school:        <u>Crown BUsiness School</u>

    School location (city, state):        <u>Brooklyn, NY</u>

    Dates attended:        <u>1985-1986</u>

5.    **Licensure - SBCA/Accreditation.**

    Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121729

If "yes," please provide the following:
   Licenses held:

   Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:    <u>V-Tech</u>

   Address:

   Dates of your employment/membership:    <u>2011-2012</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>I did</u>

    Who paid the initial fees?    <u>I did</u>

    Who paid the renewal fees?    <u>I did</u>

1121729

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>Don't remember</u>

Nature of training or apprenticeship:      <u>same course offered by SBCA</u>

Were there any fees or costs associated      <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or      <u>I did</u>
costs?


**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>Don't remember</u>

Nature of training or apprenticeship:      <u>Internet setup</u>

Were there any fees or costs associated      <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or      <u>I did</u>
costs?

1121729

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?         <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121729

EXHIBIT B
Page 000818

**HSP:**

Name:                                         HD Communication

Address:                                      Oklahoma City, OK, Tulsa, OK

Telephone:                                    2009-2009

Dates of engagement:                          2009-2009

Position/title:

Approximate dates of DIRECTV work orders:     2009-2009

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

HD Communication

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121729

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>BUt was not paid for jobs performed</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**<u>HSP:</u>**

Name:                                        <u>Multiband</u>

Address:

Telephone:

Dates of engagement:            <u>2011-2012</u>

Position/title:                           <u>Tech</u>

1121729

Approximate  dates  of  DIRECTV  work orders:                                     <u>2011-2012</u>

Did you have a contract with the HSP?          <u>No</u>

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    <u>Multiband, V-Tech</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Multiband, V-Tech</u>

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>Yes</u>

If "yes," please describe the circumstances.:

    <u>Mount was not four shingles up, move to location pointed out.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Vince Ma, Jason for Multiband</u>

1121729

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargeback was every week occurrence, average $130 week, no phone connection, loop not completely round, etc.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121729

**Subcontractor:**

Name:                                                          KLM

Address:                                                       La Jolla, CA

Telephone:

Dates of engagement:                                  2008-2009

Position/title:                                              Technician

Approximate dates of DIRECTV work               2008-2009
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

    To perform installations and upgrade per work order

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1121729

EXHIBIT B
Page 000823

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

      <u>Relocate dish, receiver</u>

1121729

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Bruce</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**<u>Subcontractor:</u>**

Name:                                        <u>LSC</u>

Address:                                   <u>Oklahoma City, OK</u>

Telephone:

Dates of engagement:                <u>2009-2010</u>

Position/title:                           <u>Technician</u>

Approximate dates of DIRECTV work     <u>2009-2010</u>
orders:

1121729

EXHIBIT B
Page 000825

Did you have a contract with the subcontractor?          <u>Yes</u>

If "yes," please describe the terms of that contract:

<u>To install equipment per work orders, home or business</u>

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?          <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121729

EXHIBIT B
Page 000826

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121729

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.   **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?

If "yes," please provide information about the nature and terms of that contract.:

13.   **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121729

**<u>Entity</u>:**

Name:                                                    <u>Elite Communication</u>

Address:                                                <u>Gretna, LA</u>

Telephone:

Dates of employment:                          <u>2005-2007</u>

Position/title:                                        <u>Technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                                  <u>Installed equipment per work order</u>

Name of supervisor/manager:              <u>Byron</u>

Method of pay (*i.e.*, piece-rate, hourly,      <u>piece-rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):        <u>70+</u>

Amounts owed (if applicable):              <u>$1,500</u>

Did you receive a:                                 <u>1099</u>

Who issued your 1099/W-2?                  <u>Elite</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1121729

EXHIBIT B
Page 000829

Who provided your gas and/or transportation while employed?

    <u>I did</u>

Who provided any supplies or materials necessary to performing your job?

    <u>I did</u>

Who provided your tools and/or equipment?

    <u>I did</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue shirt with DTV logo</u>

Who paid for the uniform?    <u>I did</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121729

EXHIBIT B
Page 000830

Who set your vacation policy?

> <u>no vacation</u>

Who did you speak with to request days off?

> <u>Byron</u>

Who did you speak with when you had any complaints regarding your job?

> <u>Byron</u>

Did anyone else ever help you perform or complete tasks as part of your job?

> <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Video on customer education, placement of ODU</u>

1121729

Instructor/trainer:                                    <u>video</u>


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Been late, if customer call DTV</u>


Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.


1121729

EXHIBIT B
Page 000832

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                          Atlantic Communication

Address:                                       Queens, NY

Telephone:

Dates of employment:                           1996-1998

Position/title:                                Technician

Did you sign an employment agreement?          No

Tasks performed:                               Installed per work, and repair systems

Name of supervisor/manager:                    John

Method of pay (*i.e.*, piece-rate, hourly, salary):    piece-rate

Rate of pay/wage/salary:

Hours worked per week (Average):               65

Amounts owed (if applicable):                  $2,000.00

1121729

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?                    <u>Atlantic</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?

    <u>I did</u>


Who provided any supplies or materials necessary to performing your job?

    <u>I did</u>

Who provided your tools and/or equipment?

    <u>I did</u>


Were you required to wear a uniform?              <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?


1121729

EXHIBIT B
Page 000834

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

> <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

> <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121729

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121729

EXHIBIT B
Page 000836

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Work orders change, etc.</u>

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Reroll due to customer not being home while I was on site</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>2 hours</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

1121729

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121729

EXHIBIT B
Page 000838

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Chester Bryan

1121729

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  jason joseph burger

Maiden name (if applicable):

Nicknames and aliases (current and former):     jay

Date of birth:     06/25/1982

Technician Number(s):     MAVA012485

Current address:     629 hoke drive Petersburg, VA 23805

Cell phone number (with area code):     804-720-6677

Home phone number (with area code):

E-mail address (primary):     s10truckin23@yahoo.com

1123637

2.      **Education -- High School.**

      High School Graduate?           <u>Yes</u>

      Name of high school:           <u>meadowbrook</u>

      School location (city, state):      <u>Chesterfield, VA</u>

3.      **Education - College.**

      College Graduate?           <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

      <u>Yes</u>

1123637

If "yes," please provide the following:
Licenses held:                                        sbca231857

Level of SBCA Certification:                   1

Was this training provided by or through an employer, professional or industry association, or other entity?

    Yes

If "yes," please provide the following:
Name of employer/association/entity:      mastec

Address:                                              11056 airpark Rd Ashland, VA 23005

Dates of your employment/membership:        feb 7 2008

6.    **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated with this training, if any?        Mastec

Who paid the initial fees?                       Mastec

Who paid the renewal fees?                     n/a

1123637

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>wildblue/exede</u>

Nature of training or apprenticeship:      <u>class/hands on</u>

Were there any fees or costs associated      <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123637

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1123637

**HSP:**

Name:                                           Mastec

Address:                                        Richmond, VA

Telephone:

Dates of engagement:                            February 14, 2004-May, 29 2013

Position/title:                                 Installation Technician

Approximate dates of DIRECTV work               February 14, 2004-May, 29 2013
orders:

Did you have a contract with the HSP?           I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Supervisor

Who supervised and/or reviewed your work at DIRECTV customer sites?

    QC's tech and supervisor

1123637

EXHIBIT B
Page 000845

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Went back for customer calling in relating to issues with the installs and needing something fixed.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Anytime a customer would call and need something fixed within the 90 days of the install, we would be charged back.</u>

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1123637

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1123637

EXHIBIT B

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1123637

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123637

**Entity**:

Name:                                               Mastec

Address:                                            11056 airpark rd Ashland, VA
                                                    23005

Telephone:

Dates of employment:                                February 14, 2004- May 29, 2013


Position/title:                                     lead tech, installer

Did you sign an employment agreement?               No

Tasks performed:                                    installed and service directv and
                                                    wildblue satellite
Name of supervisor/manager:                         Jose and Richard Nolan

Method of pay (*i.e.*, piece-rate, hourly,
                                                    piece-rate
salary):

Rate of pay/wage/salary:


Hours worked per week (Average):                    50-60

Amounts owed (if applicable):                       1 and a half paychecks


Did you receive a:                                  W-2

Who issued your 1099/W-2?                           Mastec

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


        Mastec


1123637

Who provided your gas and/or transportation while employed?

    Mastec

Who provided any supplies or materials necessary to performing your job?

    Mastec

Who provided your tools and/or equipment?

    Self

Were you required to wear a uniform?    Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    two tone blue and blue with directv logo

Who paid for the uniform?    mastec

Were you provided with a cell phone or cell phone service?    Yes

If "yes," who paid for the cell phone and/or service?

    Mastec

Were you provided with insurance benefits?    Yes

If "yes," who paid for your insurance policy?

    Self

1123637

EXHIBIT B
Page 000851

Who set your vacation policy?

  Mastec

Who did you speak with to request days off?

  Supervisor

Who did you speak with when you had any complaints regarding your job?

  Immediate supervisor

Did anyone else ever help you perform or complete tasks as part of your job?

  No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?  No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?  Yes

If "yes," please provide the following:

Type of training:  On the job

1123637

Instructor/trainer:


Where was the training held?:                richmond

Who paid for the training?                   mastec


Did you ever have a charge-back for your        Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> Anytime a customer would call and need something fixed within the 90
> days of the install, we would be charged back.

Did you ever speak with any DIRECTV employee regarding your work?

> No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1123637

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

<u>Not paid for driving to and from the depot to get supplies or schedules,
work on installs that were never completed, assembling satellite dishes,
making cable jumpers, cleaning your van, acknowledging work schedules
in the morning, followup appointments with customers, and assisting other
techs with installs.</u>

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>15-20 hours per week.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1123637

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    _jason burger_

1123637

EXHIBIT B
Page 000855

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Marc Brian Burgess

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                        <u>01/19/1956</u>

Technician Number(s):                      <u>MAVA913672</u>

Current address:                                 <u>5818 Jahnke Road, Richmond,</u> <u>VA  23225</u>

Cell phone number (with area code):   <u>804-986-1167</u>

Home phone number (with area code):

E-mail address (primary):                  <u>marcbburgess@gmail.com</u>

1120840

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Lenoir High School</u>

School location (city, state):           <u>Lenoir, NC</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>University of North Carolina, Chapel Hill</u>

School location (city, state):           <u>North Carolina</u>

Dates attended:                          <u>1974 - 1976</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120840

If "yes," please provide the following:
    Licenses held:                   SBCA license

    Level of SBCA Certification:        Level I

Was this training provided by or through an employer, professional or industry association, or other entity?

      Yes

If "yes," please provide the following:
    Name of employer/association/entity:    TNT Satellite, Inc.

    Address:                   5801 Oyster Catcher Drive

    Dates of your
    employment/membership:       Nov. 2009 - July 2010

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    I dont' remember

    with this training, if any?

    Who paid the initial fees?

    Who paid the renewal fees?

1120840

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

| | |
|---|---|
| Name of training provider or association: | <u>Mastec - initial training at Interlink and CCDish</u> |
| Nature of training or apprenticeship: | <u>general installation knowledge and updated (i.e. when they went to multi room recording). Training to prep us on electric codes, dish installation, customer etiquette</u> |
| Were there any fees or costs associated with this training? | <u>No</u> |
| If "yes," who paid for these fees and/or costs? | |

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

1120840

EXHIBIT B
Page 000859

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120840

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120840

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1120840

**Subcontractor:**

Name:                                          Communication Concepts LLC
                                               (CC Dish)

Address:                                       4802 Old Hickory Boulevard,
                                               Hermitage, TN  37076

Telephone:

Dates of engagement:                           8/17/09 - 9/30/09

Position/title:                                Technician

Approximate dates of DIRECTV work              8/17/09 - 9/30/09
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

> The terms were similar to TNT for the same purpose (to set standards of quality, however unreasonable and impossible, for installing Directv system in a residential home).  According to the paperwork, CC Dish most definitely had within its contract 1) non-responder chargebacks (telephone lines not hooked up) and 2) receiver chargebacks (lost receivers, unaccounted for).

Did the subcontractor have a contract with an HSP?        No

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        No

If "yes," please describe what you know about that contract (terms, etc.).

1120840

EXHIBIT B
Page 000863

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Carl Bower</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Bill, HD Expert employee/quality control man</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>At a morning meeting with all technicians there plus Carl Bower and his supervisor, Bill, the HD expert quality control man.  Bill made Carl's supervisor make me go back to a job on Rte 250 to redo a job.</u>

1120840

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> It was either Carl Bower (the supervisor or CC Dish's man) or the call center.  I believe they were CC Dish eployees.

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Non-responder (phone line not hooked up)/about $5.00 per line.  Imposed by HD experts by garnishment.  No resolution.

**Subcontractor:**

Name:                                   Interlink Communications Inc.

Address:                              881 Cripple Creek Drive, Lawrenceville GA  30045

Telephone:

Dates of engagement:          2007

Position/title:                       technician

Approximate dates of DIRECTV work orders:                               2007

1120840

Did you have a contract with the subcontractor?          <u>Yes</u>

If "yes," please describe the terms of that contract:

<u>I do not remember because of time, but I believe I did because this company was very similar to CC Dish.  TNT Satellite differed in that they were contracted directly by Mastec.</u>

Did the subcontractor have a contract with an HSP?          <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?          <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120840

EXHIBIT B
Page 000866

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> Scott Wehrman - under a regional supervisor for Interlink.  This might
> have come through Connect TV.

Who supervised and/or reviewed your work at DIRECTV customer sites?

> Connect TV (40 experts) possibly, but I am sure Cathy Block-something
> the "trainer" did.

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

> I probably was.  I do remember going back on another technician's job to
> correct his work.

1120840

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> I believe it was Scott Wehrman (the Interlink supervisor).  I think Interlink used a call center. I don't think it was Connect TV (HD Experts)

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Type: Phone lines not hooked up.  I believe it was $5.00 per line.  My memory fails me to the specifics.  There could be as much as $100 garnished per check.  I remember my negative emotional reaction better than the exact amount.  It was imposed by Interlink.  The money is taken with a note indicating "category of garnishment".  No resolution.  Without a doubt ther were other specific garnishments.  The amount was significant.

**Subcontractor:**

Name:                                                      TNT Satellite

Address:                                                  Hermitage, TN

Telephone:

Dates of engagement:                              10/2009-7/2010

1120840

Position/title:                                              <u>Technician</u>

Approximate dates of DIRECTV work                            <u>10/2009-7/2010</u>
orders:

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?       <u>No</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?       <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120840

EXHIBIT B
Page 000869

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>TNT satellite</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120840

EXHIBIT B
Page 000870

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Non-responder (phone line not connected to receiver because customer did not want it).</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120840

EXHIBIT B
Page 000871

**Entity**:

Name:                                        Communications Concept, LLC

Address:                                     4802 Old Hickory Blvd.,
                                             Hermitage TN  37076

Telephone:

Dates of employment:                         7/30/09 - 9/29/09

Position/title:                              Technician

Did you sign an employment agreement?        Yes

Tasks performed:                             installed Directv satellite systems
                                             in residential homes
Name of supervisor/manager:                  Carl Bower

Method of pay (*i.e.*, piece-rate, hourly,
                                             piece-rate
salary):

Rate of pay/wage/salary:                     If one were to consider the
                                             number of days I worked to 7:00
                                             pm and alter and several other
                                             factors, not good

Hours worked per week (Average):             60

Amounts owed (if applicable):

Did you receive a:                           1099

Who issued your 1099/W-2?                    Carl Bower (supervisor, lead
                                             tech, CC Dish foreman)
Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120840

<u>Did not keep track.  Again, I remember on a number of occasions getting back past 8:00.  On one occasion in Culpepper, VA I actually slept over in a motel room.</u>

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Directv logoed shirt, khaki pants</u>

Who paid for the uniform?          <u>self</u>

Were you provided with a cell phone or cell phone service?          <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?          <u>No</u>

If "yes," who paid for your insurance policy?

1120840

EXHIBIT B
Page 000873

Who set your vacation policy?

      <u>I don't think I could have gotten a vacation</u>


Who did you speak with to request days off?

      <u>Carl Bower (CC Dish Supervisor)</u>


Who did you speak with when you had any complaints regarding your job?

      <u>Carl Bower</u>

Did anyone else ever help you perform or complete tasks as part of your job?

      <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?      <u>No</u>

If "yes," who provided the handbook?

1120840

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?                    <u>Yes</u>

If "yes," please provide the following:

Type of training:                    <u>The same type as provided by Interlink, Cathy Black used a slide projector for general install requirements and knowledge</u>

Instructor/trainer:                    <u>Cathy Black</u>

Where was the training held?:                    <u>Motel off Route 95</u>

Who paid for the training?

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>I am sure I received chargeback similar to those listed on the TNT pre-work charge back list.  CC Dish took $45.00 out for a customer complaint about a pole install.  Also non-responder $5/line, receiver chargeback $35.  Imposed by CC Dish and garnished from check.  No resolution.</u>

1120840

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                             <u>Temp work</u>

Address:                        <u>VA</u>

Telephone:

Dates of employment:          <u>2005-2007</u>

Position/title:                 <u>Construction</u>

Did you sign an employment agreement?

Tasks performed:

1120840

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1120840

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120840

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120840

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Interlink Communications, Inc.</u>

1120840

Address:                                                    881 Cripple Creek Drive,
                                                           Lawrenceville, TN

Telephone:

Dates of employment:                                       2007


Position/title:                                            Technician

Did you sign an employment agreement?                      Yes

Tasks performed:                                           Installed Directv satellite systems
                                                           in residences
Name of supervisor/manager:                                Scott Wehrman

Method of pay (*i.e.*, piece-rate, hourly,
                                                           piece-rate
salary):

Rate of pay/wage/salary:


Hours worked per week (Average):                           60

Amounts owed (if applicable):


Did you receive a:                                         1099

Who issued your 1099/W-2?                                  Interlink via Scott Wehrman

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        did not keep track of my hours.

1120840

Who provided your gas and/or transportation while employed?

self

Who provided any supplies or materials necessary to performing your job?

Self.  At Lowe's and Home Depot (poles, concrete) and through Scott W from the storage container (satellite install stuff)

Who provided your tools and/or equipment?

self

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

First it was a blue shirt.  Then I believe Directv shirts with khaki pants

Who paid for the uniform?        self

Were you provided with a cell phone or cell phone service?        No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?        No

If "yes," who paid for your insurance policy?

1120840

Who set your vacation policy?

<u>Only necessary days off.  We were discouraged from taking "vacations"</u>

Who did you speak with to request days off?

<u>Scott Wehrman</u>

Who did you speak with when you had any complaints regarding your job?

<u>Scott Wehrman</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?     <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?     <u>Yes</u>

If "yes," please provide the following:

Type of training:     <u>pre-job basics of installation, grounding, types of dish installs</u>

1120840

Instructor/trainer:                                    Cathy Black


Where was the training held?:                          can't remember

Who paid for the training?                             no charge/no pay


Did you ever have a charge-back for your               Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> Non-responder (phone line not connected to receiver because customer
> did not want it, it would have ten 1 hour to do, thus I couldn't finish
> myh other installs), about $5.00, it came directly out of my check.

Did you ever speak with any DIRECTV employee regarding your work?

        No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120840

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>TNT Satellite</u>

Address:                                 <u>TN</u>

Telephone:

Dates of employment:                     <u>10/2009-7/2010</u>

Position/title:                          <u>Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                         <u>installed satellite dishes</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):         <u>60</u>

Amounts owed (if applicable):

1120840

Did you receive a:                                  <u>1099</u>

Who issued your 1099/W-2?                           <u>TNT Satellite</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>no one</u>

Who provided your gas and/or transportation while employed?

        <u>self</u>


Who provided any supplies or materials necessary to performing your job?

        <u>self</u>

Who provided your tools and/or equipment?

        <u>self</u>


Were you required to wear a uniform?                <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

        <u>DIRECTV shirt, khaki pants.</u>


Who paid for the uniform?                           <u>self</u>

1120840

EXHIBIT B
Page 000886

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120840

Did you receive an employee handbook?     <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?     <u>Yes</u>

If "yes," please provide the following:

Type of training:     <u>on the job</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?     <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Non-responder (phone line not connected to receiver because customer did not want it.)</u>

1120840

EXHIBIT B
Page 000888

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>**:

Name:                                        <u>Odd Jobs</u>

Address:                                     <u>VA</u>

Telephone:

Dates of employment:                         <u>2010-2011</u>

Position/title:                              <u>Delivering phone books, carpentry, unemployment</u>

Did you sign an employment agreement?

Tasks performed:

1120840

EXHIBIT B
Page 000889

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?


1120840

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120840

EXHIBIT B
Page 000891

Did anyone else ever help you perform or complete tasks as part of your job?


If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?



Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?


If "yes," please provide the following:

Type of training:


Instructor/trainer:


Where was the training held?:

Who paid for the training?

1120840

EXHIBIT B
Page 000892

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                        Prestige Delivery System

1120840

Address:                                              Richmond, VA

Telephone:

Dates of employment:                                 4/2011-present

Position/title:                                       delivery man

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120840

EXHIBIT B
Page 000894

Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?


Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


1120840

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120840

EXHIBIT B
Page 000896

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120840

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.  **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>1. I was not paid one penny for two weeks of work (9/15/2009 - 9/30/2009) done for CC Dish. 2. Having to go back to fix work  3. Buying supplies from supply stores  4. Custom work with no pay.  The Directv representatives generally sell the install as free.  Newspaper inserts with very small print identify "extra for custom work"  5.  Drive out to job and no one is home  6.  Putting dishes together  7.  Disposing of boxes that stored dishes, etc.  8.  Managers and Contractors failed to pay for installs</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>18 hours per week</u>

15.  **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

<u>None</u>

1120840

EXHIBIT B
Page 000898

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120840

EXHIBIT B
Page 000899

**VERIFICATION**

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

_____
Marc Burgess

1120840

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Robert William Burns Jr.

Maiden name (if applicable):

Nicknames and aliases (current and former):     <u>Bob</u>

Date of birth:     <u>05/13/1951</u>

Technician Number(s):     <u>MANC914000</u>

Current address:     <u>417 Webb Blvd Havelock, NC 28532-2038</u>

Cell phone number (with area code):     <u>252-269-1617</u>

Home phone number (with area code):     <u>252-447-3045</u>

E-mail address (primary):     <u>rburns3@centurylink.net</u>

1121398

EXHIBIT B
Page 000901

2.      **Education -- High School.**

      High School Graduate?               <u>Yes</u>

      Name of high school:            <u>Langley High</u>

      School location (city, state):     <u>Mclean, VA</u>

3.      **Education - College.**

      College Graduate?             <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?     <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1121398

If "yes," please provide the following:
    Licenses held:                        <u>SBCA Certified Installer</u>

    Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

        <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>TNT Contracting/ Now Barefoot Communications</u>

    Address:                    <u>Myrtle Beach, SC</u>

    Dates of your
    employment/membership:         <u>July 2010-present</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>Barefoot</u>

    with this training, if any?

    Who paid the initial fees?       <u>Barefoot</u>

    Who paid the renewal fees?      <u>Barefoot</u>

1121398

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:    <u>Mastec</u>

Nature of training or apprenticeship:    <u>Ongoing training videos</u>

Were there any fees or costs associated    <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121398

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

      <u>No</u>

If "yes," please provide the following information:

1121398

EXHIBIT B
Page 000905

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121398

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121398

**Subcontractor:**

Name:                                          TNT Satellite/ changed to
                                               Barefoot Communications

Address:                                       New Burn, NC

Telephone:

Dates of engagement:                           July 2010- May 18, 2013

Position/title:                                Installation Technician

Approximate dates of DIRECTV work              July 2010- May 18, 2013
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

    Signed contract through them regarding DIRECTV Installation

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Mastec


Did the subcontractor have a contract with DIRECTV?


If "yes," please describe what you know about that contract (terms, etc.).

1121398

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Barefoot Communications</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Mastec for the first year and then Barefoot since</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u> site?

If "yes," please describe the circumstances.:

<u>Failed QC checks, replaced bad receivers.</u>

1121398

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisors at Barefoot Communications</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back for customer calling in within 90 days. We were also charged back for bad receivers. Usually a $30 charge back.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121398

**Entity:**

Name:                                                   TNT Satellite/ now Barefoot
                                                        Communications

Address:                                                New Burn, NC

Telephone:

Dates of employment:                                    July 2010- July 2011; November
                                                        2011-May 18, 2013

Position/title:                                         Installation Technician

Did you sign an employment agreement?                   Yes

Tasks performed:                                        Installing DIRECTV Satellite
                                                        Service
Name of supervisor/manager:                             Charles Oliver

Method of pay (*i.e.*, piece-rate, hourly,
                                                        Piece-rate
salary):

Rate of pay/wage/salary:                                68-15

Hours worked per week (Average):                        60

Amounts owed (if applicable):

Did you receive a:                                      1099

Who issued your 1099/W-2?                               Barefoot Communications

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

1121398

EXHIBIT B
Page 000911

Who provided your gas and/or transportation while employed?

> Self

Who provided any supplies or materials necessary to performing your job?

> Self

Who provided your tools and/or equipment?

> Self

Were you required to wear a uniform?    Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> DIRECTV Uniform

Who paid for the uniform?    Self

Were you provided with a cell phone or cell phone service?    No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    No

If "yes," who paid for your insurance policy?

1121398

EXHIBIT B
Page 000912

Who set your vacation policy?

> No vacation

Who did you speak with to request days off?

> Charles Oliver

Who did you speak with when you had any complaints regarding your job?

> Charles Oliver or Steve Soltice

Did anyone else ever help you perform or complete tasks as part of your job?

> No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        Yes

If "yes," please provide the following:

Type of training:                        On the job

1121398

EXHIBIT B
Page 000913

Instructor/trainer:                          Another technician

Where was the training held?:                Customer's homes

Who paid for the training?                   Unpaid training

Did you ever have a charge-back for your     Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      Charged back for customer calling in within 90 days. We were also
      charged back for bad receivers. Usually a $30 charge back.

Did you ever speak with any DIRECTV employee regarding your work?

      No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121398

Did you work for any other person or company,        <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                      <u>Rocking R</u>

Address:                                                   <u>Atlanta, GA</u>

Telephone:

Dates of employment:                          <u>May 2007-2010</u>

Position/title:                                     <u>Installation Technician for Dish Network</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1121398

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1121398

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121398

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121398

EXHIBIT B

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Not paid for work on jobs that were not completed, following up appointments, assist other technicians, drive to and from the depot to get supplies and schedules, acknowledge work schedules in the morning, attend meetings, cleaning my van, and assemble satellites dishes.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

8 hours per week.

1121398

EXHIBIT B
Page 000919

15.    **Witnesses - DIRECTV.**

      Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1121398

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Anthony Trevor Buttitta

Maiden name (if applicable):

Nicknames and aliases (current and former):    <u>Tony</u>

Date of birth:    <u>08/30/1983</u>

Technician Number(s):    <u>MAFL915625, OVAL854742</u>

Current address:    <u>3030 Frank Ard Rd.,</u>
<u>Cantonment, FL  32533</u>

Cell phone number (with area code):    <u>407-383-8244</u>

Home phone number (with area code):    <u>850-587-3811</u>

E-mail address (primary):    <u>lxanimalxl@gmail.com</u>

1122684

2.     **Education -- High School.**

High School Graduate?                    <u>No</u>

Name of high school:                     <u>Oviedo</u>

School location (city, state):           <u>Oviedo, FL</u>

3.     **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.     **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.     **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1122684

EXHIBIT B
Page 000922

If "yes," please provide the following:
  Licenses held:

  Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>Signal Masters</u>

    Address:

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>Signal Masters</u>

    with this training, if any?

    Who paid the initial fees?   <u>Signal Masters</u>

    Who paid the renewal fees?   <u>Gross & McCoy</u>

1122684

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated            <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or          <u>Signal Masters</u>
costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122684

Entity against whom the complaint was filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1122684

**HSP:**

    Name:

    Address:

    Telephone:

    Dates of engagement:

    Position/title:

    Approximate dates of DIRECTV work orders:

    Did you have a contract with the HSP?

    If "yes," please describe the terms of that contract:

    Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    Who supervised and/or reviewed your work at DIRECTV customer sites?

1122684

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1122684

**Subcontractor:**

Name:                                    <u>Signal Masters</u>

Address:                                 <u>Melbourne</u>

Telephone:

Dates of engagement:

Position/title:                          <u>Installer</u>

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?          <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?          <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?          <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122684

EXHIBIT B
Page 000928

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Signal Masters</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Signal Masters</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Did have to correct other people's work</u>

1122684

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> DirecTV

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> not hooking enough phone lines to receivers even if customer didn't have home phone.  Got charged $3.00 per receiver whether hooked or not, Usually $300 per check.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122684

**<u>Entity</u>:**

Name:                                                          <u>Signal Masters</u>

Address:                                                     <u>Melbourne</u>

Telephone:

Dates of employment:

Position/title:                                              <u>Installer</u>

Did you sign an employment agreement?      <u>Yes</u>

Tasks performed:                                        <u>Installs and upgrades</u>

Name of supervisor/manager:                     <u>Ed</u>

Method of pay (*i.e.*, piece-rate, hourly,      <u>piece-rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):            <u>60+</u>

Amounts owed (if applicable):                   <u>thousands</u>

Did you receive a:                                      <u>1099</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

         <u>n/a</u>

1122684

EXHIBIT B
Page 000931

Who provided your gas and/or transportation while employed?

self

Who provided any supplies or materials necessary to performing your job?

self

Who provided your tools and/or equipment?

self

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

blue shirt with DirecTV logo

Who paid for the uniform?                        self

Were you provided with a cell phone or    No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    No
benefits?

If "yes," who paid for your insurance policy?

1122684

Who set your vacation policy?

<u>n/a</u>

Who did you speak with to request days off?

<u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>didn't matter</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?                <u>Yes</u>

If "yes," please provide the following:

Type of training:

1122684

EXHIBIT B
Page 000933

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1122684

EXHIBIT B
Page 000934

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Some of own work and fixing others' work</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>20+</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

16.    To the extent not requested above, please produce all documents in your possession
regarding your pay for installing or repairing DIRECTV systems during the
previous five (5) years, including pay stubs, state and federal income tax returns W-
2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1122684

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Anthony Buttita

1122684

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last):  nicholos scott butts

    Maiden name (if applicable):

    Nicknames and aliases (current and former):    nick butts

    Date of birth:    5-8-79

    Technician Number(s):    DVAL837922

    Current address:    P.O Box 391 Altoona, Al 35952

    Cell phone number (with area code):    205-353-1045

    Home phone number (with area code):

    E-mail address (primary):        nick22butts@gmail.com

1121027

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>West End High School</u>

School location (city, state):           <u>Walnut Grove Alabama</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>Snead State Community College</u>

School location (city, state):           <u>Boaz Alabama</u>

Dates attended:                          <u>2011-present</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121027

EXHIBIT B
Page 000938

If "yes," please provide the following:
    Licenses held:                          I went to Talladega Alabama to take a satellite test before I could start work for 7fold Technology

    Level of SBCA Certification:            unknown. Just got certified to install

Was this training provided by or through an employer, professional or industry association, or other entity?

        Yes

If "yes," please provide the following:
    Name of employer/association/entity:    7 Fold Technology

    Address:                                1032 4th Ave SE #A Decatur, AL 35601

    Dates of your employment/membership:    2009 or 2010

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    I think a fee was taken out of my check for certification

    Who paid the initial fees?               I think it was taken out of my check

    Who paid the renewal fees?               I never did renew it but I was responsible for paying for renewal fees.

1121027

EXHIBIT B
Page 000939

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121027

EXHIBIT B
Page 000940

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121027

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121027

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121027

**Subcontractor:**

Name:                                                    7 Fold Technology

Address:                                                 Decatur, AL

Telephone:

Dates of engagement:                                     2009-2010

Position/title:                                          Installer

Approximate dates of DIRECTV work                        2009-2010
orders:

Did you have a contract with the subcontractor?          I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?       I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?      I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121027

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Danny Hammet</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Danny Hammet</u>


Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1121027

EXHIBIT B
Page 000945

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Danny Hammet</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>It was computed piece rate. If a customer complained of any trouble with satellite as such no service or delay in programming or dish is not receiving signal or anything in that nature we got charged back. The charge back would be taken out of paycheck.</u>

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>Yes</u>

If "yes," please provide information about the nature and terms of that contract.:

<u>I signed a contract with Chris Burns at 7 Fold Technology in Decatur Alabama before I started work. I can't remember the specifics of the contract.</u>

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121027

**Entity:**

| | |
|---|---|
| Name: | 7 Fold Technology |
| Address: | 1032 4th Avenue SE #A Decatur, Al 35601 |
| Telephone: | 256-355-0036 |
| Dates of employment: | 2009 - 2010 |
| Position/title: | Certified Installer |

Did you sign an employment agreement?

| | |
|---|---|
| Tasks performed: | Installed and trouble shooter |
| Name of supervisor/manager: | Danny Hammett |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | piece rate |
| Rate of pay/wage/salary: | piece rate. every job paid different |
| Hours worked per week (Average): | 45-60 |
| Amounts owed (if applicable): | I was not paid my last check. They said I had charge backs. |
| Did you receive a: | 1099 |
| Who issued your 1099/W-2? | 7 Fold Technology. |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

I did. I worked between 45-60 hours each week and paid my own gas and bought my own supplies to install satellites for Directv. Everything needed to install a job I paid for and never got reimbursed for it.

1121027

Who provided your gas and/or transportation while employed?

<u>I owned a 2006 Ford F-150 and bought my own gas.</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>A blue shirt with Directv logo.</u>

Who paid for the uniform?                <u>They issued me 3 shirts</u>

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1121027

EXHIBIT B
Page 000948

Who set your vacation policy?

    <u>We had no vacation</u>

Who did you speak with to request days off?

    <u>Danny Hammett or T.J</u>

Who did you speak with when you had any complaints regarding your job?

    <u>T.J or Danny Hammett</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                          <u>Anthony Butts</u>

Nature of help/assistance:        <u>assisted with running wire under houses</u>

Frequency of help/assistance:     <u>3 days a week. I paid him for his assistance</u>

Did you receive an employee handbook?  <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:            <u>basic functions of installation</u>

1121027

Instructor/trainer:                                     <u>Danny Hammett</u>

Where was the training held?:                    <u>Rainbow City Alabama at satellite office.</u>

Who paid for the training?                         <u>I dont know</u>

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>It was computed piece rate. If a customer complained of any trouble with satellite as such no service or delay in programming or dish is not receiving signal or anything in that nature we got charged back. The charge back would be taken out of paycheck.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

> <u>I had to always call in to report that service has been installed. A 1-800 number that was given to me to call. I used my own personal phone and ran up my cell phone bill for Directv service. I never got any additional money for my phone use.</u>

1121027

Did you work for any other person or company,  <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Summa Technologies</u>

Address:                                 <u>AL</u>

Telephone:

Dates of employment:                     <u>2007-2008</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:                         <u>Wiring</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1121027

EXHIBIT B

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121027

EXHIBIT B
Page 000952

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121027

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121027

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                    State of Corrections

Address:                                 AL

Telephone:

Dates of employment:                     2005-2007

Position/title:

Did you sign an employment agreement?

Tasks performed:

1121027

EXHIBIT B

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                           <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1121027

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1121027

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121027

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                        Landscape

1121027

Address:                                        AL

Telephone:

Dates of employment:                            2010-present

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1121027

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1121027

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1121027

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1121027

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

My gas, any equipment that I had to take back to customer due to the warehouse not having it when I left for an installation. Trips to Home Depot to buy connectors or wire that was not in warehouse for work. Assemble satellite dishes,  cleaning out van, acknowledging work schedules in the morning, follow up appointments with customers and assisting other technicians with installs, work on installs that were never completed, attending meetings.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

6 hours

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

T.J - thats all I knew him by at 7 Fold Technology.

1121027

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:        _Nicholos Butts_

1121027

EXHIBIT B
Page 000965

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Tanner Luke Carden

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    12/03/1988

Technician Number(s):                    SBCA#OC0008655

Current address:                             6244 Rime Village Dr.,
                                                        Huntsville, AL  35806

Cell phone number (with area code):    256-595-2166

Home phone number (with area code):

E-mail address (primary):                   TLC0025@UAH.edu

1121135

2.      **Education -- High School.**

   High School Graduate?                        <u>Yes</u>

   Name of high school:                         <u>Bob Jones High School</u>

   School location (city, state):               <u>Madison, AL</u>

3.      **Education - College.**

   College Graduate?                            <u>No</u>

   Name of college:

   School location (city, state):

   Dates attended:

4.      **Education - Other Post-Secondary.**

   Post-Secondary Education?

   Name of post-secondary school:

   School location (city, state):

   Dates attended:

5.      **Licensure - SBCA/Accreditation.**

   Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>Yes</u>

1121135

EXHIBIT B
Page 000967

If "yes," please provide the following:
    Licenses held:                                     <u>SBCA Certified Installer</u>

    Level of SBCA Certification:        <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

      <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Seven Fold Technologies</u>

    Address:                                  <u>Decatur, AL</u>

    Dates of your employment/membership:    <u>Summer 2010 - Winter 2010</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    <u>Seven Fold Technologies</u>

    Who paid the initial fees?    <u>Seven Fold Technologies</u>

    Who paid the renewal fees?

1121135

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

      No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

      No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121135

EXHIBIT B
Page 000969

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10. **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

    <u>Yes</u>

If "yes," please provide the following information:

1121135

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Seven Fold Technologies, Dustin Terry, Andriy, Didyk</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Dustin Terry</u>

1121135

EXHIBIT B
Page 000971

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>There were situations where if a QC had not been passed, I would be told to go back and fix it.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch and managers at Seven FOld</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>There were times where I would only be switching out an old box for a new one, no further equipment installed.  Then some of the previously installed equipment would fail within the 60-day limit and I would be charged to send a new tech out.  Maybe $30-50 each time.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121135

**Subcontractor:**

Name:                                               Seven Fold Technologies

Address:                                            1032 4th Ave., #A, Decatur, AL
                                                    35601
Telephone:                                          256-355-0036

Dates of engagement:                                07/2010 - 11/2010


Position/title:                                     contractor, installer technician

Approximate dates of DIRECTV work
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

> That I would be resonsible for my own tools and any damage I might
> cause to a customer's house.

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).




Did the subcontractor have a contract with DIRECTV?        Yes


If "yes," please describe what you know about that contract (terms, etc.).




1121135

EXHIBIT B
Page 000973

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Dustin Terry - through DTV</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>multiple supervisors</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>There were situations where if a QC had not been passed, I would be told</u>
<u>to go back and fix it.</u>

1121135

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch, Dustin Terry, T.J.</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>There were times where I would only be switching out an old box for a new one, no further equipment installed.  Then some of the previously installed equipment would fail within the 60-day limit and I would be charged to send a new tech out.  Maybe $30-50 each time.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121135

**<u>Entity</u>:**

Name:


Address:


Telephone:

Dates of employment:


Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1121135

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1121135

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1121135

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1121135

EXHIBIT B
Page 000979

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1121135

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Tanner Carden*

Tanner Carden

1121135

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Kendall Ray Carlile

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                          12/08/1965

Technician Number(s):                    DVAZ811656, DVAZ838622, MAFL998562

Current address:                              7777 N. Wickham Rd #12-136 Melbourne, FL 32940

Cell phone number (with area code):        321-305-3329

Home phone number (with area code):       321-328-7373

E-mail address (primary):                     pacificox12@yahoo.com

1121458

2.      **Education -- High School.**

        High School Graduate?                    <u>Yes</u>

        Name of high school:                     <u>Clackamas High School</u>

        School location (city, state):           <u>Clackamas, OR</u>

3.      **Education - College.**

        College Graduate?                        <u>No</u>

        Name of college:

        School location (city, state):

        Dates attended:

4.      **Education - Other Post-Secondary.**

        Post-Secondary Education?                <u>Yes</u>

        Name of post-secondary school:           <u>Chandler - Gilbert Community</u>
                                                 <u>College</u>
        School location (city, state):           <u>Chandler, AZ</u>

        Dates attended:                          <u>September 1997 - June 2001</u>

5.      **Licensure - SBCA/Accreditation.**

        Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

                <u>Yes</u>

                                                                                        1121458

If "yes," please provide the following:
   Licenses held:                     <u>SBCA</u>

   Level of SBCA Certification:      <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>

If "yes," please provide the following:
   Name of employer/association/entity:

   Address:

   Dates of your employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated with this training, if any?     <u>Self</u>

   Who paid the initial fees?     <u>Self</u>

   Who paid the renewal fees?     <u>Self</u>

1121458

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?         <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121458

Entity against whom the complaint was filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121458

**<u>HSP:</u>**

    Name:

    Address:

    Telephone:

    Dates of engagement:

    Position/title:

    Approximate dates of DIRECTV work orders:

    Did you have a contract with the HSP?

    If "yes," please describe the terms of that contract:

    Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

    Who supervised and/or reviewed your work at DIRECTV customer sites?

1121458

EXHIBIT B
Page 000987

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121458

**Subcontractor:**

Name:                                    Dynamic Installations

Address:                                 W9160 State Road 19
                                         Watertown, WI 53098
Telephone:                               920-941-0654

Dates of engagement:                     November 2009 - February 2013

Position/title:                          Technician

Approximate dates of DIRECTV work        November 2009 - February 2013
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

      1099 piece work installation technician

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121458

EXHIBIT B
Page 000989

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Dynamic Installations and DIRECTV</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Dynamic Installations and DIRECTV</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Any job that failed DIRECTV's "specifications" was asked to be fixed or chargedback $49</u>

1121458

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>DIRECTV Dispatch 866-237-0700, Dynamic Installations Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargedback for non-approved fittings, replaced cable customer education, reauthorizing receivers, $4,620.00 in chargebacks.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121458

**Entity**:

Name:                                    Dynamic Installations

Address:                                 W9160 State Road 19
                                         Watertown, WI 53098

Telephone:                               920-941-0654

Dates of employment:                     November 2009 - February 2013

Position/title:                          Satellite Installation Technician

Did you sign an employment agreement?    Yes

Tasks performed:                         DIRECTV upgrades &
                                         installations

Name of supervisor/manager:              Brandon Ford

Method of pay (*i.e.*, piece-rate, hourly,
                                         Piece-rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):         60

Amounts owed (if applicable):

Did you receive a:                       1099

Who issued your 1099/W-2?                Dynamic Installations

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No tracking performed

1121458

EXHIBIT B
Page 000992

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>I provided small parts, DIRECTV provided receivers, dishes, and parts.</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV approved shirt, DIRECTV badge, hat, khaki pants, boots</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121458

EXHIBIT B
Page 000993

Who set your vacation policy?

    <u>No vacation policy</u>

Who did you speak with to request days off?

    <u>Dynamic Supervisors</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Dynamic Supervisors</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Ride Along Training</u>

1121458

EXHIBIT B
Page 000994

Instructor/trainer:                                     <u>Various</u>


Where was the training held?:                           <u>In the field</u>

Who paid for the training?                              <u>Unpaid Training</u>


Did you ever have a charge-back for your                <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Chargedback for non-approved fittings, replaced cable, customer
> education, and reauthorizing receivers. There was a $49 flat rate per
> incident.</u>

Did you ever speak with any DIRECTV employee regarding your work?

      <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121458

EXHIBIT B
Page 000995

Did you work for any other person or company, including yourself, while employed in this position?                                   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>Lecom Computer Services</u>

Address:                                       <u>Tempe, AZ</u>

Telephone:

Dates of employment:                           <u>2002 - 2008</u>

Position/title:                                <u>Owner</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1121458

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121458

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121458

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121458

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.  **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

    I was unpaid for multiple no charge truck rolls, bad DIRECTV equipment, receivers, LNB's, and switches. I was unpaid for overtime and for attending mandatory meetings, driving to and from the depot to get supplies and schedules, cleaning my van, work on installs that were never completed, acknowledging work schedules in the morning, assisting other technicians with installs, and follow-up appointments.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

    15-20 hours per week.

1121458

15.   **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.   To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121458

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Kendall Carlile

1121458

EXHIBIT B
Page 001002

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Jimmy Dean Carpenter

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                        05/30/1973

Technician Number(s):                        IWOK703700, DVOK819200

Current address:                                  4606 Meadow Lake Dr., Wichita Falls, TX  76310

Cell phone number (with area code):    940-613-3175

Home phone number (with area code):

E-mail address (primary):                    mygreat68stang@yahoo.com

1120562

2.    **Education -- High School.**

High School Graduate?                    <u>No</u>

Name of high school:                     <u>Vernon High School</u>

School location (city, state):           <u>Vernon, TX</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

  <u>Yes</u>

1120562

If "yes," please provide the following:
    Licenses held:                    SBC - Jones test certified

    Level of SBCA Certification:        SBCA - Level 1

Was this training provided by or through an employer, professional or industry association, or other entity?

     Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Superior Installations

    Address:                 24160 East Louisiana Place, Aurora, CO  80018

    Dates of your employment/membership:    05/03/2009 - 10/30/2009

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    Superior Installations

    Who paid the initial fees?    Supervisor - I think

    Who paid the renewal fees?    no

1120562

EXHIBIT B
Page 001005

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:     <u>Southern Star - Dish Network</u>

Nature of training or apprenticeship:     <u>Satellite TV Install</u>

Were there any fees or costs associated     <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?     <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>Yes</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120562

Entity against whom the complaint was filed:    <u>Superior and Pro Installs</u>

Agency with which claim was filed:    <u>Texas Workforce Commission</u>

Date of Complaint:    <u>10/30/2009</u>

Resolution:    <u>None, since 1099, they could not help</u>

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1120562

**HSP:**

| | |
|---|---|
| Name: | <u>DirecTV</u> |
| Address: | <u>2230 East Imperial Hy., El Segundo, CA  90245</u> |
| Telephone: | |
| Dates of engagement: | <u>10/03/2009 - 04/02/2010</u> |
| Position/title: | <u>In house satellite installer</u> |
| Approximate dates of DIRECTV work orders: | <u>10/2009-4/2010</u> |
| Did you have a contract with the HSP? | <u>No</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Billy Barney, Lawton, OK</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Billy Barney</u>

1120562

EXHIBIT B
Page 001008

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Billy Barney</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>don't know</u>

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120562

**Subcontractor:**

Name:                                                  <u>Superior Installation, Inc.</u>

Address:                                               <u>24160 East Louisiana Place,</u>
                                                       <u>Aurora, CO  80018</u>
Telephone:                                             <u>281-973-9312</u>

Dates of engagement:                                   <u>05/03/2009 - 10/30/2009</u>

Position/title:                                        <u>Satellite Installer</u>

Approximate dates of DIRECTV work                      <u>05/03/2009 - 10/30/2009</u>
orders:

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?     <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?    <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120562

EXHIBIT B
Page 001010

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Billy Barney</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Billy Barney</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120562

EXHIBIT B
Page 001011

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Billy Barney</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:


**<u>Subcontractor:</u>**

Name:                              <u>Wise Communications</u>

Address:                          <u>Wichita Falls, TX</u>

Telephone:

Dates of engagement:          <u>2008</u>

Position/title:                    <u>Technician</u>

Approximate dates of DIRECTV work    <u>2008 (a few months0</u>
orders:

1120562

Did you have a contract with the subcontractor?      <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?      <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?      <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120562

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Billy Barney</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Billy Barney</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120562

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Billy Barney</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Don't know</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>Yes</u>

If "yes," please provide information about the nature and terms of that contract.:

<u>M&C Communications - Eric and I were M&C</u>

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120562

**<u>Entity</u>:**

Name:                                        <u>Southern Star, Inc. (Dish)</u>

Address:                                    <u>P.O. Box 1362, Poteau, OK</u>
                                                <u>74953</u>

Telephone:                                <u>877-230-7827</u>

Dates of employment:                  <u>09/01/2004 - 03/2007</u>

Position/title:                            <u>Tech</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                        <u>Installed Dish, trainer, QC</u>

Name of supervisor/manager:          <u>Gary McClain</u>

Method of pay (*i.e.*, piece-rate, hourly,      <u>piece-rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                        <u>W-2</u>

Who issued your 1099/W-2?            <u>Southern Star</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>Southern Star</u>

                                                                        1120562

EXHIBIT B
Page 001016

Who provided your gas and/or transportation while employed?

<u>Southern Star</u>

Who provided any supplies or materials necessary to performing your job?

<u>Southern Star</u>

Who provided your tools and/or equipment?

<u>Southern Star</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>T-shirt, jeans</u>

Who paid for the uniform?                <u>Southern Star</u>

Were you provided with a cell phone or        <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

<u>Southern Star</u>

Were you provided with insurance        <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

1120562

EXHIBIT B
Page 001017

Who set your vacation policy?

Who did you speak with to request days off?

> Gary

Who did you speak with when you had any complaints regarding your job?

> Gary

Did anyone else ever help you perform or complete tasks as part of your job?

> No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        Yes

If "yes," who provided the handbook?

> Southern Star

Did you ever receive training of any type        Yes
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              on-job training

1120562

Instructor/trainer:

Where was the training held?:                Southern Star

Who paid for the training?                   Southern Star

Did you ever have a charge-back for your     Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

     piece-rate

Did you ever speak with any DIRECTV employee regarding your work?

     No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120562

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                          <u>DirecTV/Subcontractors</u>
                                               <u>(Superior Installation, Wise</u>
                                               <u>Communications</u>

Address:                                       <u>El Segundo, CA</u>

Telephone:

Dates of employment:                           <u>10/2007 - 04/2010</u>

Position/title:                                <u>Technician</u>

Did you sign an employment agreement?          <u>No</u>

Tasks performed:                               <u>Install and troubleshoot</u>

Name of supervisor/manager:                    <u>Billy Barney</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>piece-rate</u>
salary):

Rate of pay/wage/salary:

1120562

EXHIBIT B
Page 001020

Hours worked per week (Average):     <u>40-50</u>

Amounts owed (if applicable):

Did you receive a:     <u>W-2</u>

Who issued your 1099/W-2?     <u>DIRECTV (W-2) Subcontractors (Wise Communications, Superior Installations) 1099.</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>Subs- I did ; in-house - DIRECTV did</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Subs - I did; DirecTV - they did</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?     <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>company shirt, my jeans and shoes</u>

Who paid for the uniform?     <u>They paid for shirts except M&H</u>

1120562

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>N/A</u>

Who did you speak with to request days off?

    <u>Billy Barney</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Bill and HR</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120562

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?        <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Comes out of paycheck, did not matter if it was receiver that went bad or not (equipment failure)</u>

1120562

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                     <u>Safe Lot Auto Glass</u>

Address:                  <u>Wichita Falls, TX</u>

Telephone:

Dates of employment:        <u>5/2010-present</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

1120562

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1120562

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120562

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120562

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120562

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

I was paid, and then later was the chargeback.  That was taken out of check with no notice.  Driving to and from depot to get supplies or schedules, cleaning out van, attending meetings, acknowledging work schedules in the morning, assemble satellite dishes, follow up appointments with customers and assisting other technicians with installs, work on installs that were never completed.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10+

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                              Signed:

1120562

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jimmy Carpenter

1120562

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Daniel Estevan Casillas

Maiden name (if applicable):            <u>N/A</u>

Nicknames and aliases (current and former):    <u>N/A</u>

Date of birth:                <u>12/28/1975</u>

Technician Number(s):            <u>IWAZ701419, ASAZ005834, DVAZ812317</u>

Current address:              <u>12934 W Scotts Dr. Elmirage, AZ 85335</u>

Cell phone number (with area code):        <u>602-475-2775</u>

Home phone number (with area code):       <u>623-266-7351</u>

E-mail address (primary):            <u>dcasillas87@msn.com</u>

1120807

2.      **Education -- High School.**

High School Graduate?                          <u>No</u>

Name of high school:                           <u>Central High School</u>

School location (city, state):                 <u>Phoenix, AZ</u>

3.      **Education - College.**

College Graduate?                              <u>No</u>

Name of college:                               <u>Ceconino Community College</u>

School location (city, state):                 <u>Flagstaff, AZ</u>

Dates attended:                                <u>98-99</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1120807

EXHIBIT B
Page 001032

If "yes," please provide the following:
    Licenses held:                        <u>SBCA Certified Installer</u>

    Level of SBCA Certification:        <u>Satellite Fundamentals</u>
                                            <u>#SBCA33500</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

      <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Absolutely Automoted 1</u>
                                            <u>Installations</u>

    Address:                               <u>3350 W Osborn Rd, Phoenix</u>

    Dates of your                       <u>November 2006 - February 2011</u>
    employment/membership:

6.      **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?           <u>Self</u>

    Who paid the renewal fees?         <u>Self</u>

1120807

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:    Direct Sat

Nature of training or apprenticeship:    KaKu Certification

Were there any fees or costs associated    No

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120807

EXHIBIT B
Page 001034

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120807

EXHIBIT B
Page 001035

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120807

EXHIBIT B

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

Yes

If "yes," please provide the following information:

1120807

EXHIBIT B
Page 001037

**Subcontractor:**

Name:                                              LNB Communications

Address:                                           Phoenix, AZ

Telephone:

Dates of engagement:                               December 2006 - August 2007

Position/title:                                    Installer

Approximate dates of DIRECTV work                  December 2006 - August 2007
orders:

Did you have a contract with the subcontractor?    No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?    I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1120807

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Bill Deno</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Bill & Wife</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120807

EXHIBIT B
Page 001039

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Bill Deno</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**Subcontractor:**

Name:                                      <u>Omni Communications</u>

Address:                                  <u>Tempe, AZ</u>

Telephone:

Dates of engagement:              <u>June 2005- December 2006</u>

Position/title:                          <u>Installer</u>

Approximate dates of DIRECTV work        <u>June 2005- December 2006</u>
orders:

1120807

Did you have a contract with the subcontractor?        <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

    <u>Ironwood</u>

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120807

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Roger (Supervisor) and Steve (Supervisor)</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>No one.</u>

Were you ever asked to correct your work at a DIRECTV customer <u>No</u> site?

If "yes," please describe the circumstances.:

1120807

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Ironwood Dispatcher</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Absolutely Automated Installations (AAI)</u> |
| Address: | <u>Tempe, AZ</u> |
| Telephone: | |
| Dates of engagement: | <u>June 2007- February 2011</u> |
| Position/title: | <u>Installation Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>June 2007- February 2011</u> |

1120807

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

    <u>Aero Sat</u>


Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>


If "yes," please describe what you know about that contract (terms, etc.).

1120807

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Fernando Castenado</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Aero Sat QC Tech</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>
site?

If "yes," please describe the circumstances.:

<u>Went back to fix unapproved fittings, dog dug up wire, customer wanted dish moved etc.</u>

1120807

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Aero Sat dispatch/ DIRECT Sat</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Jobs would be excessive in hours in the attempt to meet the Quality Control standards. This would result in 10-14 hour days, and then to be backcharged. At first we were told our jobs would be repaired and that was why we were backcharged. Then we would get charged and were expected to repair. There were double back charges if a second Quality Control failed.</u>

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120807

**Entity**:

Name:                                    Omni Communications

Address:                                 Phoenix, AZ

Telephone:

Dates of employment:                     June 2005 - December 2006

Position/title:                          Installer

Did you sign an employment agreement?    Yes

Tasks performed:                         DIRECTV Installations

Name of supervisor/manager:              Roger

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                 Piece-rate

Rate of pay/wage/salary:

Hours worked per week (Average):         50-60

Amounts owed (if applicable):

Did you receive a:                       1099

Who issued your 1099/W-2?                Omni Communications

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    We weren't paid hourly, so hours weren't kept track of.

1120807

EXHIBIT B
Page 001047

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1120807

EXHIBIT B
Page 001048

Who set your vacation policy?

<u>No vacation</u>

Who did you speak with to request days off?

<u>Roger</u>

Who did you speak with when you had any complaints regarding your job?

<u>Roger</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>Yes</u>

If "yes," please provide the following:

Type of training:        <u>On the job training</u>

1120807

EXHIBIT B
Page 001049

Instructor/trainer:

Where was the training held?:          <u>On the job training</u>

Who paid for the training?             <u>5 days unpaid training</u>

Did you ever have a charge-back for your    <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120807

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>LNB Communications</u>

Address:                                 <u>428 E Thunderbird Rd Tempe,
                                          AZ</u>

Telephone:                               <u>623-498-8162</u>

Dates of employment:                     <u>December 2006 - August 2007</u>

Position/title:                          <u>Installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                         <u>DIRECTV Installations</u>

Name of supervisor/manager:              <u>Bill Deno</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                         <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:                 <u>$60 / $20</u>

Hours worked per week (Average):         <u>60</u>

Amounts owed (if applicable):

Did you receive a:                                  <u>1099</u>

Who issued your 1099/W-2?                    <u>LNB Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?              <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1120807

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>No vacation</u>


Who did you speak with to request days off?

    <u>Bill Deno</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Bill Deno</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1120807

EXHIBIT B
Page 001053

Did you receive an employee handbook?      <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type      <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>Dish Network Installations</u>

Instructor/trainer:                            <u>Darren</u>

Where was the training held?:                  <u>On the job</u>

Who paid for the training?                     <u>Self</u>

Did you ever have a charge-back for your       <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1120807

EXHIBIT B
Page 001054

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                               <u>Absolutely Automated
                                                      Installations (AAI)</u>

Address:                                             <u>Tempe, AZ</u>

Telephone:

Dates of employment:                                 <u>June 2007-February 2011</u>

Position/title:                                      <u>Installation Technician</u>

Did you sign an employment agreement?                <u>Yes</u>

Tasks performed:                                     <u>Installing DIRECTV Satellite
                                                      Service</u>

1120807

Name of supervisor/manager:                    <u>Fernando Castenada</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):               <u>60-70+</u>

Amounts owed (if applicable):


Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Absolutely Automated</u>
                                               <u>Installations (AAI)</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

           <u>No one</u>

Who provided your gas and/or transportation while employed?

           <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

           <u>Self</u>

1120807

EXHIBIT B
Page 001056

Who provided your tools and/or equipment?

    <u>Self, they provided receivers and satellite dishes</u>

Were you required to wear a uniform?     <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt</u>

Who paid for the uniform?     <u>Self</u>

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Fernando Castenada</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Spoke with Dave the owner</u>

1120807

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                                 <u>Fernando Castenada</u>

Nature of help/assistance:       <u>installation of satellites</u>

Frequency of help/assistance:    <u>A couple of times</u>

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120807

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Jobs would be excessive in hours in the attempt to meet the Quality Control standards. This would result in 10-14 hour days, and then to be backcharged. At first we were told our jobs would be repaired and that was why we were backcharged. Then we would get charged and were expected to repair. There were double back charges if a second Quality Control failed.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120807

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

 Not compensated for assembling satellite dishes, work on installs that were never completed, attending meetings, cleaning my van, followup appointments, acknowledging work schedules in the mornings, assisting other technicians with installs, and driving to and from the depot to get supplies and schedules.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20 hours per week.

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1120807

## **VERIFICATION**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Daniel Casillas

1120807

**<u>DISCOVERY QUESTIONNAIRE</u>**

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

*<u>Questionnaire</u>*

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Ronald Edward Chase

Maiden name (if applicable):

Nicknames and aliases (current and former):      <u>Ron</u>

Date of birth:      <u>02/01/1976</u>

Technician Number(s):      <u>MATX913925</u>

Current address:      <u>211 Harrell Drive Copperas Cove, TX 76522</u>

Cell phone number (with area code):      <u>254-245-7865</u>

Home phone number (with area code):

E-mail address (primary):      <u>RChase3376@yahoo.com</u>

1120624

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Central High School</u>

School location (city, state):           <u>St. Joseph, MO</u>

3.      **Education - College.**

College Graduate?                        <u>Yes</u>

Name of college:                         <u>Vatterott College</u>

School location (city, state):           <u>St. Joseph, MO</u>

Dates attended:                          <u>1996 - 1998</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120624

EXHIBIT B
Page 001063

If "yes," please provide the following:
   Licenses held:                <u>SBCA</u>

   Level of SBCA Certification:     <u>Basic</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>Skytech - Neil</u>

   Address:

   Dates of your
   employment/membership:      <u>December 2009</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated   <u>Skyteck Neil</u>

   with this training, if any?

   Who paid the initial fees?      <u>Skyteck Neil</u>

   Who paid the renewal fees?     <u>n/a</u>

1120624

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>Skytech - Neil</u>

Nature of training or apprenticeship:      <u>Install DIRECTV Dish on Homes</u>

Were there any fees or costs associated      <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120624

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120624

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120624

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

        <u>Yes</u>

If "yes," please provide the following information:

1120624

**<u>Subcontractor:</u>**

Name:                                          <u>Skytech - Neil</u>

Address:                                       <u>Killeen, TX</u>

Telephone:

Dates of engagement:                           <u>December 2009 - February 2010</u>

Position/title:                                <u>DIRECTV Satellite Installer</u>

Approximate dates of DIRECTV work              <u>December 2009 - February 2010</u>
orders:

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1120624

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Neil

Who supervised and/or reviewed your work at DIRECTV customer sites?

Do not know

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Was asked to correct work on mobile home installation. I asked for help
and help was not provided.

1120624

EXHIBIT B
Page 001070

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Neil</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120624

**Entity:**

Name:                                                    Skytech

Address:                                                 Killeen, TX

Telephone:                                               Do not know

Dates of employment:                                     December 2009 - February 2010

Position/title:                                          DIRECTV Installer

Did you sign an employment agreement?                    No

Tasks performed:                                         Install DIRECTV for Customers

Name of supervisor/manager:                              Neil

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                                 Piece-rate

Rate of pay/wage/salary:                                 $75 / $35

Hours worked per week (Average):                         90

Amounts owed (if applicable):

Did you receive a:                                       1099

Who issued your 1099/W-2?                                Skytech

Who kept track of your hours? If you kept track of your own hours, how did you
keep track of your hours and to whom did you report your hours?

        No one

1120624

EXHIBIT B
Page 001072

Who provided your gas and/or transportation while employed?

Self

Who provided any supplies or materials necessary to performing your job?

Self

Who provided your tools and/or equipment?

Self

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue shirt with logo and jeans

Who paid for the uniform?                              Self

Were you provided with a cell phone or    No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    No
benefits?

If "yes," who paid for your insurance policy?

1120624

Who set your vacation policy?

    Self

Who did you speak with to request days off?

    Neil

Who did you speak with when you had any complaints regarding your job?

    Neil

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:    HR Meeting everyday

1120624

EXHIBIT B
Page 001074

Instructor/trainer:                                    <u>Neil</u>

Where was the training held?:                          <u>Storage Unit where receivers</u>
                                                       <u>were held</u>
Who paid for the training?                             <u>No one</u>

Did you ever have a charge-back for your          <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

    <u>Spoke to Neil about any questions and his was was there every time we</u>
    <u>spoke</u>

1120624

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>United States Army</u>

Address:

Telephone:

Dates of employment:              <u>2005 - 2009</u>

Position/title:                        <u>Crew Member</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1120624

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

1120624

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?


Who did you speak with when you had any complaints regarding your job?


Did anyone else ever help you perform or complete tasks as part of your job?


If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1120624

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120624

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Unemployed</u>

Address:

Telephone:

Dates of employment:                     <u>2010 - Present</u>

Position/title:                          <u>Unemployed</u>

Did you sign an employment agreement?

Tasks performed:

1120624

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1120624

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120624

Did anyone else ever help you perform or complete tasks as part of your job?


If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?



Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?


If "yes," please provide the following:

Type of training:


Instructor/trainer:


Where was the training held?:

Who paid for the training?


1120624


EXHIBIT B
Page 001083

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120624

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)   What work tasks do you claim you performed for which you were not paid?

I was unpaid for attending meetings, putting dishes together at home, acknowledging work schedules in the mornings, my wife went on a lot of my appointments and assisted me.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

30- 38 hours

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

n/a

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                       Signed:

1120624

EXHIBIT B
Page 001085

## <u>VERIFICATION</u>

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Ronald Chase

1120624

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Christopher Paker Chesley

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                              <u>10/12/1974</u>

Technician Number(s):                 <u>MBNH008741</u>

Current address:                          <u>480 Old Wellington Rd</u>

Cell phone number (with area code):   <u>603-203-1858</u>

Home phone number (with area code):  <u>603-782-3348</u>

E-mail address (primary):             <u>chris012512@gmail.com</u>

1121586

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Oxford Hills High School</u>

School location (city, state):           <u>Norway, Me</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>University of Maine</u>

School location (city, state):           <u>Lewiston, Me</u>

Dates attended:                          <u>1993-1996</u>

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1121586

EXHIBIT B
Page 001088

If "yes," please provide the following:
    Licenses held:               <u>SBCA</u>

    Level of SBCA Certification:     <u>Basic</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>

If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?        <u>Self</u>

    Who paid the renewal fees?      <u>Self</u>

1121586

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

   <u>No</u>

   **<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

      <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121586

EXHIBIT B
Page 001090

Entity against whom the complaint was
filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work
orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121586

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121586

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121586

**Subcontractor:**

Name:                                          JAG Communications

Address:                                       Litchfield. NH

Telephone:                                     978-973-9460

Dates of engagement:                           08/2005 - Present

Position/title:                                Technician

Approximate dates of DIRECTV work              8/2005 - Present
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Directech and then Multiband. They control what work JAG gets, where
    JAG works, who works and who doesn't, and what time techs need to be
    on site.

Did the subcontractor have a contract with DIRECTV?        No

If "yes," please describe what you know about that contract (terms, etc.).

1121586

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Multiband Supervisors</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Multiband Supervisors</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Customer had a faulty outlet which was causing her DIRECTV service to
go in and out. I was forced to go back and fix the issue, and also was
charged $40 because the customer called DIRECTV and they set up an
FSR</u>

1121586

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Multiband Supervisors, Multiband Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Customer had a faulty outlet which was causing her DIRECTV service to go in and out. I was forced to go back and fix the issue, and also was charged $40 because the customer called DIRECTV and they set up an FSR. Service calls within 90 days on things like defective receivers, customers moving receivers and needing technician to go back and fix it. More is charged if the service call was made within 7 days. Charged back $5.00 for every phone line that was not hooked up.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

1121586

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121586

EXHIBIT B
Page 001097

**Entity**:

Name:                                          JAG Communications

Address:                                       Litchfield, NH

Telephone:                                     978-973-9460

Dates of employment:                           8/2005 - Present

Position/title:                                Technician

Did you sign an employment agreement?          No

Tasks performed:                               Satellite Installations at
                                               customers homes, service calls
                                               and upgrades.
Name of supervisor/manager:                    Lee Goupil

Method of pay (*i.e.*, piece-rate, hourly,
                                               Piece - rate
salary):

Rate of pay/wage/salary:                       $60, 1 room install. $30 upgrades

Hours worked per week (Average):               55-60

Amounts owed (if applicable):                  N/A

Did you receive a:                             1099

Who issued your 1099/W-2?                      JAG Communications

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Wrote hours on work orders, did not report to anyone.

1121586

EXHIBIT B
Page 001098

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt, khaki pants, Boots, and DIRECTV name badge</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121586

EXHIBIT B
Page 001099

Who set your vacation policy?

    Multiband

Who did you speak with to request days off?

    Multiband Supervisor Lee Goupil

Who did you speak with when you had any complaints regarding your job?

    Multiband Supervisor Lee Goupil

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        Yes

If "yes," who provided the handbook?

    DIRECTV via Multiband

Did you ever receive training of any type        Yes
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:        Whole Home, SWM, SBCA

1121586

EXHIBIT B
Page 001100

Instructor/trainer:                              Rick O'Donell

Where was the training held?:                    Multiband Office

Who paid for the training?                       Self

Did you ever have a charge-back for your         Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> Customer had a faulty outlet which was causing her DIRECTV service
> to go in and out. I was forced to go back and fix the issue, and also was
> charged $40 because the customer called DIRECTV and they set up an
> FSR. Service calls within 90 days on things like defective receivers,
> customers moving receivers and needing technician to go back and fix
> it. More is charged if the service call was made within 7 days. Charged
> back $5 foe every home phone line not installed.

Did you ever speak with any DIRECTV employee regarding your work?

        No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121586

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

<u>I was not paid to attend meetings, driving to and from customer's home,
driving to and from the warehouse to get supplies, confirming schedules in
the morning, work on installs that were not completed, follow up
appointments, cleaning my van, and helping other technicians with
installs.</u>

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>30 hours a week.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding your work pertaining to any of the claims that you are asserting in
this litigation:

<u>N/A</u>

1121586

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:     _Christopher Chesley_

1121586

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  patrick paul chilson

Maiden name (if applicable):

Nicknames and aliases (current and former):    pat

Date of birth:    01/13/62

Technician Number(s):    MAFL916372

Current address:    13177 south florida avenue

Cell phone number (with area code):    352-422-0844

Home phone number (with area code):    352-422-0844

E-mail address (primary):    pat.chilson@yahoo.com

1122628

2.    **Education -- High School.**

    High School Graduate?                                 <u>Yes</u>

    Name of high school:                                  <u>Citrus High School</u>

    School location (city, state):                        <u>Inverness, Florida</u>

3.    **Education - College.**

    College Graduate?                                     <u>Yes</u>

    Name of college:                                      <u>Withlacoochee Tech</u>

    School location (city, state):                        <u>Inverness, Florida</u>

    Dates attended:                                       <u>1978-1980</u>

4.    **Education - Other Post-Secondary.**

    Post-Secondary Education?                             <u>No</u>

    Name of post-secondary school:

    School location (city, state):

    Dates attended:

5.    **Licensure - SBCA/Accreditation.**

    Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

       <u>No</u>

1122628

EXHIBIT B
Page 001105

If "yes," please provide the following:
   Licenses held:


   Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

   <u>No</u>


If "yes," please provide the following:
      Name of employer/association/entity:



      Address:



      Dates of your
      employment/membership:


6.   **Licensure - SBCA/Accreditation - Costs.**

      Who paid the costs and fees associated

      with this training, if any?

      Who paid the initial fees?



      Who paid the renewal fees?


1122628

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.*, Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122628

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122628

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate  dates  of  DIRECTV  work
orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1122628

EXHIBIT B
Page 001109

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122628

**Subcontractor:**

Name:                                    JRB communications

Address:                                 Wesley Chapel, FL

Telephone:                               813-482-8640

Dates of engagement:                     october 2010 through january
                                         2011

Position/title:                          Technician

Approximate dates of DIRECTV work        october 2010 through january
orders:                                  2011


Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that
contract (terms, etc.).

        Mastec


Did the subcontractor have a contract with DIRECTV?        Yes


If "yes," please describe what you know about that contract (terms, etc.).

        jrb communications subcontracted to mastec, dade city, fl., contractor
        number 68568, phone number, 877-627-8320


1122628

EXHIBIT B
Page 001111

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

david b hudson

Who supervised and/or reviewed your work at DIRECTV customer sites?

david b hudson

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Went back to fix faulty equipment.

1122628

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>david b hudson</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Never received a statement of earnings or any paycheck. There were a lot of talk of charge backs but I do not have proof of that.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122628

**Entity**:

Name:                                    JRB communication

Address:                                 Wesley Chapel, FL

Telephone:                               813-482-8640

Dates of employment:                     october 2010 to january 2011

Position/title:                          Technician

Did you sign an employment agreement?    Yes

Tasks performed:                         directv installs

Name of supervisor/manager:              david b hudson

Method of pay (*i.e.*, piece-rate, hourly,    piece rate

salary):

Rate of pay/wage/salary:                 Do not remember

Hours worked per week (Average):         60 plus

Amounts owed (if applicable):            Never received a paycheck

Did you receive a:

Who issued your 1099/W-2?                NEVER COMPENSATED< NO
                                         1099, NO W-2!!! Was told I was
                                         supposed to be a 1099.

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

1122628

EXHIBIT B
Page 001114

Who provided your gas and/or transportation while employed?

> Self

Who provided any supplies or materials necessary to performing your job?

> I was supplied with materials, but have documentation of the return of ALL materials after default of ANY payment.

Who provided your tools and/or equipment?

> Self

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> Not mandated but did wear DIRECTV Shirt

Who paid for the uniform?          Company provided 2 shirts

Were you provided with a cell phone or          No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance          No
benefits?

If "yes," who paid for your insurance policy?

1122628

Who set your vacation policy?

> No vacation

Who did you speak with to request days off?

> Never took a day off

Who did you speak with when you had any complaints regarding your job?

> david b hudson

Did anyone else ever help you perform or complete tasks as part of your job?

> No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?          Yes

If "yes," please provide the following:

Type of training:                    On the job

1122628

Instructor/trainer:                          <u>Scott Fernandez</u>

Where was the training held?:                <u>On the job</u>

Who paid for the training?                   <u>Unpaid training</u>

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

     <u>Never received a statement of earnings or any paycheck. There were a
lot of talk of charge backs but I do not have proof of that.</u>

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122628

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                <u>Tile Contractor Supply Company</u>

Address:                             <u>Gainesville, FL</u>

Telephone:                           <u>2003-2007</u>

Dates of employment:

Position/title:                      <u>Truck Driver</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1122628

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1122628

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122628

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1122628

Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                       Bellview Transport


Address:                                    Trenton, FL


Telephone:                                  2007-2010; 2011-2012

Dates of employment:


Position/title:                             Truck Driving

Did you sign an employment agreement?

Tasks performed:

1122628

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?



Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?


1122628

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122628

EXHIBIT B
Page 001124

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122628

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122628

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

   Never received a paycheck therefore all work tasks I performed were unpaid.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

   Every hour spent on the job was unpaid.

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

   carlos, employed by Mastec, Dade City, Fl.

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:    *Patrick Chilson*

1122628

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): samuel wesley collins

Maiden name (if applicable):

Nicknames and aliases (current and former):     big sam

Date of birth:     9-30-69

Technician Number(s):     DVOK8361146, DVOK827526

Current address:     9305 e 37th st Tulsa, OK

Cell phone number (with area code):     918-640-5073

Home phone number (with area code):     918-794-5592

E-mail address (primary):     dvhi433676@gmail.com

1121257

EXHIBIT B
Page 001128

2.      **Education -- High School.**

      High School Graduate?                    <u>Yes</u>

      Name of high school:                      <u>wichita east</u>

      School location (city, state):            <u>Wichita, KS</u>

3.      **Education - College.**

      College Graduate?                      <u>Yes</u>

      Name of college:                       <u>independence community co/university of hawaii</u>

      School location (city, state):            <u>Independence,KS/honolulu,hawaii</u>

      Dates attended:                        <u>8/1/93 to 5/1/95 8/1/95 to 6/1/97</u>

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?            <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1121257

EXHIBIT B
Page 001129

If "yes," please provide the following:
    Licenses held: <u>installation technician</u>

    Level of SBCA Certification: <u>sbca51718</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>

If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any? <u>self</u>

    Who paid the initial fees? <u>self</u>

    Who paid the renewal fees? <u>self</u>

1121257

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

Yes

If "yes," please provide the following:

Nature of the lawsuit or complaint:        wrongful termination

1121257

| | |
|---|---|
| Entity against whom the complaint was filed: | <u>DIRECTV</u> |
| Agency with which claim was filed: | <u>eeoc</u> |
| Date of Complaint: | <u>3-?-09</u> |
| Resolution: | <u>they couldn't do anything because i was a contractor</u> |

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121257

**HSP:**

| | |
|---|---|
| Name: | <u>JP&D</u> |
| Address: | <u>Tulsa, OK</u> |
| Telephone: | |
| Dates of engagement: | <u>5/2004-2007</u> |
| Position/title: | <u>technician</u> |
| Approximate dates of DIRECTV work orders: | <u>5/2004-2007</u> |
| Did you have a contract with the HSP? | <u>No</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>don kegons</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>david simmons</u>

1121257

EXHIBIT B
Page 001133

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>failed qc's and service call</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>david</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>their were so many unexplained charge back it was hard to keep up.  we got charge for lost equipment that was put in on jobs, or equipment that was lost. phone lines and costomer satifaction or (c-sat) different amount every week. they charge me over 6000 dallars, we got some money back for over time that were not paying us for that their still not to this day.</u>

**<u>HSP:</u>**

Name:                                    <u>Premiere Communications</u>

Address:                              <u>9506 e 54th st Tulsa, OK</u>

Telephone:                          <u>918-536-4556</u>

1121257

Dates of engagement:                    <u>3/2002-4/2004</u>

Position/title:                         <u>installation technician</u>

Approximate dates of DIRECTV work       <u>3/2002-4/2004</u>
orders:

Did you have a contract with the HSP?   <u>No</u>


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>nick robinson</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>audron</u>

1121257

EXHIBIT B
Page 001135

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>fail qc's or service call</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>audron</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>for every costemer that didn't have a phone there were 5 to 10 per charge backs, fail qc's 25,and more that were never specified. there were 150.00 a week in various charge backs.</u>

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121257

**<u>Subcontractor:</u>**

Name:                                          <u>Synergies</u>

Address:

Telephone:

Dates of engagement:                  <u>2012-2013</u>

Position/title:

Approximate dates of DIRECTV work
orders:


Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?


If "yes," please describe what you know about that contract (terms, etc.).


1121257

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121257

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**Subcontractor:**

Name:                                        Cable & More

Address:                                    Tulsa, OK

Telephone:

Dates of engagement:                        1/2010-1/2011

Position/title:                             Technician

Approximate dates of DIRECTV work           1/2010-1/2011
orders:

1121257

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121257

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Ty Edmonson</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Ty</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>No</u>

site?

If "yes," please describe the circumstances.:

1121257

EXHIBIT B
Page 001141

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Ty</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>phone line, c-sat, equipment, and other made up charges on job that i completed.</u>

**Subcontractor:**

Name: <u>Stockton Communications</u>

Address: <u>Tulsa, OK</u>

Telephone:

Dates of engagement: <u>1/2011-11/2012</u>

Position/title: <u>Installer</u>

Approximate dates of DIRECTV work orders: <u>1/2011-11/2012</u>

1121257

EXHIBIT B
Page 001142

Did you have a contract with the subcontractor?        <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121257

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

chad westtenfelder

Who supervised and/or reviewed your work at DIRECTV customer sites?

Chad

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

fail qc's phone lines

1121257

EXHIBIT B
Page 001144

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Chad

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> phone lines and c-sat is what they charge me for over $5000.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    Yes

If "yes," please provide information about the nature and terms of that contract.:

> as an emoployee of the company

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121257

EXHIBIT B
Page 001145

**Entity**:

Name:                                    Cable & More

Address:                                 Tulsa, OK

Telephone:

Dates of employment:                     1/2010-1/2011

Position/title:                          installer

Did you sign an employment agreement?    No

Tasks performed:                         installed satellite dishes

Name of supervisor/manager:              Ty Edmison

Method of pay (*i.e.*, piece-rate, hourly,   piece rate

salary):

Rate of pay/wage/salary:                 $55/$15

Hours worked per week (Average):         70+

Amounts owed (if applicable):

Did you receive a:                       1099

Who issued your 1099/W-2?                Cable & More

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        no one

1121257

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.*, colors, logos, etc.)?

<u>DIRECTV blue button down shirt, khaki pants, boots, badge and hat.</u>

Who paid for the uniform?                <u>self</u>

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1121257

EXHIBIT B
Page 001147

Who set your vacation policy?

Who did you speak with to request days off?

        <u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

        <u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

        <u>Yes</u>

If "yes," please provide the following:

Name:                                                     <u>other technicians</u>

Nature of help/assistance:                    <u>finishing jobs</u>

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                    <u>on the job</u>

1121257

EXHIBIT B
Page 001148

Instructor/trainer:                              rode with other installers


Where was the training held?:              Tulsa

Who paid for the training?


Did you ever have a charge-back for your    Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

        phone line, c-sat, equipment, and other made up charges on job that i
        completed.

Did you ever speak with any DIRECTV employee regarding your work?

        No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121257

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                              <u>JP&D</u>

Address:                                           <u>Tulsa, OK</u>

Telephone:

Dates of employment:                               <u>2004-2007</u>

Position/title:                                    <u>installer</u>

Did you sign an employment agreement?              <u>No</u>

Tasks performed:                                   <u>installed satellite dishes</u>

Name of supervisor/manager:                        <u>Don Kegons</u>

Method of pay (*i.e.*, piece-rate, hourly,         <u>piece rate</u>

salary):

Rate of pay/wage/salary:                           <u>$55/$15</u>

1121257

Hours worked per week (Average):            <u>70</u>

Amounts owed (if applicable):

Did you receive a:                          <u>1099</u>

Who issued your 1099/W-2?                    <u>JP&D</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>self</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>


Were you required to wear a uniform?         <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt, pants, boots, hat</u>

Who paid for the uniform?                    <u>self</u>

1121257

EXHIBIT B
Page 001151

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

     <u>Don Kegons</u>

Who did you speak with when you had any complaints regarding your job?

     <u>Don</u>

Did anyone else ever help you perform or complete tasks as part of your job?

     <u>Yes</u>

If "yes," please provide the following:

Name:                                        <u>Other technicians</u>

Nature of help/assistance:                   <u>complete jobs</u>

Frequency of help/assistance:

1121257

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                   <u>on the job</u>

Instructor/trainer:                                 <u>other technicians ride along</u>

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>their were so many unexplained charge back it was hard to keep up.  we
got charge for lost equipment that was put in on jobs, or equipment that
was lost. phone lines and costemer satisfaction or (c-sat) different
amount every week. they charge me over 6000 dallars, we got some
money back for over time that were not paying us for that their still not
to this day.</u>

1121257

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                    <u>Synergies</u>

Address:             <u>Tulsa, OK</u>

Telephone:

Dates of employment:    <u>2012-2013</u>

Position/title:        <u>Installer</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:      <u>installed satellite dishes</u>

1121257

Name of supervisor/manager:                    <u>Josh Holland</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>piece rate</u>

salary):

Rate of pay/wage/salary:                       <u>$55/$20</u>


Hours worked per week (Average):               <u>70+</u>

Amounts owed (if applicable):

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Synergies</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

  <u>no one</u>

Who provided your gas and/or transportation while employed?

  <u>self</u>


Who provided any supplies or materials necessary to performing your job?

  <u>self</u>

1121257

Who provided your tools and/or equipment?

    <u>self</u>


Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt, khakis, boots</u>


Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?

    <u>Supervisor</u>


Who did you speak with when you had any complaints regarding your job?

    <u>supervisor</u>

1121257

EXHIBIT B
Page 001156

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?        <u>Yes</u>

If "yes," please provide the following:

Type of training:                               <u>on the job</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121257

EXHIBIT B
Page 001157

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                              <u>HD Experts</u>

1121257

Address:                                          Tulsa, OK

Telephone:

Dates of employment:                              2011-2012

Position/title:                                   Installer

Did you sign an employment agreement?

Tasks performed:                                  installed satellite dishes

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,        piece rate

salary):

Rate of pay/wage/salary:                          $65/$20

Hours worked per week (Average):                  70

Amounts owed (if applicable):

Did you receive a:                                1099

Who issued your 1099/W-2?                         HD Experts

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        no one

1121257

EXHIBIT B
Page 001159

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt, khaki pants</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121257

EXHIBIT B
Page 001160

Who set your vacation policy?

Who did you speak with to request days off?

<u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>on the job</u>

1121257

EXHIBIT B
Page 001161

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your          Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

         No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121257

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>DIRECTV</u>

Address:                                          <u>Tulsa, OK</u>

Telephone:

Dates of employment:                              <u>2008</u>

Position/title:                                   <u>Installer</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1121257

EXHIBIT B
Page 001163

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                  <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

1121257

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121257

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121257

EXHIBIT B
Page 001166

Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**Entity**:

Name:                                        Stockton Communications


Address:                                     Tulsa, OK


Telephone:

Dates of employment:                         1/2011-11/2012


Position/title:                              Installation Technician

Did you sign an employment agreement?        No

Tasks performed:                             installed satellite dishes


1121257

Name of supervisor/manager:                          Chad Westtenfelder

Method of pay (*i.e.*, piece-rate, hourly,           piece rate

salary):

Rate of pay/wage/salary:                             $55/$20


Hours worked per week (Average):                     70+

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                            Stockton

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        no one

Who provided your gas and/or transportation while employed?

        self


Who provided any supplies or materials necessary to performing your job?

        self

1121257

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV blue button down shirt, hat, badge, khakis, boots.</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Chad</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Chad</u>

1121257

EXHIBIT B
Page 001169

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                                            <u>other techinicians</u>

Nature of help/assistance:              <u>finish installs</u>

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:                      <u>on the job/ ride along</u>

Instructor/trainer:                   <u>other technicians</u>

Where was the training held?:        <u>Tulsa, OK</u>

Who paid for the training?

1121257

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>phone lines and c-sat is what they charge me for over $5000.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121257

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Had to do extra work on jobs that cost me right out my pocket.  have to fix jobs that other tech did for free because directv set up upgrades instead of service calls, assemble satellite dishes, driving to and from depot to get supplies or schedules, cleaning out van, attending meetings, acknowledging work schedules in the morning, follow up appointments with customers.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20+

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:      _samuel w collins jr_

1121257

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.   **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Christian Lee Colon

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:

Technician Number(s):          <u>MATX911729</u>

Current address:              <u>3531 Penelope Way, Round Rock, TX 78665</u>

Cell phone number (with area code):  <u>512-704-5132</u>

Home phone number (with area code):  <u>512-218-4176</u>

E-mail address (primary):       <u>MAMIYPAPI714@gmail.com</u>

1120579

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Christian lee</u>

School location (city, state):           <u>Round Rock</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>Howard College</u>

School location (city, state):           <u>San Angelo</u>

Dates attended:                          <u>1999-2004</u>

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>Yes</u>

Name of post-secondary school:           <u>Tarrant County College</u>

School location (city, state):           <u>Ft. Worth, Texas</u>

Dates attended:                          <u>2002-2002</u>

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120579

EXHIBIT B
Page 001174

If "yes," please provide the following:
    Licenses held:

        <u>sbca</u>

    Level of SBCA Certification:

        <u>standard</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:

        <u>par connections / MasTec</u>

    Address:

        <u>6845 Falcon Grove, San Antonio, TX</u>

    Dates of your employment/membership:

        <u>2007-2010</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?

        <u>par connections / Mastec</u>

    Who paid the initial fees?

        <u>there was not a fee that i know of</u>

    Who paid the renewal fees?

        <u>there was not a fee that i know of</u>

1120579

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120579

EXHIBIT B
Page 001176

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120579

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120579

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

　　　　Yes

If "yes," please provide the following information:

1120579

EXHIBIT B
Page 001179

**Subcontractor:**

Name:                                                Par Connections

Address:                                             6845 Falcon Grove, San Antonio,
                                                     TX
Telephone:                                           210-832-9393

Dates of engagement:                                 2007-2011


Position/title:                                      tech / area supervisor

Approximate dates of DIRECTV work                    2009-2011
orders:


Did you have a contract with the subcontractor?      No


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?      I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?      I don't know


If "yes," please describe what you know about that contract (terms, etc.).



1120579

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

mastec

Who supervised and/or reviewed your work at DIRECTV customer sites?

mastec

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

work orders that were not up to code
work orders that did not satisfy the customer
that included my work and other techs in our subcontractor group or
inhouse techs that worked for mastec

1120579

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

mastec supervisors or their call center if not home or equipment problems
schedule delays : customer(if contacted) or the mastec callcenter

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

CHARGE BACKS INCLUDED:
MasTec had this charge backs called: sin 7, sin 14 and sin 30 - $30
These charge backs were generated if a (service call work order) for a truck to roll again on a work order that was created within 7,14, or 30 days for a recent that was completed within that time frame.
eg. I do a job on the date, 01/01/01 and a customer called in for directv to go back for whatever reason within 30 days of that completed date, I would be charged $30.
MasTec had charge backs for:
if a customer called in wanting an ETA, you would get charged back and that costed a tech $25

With that all being said, if you rolled on a job that you completed within the 30 days, you would not be paid for it.

1120579

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120579

EXHIBIT B
Page 001183

**<u>Entity</u>:**

Name:                                                                    <u>Student</u>

Address:

Telephone:

Dates of employment:                                     <u>2005-2006</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120579

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120579

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1120579

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                        Permien Basin

Address:                                     St. Angelo, TX

Telephone:

Dates of employment:                         2006-2007

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

1120579

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                   <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

1120579

Were you provided with a cell phone or
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120579

EXHIBIT B
Page 001190

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120579

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                            <u>AT&T</u>

Address:                                         <u>Austin, TX</u>

Telephone:

Dates of employment:                             <u>2/2011-current</u>

Position/title:                                  <u>Network Operatiion</u>

Did you sign an employment agreement?

Tasks performed:

1120579

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?

1120579

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120579

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120579

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                          Par Connections

1120579

EXHIBIT B
Page 001196

Address:                                              6845 falcon grove San Antonio,
                                                      TX

Telephone:                                            210-832-9393

Dates of employment:                                  2007-2011

Position/title:                                       technician / area supervisor

Did you sign an employment agreement?                 No

Tasks performed:                                      installs, service calls
                                                      etc..managed 3-4 techs
Name of supervisor/manager:                           ronald rascoe/ CEO

Method of pay (*i.e.*, piece-rate, hourly,
                                                      piece rate
salary):

Rate of pay/wage/salary:                              by the job

Hours worked per week (Average):                      60+

Amounts owed (if applicable):                         0

Did you receive a:                                    1099

Who issued your 1099/W-2?                             par connections

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        self

1120579

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue shirt with directv logo, badge, khaki pants or shorts, boots</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120579

EXHIBIT B
Page 001198

Who set your vacation policy?

<u>n/a</u>

Who did you speak with to request days off?

<u>mastec supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>ronald rascoe or the supervisor at mastec - but if you complained you
would not get routed</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

1120579

EXHIBIT B
Page 001199

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>CHARGE BACKS INCLUDED:</u>
<u>MasTec had this charge backs called: sin 7, sin 14 and sin 30 - $30</u>
<u>These charge backs were generated if a (service call work order) for a</u>
<u>truck to roll again on a work order that was created within 7,14, or 30</u>
<u>days for a recent that was completed within that time frame.</u>
<u>eg. I do a job on the date, 01/01/01 and a customer called in for directv</u>
<u>to go back for whatever reason within 30 days of that completed date, I</u>
<u>would be charged $30.</u>
<u>MasTec had charge backs for:</u>
<u>if a customer called in wanting an ETA, you would get charged back</u>
<u>and that costed a tech $25</u>

<u>With that all being said, if you rolled on a job that you completed within</u>
<u>the 30 days, you would not be paid for it.</u>

1120579

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

<u>installs, service calls, upgrades, assemble satellite dishes,  attending meetings, acknowledging work schedules in the morning, follow up appointments with customers and assisting other technicians with installs, work on installs that were never completed, driving to and from depot to get supplies or schedules, cleaning out van.</u>

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>20+</u>

1120579

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

<u>none</u>

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    <u>*christian lee colon*</u>

1120579

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Henry G Cooper

Maiden name (if applicable):               n/a

Nicknames and aliases (current and former):    n/a

Date of birth:                09/14/1961

Technician Number(s):            MANC914643

Current address:                10957Harmony Glen Court

Cell phone number (with area code):    (704)631-7606

Home phone number (with area code):    (980)216-1491

E-mail address (primary):        hcoope12@clearwire.net

1122687

2.      **Education -- High School.**

High School Graduate?                           <u>Yes</u>

Name of high school:                            <u>People's College High School</u>

School location (city, state):                  <u>Monrovia/Liberia</u>

3.      **Education - College.**

College Graduate?                               <u>Yes</u>

Name of college:                                <u>Central Piedmont Community
                                                College</u>
School location (city, state):                  <u>Charlotte, North Carolina</u>

Dates attended:                                 <u>01/04/2010</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                        <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or
completed and/or attended any courses offered through Satellite Broadcasting and
Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1122687

If "yes," please provide the following:
    Licenses held:                              <u>SBCA64952</u>

    Level of SBCA Certification:                <u>2</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

        <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:        <u>DirectV</u>

    Address:                                    <u>980 Tiwn Lake Pkway,Charlotte</u>
                                                <u>NC 28201</u>

    Dates of your
    employment/membership:                      <u>07/16/2008-2009</u>

6.   **Licensure - SBCA/Accreditation - Costs.**

        Who paid the costs and fees associated    <u>Directv</u>

        with this training, if any?

        Who paid the initial fees?                 <u>Dirctv</u>

        Who paid the renewal fees?                 <u>Myself</u>

1122687

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122687

EXHIBIT B
Page 001206

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1122687

**HSP:**

| | |
|---|---|
| Name: | <u>Mastec Advanced Technologies</u> |
| Address: | <u>Charlotte, NC</u> |
| Telephone: | |
| Dates of engagement: | <u>2008-2009</u> |
| Position/title: | <u>Installation Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2008-2009</u> |
| Did you have a contract with the HSP? | <u>I don't know</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Greg Frazier</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Greg Frazier</u>

1122687

Were you ever asked to correct your work at a DIRECTV customer site?

Yes

If "yes," please describe the circumstances.:

Went back to site of customer called us directly for service call.

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Greg Frazier and then DIRECTV dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Charged back for customers called DIRECTV to complain about something related to install. Charged back for service calls within 90 days.

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

Yes

If "yes," please provide the following information:

1122687

**Subcontractor:**

Name:                                                    Elite Communications Inc.

Address:                                                 Forest Park, GA

Telephone:                                               404-418-6222

Dates of engagement:                                     05/2009-10/2009

Position/title:                                          Installation Technician

Approximate dates of DIRECTV work                        05/2009-10/2009
orders:


Did you have a contract with the subcontractor?          Yes

If "yes," please describe the terms of that contract:

        Do not recall exact terms.

Did the subcontractor have a contract with an HSP?          I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?         I don't know


If "yes," please describe what you know about that contract (terms, etc.).

1122687

EXHIBIT B
Page 001210

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Supervisor, Ron and Greg Frazier</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Supervisor, Ron and Greg Frazier</u>

Were you ever asked to correct your work at a DIRECTV customer      <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Went back to customers home if they called me due to an issue with the</u>
<u>install.</u>

1122687

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    DIRECTV Dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

    Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    Install was not up to standards, we were charged back.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122687

**<u>Entity</u>:**

Name:                                    <u>Mastec Advanced Technologies</u>

Address:                                 <u>Charlotte, NC</u>

Telephone:

Dates of employment:                     <u>2008-2009</u>

Position/title:                          <u>Installation Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                         <u>Installing DIRECTV Satellite</u>
                                         <u>Service</u>
Name of supervisor/manager:              <u>Greg Frazier</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                         <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):         <u>80</u>

Amounts owed (if applicable):

Did you receive a:                       <u>W-2</u>

Who issued your 1099/W-2?                <u>Mastec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>Mastec</u>

1122687

EXHIBIT B
Page 001213

Who provided your gas and/or transportation while employed?

    <u>Mastec</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Mastec</u>

Who provided your tools and/or equipment?

    <u>Mastec</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV uniform</u>

Who paid for the uniform?    <u>Mastec</u>

Were you provided with a cell phone or cell phone service?    <u>Yes</u>

If "yes," who paid for the cell phone and/or service?

    <u>Mastec</u>

Were you provided with insurance benefits?    <u>Yes</u>

If "yes," who paid for your insurance policy?

    <u>Mastec</u>

1122687

Who set your vacation policy?

> No vacation

Who did you speak with to request days off?

> Greg Frazier

Who did you speak with when you had any complaints regarding your job?

> Greg Frazier

Did anyone else ever help you perform or complete tasks as part of your job?

> No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        Yes

If "yes," who provided the handbook?

> Mastec

Did you ever receive training of any type          Yes
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                        On the job

1122687

Instructor/trainer:                              <u>Technician</u>


Where was the training held?:                    <u>Customer's homes</u>

Who paid for the training?                       <u>Mastec</u>


Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Charged back for customers called DIRECTV to complain about
> something related to install. Charged back for service calls within 90
> days</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122687

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                          <u>Elite Communications</u>

Address:                                       <u>Forest Park, GA</u>

Telephone:

Dates of employment:                           <u>5/2009-10/2009</u>

Position/title:                                <u>Installation Technician</u>

Did you sign an employment agreement?          <u>Yes</u>

Tasks performed:                               <u>Installing DIRECTV Satellite
                                               Service</u>
Name of supervisor/manager:                    <u>Ron and Greg Frazier</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):               <u>50-60</u>

Amounts owed (if applicable):

1122687

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?                    <u>Elite Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Ron</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?            <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform</u>

Who paid for the uniform?                    <u>Already had unifom</u>

1122687

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>No vacation</u>


Who did you speak with to request days off?

    <u>Ron</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Ron or Greg Frazier</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1122687

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

    <u>Elite Communications</u>

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

    <u>Install was not up to standards, we were charged back.</u>

1122687

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                         <u>Self Employed</u>

Address:                                   <u>Charlotte, NC</u>

Telephone:

Dates of employment:               <u>2010-2011</u>

Position/title:                         <u>Electrician</u>

Did you sign an employment agreement?

Tasks performed:

1122687

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?

1122687

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122687

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122687

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    Temp Agency

1122687

Address:                                              Charlotte, NC


Telephone:

Dates of employment:                                 2012-present


Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


1122687

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122687

EXHIBIT B
Page 001227

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1122687

EXHIBIT B
Page 001228

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122687

EXHIBIT B
Page 001229

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

   <u>Not compensated for work on installs that were never completed, attending meetings, assembling satellite dishes, cleaning my van, followup appointments, helping other techs with installs, acknowledging work schedules in the morning, and driving to from the depot to get supplies and schedules.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

   <u>10 hours per week.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

1122687

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                           Signed:     _Henry G Cooper_

1122687

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Chad Isadore Cringan

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                            <u>08/05/1978</u>

Technician Number(s):            <u>DVMO817849,  DVMO817412</u>

Current address:                      <u>3446 lafayette st st joseph mo 64507</u>

Cell phone number (with area code):    <u>816-752-6310</u>

Home phone number (with area code):

E-mail address (primary):               <u>cmc63impalass@yahoo.com</u>

1120536

2.      **Education -- High School.**

      High School Graduate?                <u>Yes</u>

      Name of high school:             <u>Tombstone High</u>

      School location (city, state):      <u>Tombstone, AZ</u>

3.      **Education - College.**

      College Graduate?               <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1120536

If "yes," please provide the following:
    Licenses held:                   Blue Springs, MO

    Level of SBCA Certification:       SBCA

Was this training provided by or through an employer, professional or industry association, or other entity?

      Yes

If "yes," please provide the following:
    Name of employer/association/entity:    First Class Satellite; AM Entertainment, DIRECTV

    Address:                   Gladstone, MO, Spring Hill, KS, DIRECTV

    Dates of your employment/membership:    2007 to now

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    Self when with subcontractor; DIRECTV pays fees now

    Who paid the initial fees?    Self when with subcontractor; DIRECTV pays fees now

    Who paid the renewal fees?    Self when with subcontractor; DIRECTV pays fees now

1120536

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120536

EXHIBIT B
Page 001235

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120536

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120536

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120536

EXHIBIT B
Page 001238

**Subcontractor:**

Name:                                      First Class Satellite

Address:                                   Gladstone, MO

Telephone:

Dates of engagement:                       2007-2008

Position/title:                            Installation Technician

Approximate dates of DIRECTV work          2007-2008
orders:

Did you have a contract with the subcontractor?     I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?     Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Ironwood

Did the subcontractor have a contract with DIRECTV?     I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1120536

EXHIBIT B
Page 001239

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Owner of First Class Satellite</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Do not remember</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Rebuilding/rewiring homes. If customer called in and wanted something</u>
<u>redone.</u>

1120536

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Owner of First Class Satellite</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Service calls within 90 days and phone lines not being hooked up.</u>

**<u>Subcontractor:</u>**

| | |
|---|---|
| Name: | <u>AM Entertainment</u> |
| Address: | <u>Springhill, KS</u> |
| Telephone: | |
| Dates of engagement: | <u>2008-2010</u> |
| Position/title: | <u>Installation Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2008-2010</u> |

1120536

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not remember</u>

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>Do not recall</u>

Did the subcontractor have a contract with DIRECTV?        <u>Yes</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120536

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Mike Schaffer (Owner of AM Entertainment), Supervisor for DIRECTV
(Jack Gregory)</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Jack Gregory, DIRECTV Supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Install not being up to DIRECTV code.</u>

1120536

EXHIBIT B
Page 001243

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

DIRECTV dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Service calls within 90 days, installs being up to code, and not hooking up phone lines.

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    Yes

If "yes," please provide information about the nature and terms of that contract.:

Work for them currently as an installation technician.

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120536

EXHIBIT B
Page 001244

**Entity**:

Name:                                          <u>Galaxy One (Dish Network)</u>

Address:                                       <u>Belton, MO</u>

Telephone:

Dates of employment:                           <u>4 months in 2010</u>

Position/title:                                <u>Installation Technician</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                             <u>W-2</u>

Who issued your 1099/W-2?                       <u>Galaxy One</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120536

EXHIBIT B
Page 001245

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120536

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120536

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120536

EXHIBIT B
Page 001248

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                    <u>DIRECTV</u>

Address:                                                 <u>Blue Springs, MO</u>

Telephone:

Dates of employment:                                     <u>October 2011-present</u>

Position/title:                                          <u>Installation Technician</u>

Did you sign an employment agreement?                    <u>Yes</u>

Tasks performed:                                         <u>Installing DIRECTV Satellite</u>
                                                         <u>Service</u>

1120536

Name of supervisor/manager:                    <u>Lance Albaugh</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):               <u>40-50</u>

Amounts owed (if applicable):                  <u>$500</u>

Did you receive a:                             <u>W-2</u>

Who issued your 1099/W-2?                       <u>DIRECTV</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

   <u>Lance Albaugh</u>

Who provided your gas and/or transportation while employed?

   <u>DIRECTV</u>


Who provided any supplies or materials necessary to performing your job?

   <u>DIRECTV</u>

1120536

Who provided your tools and/or equipment?

    <u>DIRECTV</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform</u>

Who paid for the uniform?    <u>DIRECTV</u>

Were you provided with a cell phone or cell phone service?    <u>Yes</u>

If "yes," who paid for the cell phone and/or service?

    <u>DIRECTV</u>

Were you provided with insurance benefits?    <u>Yes</u>

If "yes," who paid for your insurance policy?

    <u>self</u>

Who set your vacation policy?

    <u>DIRECTV</u>

Who did you speak with to request days off?

    <u>Lance Albaugh</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Lance Albaugh</u>

1120536

Did anyone else ever help you perform or complete tasks as part of your job?

    Yes

If "yes," please provide the following:

Name:                                    Other Technicians

Nature of help/assistance:           installation of satellites

Frequency of help/assistance:       Not often

Did you receive an employee handbook?    Yes

If "yes," who provided the handbook?

      DIRECTV

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:                 SBCA and on the job training

Instructor/trainer:             Steve Waterman

Where was the training held?:      DIRECTV

Who paid for the training?         DIRECTV

1120536

Did you ever have a charge-back for your work?        <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>All the time as I am fully employed by DIRECTV.</u>

Did you work for any other person or company,        <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>First Class Satellite</u>

1120536

Address:                                                    Gladstone, MO

Telephone:

Dates of employment:                                       2007-2008

Position/title:                                            Installation Technician

Did you sign an employment agreement?                      No

Tasks performed:                                           Installing DIRECTV Satellite
                                                           Service
Name of supervisor/manager:                                Sammer Alsadi

Method of pay (*i.e.*, piece-rate, hourly,
                                                           Piece-rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                           50-60

Amounts owed (if applicable):

Did you receive a:                                         1099

Who issued your 1099/W-2?                                  First Class Satellite

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

1120536

EXHIBIT B
Page 001254

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV Shirt</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120536

EXHIBIT B
Page 001255

Who set your vacation policy?

> No vacation

Who did you speak with to request days off?

> Sammer Alsadi

Who did you speak with when you had any complaints regarding your job?

> Sammer Alsadi

Did anyone else ever help you perform or complete tasks as part of your job?

> Yes

If "yes," please provide the following:

Name:                                    Other Technicians

Nature of help/assistance:               installation of satellites

Frequency of help/assistance:            Not often

1120536

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                <u>Classroom/On the job</u>

Instructor/trainer:                              <u>Forrest</u>

Where was the training held?:                    <u>DIRECTV/at customers homes</u>

Who paid for the training?                       <u>Self</u>

Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

<u>Service calls within 90 days and phone lines not being hooked up.</u>

1120536

EXHIBIT B
Page 001257

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>Spoke regularly regarding work issues.</u>

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>**:

Name:                              <u>AM Entertainment</u>

Address:                         <u>Spring Hill, KS</u>

Telephone:

Dates of employment:             <u>2008-2010</u>

Position/title:                   <u>Installation Technician</u>

Did you sign an employment agreement?     <u>Yes</u>

Tasks performed:               <u>Installing DIRECTV Satellite Service</u>

1120536

Name of supervisor/manager:                      <u>Mike Schaffer</u>

Method of pay (*i.e.*, piece-rate, hourly,       <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):                 <u>60-70</u>

Amounts owed (if applicable):

Did you receive a:                               <u>1099</u>

Who issued your 1099/W-2?                         <u>AM Entertainment</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

1120536

Who provided your tools and/or equipment?

> Self

Were you required to wear a uniform?    Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> Blue DIRECTV uniform

Who paid for the uniform?    Self

Were you provided with a cell phone or    No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

> No vacation

Who did you speak with to request days off?

> Mike Schaffer

Who did you speak with when you had any complaints regarding your job?

> Mike Schaffer

1120536

Did anyone else ever help you perform or complete tasks as part of your job?

<u>Yes</u>

If "yes," please provide the following:

Name:                                              <u>Other Technicians</u>

Nature of help/assistance:                         <u>installation of satellites</u>

Frequency of help/assistance:                      <u>Every once in a while.</u>

Did you receive an employee handbook?             <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                  <u>SBCA and on the job training</u>

Instructor/trainer:                                <u>Forrest</u>

Where was the training held?:                      <u>DIRECTV/at customers homes</u>

Who paid for the training?                         <u>Self</u>

1120536

Did you ever have a charge-back for your work?   <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

     <u>Service calls within 90 days, installs being up to code, and not hooking up phone lines.</u>

Did you ever speak with any DIRECTV employee regarding your work?

   <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

     <u>Spoke regularly regarding work matters.</u>

Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120536

14.   **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Not paid for installs that were not closed out (completed), driving to and from the warehouse to get supplies and schedules, helping other technicians with installations, follow-up appointments, assembling satellite dishes, attending meetings, acknowledging work schedules in the morning, and cleaning my van.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20-25

15.   **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.   To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                     Signed:     *Chad Cringan*

1120536

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1. **Personal Information**. Please provide the following information about yourself.

   Name (First, Middle, Last):  Andrew Michael Cyprian

   Maiden name (if applicable):

   Nicknames and aliases (current and former):

   Date of birth:                                     06/13/1982

   Technician Number(s):                    DSIN000622, DSIN003064,
                                                        DSIL005223

   Current address:                            1807 wood st, valparaiso, IN
                                                        46383

   Cell phone number (with area code):    219-241-6921

   Home phone number (with area code):

   E-mail address (primary):                Ricochetkidcpa@yahoo.com

1122539

2.      **Education -- High School.**

      High School Graduate?                Yes

      Name of high school:               Hobart High School

      School location (city, state):      Hobart, IN

3.      **Education - College.**

      College Graduate?                No

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?      Yes

      Name of post-secondary school:    Purdue Calumet

      School location (city, state):      Hammond, IN

      Dates attended:               6/2000 thru 12/2007

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

      Yes

1122539

EXHIBIT B
Page 001265

If "yes," please provide the following:
Licenses held:                          <u>SBCA</u>

Level of SBCA Certification:            <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

<u>Yes</u>

If "yes," please provide the following:
Name of employer/association/entity:    <u>DirectSat USA</u>

Address:                                <u>Plymouth, IN</u>

Dates of your
employment/membership:                  <u>11/2010 thru 5/2014</u>

6.      **Licensure - SBCA/Accreditation - Costs.**

Who paid the costs and fees associated    <u>Self</u>

with this training, if any?

Who paid the initial fees?              <u>Employer</u>

Who paid the renewal fees?              <u>Self</u>

1122539

EXHIBIT B
Page 001266

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

Yes

If "yes," please provide the following:

Nature of the lawsuit or complaint:        Failure to pay wages

1122539

| Entity against whom the complaint was filed: | John Grott and Mark Grott of Pro Sat Solutions |
|---|---|
| Agency with which claim was filed: | Porter County Court |
| Date of Complaint: | 12/7/12 |
| Resolution: | A judgement was granted in my favor. I am unable to collect. |

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122539

**<u>HSP:</u>**

    Name:


    Address:

    Telephone:

    Dates of engagement:

    Position/title:

    Approximate dates of DIRECTV work orders:

    Did you have a contract with the HSP?


    If "yes," please describe the terms of that contract:


    Who set your assignments and daily work schedule while you were performing

    work at DIRECTV customer sites?




    Who supervised and/or reviewed your work at DIRECTV customer sites?

1122539

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122539

**Subcontractor:**

Name:                                          Bell sat

Address:                                       Hobart IN

Telephone:                                     +1 (219) 973-9925

Dates of engagement:                           10/2010 - 1/2011

Position/title:                                Installation technician

Approximate dates of DIRECTV work              12/2010 - 1/2011
orders:


Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

     DirectSat USA


Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).




1122539

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Bell sat management</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Bell sat management</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Technical issues, customers sometimes did not understand how to use the
equipment and a dedication was requested. Sometimes jobs had to be
returned to because they required too much work to complete without
rescheduling other appointments.</u>

1122539

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Bell sat management.</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>I would receive a deduction on my paycheck without documentation or explanation of the details of the chargeback. I was told that I did something wrong and the customer complained causing the chargeback.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Sat Pro Systems</u> |
| Address: | <u>Valparaiso, IN</u> |
| Telephone: | <u>(219) 548-9100</u> |
| Dates of engagement: | <u>10/2011 - 3/2012</u> |
| Position/title: | <u>Installation technician</u> |
| Approximate dates of DIRECTV work orders: | <u>10/2011 - 3/2012</u> |

1122539

Did you have a contract with the subcontractor?        <u>No</u>

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>DirectSat USA</u>


Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>


If "yes," please describe what you know about that contract (terms, etc.).

1122539

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Sat Pro and DirectSat management

Who supervised and/or reviewed your work at DIRECTV customer sites?

    Sat Pro and DirectSat management

Were you ever asked to correct your work at a DIRECTV customer   Yes

site?

If "yes," please describe the circumstances.:

    Technical issues, customer re-education, lengthy job requirements.

1122539

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Sat pro and DirectSat management</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>$75 chargeback for a pole mount that was not correctly mounted. It appeared on my check. I received no other documentation about it.</u>

**Subcontractor:**

Name:                                  <u>Pro sat solutions</u>

Address:                               <u>Valparaiso, IN</u>

Telephone:                             <u>(219) 405-0045</u>

Dates of engagement:                   <u>1/2011 - 9/2011</u>

Position/title:                        <u>Installation technician</u>

Approximate dates of DIRECTV work      <u>1/2011 - 9/2011</u>
orders:

1122539

EXHIBIT B
Page 001276

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>It described independent contractor status, chargeback policy, payment
policy, bonus incentives, no compete clauses, retainer fees, and various
penalties and restrictions. 27 pages, can provide copy.</u>

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>DirectSat USA</u>

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122539

EXHIBIT B
Page 001277

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> Pro Sat management

Who supervised and/or reviewed your work at DIRECTV customer sites?

> Pro sat and DirectSat management

Who were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

> Technical issues, customer re-education, lengthy job requirements. All of
> these commanded re-rolling to jobs at my expense.

1122539

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Pro sat management

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> $50 chargebacks appeared on my check from time to time. No documentation. When I asked for documentation, I often was not responded to, but one time, I received 3 chargebacks on 1 check. I was given a piece of paper with the account numbers and an "explanation" that said, "changed fitting", "changed fitting", and "retuned dish".

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122539

**<u>Entity</u>:**

Name:


Address:


Telephone:

Dates of employment:


Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


1122539

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1122539

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1122539

EXHIBIT B
Page 001283

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Several hours of "training" that involved shadowing another technician and performing his tasks. Several hours of re-rolls on to jobs to correct technical issues in attempts to prevent chargebacks. 3 jobs that were assigned to me went in and failed at activation due to billing issues with the customer. Those jobs were canceled and I was not paid for my work, gas, materials, or time.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

Hard to estimate. Sometimes none, sometimes 5-10 hours in a week.

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

Other subcontractors at the various companies.
Jamie smith
Mike Otto
Brian Delgado
Nicky Lucas
Mike Grebeck
And others

1122539

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    *Andrew Michael Cyprian*

1122539

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Arnaldo  De Castro Rossi

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          <u>09/09/1981</u>

Technician Number(s):              <u>MANC301686</u>

Current address:                      <u>31 Country Meadows Dr.</u>
                                              <u>Asheville, NC 28806</u>

Cell phone number (with area code):  <u>828-335-0512</u>

Home phone number (with area code):

E-mail address (primary):              <u>arnaldo875@hotmail.com</u>

1121504

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                    <u>A.C Reynolds High School</u>

School location (city, state):          <u>Asheville, NC</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>Yes</u>

If "yes," please provide the following:
   Licenses held:                       <u>Mastec  Asheville, NC</u>

   Level of SBCA Certification:         <u>Do not remember</u>

1121504

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:     <u>Mastec</u>

    Address:     <u>Asheville, NC</u>

    Dates of your     <u>Do not remember</u>
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?     <u>Contractor</u>

    Who paid the renewal fees?     <u>Self</u>

7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>Yes</u>

1121504

**Training/Apprenticeship:**

Name of training provider or association:        John Test

Nature of training or apprenticeship:        Basic Satellite

Were there any fees or costs associated        Yes

with this training?

If "yes," who paid for these fees and/or        Self
costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

        No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was

filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1121504

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

If "yes," please provide the following information:

1121504

EXHIBIT B
Page 001290

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121504

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121504

**Subcontractor:**

Name:                                    SBG Digital

Address:                                 Waynesville, NC

Telephone:                               Do not remember

Dates of engagement:                     2007-2012

Position/title:                          Lead Technician

Approximate dates of DIRECTV work        2007-2012
orders:

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Mastec, unaware of terms.

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121504

EXHIBIT B
Page 001293

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Mastec</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>If the work was not up to their standards then were told to go back and</u>
    <u>correct it.</u>

1121504

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Mastec Customer Services</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>If the customer called DIRECTV for a service call, we would get a chargeback no matter what.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121504

**<u>Entity</u>:**

Name:                                                    <u>Plasti-Form</u>

Address:                                                 <u>Asheville, NC</u>

Telephone:                                               <u>Do not remember</u>

Dates of employment:
                                                         <u>1999-2007</u>
Position/title:
                                                         <u>Forklift generator</u>
Did you sign an employment agreement?                    <u>No</u>

Tasks performed:                                         <u>Load and unload trucks</u>

Name of supervisor/manager:                              <u>I do not know</u>

Method of pay (*i.e.*, piece-rate, hourly,               <u>Hourly</u>

salary):

Rate of pay/wage/salary:
                                                         <u>$11.00</u>
Hours worked per week (Average):
                                                         <u>40+</u>
Amounts owed (if applicable):

Did you receive a:                                       <u>W-2</u>

Who issued your 1099/W-2?                                <u>Company</u>

1121504

EXHIBIT B
Page 001296

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>We had to punch in and out of a computer.</u>

Who provided your gas and/or transportation while employed?

<u>Myself</u>

Who provided any supplies or materials necessary to performing your job?

<u>Company</u>

Who provided your tools and/or equipment?

<u>Company</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Shirt with the company logo on it and steel boots.</u>

Who paid for the uniform?        <u>Company</u>

1121504

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>Company and employees</u>

Who set your vacation policy?

    <u>Company</u>


Who did you speak with to request days off?

    <u>Supervisor</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                                   <u>Co-workers</u>

Nature of help/assistance:              <u>load/un-load trucks</u>

Frequency of help/assistance:           <u>daily</u>

1121504

Did you receive an employee handbook?        <u>Yes</u>

If "yes," who provided the handbook?

    <u>Company</u>


Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?


If "yes," please provide the following:

Type of training:                              <u>Many trainings regarding my</u>
                                               <u>position</u>
Instructor/trainer:

Where was the training held?:                  <u>Company location</u>

Who paid for the training?                      <u>Company</u>


Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:




1121504

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>I do not know.</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121504

**Entity:**

| | |
|---|---|
| Name: | SBG Digital |
| Address: | Waynesville, NC |
| Telephone: | Do not remember |
| Dates of employment: | |
| | 2007-2012 |
| Position/title: | |
| | Satellite Technician |
| Did you sign an employment agreement? | |
| | Yes |
| Tasks performed: | Install Directv |
| Name of supervisor/manager: | Do not remember |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | Piece-rate |
| Rate of pay/wage/salary: | |
| | $20 for a service call, $30 for an upgrade, and $60 for an install |
| Hours worked per week (Average): | 60 |
| Amounts owed (if applicable): | |
| Did you receive a: | 1099 |
| Who issued your 1099/W-2? | SBG Digital |

1121504

EXHIBIT B
Page 001301

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>SBG Digital</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Directv shirt and khaki pants</u>

Who paid for the uniform?    <u>Self</u>

1121504

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>Company</u>

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121504

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

    <u>Company</u>


Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?


If "yes," please provide the following:

Type of training:                              <u>Many Trainings</u>

Instructor/trainer:

Where was the training held?:                  <u>Company location</u>

Who paid for the training?                      <u>Some the company, some self</u>


Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

    <u>If the customer called DIRECTV for a service call, we would get a
chargeback no matter what.</u>

1121504

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>I do not know</u>

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>We were not paid for assembling satellite dishes, driving to and from a depot to get supplies or schedules, cleaning my van, attending meetings, acknowledging work schedules in the morning, follow up appointments with customers, helping other technicians with their installs, and work on installations that were never completed.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>20+ hours a week.</u>

1121504

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

Joao Campos, Tommy Sweezy, David Henkoffer and many more.

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                   Signed:

1121504

## <u>VERIFICATION</u>

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Arnaldo Castro

1121504

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Joao Lizaro DeCampos

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                          08/09/1964

Technician Number(s):                          MANC903010

Current address:                                    6 Cub Road Asheville, NC 28806

Cell phone number (with area code):    828-279-5490

Home phone number (with area code):

E-mail address (primary):                     decampos.joao@yahoo.com

1120928

2.      **Education -- High School.**

     High School Graduate?               <u>Yes</u>

     Name of high school:            <u>Continental Academy</u>

     School location (city, state):     <u>Miami, Florida</u>

3.      **Education - College.**

     College Graduate?                <u>No</u>

     Name of college:

     School location (city, state):

     Dates attended:

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?         <u>No</u>

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

         <u>Yes</u>

1120928

If "yes," please provide the following:
   Licenses held:                                #SBCA 12166

Level of SBCA Certification:         Installer

Was this training provided by or through an employer, professional or industry association, or other entity?

    Yes

If "yes," please provide the following:
   Name of employer/association/entity:   MASTEC (SBG Digital Inc.

   Address:                        213 Paragon Parkway, Clyde, NC 23721

   Dates of your employment/membership:   10/12/2008 to 2010

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated with this training, if any?   $100.00

   Who paid the initial fees?   no

   Who paid the renewal fees?   no

1120928

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:      MASTEC

Nature of training or apprenticeship:      Basic installation, HD

Were there any fees or costs associated      No

with this training?

If "yes," who paid for these fees and/or costs?

**Training/Apprenticeship:**

Name of training provider or association:      MASTEC

Nature of training or apprenticeship:      Handheld

Were there any fees or costs associated      Yes

with this training?

If "yes," who paid for these fees and/or      I paid $17.50 per month
costs?

1120928

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120928

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120928

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120928

**Subcontractor:**

Name:                                          <u>SBG Digital, Inc.</u>

Address:                                       <u>Waynseville, NC</u>

Telephone:

Dates of engagement:                           <u>2008-2010</u>

Position/title:                                <u>Installer</u>

Approximate dates of DIRECTV work              <u>2008-2010</u>
orders:

Did you have a contract with the subcontractor?      <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?      <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?      <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120928

EXHIBIT B
Page 001315

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>SBG</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Matt Landez</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Wrong equipment, OC receivers, customer education</u>

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Customer Service</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>For call backs, customer education, no phone line connection and not passing expection charged back $20.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120928

**Entity**:

Name:                                      SBG Digital, Inc.

Address:                                   Waynesville, NC

Telephone:

Dates of employment:                       2008-2010

Position/title:                            Installer

Did you sign an employment agreement?      No

Tasks performed:                           installed satellite dishes

Name of supervisor/manager:                Matt Landez

Method of pay (*i.e.*, piece-rate, hourly,
                                           piece rate
salary):

Rate of pay/wage/salary:                   $65/$10

Hours worked per week (Average):           60+

Amounts owed (if applicable):

Did you receive a:                         1099

Who issued your 1099/W-2?                  SBG

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        self

1120928

EXHIBIT B
Page 001318

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>SBG MASTEC (I buy from them)</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue t-shirt logo DIRECTV, biege pants, black shoes</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120928

EXHIBIT B
Page 001319

Who set your vacation policy?

    <u>nobody</u>

Who did you speak with to request days off?

    <u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                                   <u>Arnoldo Rossie</u>

Nature of help/assistance:              <u>finish job to late afternoon</u>

Frequency of help/assistance:           <u>one time</u>

Did you receive an employee handbook?   <u>Yes</u>

If "yes," who provided the handbook?

    <u>MASTEC</u>

Did you ever receive training of any type    <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

1120928

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>For call backs, customer education, no phone line connection and not passing inspection, charged back $20.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Matt Lawter, about order, wrong jobs and equipment</u>

1120928

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Crown Plaza Hotel</u>

Address:                                 <u>Asheville, NC</u>

Telephone:

Dates of employment:                     <u>2002-2008</u>

Position/title:                          <u>Chief Engineer</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1120928

EXHIBIT B
Page 001322

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

1120928

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120928

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120928

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                               <u>Brazil Electronic (Self)</u>

Address:                                           <u>Asheville, NC</u>

Telephone:

Dates of employment:                        <u>2010-present</u>

Position/title:                                     <u>Dish Network Installer (owner)</u>

Did you sign an employment agreement?

Tasks performed:

1120928

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?

1120928

Who provided your tools and/or equipment?


Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?


Who did you speak with when you had any complaints regarding your job?

1120928

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120928

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120928

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)   What work tasks do you claim you performed for which you were not paid?

Work late, charge-back fee, vacation free time. Drove to and from depot to get supplies or schedules, had to clean out work vehicle, had to attend meetings, assemble satellite dishes, acknowledge work schedules in the morning, go back and work on installs that were never completed, follow up appointments with customers and assisted other technicians with installs.

2)   How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20+

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

Matt Lawter, Tomy Suezer

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1120928

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
João Decampos

1120928

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Brian Marcus Delgado

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                              10/15/1982

Technician Number(s):                DSIN000608; DSIN003063

Current address:                         2962 Kenwood Street, Hammond, IN 46323

Cell phone number (with area code):    219-314-4132

Home phone number (with area code):

E-mail address (primary):            brianmd82@gmail.com

1122702

2.     **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Whiting High</u>

School location (city, state):           <u>Whiting, IN 46394</u>

3.     **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.     **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>Yes</u>

Name of post-secondary school:           <u>Lincoln Tech Institute</u>

School location (city, state):           <u>Melrose Park, IL</u>

Dates attended:

5.     **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1122702

EXHIBIT B
Page 001334

If "yes," please provide the following:
  Licenses held:



  Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?



If "yes," please provide the following:
    Name of employer/association/entity:



  Address:



  Dates of your
  employment/membership:


6.    **Licensure  -  SBCA/Accreditation  - Costs.**

        Who paid the costs and fees associated        <u>Self</u>

        with this training, if any?

        Who paid the initial fees?        <u>Self</u>



        Who paid the renewal fees?        <u>Self</u>


1122702

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122702

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.      **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

       <u>No</u>

If "yes," please provide the following information:

1122702

**HSP:**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1122702

Were you ever asked to correct your work at a DIRECTV customer site?


If "yes," please describe the circumstances.:




With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?


Did you ever have a charge-back for your work at a DIRECTV customer site?


If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:


11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>


If "yes," please provide the following information:


1122702

**Subcontractor:**

Name:                                          Pro Sat Solutions (John
                                               Grott-subcontractor)

Address:                                       Valparaiso, IN

Telephone:                                     219-405-0045

Dates of engagement:                           9/2010-12/2011


Position/title:                                Installation Technician

Approximate dates of DIRECTV work              9/2010-12/2011
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

      Not sure - I was basically forced to sign without reading it in order to
      receive my check

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).




Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).




1122702

EXHIBIT B
Page 001340

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Company owner told us when we had to be at shop

Who supervised and/or reviewed your work at DIRECTV customer sites?

Quality control guy for shop sometimes or sometimes I would just take
pictures

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Customer wanted to use existing pole because they didn't want to pay for
pole mount so I used the existing pole and I was told to go put a new pole
for free

1122702

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch lady</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I was never shown any proof of a chargeback.  I would just see it on my check that the owner took money out of the check.  (Not sure of total amount but probably 1000 to 3000 or more)</u>

**Subcontractor:**

Name:                                    <u>Sat Pro</u>

Address:                                 <u>Wisconsin</u>

Telephone:

Dates of engagement:                     <u>2012-present</u>

Position/title:                          <u>Technician</u>

Approximate dates of DIRECTV work        <u>2012-present</u>
orders:

1122702

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

<u>I was forced to sign the contract in order to receive my check</u>

1122702

EXHIBIT B
Page 001343

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

I was treated like an employee but paid as a contractor

Who supervised and/or reviewed your work at DIRECTV customer sites?

Dan

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

If a customer calls we have to go back to customer's house (with no pay)
to fix any problems for 90 days after install

1122702

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch lady</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I don't know what happened.  I only saw the deductions on my check.<br>When I asked why I was charged I never received proof of chargeback</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122702

**<u>Entity</u>:**

Name:                                          <u>Pro Sat Solutions</u>

Address:                                       <u>Valparaiso, IN</u>

Telephone:                                     <u>219-405-0045</u>

Dates of employment:                           <u>9/2010-12/2011</u>

Position/title:                                <u>Technician</u>

Did you sign an employment agreement?          <u>Yes</u>

Tasks performed:                               <u>Complete installs and upgrades</u>

Name of supervisor/manager:                    <u>John Grott; Mark Grott</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Piece-Rate</u>
salary):

Rate of pay/wage/salary:                       <u>$34/$8</u>

Hours worked per week (Average):               <u>70+</u>

Amounts owed (if applicable):

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Pro Sat</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>They didn't care how many hours we worked; we only got paid per job</u>

1122702

EXHIBIT B
Page 001346

Who provided your gas and/or transportation while employed?

I was responsible for providing my own vehicle, gas, and drop material to complete my jobs. Money was taken out of my check before it was made out to me.  Most of the time it was half the check.

Who provided any supplies or materials necessary to performing your job?

We had to fill out a wish list with no prices then the money was taken out of my check

Who provided your tools and/or equipment?

Self

Were you required to wear a uniform?         Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue DIRECTV shirt with pants (black or tan).

Who paid for the uniform?         Self

Were you provided with a cell phone or cell phone service?         No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?         No

If "yes," who paid for your insurance policy?

1122702

Who set your vacation policy?

    <u>None</u>

Who did you speak with to request days off?

    <u>Manager -- with 2 weeks' notice</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>John Grott</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Hands on</u>

1122702

Instructor/trainer:                              Robert Maske


Where was the training held?:                    In the field

Who paid for the training?                       Robert Maske paid me out of his
                                                 personal check

Did you ever have a charge-back for your         Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

    While I was working for John Grott he would take money from our
    checks and put on theirs.  Sin $30-90  Sin $90-60

Did you ever speak with any DIRECTV employee regarding your work?

    No

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122702

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>Sat Pro</u>

Address:                                          <u>Wisconsin</u>

Telephone:

Dates of employment:                              <u>2012-present</u>

Position/title:                                   <u>technician</u>

Did you sign an employment agreement?             <u>No</u>

Tasks performed:                                  <u>installed satellite dishes</u>

Name of supervisor/manager:                       <u>Dan</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                  <u>piece rate</u>
salary):

Rate of pay/wage/salary:                          <u>$70/$30</u>

Hours worked per week (Average):                  <u>60-70</u>

Amounts owed (if applicable):

1122702

Did you receive a:                              <u>1099</u>

Who issued your 1099/W-2?                    <u>Sat Pro</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?            <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue DIRECTV shirt, blue or black pants, hat and boots</u>

Who paid for the uniform?                        <u>self</u>

1122702

EXHIBIT B
Page 001351

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>none</u>

Who did you speak with to request days off?

    <u>Dan</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Dan</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122702

EXHIBIT B
Page 001352

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1122702

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                            <u>Superior Supply Steel</u>

Address:                        <u>Chicago, IL</u>

Telephone:

Dates of employment:           <u>2007-2009</u>

Position/title:                  <u>truck driver</u>

Did you sign an employment agreement?

Tasks performed:

1122702

EXHIBIT B
Page 001354

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122702

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122702

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122702

EXHIBIT B
Page 001357

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                        Truck Driver (training)

1122702

Address:                                              WI


Telephone:

Dates of employment:                                 2005-2007


Position/title:                                      truck driver

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:                                   1099

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1122702

EXHIBIT B
Page 001359

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122702

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1122702

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122702

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

Drove to and from depot to get supplies or schedules, had to clean out
work vehicle, had to attend meetings, assemble satellite dishes,
acknowledge work schedules in the morning, go back and work on installs
that were never completed, follow up appointments with customers and
assisted other technicians with installs.

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

30+

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1122702

EXHIBIT B
Page 001363

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1122702

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

_____
Brian Delgado

1122702

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Anthony M DeMarco

Maiden name (if applicable):

Nicknames and aliases (current and former):    Tony

Date of birth:    02/28/1964

Technician Number(s):    MBNJ008171, DNNJ008171

Current address:    733 Baltic Drive, Brick, NJ 08723

Cell phone number (with area code):    732-206-0677

Home phone number (with area code):    732-475-2711

E-mail address (primary):    tipinstall@yahoo.com

1120804

EXHIBIT B
Page 001366

2.      **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                           <u>Carteret High School</u>

School location (city, state):                 <u>Carteret, NJ 07008</u>

3.      **Education - College.**

College Graduate?

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

If "yes," please provide the following:
   Licenses held:

   Level of SBCA Certification:               <u>2 SBCA numbers -- 1617 & 204605</u>

1120804

Was this training provided by or through an employer, professional or industry association, or other entity?

<u>No</u>

If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?    <u>Self</u>

    Who paid the renewal fees?    <u>Self</u>

7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>Yes</u>

1120804

EXHIBIT B
Page 001368

**Training/Apprenticeship:**

Name of training provider or association:    <u>DirecTV</u>

Nature of training or apprenticeship:    <u>DirecTV</u>

Were there any fees or costs associated    <u>No</u>

with this training?

If "yes," who paid for these fees and/or
costs?

**Training/Apprenticeship:**

Name of training provider or association:    <u>MultiBand</u>

Nature of training or apprenticeship:    <u>DirecTV</u>

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or
costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will
work with you to obtain relevant information regarding your bankruptcy filing.

1120804

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was

filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

Yes

If "yes," please provide the following information:

1120804

**HSP:**

    Name:                             <u>Multiband</u>

    Address:                       <u>560 Stelton Rd, Piscatanay, NJ 08854</u>

    Telephone:                   <u>732-394-5392</u>

    Dates of engagement:       <u>January 2007 - June 2011</u>

    Position/title:              <u>Installer</u>

    Approximate dates of DIRECTV work orders:    <u>01/2007-06/2011</u>

    Did you have a contract with the HSP?    <u>Yes</u>

If "yes," please describe the terms of that contract:

        <u>Paid to work Monday-Saturday; be on time; call customer before going; do the job; wear a uniform; close the job; give 2-weeks' notice; and they can terminate you at any time.</u>

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

        <u>Lentech, Inc.</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

        <u>Brian Shortino (Lentech); Larry Larson (MultiBand)</u>

1120804

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>If customer had any problems within 90 days of install I had to fix it
whether it was my fault or not.  Received chargebacks of $50.</u>

With whom did you speak regarding any issues (e.g., customers not at home,

schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>MultiBand dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback,
who imposed the chargeback, process, and resolution). Please also indicate how
much money was "charged back" and, if you know, how that amount was
calculated.:

<u>Any problem not fixed in 7 days was a $50.00 chargeback. From 8-90
days, $25.00 chargeback.</u>

1120804

**HSP:**

Name:                                          Directech, Inc.

Address:                                       Philipsburg; Piscataway and
                                               Lakewood, NJ
Telephone:

Dates of engagement:                           June 2004 - January 2007

Position/title:                                Installer

Approximate dates of DIRECTV work              06/2004-01/2007
orders:

Did you have a contract with the HSP?          Yes


If "yes," please describe the terms of that contract:


        Do not remember.
Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

        Lentech, Inc.




Who supervised and/or reviewed your work at DIRECTV customer sites?


        Brian Shortino




1120804

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Directech Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120804

**Subcontractor:**

| | |
|---|---|
| Name: | Lentech, Inc. |
| Address: | 1268 SW Squire Johns Lane, Palm City, FL 34990 |
| Telephone: | 732-413-0339 |
| Dates of engagement: | June 2004-June 2011 |
| Position/title: | Installer |
| Approximate dates of DIRECTV work orders: | June 2004 - June 2011 |

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

     Install DirecTV systems and service and to go back to any jobs I did and fix any problems that occur.

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

     Has contract with different HSP's - Multi Band, Directech and Ironwood.

Did the subcontractor have a contract with DIRECTV?        Yes

If "yes," please describe what you know about that contract (terms, etc.).

     Install DIRECTV systems and service and to go back to any jobs with problems.

1120804

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Larry Larsen at Multidband and Brian Shortino (co-worker) at Lentech</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Larry Larsen (supervisor) at MultiBand</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Any issues within 90 days after the job was completed</u>

1120804

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Multiband dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> $50 if within the first 7 days; $25 if within 8-90 days. $10 for not connecting a phone line to a receiver even if the customer did not have a phone line.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120804

**Entity:**

| | |
|---|---|
| Name: | Lentech, Inc. |
| Address: | 1268 SW Squire John, Palmcity, FL |
| Telephone: | 732-413-0339 |
| Dates of employment: | June 2004 - June 2011 |
| Position/title: | Installer |
| Did you sign an employment agreement? | Yes |
| Tasks performed: | Installed, serviced and upgraded DirecTV systems |
| Name of supervisor/manager: | Brian Shortino |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | Piece-rRW |
| Rate of pay/wage/salary: | I was paid per job -- 15-20 jobs per week |
| Hours worked per week (Average): | 50-60 |
| Amounts owed (if applicable): | |
| Did you receive a: | 1099 |
| Who issued your 1099/W-2? | Lentech, Inc. |

1120804

EXHIBIT B
Page 001378

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    <u>Submitted an invoice weekly on customer jobs</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Lentech</u>

Who provided your tools and/or equipment?

    <u>Lentech</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Dark blue shirts with DIRECTV logo, khaki pants, work boots and I.D. badges</u>

Who paid for the uniform?    <u>Self</u>

1120804

Were you provided with a cell phone or      <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

    <u>Self</u>

Were you provided with insurance      <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

    <u>Self</u>

Who set your vacation policy?

    <u>Self</u>

Who did you speak with to request days off?

    <u>Brian Shortino</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Brian Shortino at Lentech and Larry Larsen at MultiBand</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120804

EXHIBIT B
Page 001380

Did you receive an employee handbook?        <u>Yes</u>

If "yes," who provided the handbook?

      <u>MultiBand</u>

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                <u>SPCA training and certification at</u>
                                                 <u>MultiBand</u>
Instructor/trainer:

Where was the training held?:                    <u>Piscataway Office</u>

Who paid for the training?

Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      <u>$50 if within the first 7 days; $25 if within 8-90 days. $10 for not</u>
      <u>connecting a phone line to a receiver even if the customer did not have</u>
      <u>a phone line.</u>

1120804

EXHIBIT B
Page 001381

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Larry Larsen, supervisor at MultiBand</u>

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Part of most jobs in which I included phone lines and service calls with 7-90 days that were not my fault.  Some customers, like elderly people, foreign people cannot understand some operations of system, even if they take notes. I also did not receive pay for  assembling satellite dishes, cleaning the van, attending meetings, driving to and from a depot to get supplies or schedules, acknowledging work schedules in the morning, follow up appointments with customers or assisting other technicians with installs, work on installs that were never completed.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>20 hours</u>

1120804

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

None

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120804

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Tony Demarco

1120804

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Timothy Levell Dogan

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                08/03/1980

Technician Number(s):              DVMS646812, DMS647425, DVMS833936

Current address:                        116 Fox Run Drive, Jackson, MS

Cell phone number (with area code):      601-503-5421

Home phone number (with area code):      769-798-6592

E-mail address (primary):              TimothyDogan@ymail.com

1123178

EXHIBIT B
Page 001385

2.      **Education -- High School.**

      High School Graduate?                     <u>Yes</u>

      Name of high school:                      <u>Cornerstone High School</u>

      School location (city, state):            <u>Townsend, GA</u>

3.      **Education - College.**

      College Graduate?                         <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?                 <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

      <u>Yes</u>

1123178

If "yes," please provide the following:
   Licenses held:                               <u>SBCA Certification Satellite Fundamentals</u>

   Level of SBCA Certification:           <u>SBCA Level 1</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:    <u>B.B.I.</u>

   Address:                                  <u>Jackson, MS</u>

   Dates of your
   employment/membership:         <u>2011-2012</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated with this training, if any?     <u>$100.00</u>

   Who paid the initial fees?           <u>Self</u>

   Who paid the renewal fees?          <u>Self</u>

1123178

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          Yes

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1123178

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1123178

EXHIBIT B
Page 001389

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1123178

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1123178

**<u>Subcontractor:</u>**

Name:                                          <u>B.B.I.</u>

Address:                                       <u>Jackson, Mississippi</u>

Telephone:

Dates of engagement:                           <u>2011-2012</u>

Position/title:                                <u>Installation Technician</u>

Approximate dates of DIRECTV work              <u>2011-2012</u>
orders:

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not recall the terms</u>

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1123178

EXHIBIT B
Page 001392

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Mike McFarley and Mike Morelando

Who supervised and/or reviewed your work at DIRECTV customer sites?

    DIRECTV QC Techs and Mike McFarley

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

    Went back when customer was having issues working remote control,
    dog chewing wire, moving receivers to different location in the home etc.
    They usually just charged us back before they give the opportunity to fix
    it.

1123178

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Mike McFarley and Mike Morelando.</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I had been charged back for anything you can name. That didn't make sense. They just wanted to get money from you so they did. If there were a problem or not, you would be charged back. They provided no explanation.</u>

**<u>Subcontractor:</u>**

| | |
|---|---|
| Name: | <u>Wise Owl</u> |
| Address: | <u>Pearl, MS</u> |
| Telephone: | |
| Dates of engagement: | <u>2012</u> |
| Position/title: | <u>Installation Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2012</u> |

1123178

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not recall the terms</u>

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1123178

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Mike McFarland</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>DIRECTV QC Techs</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Went back when customer called having issues working remote control,
dog chewing wire, moving receivers to different location in the home etc.</u>

1123178

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

DIRECTV and then call Mike McFarland

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Charged back often and were not informed as to the details of the charge back.

**Subcontractor:**

| | |
|---|---|
| Name: | Rudder |
| Address: | Jackson, Mississippi |
| Telephone: | |
| Dates of engagement: | 2009-2010 |
| Position/title: | Installer / tech |
| Approximate dates of DIRECTV work orders: | 2009-2010 |

1123178

EXHIBIT B
Page 001397

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Do not recall the terms</u>

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1123178

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Jermaine Kirkland

Who supervised and/or reviewed your work at DIRECTV customer sites?

DIRECTV

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Went back when customer called having issues working remote control,
dog chewing wire, moving receivers to different location in the home etc.

1123178

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Jermaine Kirkland</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back every time a customer would call DIRECTV within 90 days of the install. For example, charged back one time because I put the satellite where DIRECTV told me too but the customer's building manager wanted it somewhere else so DIRECTV sent someone else out to move it and charged me back even though the dish was where I was told to put it.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1123178

**<u>Entity</u>:**

Name:                                           <u>Gail Pittman</u>

Address:                                        <u>290 South Perkins Street</u>

Telephone:                                      <u>601-856-5646</u>

Dates of employment:                            <u>08/07/1999 through 09/11/2006</u>

Position/title:                                 <u>Caster/ shipping and receiving</u>

Did you sign an employment agreement?           <u>No</u>

Tasks performed:

Name of supervisor/manager:                     <u>James Whither</u>

Method of pay (*i.e.*, piece-rate, hourly,      <u>hourly</u>
salary):

Rate of pay/wage/salary:                        <u>11.50 hour</u>

Hours worked per week (Average):                <u>45 hours per week</u>

Amounts owed (if applicable):

Did you receive a:                              <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>me</u>

1123178

EXHIBIT B
Page 001401

Who provided your gas and/or transportation while employed?

<u>me</u>

Who provided any supplies or materials necessary to performing your job?

<u>no one</u>

Who provided your tools and/or equipment?

<u>I did</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?                <u>they did</u>

Were you provided with a cell phone or        <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1123178

Who set your vacation policy?

<u>one year you get a week off</u>


Who did you speak with to request days off?

<u>supervisor</u>


Who did you speak with when you had any complaints regarding your job?

<u>no one</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?



Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?


If "yes," please provide the following:

Type of training:

1123178

EXHIBIT B
Page 001403

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1123178

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                            Rudder

Address:                                         Jackson, MS

Telephone:

Dates of employment:                             2011

Position/title:                                  Installation Technician

Did you sign an employment agreement?            Yes

Tasks performed:                                 Installing DIRECTV Satellite Service

Name of supervisor/manager:                      Jermaine Kirkland

Method of pay (*i.e.*, piece-rate, hourly,       Piece-rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                 90-100

Amounts owed (if applicable):

1123178

EXHIBIT B
Page 001405

Did you receive a:                                          <u>1099</u>

Who issued your 1099/W-2?                          <u>Rudder</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

       <u>Jermaine but it was not for the purposes of calculating overtime.</u>

Who provided your gas and/or transportation while employed?

       <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

       <u>Self</u>

Who provided your tools and/or equipment?

       <u>Self</u>


Were you required to wear a uniform?              <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

       <u>DIRECTV Uniform</u>


Who paid for the uniform?                            <u>Self</u>


1123178

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

<u>No vacation</u>

Who did you speak with to request days off?

<u>Jermaine Kirkland</u>

Who did you speak with when you had any complaints regarding your job?

<u>Jermaine Kirkland</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1123178

EXHIBIT B
Page 001407

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type    <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Charged back every time a customer would call DIRECTV within 90
> days of the install. For example, charged back one time because I put
> the satellite where DIRECTV told me too but the customer's building
> manager wanted it somewhere else so DIRECTV sent someone else out
> to move it and charged me back even though the dish was where I was
> told to put it.</u>

1123178

Did you ever speak with any DIRECTV employee regarding your work?

>__Yes__

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

>__DIRECTV QC Tech__

Did you work for any other person or company, including yourself, while employed in this position?                                      __No__

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                         __B.B.I__

Address:                                      __Jackson, MI__

Telephone:

Dates of employment:                          __2011-2012__

Position/title:                               __Installation Technician__

Did you sign an employment agreement?         __Yes__

Tasks performed:                              __Installing DIRECTV Satellite Service__

1123178

Name of supervisor/manager:    Mike McFarland and Mike Morelando

Method of pay (*i.e.*, piece-rate, hourly, salary):    Piece-rate

Rate of pay/wage/salary:

Hours worked per week (Average):    80-90

Amounts owed (if applicable):    $11,000

Did you receive a:    1099

Who issued your 1099/W-2?    B.B.I

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    No

Who provided your gas and/or transportation while employed?

    Self

Who provided any supplies or materials necessary to performing your job?

    Self

1123178

EXHIBIT B
Page 001410

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?     <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform</u>

Who paid for the uniform?     <u>Self</u>

Were you provided with a cell phone or cell phone service?     <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?     <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Mike McFarland</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Mike McFarland or Mike Morelando</u>

1123178

EXHIBIT B
Page 001411

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1123178

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>I had been charged back for anything you can name. If there were a problem or not, you would be charged back. They provided no explanation.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>DIRECTV QC Techs</u>

Did you work for any other person or company, including yourself, while employed in this position?                    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Wise Owl</u>

1123178

Address:                                          Pearl, MS

Telephone:

Dates of employment:                              2012

Position/title:                                   Installation Technician

Did you sign an employment agreement?             Yes

Tasks performed:                                  Installing DIRECTV Satellite
                                                  Service

Name of supervisor/manager:                       Mike McFarland

Method of pay (*i.e.*, piece-rate, hourly,
                                                  Piece-rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                  80-90

Amounts owed (if applicable):                     $2,800; never received last
                                                  couple paychecks.

Did you receive a:                                1099

Who issued your 1099/W-2?                         Wise Owl

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

1123178

Who provided your gas and/or transportation while employed?

    Self

Who provided any supplies or materials necessary to performing your job?

    Self

Who provided your tools and/or equipment?

    Self

Were you required to wear a uniform?    Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    DIRECTV Uniform

Who paid for the uniform?    Self

Were you provided with a cell phone or cell phone service?    No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    No

If "yes," who paid for your insurance policy?

1123178

EXHIBIT B
Page 001415

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Mike McFarland</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Mike McFarland</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

1123178

EXHIBIT B
Page 001416

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      <u>Charged back often and were not informed as to the details of the
charge back.</u>

Did you ever speak with any DIRECTV employee regarding your work?

     <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

     <u>DIRECTV QC Techs</u>

1123178

EXHIBIT B
Page 001417

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Not compensated for driving to and from the depot to get supplies or
schedules, attending meeting, clean my van, followup appointments with
customers, work on installs that were never completed, installs on houses
that DIRECTV would not activate due to the fact that people had a past
due balance (even though my work order sent me there), assembling
satellite dishes, assisting other technicians, and acknowledging work
schedules in the morning.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>10-15 hours a week.</u>

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

<u>Larry Sanders, William Littlejohn, John Mitchell, Jermain Kirkland,
Zangenio Dogan</u>

1123178

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                Signed:

1123178

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Timothy L Dogan*

Tim Dogan

1123178

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  John  Doucette III

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                          12/29/1959

Technician Number(s):                      DWTN029686

Current address:                               6192 Cranbury Park Drive
                                                           Memphis, TN 38141

Cell phone number (with area code):   901-215-0855

Home phone number (with area code):

E-mail address (primary):                    none

1121734

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>St. Augustine</u>

School location (city, state):           <u>New Orleans, LA</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or
completed and/or attended any courses offered through Satellite Broadcasting and
Communications Associated ("SBCA") or other similar accreditation body?

1121734

If "yes," please provide the following:
  Licenses held:


  Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Multiband</u>


    Address:            <u>Covington Pike, Memphis, TN</u>


    Dates of your
    employment/membership:


**6.**    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>self</u>

    with this training, if any?

    Who paid the initial fees?    <u>self</u>


    Who paid the renewal fees?    <u>self</u>


1121734

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      Edwin

Nature of training or apprenticeship:          DirecTV

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121734

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121734

**HSP:**

| | |
|---|---|
| Name: | <u>Multiband</u> |
| Address: | <u>TN</u> |
| Telephone: | |
| Dates of engagement: | <u>2010</u> |
| Position/title: | <u>Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2010</u> |
| Did you have a contract with the HSP? | <u>I don't know</u> |

If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>DIRECTV</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Collin</u>

1121734

Were you ever asked to correct your work at a DIRECTV customer site?

> No

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> DirecTV or Multiband

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

> No

If "yes," please provide the following information:

1121734

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:


Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?


If "yes," please describe what you know about that contract (terms, etc.).

1121734

EXHIBIT B
Page 001428

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121734

EXHIBIT B
Page 001429

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121734

**Entity:**

| | |
|---|---|
| Name: | <u>Multiband</u> |
| Address: | <u>Memphis, TN</u> |
| Telephone: | |
| Dates of employment: | <u>2010</u> |
| Position/title: | <u>Installer</u> |
| Did you sign an employment agreement? | <u>No</u> |
| Tasks performed: | <u>installed satellite dishes</u> |
| Name of supervisor/manager: | <u>Collin</u> |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | <u>piece rate</u> |
| Rate of pay/wage/salary: | |
| Hours worked per week (Average): | <u>70</u> |
| Amounts owed (if applicable): | |
| Did you receive a: | <u>1099</u> |
| Who issued your 1099/W-2? | <u>Never received my 1099</u> |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>no one</u>

1121734

EXHIBIT B
Page 001431

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Blue DIRECTV shirt, khaki pants</u>

Who paid for the uniform?          <u>self</u>

Were you provided with a cell phone or          <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance          <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1121734

EXHIBIT B
Page 001432

Who set your vacation policy?

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

1121734

EXHIBIT B
Page 001433

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

     <u>Do not remember details.</u>


Did you ever speak with any DIRECTV employee regarding your work?

     <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1121734

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Carpenter</u>

Address:

Telephone:

Dates of employment:                     <u>2005-2010; 2011-present</u>

Position/title:                          <u>carpenter</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1121734

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

1121734

EXHIBIT B
Page 001436

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121734

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121734

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Cleaning out van, attending meetings,  follow up appointments with customers and assisting other technicians with installs, work on installs that were never completed, assemble satellite dishes, acknowledging work schedules in the morning, driving to and from depot to get supplies or schedules.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

30+

1121734

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121734

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John Doucette

1121734

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

   Name (First, Middle, Last):  Don Charles Dowd


   Maiden name (if applicable):

   Nicknames and aliases (current and former):

   Date of birth:                              7/13/1956

   Technician Number(s):                       MMMI030541

   Current address:                            2129 Aurelia, W. Blm., Michigan
                                               48324

   Cell phone number (with area code):         248-802-1273

   Home phone number (with area code):

   E-mail address (primary):              Don_Dowd@hotmail.com

1121473

EXHIBIT B
Page 001442

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Annapolis High School</u>

School location (city, state):           <u>Dearborn Heights, MI</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>Michigan Tech. University and</u>
                                         <u>Henry Ford Community College</u>
School location (city, state):           <u>Houghton, MI and Dearborn, MI</u>

Dates attended:                          <u>1974 - 1975</u>

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>Yes</u>

1121473

If "yes," please provide the following:
 Licenses held:       <u>SBCA Certified Installer</u>

 Level of SBCA Certification:  <u>Satellite Fundamentals</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

  <u>Yes</u>

If "yes," please provide the following:
 Name of employer/association/entity: <u>Directv</u>

 Address:       <u>Novi, Michigan</u>

 Dates of your
 employment/membership:  <u>11/2009 - 3/2011</u>

6. **Licensure - SBCA/Accreditation - Costs.**

 Who paid the costs and fees associated <u>National Satellite & Broadband</u>

 with this training, if any?

 Who paid the initial fees?  <u>National Satellite & Broadband</u>

 Who paid the renewal fees?

1121473

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121473

EXHIBIT B
Page 001445

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121473

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121473

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

     <u>Yes</u>

If "yes," please provide the following information:

1121473

EXHIBIT B
Page 001448

**Subcontractor:**

Name:                                               National Satellite & Broadband

Address:                                            Novi, Michigan - no longer in
                                                    business
Telephone:

Dates of engagement:                                11/2009 - 3/2011

Position/title:                                     Installer

Approximate dates of DIRECTV work                   3/2010 - 3/2011
orders:


Did you have a contract with the subcontractor?        I don't know


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?       I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1121473


EXHIBIT B
Page 001449

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> Marvin was shop overseer.  Don't remember the name of my section
> leader.

Who supervised and/or reviewed your work at DIRECTV customer sites?

> Directv would send someone to examine and spot check my work.  There
> were 2 guys who oversaw my work during my time there.  Don't
> remember either name.

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

> I installed a dish on a metal railing and should have installed one more
> brace.  Went back and fixed it.  Another dish I installed in wintertime
> kept coming out of alignment.  Went back numerous times.  Sometimes a
> receiver would work for a short while, then fail.  Would have to bring a
> different receiver.

1121473

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>I would call my group leader who would then take it up with Marvin.</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I don't know how the chargeback amounts were determined.  I resented the chargebacks so bad because most of them were out of my control.  Chargebacks were so infuriating.  I didn't understand their terminology or explanations.  I could appeal and did recover some money, but eventually I quit trying.  Got used to being penalized.  Most chargebacks were in the $35/$40 range.  Might get 3 or 4 on a paycheck.</u>

<u>A customer accidently called Directv to give me some helpful info about her install.  I got a chargeback - customers were supposed to call me - not Directv.  On another occasion, my installation was working fine.  2 days later the daughter came home, installed a wire on her tv and shut my installation down.  I was "fined" but got it resolved.  I wasn't responsible.  On another occasion, the hardware I was using failed, had to go back the next day.  Got a chargeback.  On another occasion, an anxious mom called Directv wondering where I was.  I left my number.  She called them anyway.  The daughter wasn't upset at all, the mom was.  I got penalized.  The list goes on.  I got discouraged.  On another occasion the customer noted that they understood the remote control.  The next day they called Directv.  I get a chargeback.</u>

1121473

12.     **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.     **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121473

**Entity:**

Name:                                           Henry Ford Hospital

Address:                                        2799 W. Grand Boulevard,
                                                Detroit, MI

Telephone:

Dates of employment:                            1980 - 2009

Position/title:                                 Record Analyst (Medical
                                                Records)

Did you sign an employment agreement?           Yes

Tasks performed:                                record filing, document filing,
                                                ordering records, delivery to
                                                doctor's offices

Name of supervisor/manager:                     Mary Jane Theobald and Betty
                                                Sweiss

Method of pay (*i.e.*, piece-rate, hourly,      Hourly

salary):

Rate of pay/wage/salary:                        $14/hour

Hours worked per week (Average):                40

Amounts owed (if applicable):

Did you receive a:                              W-2

Who issued your 1099/W-2?                       Henry Ford Hospital

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        We filled out timesheets every two weeks.

1121473

Who provided your gas and/or transportation while employed?

I did.


Who provided any supplies or materials necessary to performing your job?

The company.

Who provided your tools and/or equipment?

Henry Ford Hospital


Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Light blue shirt, navy blue pants, tie


Who paid for the uniform?                    Henry Ford Hospital

Were you provided with a cell phone or      No
cell phone service?

If "yes," who paid for the cell phone and/or service?



Were you provided with insurance      Yes
benefits?

If "yes," who paid for your insurance policy?

Henry Ford Hospital


1121473


EXHIBIT B
Page 001454

Who set your vacation policy?

    <u>Henry Ford</u>

Who did you speak with to request days off?

    <u>my boss</u>

Who did you speak with when you had any complaints regarding your job?

    <u>My group leader or boss, depending on the issue.</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Henry Ford Hospital</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1121473

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

        <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121473

EXHIBIT B
Page 001456

Did you work for any other person or company,     <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>National Satellite & Broadband</u>

Address:                                          <u>Novi, MI</u>

Telephone:

Dates of employment:                              <u>11/2009-3/2011</u>

Position/title:                                   <u>Installer</u>

Did you sign an employment agreement?             <u>No</u>

Tasks performed:                                  <u>installed satellite dishes</u>

Name of supervisor/manager:                       <u>Marvin</u>

Method of pay (*i.e.*, piece-rate, hourly,        <u>piece rate</u>

salary):

Rate of pay/wage/salary:                          <u>$70/$10</u>

Hours worked per week (Average):                  <u>50-60</u>

Amounts owed (if applicable):

1121473

EXHIBIT B
Page 001457

Did you receive a:                                      1099

Who issued your 1099/W-2?                    National Satellite

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Not sure

Who provided your gas and/or transportation while employed?

        self


Who provided any supplies or materials necessary to performing your job?

        self

Who provided your tools and/or equipment?

        self


Were you required to wear a uniform?              Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

        Blue DIRECTV shirt, khaki pants and hat.


Who paid for the uniform?                          self


                                                    1121473

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>None</u>


Who did you speak with to request days off?

    <u>Marvin</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Marvin</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                                <u>Clyde</u>

Nature of help/assistance:          <u>Ran out of materials, brought</u>
                                         <u>some to me</u>

Frequency of help/assistance:

1121473

Did you receive an employee handbook?        <u>Yes</u>

If "yes," who provided the handbook?

      <u>National Satellite</u>

Did you ever receive training of any type    <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                            <u>Seminars</u>

Instructor/trainer:                          <u>DIRECTV trainer</u>

Where was the training held?:                <u>MI</u>

Who paid for the training?                   <u>company</u>

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1121473

EXHIBIT B
Page 001460

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Odd Jobs</u>

Address:                                     <u>MI</u>

Telephone:

Dates of employment:                         <u>2011-present</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:                             <u>painting, yards, etc.</u>

1121473

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?



Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1121473

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1121473

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121473

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121473

14.   **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>early meetings once a week, driving to and from the shop for supplies, asssembling satellite dishes, driving to meet a coworker for supplies, driving to the shop for schedules, cleaning the van, calling to confirm jobs each day, a second trip to a customer's house</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10.5</u>

15.   **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.   To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                  Signed:

1121473

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Don Dowd
Donald Dowd

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

     Name (First, Middle, Last):  Cody Dallas Edge

     Maiden name (if applicable):

     Nicknames and aliases (current and former):

     Date of birth:                              01/23/1987

     Technician Number(s):                       16562

     Current address:                            1524 Clear Springs Rd.,
                                                  Texarkana

     Cell phone number (with area code):         903-278-4184 (Dad's) - Ronnie
                                                  Edge

     Home phone number (with area code):         903-334-7477

     E-mail address (primary):                   Bigrrab@aol.com (Dad's)

1121751

2.    **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                           <u>Maud ISD</u>

School location (city, state):                 <u>Maud, TX</u>

3.    **Education - College.**

College Graduate?                              <u>Yes</u>

Name of college:                               <u>Texarkana College</u>

School location (city, state):                 <u>Texarkana, TX</u>

Dates attended:                                <u>2001-2002</u>

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                       <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1121751

EXHIBIT B
Page 001469

If "yes," please provide the following:
   Licenses held:

<u>SWIM, Connect Home, Service,
KaKU, Whole home</u>

  Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:  <u>Multiband/Skylink</u>

  Address:

  Dates of your
  employment/membership:  <u>2008-2012</u>

6.   **Licensure - SBCA/Accreditation - Costs.**

  Who paid the costs and fees associated  <u>Self</u>

  with this training, if any?

  Who paid the initial fees?  <u>Self</u>

  Who paid the renewal fees?  <u>Self</u>

1121751

7.  **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:  MultiBand/Skylink

Nature of training or apprenticeship:  SWIM, Broadband, KAKU

Were there any fees or costs associated with this training?  Yes

If "yes," who paid for these fees and/or costs?  Self

**Training/Apprenticeship:**

Name of training provider or association:  Skylink

Nature of training or apprenticeship:  SWIM, Broadband, KAKU, DECA

Were there any fees or costs associated with this training?  Yes

If "yes," who paid for these fees and/or costs?  Self

1121751

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?     <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>Yes</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:          <u>Fair Labor Law</u>

Entity against whom the complaint was filed:          <u>MultiBand and DIRECTV</u>

Agency with which claim was filed:

Date of Complaint:

Resolution:          <u>Settlement</u>

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121751

**<u>HSP:</u>**

Name:                                          <u>Multiband</u>


Address:

Telephone:

Dates of engagement:                           <u>2009-2012</u>

Position/title:                                <u>Home Tech</u>

Approximate dates of DIRECTV work              <u>2008-2012</u>
orders:

Did you have a contract with the HSP?          <u>Yes</u>


If "yes," please describe the terms of that contract:


    <u>Terms were set by my employer "Aek-la-tech"</u>

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Whoever was my supervisor at the time</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Was always different</u>


1121751

EXHIBIT B
Page 001473

Were you ever asked to correct your work at a DIRECTV customer site?

Yes

If "yes," please describe the circumstances.:

I would have to rollback mainly for technical issues that a phone call would have fixed, customer service.

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

The local dispatch or my supervisor at the time.

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Anytime a customer would call in before 90 days DIRECTV charges $40 for that call. So you get charged and still roll back to fix a problem that they might be having.

**HSP:**

Name:                                              Skylink

Address:

Telephone:

Dates of engagement:                               2008-2012

Position/title:                                    Service Tech

1121751

EXHIBIT B
Page 001474

Approximate dates of DIRECTV work orders: <u>2008-2012</u>

Did you have a contract with the HSP? <u>Yes</u>

If "yes," please describe the terms of that contract:

<u>My employers Ark-La-Tech set the contracts.</u>

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>My employers and Skylink supervisors</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Tech supervisors from Skylink</u>

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Repeats for phone lines that didnt work technical issues.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Local dispatch or subcontractors Ark-La-Tech, sometimes offshore.</u>

1121751

Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Repeats for any reason within 90 days, DIRECTV would charge for phone lines and even new equipment like dishes and LNBs that were out of the box. Also DOA RX that caused problems for customer.

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

Yes

If "yes," please provide the following information:

1121751

**Subcontractor:**

Name:                                        Ark-La-Tech`

Address:                                     Atlanta, TX

Telephone:

Dates of engagement:                         2008-2012

Position/title:                              Home Installer

Approximate dates of DIRECTV work            2008-2012
orders:

Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

    Terms were set to complete jobs and do work to DIRECTV Code.

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Multiband- To my knowledge we were treated as regular employees, same
    rules

Did the subcontractor have a contract with DIRECTV?        Yes

If "yes," please describe what you know about that contract (terms, etc.).

    Do not know specific terms

1121751

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Multiband Tech Supervisors</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Multiband Tech Supervisors</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Faulty receivers, bent dishes, lack of supplies needed to complete job the</u>
    <u>first time</u>

1121751

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> <u>Multiband dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

> <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> <u>Some charge backs were for lack of materials. Some were over phone lines for customer receivers. Most people dont even have phone lines anymore. Repeats every day.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121751

**<u>Entity</u>:**

Name:                                             <u>Ark-la-tech Communications</u>

Address:                                          <u>Atlanta, TX</u>

Telephone:

Dates of employment:                    <u>2005-2012</u>

Position/title:                                  <u>Installer</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                            <u>Installing dish, cables and</u>
                                                        <u>receivers correctly. Trouble</u>
                                                        <u>shooting problems</u>
Name of supervisor/manager:        <u>Donny and David Parker</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                        <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:               <u>65-15</u>

Hours worked per week (Average):    <u>60-80</u>

Amounts owed (if applicable):

Did you receive a:                           <u>1099</u>

Who issued your 1099/W-2?            <u>Ark-la-tech Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>Didnt keep track, worked 6 days a week.</u>

1121751

Who provided your gas and/or transportation while employed?

    <u>I paid for gas and used my own truck</u>


Who provided any supplies or materials necessary to performing your job?

    <u>I bought all drop. Paid for all gas and maintenance on my truck.</u>

Who provided your tools and/or equipment?

    <u>I did</u>


Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV polo shirt. khaki pants and steel toe boots</u>

Who paid for the uniform?    <u>I paid for it.</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121751

EXHIBIT B
Page 001481

Who set your vacation policy?

      <u>I never had a vacation</u>

Who did you speak with to request days off?

      <u>Tech Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

      <u>Tech Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

      <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>All types of certificates</u>

1121751

Instructor/trainer:

Where was the training held?:

Who paid for the training?                    I paid for all my training

Did you ever have a charge-back for your      Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

        Multiband would charge the subcontractor that I worked for then they
        would hold any chargebacks out of my paycheck before telling me.

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121751

Did you work for any other person or company,   No
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

Driving my truck and using my gas money to go pick up receivers and
other equipment at local warehouses. This always cost me time and money
everyday. Also waiting to go to work also. Rolling back to jobs after
waiting on customers all day then having to go back to work.

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

20-40 hours per week

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1121751

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121751

## <u>VERIFICATION</u>

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

_Cody Edge_

Cody Edge

1121751

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Matthew Brandon Ehly

Maiden name (if applicable):

Nicknames and aliases (current and former):    <u>Matt</u>

Date of birth:    <u>01/05/1982</u>

Technician Number(s):    <u>808570</u>

Current address:    <u>10564 Georgetown Drive,</u>
<u>Rancho Cordova, CA</u>

Cell phone number (with area code):    <u>(916) 969-5293</u>

Home phone number (with area code):    <u>(916) 969-5293</u>

E-mail address (primary):    <u>mehly2007@yahoo.com</u>

1120979

2. **Education -- High School.**

   High School Graduate?                    <u>No</u>

   Name of high school:                     <u>Foothill High</u>

   School location (city, state):           <u>Sacramento, CA</u>

3. **Education - College.**

   College Graduate?                        <u>No</u>

   Name of college:                         <u>American River College</u>

   School location (city, state):           <u>Saramento, CA</u>

   Dates attended:                          <u>June or August 2011 thru
                                            December 2011</u>

4. **Education - Other Post-Secondary.**

   Post-Secondary Education?                <u>Yes</u>

   Name of post-secondary school:           <u>Winterstein Adult Education</u>

   School location (city, state):           <u>Sacramento, CA</u>

   Dates attended:                          <u>November or December 2008 to
                                            November or December 2008</u>

5. **Licensure - SBCA/Accreditation.**

   Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>Yes</u>

1120979

If "yes," please provide the following:
    Licenses held:                 I had a certificate card, however,
                                                      I discarded after my employment
                                                      ended

    Level of SBCA Certification:        I do not know

Was this training provided by or through an employer, professional or industry association, or other entity?

       Yes

If "yes," please provide the following:
    Name of employer/association/entity:     Empire Communications

    Address:                        300 Harris Ave, Sacramento, CA

    Dates of your
    employment/membership:        January 2011 thru June 2012

6.     **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated     I did

    with this training, if any?

    Who paid the initial fees?             I did

    Who paid the renewal fees?        N/A  I don't know

1120979

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:    <u>I do not know -- another Tech.</u>

Nature of training or apprenticeship:    <u>Satellite</u>

Were there any fees or costs associated    <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?    <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120979

Entity against whom the complaint was
filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work
orders for DIRECTV customers?:

<u>Yes</u>


If "yes," please provide the following information:


1120979

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?        <u>No</u>


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> <u>Marty</u>




Who supervised and/or reviewed your work at DIRECTV customer sites?

> <u>Mitch</u>




1120979

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>Yes</u>

If "yes," please describe the circumstances.:

    <u>Customer claimed Samsung 5-disc music player was not working after DirecTV receiver was placed on top of it. Took 5-disc player off brand player and paid to fix and returned to customer.  Customer called again with same false claim.  DirecTV charged me back $400 plus.  Marty says after I showed Empire onsite it worked and its not Samsung brand.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Marty and Mitch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>5-disc music player ($400+) -- ground level ripped spa cover allegation 5 or $600, cracked under eave beam $500, and other small unexplained and improper chargebacks.</u>

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1120979

**Subcontractor:**

Name:                                    Marty and Mitch, supervisor at
                                         Empire Communications

Address:                                 300 Harris Ave, Sacramento, CA

Telephone:                               I don't know

Dates of engagement:                     January 2011 thru June 2011

Position/title:                          Tech; supervisor (warehouse
                                         supervisor)

Approximate dates of DIRECTV work        January 2011 thru June 2011 --
orders:                                  Hard to say because Tech ID's
                                         were moved around, not at my
                                         transgression.

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        Yes

If "yes," please describe what you know about that contract (terms, etc.).

          I just know that DirecTV sent us jobs evenly and Empire changed jobs
          from techs to give upgrades to new techs and new installs to existing techs
          or themselves.

1120979

EXHIBIT B
Page 001494

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Marty and Mitch</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Mitch</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Customer claimed Samsung 5-disc music player was not working after
DirecTV receiver was placed on top.  Took 5-disc off-brand player and
paid to fix and returned to customer.  Customer called again with same
false claim.  DirecTV charged me back $400+.  Marty says after I
showed Empire onsite it worked and it is not Samsung brand.</u>

1120979

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Marty and Mitch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>5-disc music player ($400+) ground level ripped spa cover allegation 5 or $600.  Cracked under        beam $500 and other small unexplained and unproven chargebacks.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120979

EXHIBIT B
Page 001496

**<u>Entity</u>:**

Name:                                                    <u>Empire Communications</u>

Address:                                                <u>300 Harris Avenue</u>

Telephone:                                            <u>I don't know</u>

Dates of employment:                          <u>January 2011 thru June 2011</u>

Position/title:                                       <u>Technician</u>

Did you sign an employment agreement?      <u>Yes</u>

Tasks performed:                                  <u>Running cable line under, over,</u>
                                                             <u>and around houses, buildings, etc.</u>
Name of supervisor/manager:               <u>Marty and Mitch</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                             <u>Piece-Rate</u>
salary):

Rate of pay/wage/salary:                     <u>Varies -- I don't know</u>

Hours worked per week (Average):       <u>40+</u>

Amounts owed (if applicable):             <u>Money stolen from retention hold</u>

Did you receive a:                               <u>1099</u>

Who issued your 1099/W-2?                 <u>Empire Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

       <u>Hours were not needed for record due to piece work.  Unfortunately, new</u>
       <u>techs would begin early and end late at night due to change of route and</u>
       <u>job made by managements.</u>

1120979

EXHIBIT B
Page 001497

Who provided your gas and/or transportation while employed?

> I did

Who provided any supplies or materials necessary to performing your job?

> I personally paid for birdog(??) and all supplies and materials except satellites and receivers.

Who provided your tools and/or equipment?

> I did

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> I had to purchase a blue shirt (no logo needed, just a badge) and tan pants

Who paid for the uniform?          I did

Were you provided with a cell phone or cell phone service?          No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?          No

If "yes," who paid for your insurance policy?

1120979

EXHIBIT B
Page 001498

Who set your vacation policy?

      <u>They said requested time off two weeks early</u>

Who did you speak with to request days off?

      <u>No</u>

Who did you speak with when you had any complaints regarding your job?

      <u>Marty and Mitch</u>

Did anyone else ever help you perform or complete tasks as part of your job?

      <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?      <u>Yes</u>

If "yes," please provide the following:

Type of training:      <u>Field training</u>

1120979

EXHIBIT B
Page 001499

Instructor/trainer:                          <u>Mitch</u>

Where was the training held?:                <u>Office</u>

Who paid for the training?                   <u>I don't know</u>

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>5-disc music player, spa top, cracked under eave board and MANY
smaller UNEXPLAINED charges.  Piece-rate basis that was pulled
from a retention hold.  Resolution is tech has no control on receiving
knowledge of chargeback info and those who argued the matter gets
upgrades until forced to resign.</u>

Did you ever speak with any DIRECTV employee regarding your work?

     <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120979

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>I have been stripped of new install pay that took a long period of time to
complete.  Employer charged my tech ID with another's claim that go back
has been needed and another tech will complete.  Then I lost my job with
customers.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>I would say approximately 30 hours for unpaid tasks and more in false
chargebacks.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

<u>I don't remember names but most were of mong(??)nationality.</u>

1120979

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120979

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Matthew Ehly

1120979

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Richard Bradley Elliott

Maiden name (if applicable):

Nicknames and aliases (current and former):     Elliott

Date of birth:     09/23/1980

Technician Number(s):     MBLA038210

Current address:     4846 CR 3457 Atlanta, TX 75551

Cell phone number (with area code):     903-244-5998

Home phone number (with area code):     903-799-7114

E-mail address (primary):     jbuddysbud@yahoo.com

1121436

2.    **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                           <u>Queen City High</u>

School location (city, state):                 <u>Queen City, TX 75572</u>

3.    **Education - College.**

College Graduate?                              <u>Yes</u>

Name of college:                               <u>Texarkhna College</u>

School location (city, state):                 <u>Texarkana, TC</u>

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1121436

EXHIBIT B
Page 001505

If "yes," please provide the following:
   Licenses held:                               <u>208971</u>

   Level of SBCA Certification:             <u>2</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>

If "yes," please provide the following:
   Name of employer/association/entity:

   Address:

   Dates of your
   employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated    <u>Self</u>

   with this training, if any?

   Who paid the initial fees?          <u>Self</u>

   Who paid the renewal fees?       <u>Self</u>

7.    **Education - Other Training/Apprenticeship.**

   Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>No</u>

1121436

EXHIBIT B
Page 001506

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or
costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          No

A bankruptcy filing may affect your participation in this case. Your counsel will
work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency
(*e.g.,* Equal Employment Opportunity Commission or Department of Labor)
regarding the pay you received for installing or repairing DIRECTV systems?
          No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was
filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1121436

EXHIBIT B
Page 001507

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121436

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121436

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.   **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121436

**Subcontractor:**

Name:                                            Arkch Tech Communications

Address:                                         103 Williams St. Atlanta, TX
                                                 75551
Telephone:                                       903-386-4587

Dates of engagement:                             10/05/2011-Current

Position/title:                                  Technician

Approximate dates of DIRECTV work                10/15/11-current
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        Multiband


Did the subcontractor have a contract with DIRECTV?        No


If "yes," please describe what you know about that contract (terms, etc.).


1121436

EXHIBIT B
Page 001511

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Arkch Tech</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Multiband</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Equipment failure, customer caused problems.</u>

1121436

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Arkch Tech or Multiband

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> If customer called DIRECTV for any reason, including equipment failure and a service call was setup up service call we were charged $35 to $40.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121436

**Entity:**

| | |
|---|---|
| Name: | Hawkins Supply |
| Address: | 110 BW Hiram St. Atlanta, TX 75551 |
| Telephone: | |
| Dates of employment: | 05/30/1999-10/10/2007 |
| Position/title: | Tech |
| Did you sign an employment agreement? | No |
| Tasks performed: | Installations |
| Name of supervisor/manager: | Tonya Kirkland |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | piece rate |
| Rate of pay/wage/salary: | |
| Hours worked per week (Average): | 50 |
| Amounts owed (if applicable): | |
| Did you receive a: | 1099 |
| Who issued your 1099/W-2? | Hawkins Supply |

1121436

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>Turned in to Tonya Kirkland</u>


Who provided your gas and/or transportation while employed?

<u>Self</u>


Who provided any supplies or materials necessary to performing your job?

<u>Self</u>

Who provided your tools and/or equipment?

<u>Self</u>


Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1121436

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Tonya Kirkland</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Tonya</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121436

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>On the job</u>

Instructor/trainer:                            <u>Lead Tech</u>

Where was the training held?:                  <u>Job site</u>

Who paid for the training?                     <u>Hawkins Supply</u>

Did you ever have a charge-back for your       <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1121436

EXHIBIT B
Page 001517

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                               <u>Arkch Tech Communications</u>

Address:                         <u>Atlanta, TX</u>

Telephone:

Dates of employment:           <u>10/15/11-Current</u>

Position/title:                    <u>Installation Technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                <u>Installed</u>

1121436

Name of supervisor/manager:                    Donnie Parker

Method of pay (*i.e.*, piece-rate, hourly,      piece rate

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):               60

Amounts owed (if applicable):

Did you receive a:                              1099

Who issued your 1099/W-2?                       Arkch Tech

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        Self


Who provided your gas and/or transportation while employed?

        Self


Who provided any supplies or materials necessary to performing your job?

        Self


1121436

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Button up shirt with DIRECTV logo, khaki pants, boots</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Donnie</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Donnie</u>

1121436

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?


Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121436

Did you ever have a charge-back for your work?        <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>If customer called DIRECTV for any reason, including equipment failure and a service call was setup up service call we were charged $35 to $40.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Tech manager through Multiband.</u>

Did you work for any other person or company, including yourself, while employed in this position?        <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121436

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

Worked on installs that were never complete, assembled satellite dishes, cleaned out work truck, assisted other technicians with installs, drove to and from depot to get supplies, acknowledged works schedules in the morning.

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10-15

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

no

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121436

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Brad Elliott

1121436

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Steven Leonard Erhart

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                          08/19/1960

Technician Number(s):                      DS6509, DSIL002756

Current address:                                221 N Sycamore St Hinckley, IL 60520

Cell phone number (with area code):      815-739-7143

Home phone number (with area code):    815-286-3610

E-mail address (primary):                    erhart5@frontier.com

1122572

2.      **Education -- High School.**

     High School Graduate?                        <u>Yes</u>

     Name of high school:                        <u>Hinckley - Big Rock High School</u>

     School location (city, state):              <u>Hinckley, IL</u>

3.      **Education - College.**

     College Graduate?                           <u>No</u>

     Name of college:

     School location (city, state):

     Dates attended:

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?                   <u>No</u>

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

       <u>Yes</u>

1122572

EXHIBIT B
Page 001526

If "yes," please provide the following:
   Licenses held:                    <u>Certified Installer</u>

   Level of SBCA Certification:     <u>Basic</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>Wireguyz</u>

   Address:                     <u>Round Lake Park, IL</u>

   Dates of your employment/membership:    <u>2009</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated with this training, if any?   <u>Self</u>

   Who paid the initial fees?   <u>Self</u>

   Who paid the renewal fees?   <u>Self</u>

1122572

EXHIBIT B
Page 001527

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122572

EXHIBIT B
Page 001528

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122572

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1122572

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122572

**Subcontractor:**

Name:                                             Wire Guyz LLC

Address:                                          410 E Lake Shore Drive Round
                                                  Lake Park, IL 60073
Telephone:                                        847-546-1600

Dates of engagement:                              2007-2009

Position/title:                                   Certified Technician

Approximate dates of DIRECTV work                 2007-2009
orders:

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        Direct Sat

Did the subcontractor have a contract with DIRECTV?        No

If "yes," please describe what you know about that contract (terms, etc.).

1122572

EXHIBIT B
Page 001532

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Direct Sat

Who supervised and/or reviewed your work at DIRECTV customer sites?

Ty Glissendori and Jon Lewis

Were you ever asked to correct your work at a DIRECTV customer   No

site?

If "yes," please describe the circumstances.:

1122572

EXHIBIT B
Page 001533

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Ty Glissendorf and Jon Lewis</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>The types of chargebacks: faulty recycled receivers, 7 days and 90 days, phone hook-ups, IRD reauthorized, customer complaints where money was taken out of my check without my knowledge or any recourse, bad multiswitch, customer caused problems, customer IRD education. Received $780 chargebacks in 2007, $4203 in 2008, $2187.60 in 2009.</u>

**<u>Subcontractor:</u>**

| | |
|---|---|
| Name: | <u>Digital Waves LLC</u> |
| Address: | <u>9720 Wilcox Road, Belvidere, IL 61008</u> |
| Telephone: | <u>847-845-3905</u> |
| Dates of engagement: | <u>2009-2010</u> |
| Position/title: | <u>Certified Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>2009-2010</u> |

1122572

Did you have a contract with the subcontractor?    <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

    <u>Direct Sat</u>

Did the subcontractor have a contract with DIRECTV?    <u>No</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122572

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Direct Sat</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Joe LaPlume</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1122572

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Joe LaPlume</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Chargebacks for non responders, bad refurbished receivers that went bad within the 7 day period and 90 day period, customer education in IRD's, customer caused problems, bad multiswitch, IRD reauthorized. $315 chargebacks in 2009, $775 chargebacks in 2010.</u>

12.   **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.   **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122572

EXHIBIT B
Page 001537

**Entity:**

Name:                                    Wire Guys LLC

Address:                                 410 E. Lake Shore Drive Round
                                         Lake Park, IL 60073

Telephone:                               847-546-1600

Dates of employment:                     2007-2009

Position/title:                          Certified Technician

Did you sign an employment agreement?

Tasks performed:                         Install Satellite Services

Name of supervisor/manager:              Ty Glissendorf (Owner) Jon
                                         Lewis (Supervisor)

Method of pay (*i.e.*, piece-rate, hourly,
                                         Piece-rate
salary):

Rate of pay/wage/salary:                 $70 / $20

Hours worked per week (Average):         55 - 70 hrs

Amounts owed (if applicable):            $10,000 with chargebacks

Did you receive a:                       1099

Who issued your 1099/W-2?                Wire Guyz LLC

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one, only jobs completed were tracked.

1122572

EXHIBIT B
Page 001538

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV pants, shirt</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1122572

Who set your vacation policy?

    No vacation policy

Who did you speak with to request days off?

    Jon Lewis or Ty Glissendorf

Who did you speak with when you had any complaints regarding your job?

    Jon Lewis or Ty Glissendorf

Did anyone else ever help you perform or complete tasks as part of your job?

    Yes

If "yes," please provide the following:

| | |
|---|---|
| Name: | Jon Lewis or David Blake |
| Nature of help/assistance: | Assisting on installations |
| Frequency of help/assistance: | Varies |
| Did you receive an employee handbook? | No |

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?　　　　Yes

If "yes," please provide the following:

Type of training:　　　　On the job training

1122572

Instructor/trainer:                              <u>Supervisor</u>


Where was the training held?:                    <u>On the field</u>

Who paid for the training?                       <u>Self</u>


Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>The types of chargebacks: faulty recycled receivers, 7 days and 90 days,
> phone hook-ups, IRD reauthorized, customer complaints where money
> was taken out of my check without my knowledge or any recourse, bad
> multiswitch, customer caused problems, customer IRD education.
> Received $780 chargebacks in 2007, $4203 in 2008, $2187.60 in 2009.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122572

Did you work for any other person or company, <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    <u>Digital Waves LLC</u>

Address:                                 <u>Belvidere, AL</u>

Telephone:                               <u>847-845-3905</u>

Dates of employment:                     <u>2009-2010</u>

Position/title:                          <u>Certified Technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                         <u>Install Satellite Services</u>

Name of supervisor/manager:              <u>Joe LaPlume (Supervisor) Steve
                                          (Owner)</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:                 <u>$55 / $17.50</u>

1122572

Hours worked per week (Average):        <u>55-70 hrs</u>

Amounts owed (if applicable):        <u>$1100</u>

Did you receive a:        <u>1099</u>

Who issued your 1099/W-2?        <u>Digital Waves LLC</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV shirt and pants, same uniform from Wire Guyz</u>

Who paid for the uniform?        <u>Self</u>

1122572

EXHIBIT B
Page 001543

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation policy</u>

Who did you speak with to request days off?

    <u>Joe LaPlume</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Joe LaPlume</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122572

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Chargebacks for non responders, bad refurbished receivers that went
> bad within the 7 day period and 90 day period, customer education in
> IRD's, customer caused problems, bad multiswitch, IRD reauthorized.
> $315 chargebacks in 2009, $775 chargebacks in 2010.</u>

1122572

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                              <u>Carpenter - Self Employed</u>

Address:                         <u>Hinckley, IL</u>

Telephone:

Dates of employment:        <u>2005-2006 and 2011-Present</u>

Position/title:                 <u>Carpenter</u>

Did you sign an employment agreement?

Tasks performed:

1122572

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1122572

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122572

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122572

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122572

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Driving to and from shops to get supplies, attending mandatory meetings, following up on appointments with customers, assisting other technicians, working on incomplete installations (few), attending inventory on Saturdays, driving to inventory in Algonquin, IL or Bolingbrook, IL, inconsistent communications on jobs that were cancelled (time spent driving to jobs that were cancelled), company had promised commutes would be within 45 minutes of home location which was untrue, the commute being up to two hours, holidays and weekends were treated the same as a weekday.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10-15hrs

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

n/a

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                   Signed:

1122572

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Gregory E. Evans

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                      02/12/63

Technician Number(s):                    DVOH824000

Current address:                               4417 Deeds Rd. SW, Pataskala,
                                                         OH 43062

Cell phone number (with area code):    740-739-2125

Home phone number (with area code):   740-927-3354

E-mail address (primary):                 evanskkshmg@yahoo.com

1121389

2.    **Education -- High School.**

   High School Graduate?                    <u>Yes</u>

   Name of high school:                     <u>Johnstown Monroe</u>

   School location (city, state):           <u>Johnstown, OH</u>

3.    **Education - College.**

   College Graduate?                        <u>No</u>

   Name of college:

   School location (city, state):

   Dates attended:

4.    **Education - Other Post-Secondary.**

   Post-Secondary Education?                <u>No</u>

   Name of post-secondary school:

   School location (city, state):

   Dates attended:

5.    **Licensure - SBCA/Accreditation.**

   Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121389

If "yes," please provide the following:
    Licenses held:                  <u>SBCA License</u>

   Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Integrated Installation Services</u>

    Address:                    <u>West Mansfield, OH</u>

    Dates of your                <u>04/2007-01/2011</u>
    employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Self</u>

    with this training, if any?

    Who paid the initial fees?        <u>Self</u>

    Who paid the renewal fees?       <u>Self</u>

7.    **Education - Other Training/Apprenticeship.**

    Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

     <u>No</u>

1121389

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1121389

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121389

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121389

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1121389

EXHIBIT B
Page 001558

**Subcontractor:**

Name:                                              Interlink

Address:                                           Reynoldsburg, OH

Telephone:

Dates of engagement:                               2006-2009

Position/title:                                    Installer

Approximate dates of DIRECTV work
orders:                                            2006-2009

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121389

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Interlink</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1121389

EXHIBIT B
Page 001560

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Supervisor</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Service calls, customer errors, bad cable, going out on other peoples service calls, starting at $25.</u>

1121389

EXHIBIT B
Page 001561

**Subcontractor:**

Name:                                                  <u>Preferred Installation</u>

Address:                                               <u>Columbus, OH</u>

Telephone:

Dates of engagement:                          <u>2009-2012</u>

Position/title:                                        <u>Installer</u>

Approximate dates of DIRECTV work
orders:                                                    <u>2009-2012</u>


Did you have a contract with the subcontractor?        <u>I don't know</u>


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>


If "yes," please describe what you know about that contract (terms, etc.).

1121389

EXHIBIT B
Page 001562

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Preferred Installation

Who supervised and/or reviewed your work at DIRECTV customer sites?

Randy

Were you ever asked to correct your work at a DIRECTV customer    No

site?

If "yes," please describe the circumstances.:

1121389

EXHIBIT B
Page 001563

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Randy</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Service calls chargeback $25-$30, if it was within 9 months.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>Yes</u>

If "yes," please provide information about the nature and terms of that contract.:

<u>Rescheduling and activating receivers.</u>

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121389

EXHIBIT B
Page 001564

**<u>Entity</u>:**

Name:                                        <u>Interlink Communications</u>

Address:                                     <u>Reynoldsburg, OH</u>

Telephone:

Dates of employment:                         <u>2006-2009</u>

Position/title:                              <u>Installer</u>

Did you sign an employment agreement?        <u>No</u>

Tasks performed:                             <u>installed DIRECTV equipment</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,   <u>piece rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):             <u>60</u>

Amounts owed (if applicable):

Did you receive a:                           <u>1099</u>

Who issued your 1099/W-2?                     <u>Interlink Communications</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>no one</u>

1121389

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt and khaki's.</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121389

Who set your vacation policy?

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121389

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Service calls, customer errors, bad cable, going out on other peoples
service calls, starting at $25</u>

1121389

EXHIBIT B
Page 001568

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?   <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:       <u>Preferred Installation</u>

Address:     <u>Columbus, OH</u>

Telephone:

Dates of employment:   <u>2009-2012</u>

Position/title:   <u>Installer</u>

Did you sign an employment agreement?   <u>No</u>

Tasks performed:   <u>installed DIRECTV equipment</u>

1121389

Name of supervisor/manager:                          Randy

Method of pay (*i.e.*, piece-rate, hourly,
                                                     piece rate
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                     60

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?             Preferred Installation

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

          no one

Who provided your gas and/or transportation while employed?

          Self


Who provided any supplies or materials necessary to performing your job?

          Self

1121389

Who provided your tools and/or equipment?

    <u>Self</u>


Were you required to wear a uniform?      <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>khakis and blue DIRECTV shirt.</u>

Who paid for the uniform?      <u>Self</u>

Were you provided with a cell phone or cell phone service?      <u>No</u>

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?      <u>No</u>

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?

    <u>Randy</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Randy</u>

1121389

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Randy</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>test</u>

Instructor/trainer:    <u>Randy</u>

Where was the training held?:    <u>office</u>

Who paid for the training?

1121389

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

> <u>Service calls, customer errors, bad cable, going out on other peoples service calls, starting at $25.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

> <u>To inspect job</u>

Did you work for any other person or company, including yourself, while employed in this position?                    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121389

EXHIBIT B
Page 001573

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Had to assemble satellite dishes, attend weekly meetings, clean out work van daily, go to follow up appointments with customers, finish installs that were never complete, sometimes assisted other technicians on installs, drove to the depot to get supplies and schedules.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>40</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1121389

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Gregory Evans_
Gregory Evans

1121389

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit").   This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents.   Please answer all questions below completely and truthfully.

### *Questionnaire*

1.      **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  edward george Falcetta

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    <u>06/22/67</u>

Technician Number(s):                      <u>DVOK821112</u>

Current address:                               <u>po box 711  Eagle River,WI</u>
<u>54521</u>

Cell phone number (with area code):    <u>7156171132</u>

Home phone number (with area code):   <u>7156171132</u>

E-mail address (primary):                   <u>edfalc@yahoo.com</u>

1120791

EXHIBIT B
Page 001576

2.      **Education -- High School.**

High School Graduate?                      <u>Yes</u>

Name of high school:                       <u>james martin high school</u>

School location (city, state):             <u>Arlington,TX</u>

3.      **Education - College.**

College Graduate?                          <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                  <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120791

EXHIBIT B
Page 001577

If "yes," please provide the following:
   Licenses held:                                            <u>satellite fundamentals</u>


   Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>


If "yes," please provide the following:
   Name of employer/association/entity:            <u>clear vision satellite , llc</u>



   Address:                                                   <u>Minnesota</u>



   Dates of your
   employment/membership:                         <u>10/04/04 - 05/30/10</u>


6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated            <u>self</u>

   with this training, if any?

   Who paid the initial fees?                              <u>self</u>



   Who paid the renewal fees?                            <u>self</u>


1120791

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

        No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120791

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1120791

**HSP:**

Name:                                                    premier satellite

Address:                                                 Wausau,WI

Telephone:
Dates of engagement:                                     10/04/04 - 2008

Position/title:                                          installer

Approximate dates of DIRECTV work
orders:                                                  10/04/04 - 2008

Did you have a contract with the HSP?                    I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    mike lawrence

Who supervised and/or reviewed your work at DIRECTV customer sites?

    mike lawrence

1120791

EXHIBIT B
Page 001581

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Customer education, faulty equipment, something needed to be fixed etc.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>mike lawrence</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back for any other technician having to go back to our site of installs within 90 days.</u>

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120791

EXHIBIT B
Page 001582

**Subcontractor:**

Name:                                              clear vision satellite

Address:                                           Minnesota

Telephone:

Dates of engagement:                               06/20/08-05/30/10

Position/title:                                    installer

Approximate dates of DIRECTV work                  06/20/08 - 05/30/10
orders:


Did you have a contract with the subcontractor?         Yes


If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?         Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        directsat was the hsp but i dont know the details of the contract


Did the subcontractor have a contract with DIRECTV?


If "yes," please describe what you know about that contract (terms, etc.).




1120791

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>lonnie mayer</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>lonnie mayer</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Customer education, faulty equipment, something needed to be fixed etc.</u>

1120791

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>lonnie mayer</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back for any other technician having to go back to our site of installs within 90 days.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120791

**Entity:**

Name:                                          Premier Communications

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?          Yes

Tasks performed:                               Installing DIRECTV Satellite
                                               Service
Name of supervisor/manager:                    Mike Lawrence

Method of pay (*i.e.*, piece-rate, hourly,
                                               Piece-rate
salary):

Rate of pay/wage/salary:                       Do not recall exact rates

Hours worked per week (Average):               60-70

Amounts owed (if applicable):                  Did not receive last paycheck

Did you receive a:                             W-2

Who issued your 1099/W-2?                       Premier Communications

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

                                                                    1120791

EXHIBIT B
Page 001586

Who provided your gas and/or transportation while employed?

<u>Used my own truck for a while and then they gave me a company truck
but I had to pay for my own gas.</u>

Who provided any supplies or materials necessary to performing your job?

<u>Self</u>

Who provided your tools and/or equipment?

<u>Self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>DIRECTV Uniform</u>

Who paid for the uniform?          <u>Self</u>

Were you provided with a cell phone or      <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance      <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1120791

Who set your vacation policy?

<u>No vacation</u>

Who did you speak with to request days off?

<u>Mike Lawrence</u>

Who did you speak with when you had any complaints regarding your job?

<u>Mike Lawrence</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?         <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                        <u>Classroom</u>

1120791

Instructor/trainer:                          <u>Premier Trainer</u>


Where was the training held?:                <u>Chipawa Falls</u>

Who paid for the training?                   <u>Unpaid training</u>


Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>Charged back for any other technician having to go back to our site of
> installs within 90 days.</u>

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120791

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>Clear Vision Satellite</u>

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?             <u>Yes</u>

Tasks performed:                                  <u>Installing DIRECTV Satellite</u>
                                                  <u>Service</u>
Name of supervisor/manager:                       <u>Lonnie Mayer</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                  <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:                          <u>Do not recall exact rates</u>

Hours worked per week (Average):                  <u>60-70</u>

Amounts owed (if applicable):

1120791

Did you receive a:                                      <u>1099</u>

Who issued your 1099/W-2?                    <u>Clear Vision Satellite</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?              <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform</u>

Who paid for the uniform?                          <u>Self</u>

1120791

EXHIBIT B
Page 001591

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Lonnie Mayer</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Lonnie Mayer</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120791

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                               <u>Classroom</u>

Instructor/trainer:                             <u>DIRECTV</u>

Where was the training held?:                   <u>Oklahoma</u>

Who paid for the training?                       <u>Did not get paid</u>

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

        <u>Charged back for any other technician having to go back to our site of
        installs within 90 days.</u>

1120791

EXHIBIT B
Page 001593

Did you ever speak with any DIRECTV employee regarding your work?

> <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

> <u>DIRECTV O&O office</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Unemployed/ Disability</u>

Address:

Telephone:

Dates of employment:                     <u>2010-present</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

1120791

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

1120791

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120791

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120791

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120791

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

driving to and from the warehouse to get supplies and schedules, picking up & delivering equipment , followup appointments with customers, assembling satellite dishes, attending training or meetings, cleaning my van, work on installs that were never completed, help another techs with installs, and acknowledge work schedules in the morning.

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

15-20 hours a week

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

nate freeley
jesse dumpprope
matt boone
chris plude

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                           Signed:      *edward falcetta*

1120791

EXHIBIT B
Page 001599

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Clinton Brady Farmer

Maiden name (if applicable):

Nicknames and aliases (current and former):    Clint

Date of birth:    06-22-1981

Technician Number(s):    manc903143

Current address:    29 turnberry dr Arden, Nc

Cell phone number (with area code):    8828-551-2845

Home phone number (with area code):    828-551-2845

E-mail address (primary):    farmerclint@yahoo.com

1120975

2.    **Education -- High School.**

   High School Graduate?                    <u>No</u>

   Name of high school:                     <u>North Buncombe High</u>

   School location (city, state):           <u>Weaverville, NC</u>

3.    **Education - College.**

   College Graduate?                        <u>No</u>

   Name of college:

   School location (city, state):

   Dates attended:

4.    **Education - Other Post-Secondary.**

   Post-Secondary Education?                <u>No</u>

   Name of post-secondary school:

   School location (city, state):

   Dates attended:

5.    **Licensure - SBCA/Accreditation.**

   Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

   <u>I don't know</u>

1120975

If "yes," please provide the following:
  Licenses held:

    Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:        <u>audio video satellite</u>

    Address:

    Dates of your
    employment/membership:

6.      **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated

    with this training, if any?

    Who paid the initial fees?

    Who paid the renewal fees?

1120975

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120975

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.   **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120975

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1120975

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120975

**Subcontractor:**

Name:                                          SBG Digital

Address:                                       NC

Telephone:

Dates of engagement:                           2008 (6 months)

Position/title:                                technician

Approximate dates of DIRECTV work              2008
orders:

Did you have a contract with the subcontractor?        I don't know

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1120975

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>SBG</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Barry Garnes</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Phone lines down, customer satisfaction, qc failed reports.</u>

1120975

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Barry</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Jack Dutton owner of A.V.S charged three dollars for every work order not connected to phone line, chargebacks for customer satisfaction, handheld usage, not hooked to internet and failed quality assesments.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>audio video satellite</u> |
| Address: | <u>loang shoals rd arden,nc</u> |
| Telephone: | |
| Dates of engagement: | <u>07/09-06/13</u> |
| Position/title: | <u>technician</u> |
| Approximate dates of DIRECTV work orders: | <u>07/09-06/13</u> |

1120975

Did you have a contract with the subcontractor?    <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1120975

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Audio Video

Who supervised and/or reviewed your work at DIRECTV customer sites?

Mike Carver

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

phone lines not connected, directv equipment failures, qa failures,
customers messing up settings, these are some of the reasons we are
given no charge rollbacks and are not paid to return to customers house.

1120975

EXHIBIT B
Page 001611

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>mastec call center and supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Jack Dutton owner of A.V.S charged three dollars for every work order not connected to phone line, chargebacks for customer satisfaction, handheld usage, not hooked to internet and failed quality assesments.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120975

**Entity:**

Name: <u>Audio Video Satellite</u>

Address: <u>Arden, NC</u>

Telephone:

Dates of employment: <u>07/09-06/13</u>

Position/title: <u>technician</u>

Did you sign an employment agreement? <u>No</u>

Tasks performed: <u>installed satellite dishes</u>

Name of supervisor/manager: <u>Mike Carver</u>

Method of pay (*i.e.*, piece-rate, hourly, salary): <u>piece rate</u>

Rate of pay/wage/salary: <u>$60/$12.50</u>

Hours worked per week (Average): <u>50-60</u>

Amounts owed (if applicable):

Did you receive a: <u>1099</u>

Who issued your 1099/W-2? <u>Audio Video</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

<u>no one</u>

1120975

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV  blue shirt, hat, khaki pants</u>

Who paid for the uniform?    <u>self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120975

EXHIBIT B
Page 001614

Who set your vacation policy?

    no one

Who did you speak with to request days off?

    Supervisor

Who did you speak with when you had any complaints regarding your job?

    Supervisor

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:    2 week ride along

1120975

EXHIBIT B
Page 001615

Instructor/trainer:                          <u>other technician</u>


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Jack Dutton owner of A.V.S charged three dollars for every work order
not connected to phone line, chargebacks for customer satisfaction,
handheld usage, not hooked to internet and failed quality assesments.</u>

Did you ever speak with any DIRECTV employee regarding your work?


    <u>No</u>


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1120975

EXHIBIT B
Page 001616

Did you work for any other person or company,        <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                               <u>SBG Digital</u>

Address:                                            <u>NC</u>

Telephone:

Dates of employment:                                <u>2008 (6 months)</u>

Position/title:                                     <u>technician</u>

Did you sign an employment agreement?               <u>No</u>

Tasks performed:                                    <u>installed satellite dishes</u>

Name of supervisor/manager:                         <u>Barry Garnes</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                    <u>piece rate</u>
salary):

Rate of pay/wage/salary:                            <u>$50/$9</u>

Hours worked per week (Average):                    <u>50+</u>

Amounts owed (if applicable):

1120975

Did you receive a:                                        <u>1099</u>

Who issued your 1099/W-2?                    <u>SBG Digital</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

   <u>no one</u>

Who provided your gas and/or transportation while employed?

   <u>self</u>


Who provided any supplies or materials necessary to performing your job?

   <u>self</u>

Who provided your tools and/or equipment?

   <u>self</u>


Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

   <u>blue directv shirt, khaki pants</u>


Who paid for the uniform?                          <u>self</u>

1120975

EXHIBIT B
Page 001618

Were you provided with a cell phone or <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

     <u>none</u>


Who did you speak with to request days off?

     <u>supervisor</u>


Who did you speak with when you had any complaints regarding your job?

     <u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

     <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1120975

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                        <u>2 week ride along</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>chargebacks for customer satisfaction, handheld usage, not hooked to
internet and failed quality assesments.</u>

1120975

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?        <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                    <u>Truck Driver</u>

Address:                                 <u>NC</u>

Telephone:

Dates of employment:                     <u>2005-2009</u>

Position/title:                          <u>driver</u>

Did you sign an employment agreement?

Tasks performed:

1120975

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?


1120975

EXHIBIT B
Page 001622

Who provided your tools and/or equipment?


Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?


Who did you speak with when you had any complaints regarding your job?


1120975

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120975

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120975

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

driving long distances and no charge rollbacks. Assemble satellite dishes, clean out van, attend meetings, acknowledge work schedules in the morning, drive to and from depot to get supplies or schedules, follow up appointments with customers and assist other technicians with installs.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10+

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

Mike Carver

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:    *Clint Farmer*

1120975

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Domonique Anthony Fennell

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                          <u>01/30/1989</u>

Technician Number(s):

Current address:                                   <u>5497 Bridle Path, Douglasville,</u>
<u>GA 30135</u>

Cell phone number (with area code):   <u>678-350-8623</u>

Home phone number (with area code):  <u>678-350-8621</u>

E-mail address (primary):                    <u>heart0422@aol.com</u>

1120937

2.      **Education -- High School.**

     High School Graduate?                           <u>Yes</u>

     Name of high school:                           <u>Lithia Springs High School</u>

     School location (city, state):                 <u>Lithia Springs, GA</u>

3.      **Education - College.**

     College Graduate?                              <u>No</u>

     Name of college:

     School location (city, state):

     Dates attended:

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?                      <u>No</u>

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

       <u>No</u>

1120937

EXHIBIT B
Page 001628

If "yes," please provide the following:
  Licenses held:


  Level of SBCA Certification:


Was this training provided by or through an employer, professional or industry association, or other entity?


If "yes," please provide the following:
    Name of employer/association/entity:


  Address:


  Dates of your
  employment/membership:


6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated

    with this training, if any?

    Who paid the initial fees?


    Who paid the renewal fees?


1120937

7.        **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.        **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.        Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

No

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120937

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

        <u>No</u>

If "yes," please provide the following information:

1120937

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1120937

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1120937

**Subcontractor:**

Name:                                                    Networks LLC

Address:

Telephone:

Dates of engagement:                        05/21/2012 - 07/21/2012

Position/title:                                     Technician

Approximate dates of DIRECTV work          05/21/2012 - 07/21/2012
orders:

Did you have a contract with the subcontractor?     No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?     Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?     I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1120937

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Mr. Shaffner</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Mr. Shaffner</u>

Were you ever asked to correct your work at a DIRECTV customer     <u>No</u>

site?

If "yes," please describe the circumstances.:

1120937

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Mr. Shaffner

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> No one could tell me how my pay was shorted, what was taken out, or how many hours or pieces were calculated.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   Yes

If "yes," please provide information about the nature and terms of that contract.:

> The subcontractor whom I worked for had a contract with DirecTV.

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120937

**<u>Entity</u>:**

Name:                                             <u>Pizza Hut</u>

Address:

Telephone:

Dates of employment:                             <u>09/2007-04/2008</u>

Position/title:                                  <u>Customer Service</u>

Did you sign an employment agreement?            <u>Yes</u>

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                               <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120937

Who provided your gas and/or transportation while employed?


Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?


Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?


Who paid for the uniform?

Were you provided with a cell phone or     <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance     <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


1120937

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120937

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1120937

EXHIBIT B
Page 001640

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                          Medline Industries

Address:

Telephone:

Dates of employment:                          01/2011-09/2011

Position/title:                               Order Puller

Did you sign an employment agreement?         Yes

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1120937

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?



Who provided your tools and/or equipment?




Were you required to wear a uniform?              <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Medline</u>

Who paid for the uniform?

1120937

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance   <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120937

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1120937

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                    Mastec

Address:

Telephone:

Dates of employment:                       07/2012-03/2013

Position/title:                                       Cable Installer

Did you sign an employment agreement?      Yes

Tasks performed:                              Installed Cable

1120937

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,    <u>Piece Rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):    <u>40-50</u>

Amounts owed (if applicable):


Did you receive a:    <u>W-2</u>

Who issued your 1099/W-2?    <u>Mastec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Mastec and myself</u>

Who provided your gas and/or transportation while employed?

    <u>Mastec</u>


Who provided any supplies or materials necessary to performing your job?

    <u>Myself</u>

1120937

Who provided your tools and/or equipment?

    <u>Myself</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?    <u>Myself</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120937

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?


Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:


Instructor/trainer:


Where was the training held?:

Who paid for the training?

EXHIBIT B
Page 001648

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                          <u>Coca Cola Enterprises</u>

1120937

Address:

Telephone:

Dates of employment:                    <u>04/2008-07/2008</u>

Position/title:                          <u>Merchandiser</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                       <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120937

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or          <u>Yes</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

      <u>Coca Cola</u>

Were you provided with insurance          <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

1120937

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120937

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1120937

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    Networks LLC

Address:

Telephone:

Dates of employment:                     05/2012-07/2012

Position/title:                          Technician

Did you sign an employment agreement?

Tasks performed:                         Installed Cable

Name of supervisor/manager:              Mr. Shaffner

Method of pay (*i.e.*, piece-rate, hourly,

salary):                                 Piece Rate

Rate of pay/wage/salary:

Hours worked per week (Average):         50

Amounts owed (if applicable):

1120937

Did you receive a:                          <u>1099</u>

Who issued your 1099/W-2?                    <u>Networks LLC</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

     <u>Parents logged hours in Excel</u>

Who provided your gas and/or transportation while employed?

     <u>Myself</u>


Who provided any supplies or materials necessary to performing your job?

     <u>Myself</u>

Who provided your tools and/or equipment?

     <u>Myself</u>


Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

     <u>Khaki Pants and Blue Shirt with Networks logo</u>


Who paid for the uniform?                      <u>Myself</u>

1120937

Were you provided with a cell phone or <u>No</u> cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u> benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Mr. Shaffner</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Mr. Shaffner</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120937

Did you receive an employee handbook?          <u>Yes</u>

If "yes," who provided the handbook?

    <u>Networks</u>

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:          <u>4 weeks on the job with a mentor</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?          <u>Received no pay to help mentor</u>
          <u>for 4 weeks</u>

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1120937

EXHIBIT B
Page 001657

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Parents contacted upper management for DirecTV. Have copy of letter.</u>

Did you work for any other person or company,  <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.  **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

15.  **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

1120937

EXHIBIT B
Page 001658

<u>Mr. Shaffner</u>
<u>Kenyon Erikson</u>

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                Signed:     *<u>Domonique Fennell</u>*

1120937

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1. **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last):  Robert Lee Field

    Maiden name (if applicable):

    Nicknames and aliases (current and former):    Rob

    Date of birth:    12/24/1973

    Technician Number(s):    HCPA542100

    Current address:    215 S. Morris Street, St. Clair, PA 17970

    Cell phone number (with area code):    570-728-0551

    Home phone number (with area code):

    E-mail address (primary):    ramair9717983@gmail.com

1122739

2.    **Education -- High School.**

      High School Graduate?           <u>Yes</u>

      Name of high school:           <u>Tulpehocken High School</u>

      School location (city, state):      <u>New Shafferstown</u>

3.    **Education - College.**

      College Graduate?           <u>No</u>

      Name of college:

      School location (city, state):

      Dates attended:

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?      <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

           <u>Yes</u>

1122739

If "yes," please provide the following:
    Licenses held:                       Certified Installer

    Level of SBCA Certification:       Basic

Was this training provided by or through an employer, professional or industry association, or other entity?

      Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Holstead Communications

    Address:                    Scranton, PA

    Dates of your employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?    Holstead Communications

    Who paid the initial fees?    Holstead Communications

    Who paid the renewal fees?    Holstead Communications

1122739

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?       No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122739

EXHIBIT B
Page 001663

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1122739

**HSP:**

Name:                                    Leigh Valley Satellite


Address:                                 Bangor, PA

Telephone:

Dates of engagement:

Position/title:                          Technician

Approximate dates of DIRECTV work orders:

Did you have a contract with the HSP?    Yes


If "yes," please describe the terms of that contract:


I do not remember what the terms were and I cannot find the contract. Not even sure if I ever signed one.

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Lehigh Valley Satellite




Who supervised and/or reviewed your work at DIRECTV customer sites?

Mike Beaz



1122739

EXHIBIT B
Page 001665

Were you ever asked to correct your work at a DIRECTV customer site?

> <u>Yes</u>

If "yes," please describe the circumstances.:

> <u>If you run or did it the way the customer want it and DIRECTV didn't like</u>
> <u>it.  If they checked that job they would make you go back and fix it on our</u>
> <u>own time.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> <u>Moble Pro, or my local office, Lehigh Valley Satellite</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

> <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> <u>If you were lat to a customer's house for a job, DIRECTV would charge</u>
> <u>$75 late fee to the technician, even if you had too many jobs to make it on</u>
> <u>time.  Phone lines - $10 per rec. that wasn't hooked up to a phone line, so</u>
> <u>if the customer didn't have it hooked up yet or didn't ahve landline service,</u>
> <u>we got charged for receiver that wasn't connected to a phone line or if the</u>
> <u>receiver didn't play out.</u>

1122739

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1122739

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1122739

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1122739

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122739

EXHIBIT B
Page 001670

**<u>Entity</u>:**

Name:                                          <u>Supreme Mid-Atlantic Corp.</u>

Address:                                       <u>411 Jonestown Road, Jonestown,</u>
                                               <u>PA 17038</u>

Telephone:                                     <u>717-865-4390</u>

Dates of employment:                           <u>November 1994 to May 2007 (I</u>
                                               <u>think that was the end date)</u>

Position/title:                                <u>Line Leader/Flex Team</u>

Did you sign an employment agreement?

Tasks performed:                               <u>Line Assembly and Group Leader</u>

Name of supervisor/manager:                    <u>Johnny DeVine</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>Hourly</u>
salary):

Rate of pay/wage/salary:                       <u>$13+ hr/plus incentive</u>

Hours worked per week (Average):               <u>45-55</u>

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?                       <u>Not sure which and not sure who</u>
                                               <u>issued</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>Time clock</u>

1122739

Who provided your gas and/or transportation while employed?

<u>Self</u>

Who provided any supplies or materials necessary to performing your job?

<u>Supreme, except for clothes and work boots -- we had to buy them</u>

Who provided your tools and/or equipment?

<u>Supreme</u>

Were you required to wear a uniform?        <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or      <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance      <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

<u>Self</u>

1122739

Who set your vacation policy?

    <u>Supreme</u>

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>Yes</u>

If "yes," please provide the following:

Name:                         <u>Any of my coworkers</u>

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Supreme</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:                <u>Group leader, lenn manufacturing, and many more that I don't remember</u>

1122739

Instructor/trainer:                    <u>I do not recall</u>

Where was the training held?:          <u>Supreme and other places</u>

Who paid for the training?             <u>Supreme</u>

Did you ever have a charge-back for your    <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

       <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1122739

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

<u>We had monthly meeting at holsteid comm, which is 1 hour and 20
minutes from my house (70 miles one way).  We didn't get paid for that
nor compensated for gas or travel when we needed something that wasn't
on our trucks.  Sometimes we would have to leave the job site and run to
another tech or to our office to get it.  Anytime I needed supplies to do my
job, wire, fitting, zip ties, silicone, etc, I had to go get them on my time
and wasn't compensated for anything.</u>

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>I would say an average of 5-10 hours per week, we worked six days a
week every week.</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

<u>Just the subs that work out of the same office as me; don't remember their
names</u>

1122739

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                Signed:

1122739

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

_Robert Field_
Robert Fields

1122739

**<u>DISCOVERY QUESTIONNAIRE</u>**

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

<u>*Questionnaire*</u>

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Robert H. Field, Jr.

Maiden name (if applicable):

Nicknames and aliases (current and former):      <u>Rob and Robby</u>

Date of birth:      <u>4/12/69</u>

Technician Number(s):      <u>DVAL645738</u>

Current address:      <u>114 item Avenue, Mobile, AL 36607</u>

Cell phone number (with area code):      <u>251-648-5009</u>

Home phone number (with area code):

E-mail address (primary):      <u>rhfieldjr@gmail.com</u>

1121452

2.    **Education -- High School.**

    High School Graduate?           <u>Yes</u>

    Name of high school:          <u>Tara high</u>

    School location (city, state):      <u>Baton Rouge, LA</u>

3.    **Education - College.**

    College Graduate?            <u>No</u>

    Name of college:

    School location (city, state):

    Dates attended:

4.    **Education - Other Post-Secondary.**

    Post-Secondary Education?

    Name of post-secondary school:

    School location (city, state):

    Dates attended:

5.    **Licensure - SBCA/Accreditation.**

    Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121452

If "yes," please provide the following:
   Licenses held:                 <u>Do not remember</u>

   Level of SBCA Certification:    <u>Do not remember</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>Wynnestorm, Inc.</u>

   Address:                     <u>3035 Westfield Road, #3</u>

   Dates of your employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated   <u>Self</u>

   with this training, if any?

   Who paid the initial fees?        <u>Self</u>

   Who paid the renewal fees?      <u>Self</u>

1121452

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

Yes

**Training/Apprenticeship:**

Name of training provider or association:    All-Star Satellites

Nature of training or apprenticeship:    Satellite Installation

Were there any fees or costs associated with this training?    Yes

If "yes," who paid for these fees and/or costs?    Self

**Training/Apprenticeship:**

Name of training provider or association:    Wynnestorm Inc.

Nature of training or apprenticeship:    Satellite Installation

Were there any fees or costs associated with this training?    Yes

If "yes," who paid for these fees and/or costs?    Self

1121452

EXHIBIT B
Page 001681

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.   **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121452

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate  dates  of  DIRECTV  work orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1121452

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121452

EXHIBIT B
Page 001684

**Subcontractor:**

Name:                                                    <u>All Star Satellite</u>

Address:                                                 <u>Mobile, AL</u>

Telephone:

Dates of engagement:                          <u>2006-2008</u>

Position/title:

Approximate dates of DIRECTV work          <u>2006-2008</u>
orders:

Did you have a contract with the subcontractor?          <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?          <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>Bruister & Associates</u>

Did the subcontractor have a contract with DIRECTV?          <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121452

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Chris or Brandon</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Do not know</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1121452

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Allstar first and then Bruister and Associates</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>There were QC Techs that made their money by charging back other technicians. The charge backs were imposed and never explained.</u>

**Subcontractor:**

Name:                                      <u>Wynnestorm, INC/ DBA</u>
                                           <u>Ameritech Broadband Services</u>

Address:                                   <u>Gulfbreeze, FLA</u>

Telephone:

Dates of engagement:                       <u>2008-2010</u>

Position/title:                            <u>Installation Technician</u>

Approximate dates of DIRECTV work          <u>2008-2010</u>
orders:

1121452

Did you have a contract with the subcontractor?    <u>I don't know</u>

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?    <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?    <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121452

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Wynnstorm Office</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Wynnstorm Office</u>

Were you ever asked to correct your work at a DIRECTV customer     <u>No</u>

site?

If "yes," please describe the circumstances.:

1121452

EXHIBIT B
Page 001689

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Wynnstorm and DIRECTV</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Charged back for not hooking up phone lines. There were QC Techs that made their money by charging back other technicians. The charge backs were imposed and never explained. Charge backs were a weekly occurrence.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121452

**<u>Entity</u>:**

Name:                                                <u>Wynnestorm, INC/ DBA
                                                     Ameritec</u>

Address:                                             <u>Gulf Breeze, FL</u>

Telephone:

Dates of employment:                                 <u>2008-2010</u>

Position/title:                                      <u>Installation Technician</u>

Did you sign an employment agreement?                <u>No</u>

Tasks performed:                                     <u>Installing DIRECTV Satellite
                                                     Service</u>

Name of supervisor/manager:                          <u>Marty, Jim, and Casey</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                                     <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):                     <u>60</u>

Amounts owed (if applicable):                        <u>Did not receive last paycheck</u>

Did you receive a:                                   <u>1099</u>

Who issued your 1099/W-2?                            <u>Wynnestorm, INC/ DBA
                                                     Ameritec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        <u>No one.</u>

1121452

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Uniform and magnets on truck</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121452

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Job scheduler</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Jim or Marty</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Classroom Training</u>

1121452

EXHIBIT B
Page 001693

Instructor/trainer:                              Wynnestorm Trainer


Where was the training held?:                    VFW Hall in Pensacola

Who paid for the training?                       Self


Did you ever have a charge-back for your          Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> Charged back for not hooking up phone lines. There were QC Techs
> that made their money by charging back other technicians. The charge
> backs were imposed and never explained. Charge backs were a weekly
> occurrence.

Did you ever speak with any DIRECTV employee regarding your work?

        Yes

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

        DIRECTV QC Tech




                                                                    1121452

Did you work for any other person or company,     <u>Yes</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:          <u>Family Business</u>

Dates:                            <u>2002-present</u>

Nature of work:                   <u>Internet</u>

**Entity:**

Name:                             <u>B&B Marketing</u>

Address:                          <u>Mobile, AL</u>

Telephone:                        <u>251-653-9258</u>

Dates of employment:              <u>2002- present</u>

Position/title:                   <u>Director of Internet Operations</u>

Did you sign an employment agreement?   <u>No</u>

Tasks performed:                  <u>Web Management</u>

Name of supervisor/manager:       <u>Cindy Ballis</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                  <u>Commission</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1121452

EXHIBIT B
Page 001695

Did you receive a:                                    <u>1099</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1121452

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?


Who did you speak with when you had any complaints regarding your job?


Did anyone else ever help you perform or complete tasks as part of your job?


If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1121452

EXHIBIT B
Page 001697

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121452

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                    All Star Satellite

Address:                                                 Mobile, AL

Telephone:

Dates of employment:                                     2006-2008

Position/title:                                          Installer

Did you sign an employment agreement?                    No

Tasks performed:                                         Installing DIRECTV Satellite
                                                         Service

1121452

Name of supervisor/manager:                    Chris and then Brandon

Method of pay (*i.e.*, piece-rate, hourly,
salary):                                        Piece-rate

Rate of pay/wage/salary:


Hours worked per week (Average):               80

Amounts owed (if applicable):


Did you receive a:                             1099

Who issued your 1099/W-2?                      All-Star Satellite

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one.

Who provided your gas and/or transportation while employed?

        Self


Who provided any supplies or materials necessary to performing your job?

        Self


1121452

EXHIBIT B
Page 001700

Who provided your tools and/or equipment?

    <u>Self</u>


Were you required to wear a uniform?      <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV Shirt</u>


Who paid for the uniform?      <u>Self</u>

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

    <u>No vacation</u>


Who did you speak with to request days off?

    <u>Chris or Brandon</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Chris or Brandon</u>

1121452

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>Installer Training</u>

Instructor/trainer:

Where was the training held?:    <u>On site</u>

Who paid for the training?    <u>Unpaid training</u>

1121452

Did you ever have a charge-back for your work?                    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>There were QC Techs that made their money by charging back other technicians. The charge backs were imposed and never explained.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?                    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121452

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

<u>Not paid to acknowledge work schedules in the morning, attend meetings, drive to and from the depot to get supplies and schedules, clean my van, help other techs with installs, work on installs that were never completed, and followup appointments with customers.</u>

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>15-20 hours per week.</u>

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:


16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.


I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121452

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Mitchell Scott Finwall

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                    12/16/1892

Technician Number(s):                    dsmn090729

Current address:                              6180 Upper 51st Street Oakdale,
                                                        MN 55128

Cell phone number (with area code):    651-246-1792

Home phone number (with area code):

E-mail address (primary):                    mitchfinwall@yahoo.com

1120864

2.      **Education -- High School.**

     High School Graduate?          <u>Yes</u>

     Name of high school:          <u>Tartan</u>

     School location (city, state):          <u>Oakdale, MN</u>

3.      **Education - College.**

     College Graduate?          <u>No</u>

     Name of college:          <u>St. Paul Tech</u>

     School location (city, state):          <u>St Paul, MN</u>

     Dates attended:          <u>2001-2004</u>

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?          <u>No</u>

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1120864

If "yes," please provide the following:
    Licenses held:                        NA

    Level of SBCA Certification:        SBCA Certified

Was this training provided by or through an employer, professional or industry association, or other entity?

    Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Pinnacle Technologies and
                                          Pinnacle Technologies of MN

    Address:                        680 Hale Ave N Oakdale MN
                                          55128

    Dates of your
    employment/membership:        4/2008-3/2012

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    Pinnacle Technologies

    with this training, if any?

    Who paid the initial fees?        Pinnacle

    Who paid the renewal fees?       Pinnacle

1120864

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.    **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1120864

EXHIBIT B
Page 001708

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10. **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120864

EXHIBIT B
Page 001709

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120864

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>Yes</u>

If "yes," please provide the following information:

1120864

**Subcontractor:**

Name:                                    Pinnacle Technologies

Address:                                 MN

Telephone:

Dates of engagement:                     4/2008-12/2011

Position/title:                          Installer

Approximate dates of DIRECTV work        4/2008-12/2011
orders:


Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:



Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).

1120864

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Pinnacle Technologies</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Joe Krayon</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120864

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Supervisor</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Services calls charged back $20-$30.</u>

**<u>Subcontractor:</u>**

| | |
|---|---|
| Name: | <u>PinnacleTechnologies of Minnesota</u> |
| Address: | <u>MN</u> |
| Telephone: | |
| Dates of engagement: | <u>1/2012-3/2013</u> |
| Position/title: | <u>Installer</u> |
| Approximate dates of DIRECTV work orders: | <u>1/2012-3/2013</u> |

1120864

Did you have a contract with the subcontractor?    <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?    <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120864

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Pinnacle of Minnesota</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Kurt Schroder</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>No</u>

site?

If "yes," please describe the circumstances.:

1120864

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Service calls charged back $20-$30.</u>

12.   **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.   **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120864

EXHIBIT B
Page 001717

**<u>Entity</u>:**

Name:                                    <u>Construction Work</u>

Address:                                 <u>MN</u>

Telephone:

Dates of employment:                     <u>2005-2008</u>

Position/title:                          <u>Construction worker</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                       <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1120864

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1120864

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1120864

EXHIBIT B
Page 001720

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1120864

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                                      Pinnacle Technologies

Address:                                                   MN

Telephone:

Dates of employment:                                       4/2008-12/2011

Position/title:                                            Installer

Did you sign an employment agreement?                      No

Tasks performed:                                           installed satellite dishes

Name of supervisor/manager:                                Joe Krayon

Method of pay (*i.e.*, piece-rate, hourly,

salary):                                                   piece rate

Rate of pay/wage/salary:

1120864

Hours worked per week (Average):          <u>60-70</u>

Amounts owed (if applicable):

Did you receive a:                        <u>1099</u>

Who issued your 1099/W-2?                  <u>Pinnacle Technologies (only in
                                          2008). After 2008, W2.</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>self</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue DIRECTV shirt.</u>

Who paid for the uniform?                     <u>self</u>

1120864

EXHIBIT B
Page 001723

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?


Who did you speak with to request days off?

    <u>Supervisor</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:


1120864

EXHIBIT B
Page 001724

Did you receive an employee handbook?         <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type         <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                               <u>other technicians</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your         <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

<u>Service calls charged back $20-$30.</u>

1120864

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                            <u>Pinnacle Technologies of Minnesota</u>

Address:                     <u>MN</u>

Telephone:

Dates of employment:       <u>1/2012-3/2013</u>

Position/title:              <u>installed satellite dishes</u>

Did you sign an employment agreement?

Tasks performed:

1120864

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                        W-2

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?

1120864

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120864

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120864

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120864

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Prep time in the shop, driving to and from job locations, meetings, corporate meetings, any training at corporate headquarters

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10-15 hours

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

NA

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:     *Mitchell Finwall*

1120864

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Farrell Wayne Flowers, Jr.

Maiden name (if applicable):                    N/A

Nicknames and aliases (current and former):     Wayne

Date of birth:                                  07/22/1977

Technician Number(s):                           DVTN 833239

Current address:                                222 Blockhouse Road, Maryville, TN 37803

Cell phone number (with area code):             865-740-7349

Home phone number (with area code):             865-740-7349

E-mail address (primary):                       wayneflowers77@yahoo.com

1121163

EXHIBIT B
Page 001732

2.      **Education -- High School.**

High School Graduate?                    <u>No</u>

Name of high school:                     <u>Greenback High School</u>

School location (city, state):           <u>Greenback, TN</u>

3.      **Education - College.**

College Graduate?                        <u>Yes</u>

Name of college:                         <u>Pellissippi State Community</u>
                                         <u>College</u>
School location (city, state):           <u>Knoxville, TN</u>

Dates attended:                          <u>1995</u>

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:


5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or
completed and/or attended any courses offered through Satellite Broadcasting and
Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121163

EXHIBIT B
Page 001733

If "yes," please provide the following:
  Licenses held:

  Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:     <u>Crosscom/DIRECTV</u>

    Address:     <u>130 Perimeter Park, Knoxville, TN</u>

    Dates of your employment/membership:     <u>January 2011 - April 2011</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated with this training, if any?     <u>Self</u>

    Who paid the initial fees?     <u>Self</u>

    Who paid the renewal fees?     <u>N/A</u>

1121163

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

    <u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

    <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121163

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

      <u>No</u>

If "yes," please provide the following information:

1121163

**<u>HSP:</u>**

Name:


Address:

Telephone:

Dates of engagement:

Position/title:

Approximate   dates   of   DIRECTV   work
orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1121163

EXHIBIT B
Page 001737

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1121163

EXHIBIT B
Page 001738

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1121163

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121163

EXHIBIT B
Page 001740

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121163

**<u>Entity</u>:**

Name:                                          <u>ATX Services</u>

Address:                                       <u>3483 Satellite Blvd, Duluth, GA</u>
                                               <u>30096</u>

Telephone:                                     <u>779-495-8140</u>

Dates of employment:                           <u>August 2004 - May 2005</u>

Position/title:                                <u>Cable installer</u>

Did you sign an employment agreement?          <u>Yes</u>

Tasks performed:                               <u>Installatiion of cable TV, internet</u>

Name of supervisor/manager:                    <u>Ethan Daughtery</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                               <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:                       <u>paid by the piece</u>

Hours worked per week (Average):               <u>40</u>

Amounts owed (if applicable):                  <u>N/A</u>

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Ethan Daughtery - ATX Services</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>Self/WF -- did not keep track of his or get paid overtime.  Did not report.</u>

1121163

Who provided your gas and/or transportation while employed?

<u>Self</u>

Who provided any supplies or materials necessary to performing your job?

<u>Time Warner Cable Company</u>

Who provided your tools and/or equipment?

<u>Self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Blue colored shirt (logo: ATX Services) and boots</u>

Who paid for the uniform?          <u>Self</u>

Were you provided with a cell phone or          <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance          <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1121163

EXHIBIT B
Page 001743

Who set your vacation policy?

    the corporation

Who did you speak with to request days off?

    Ethan Daughtory (supervisor)

Who did you speak with when you had any complaints regarding your job?

    Ethan Daughtory (supervisor)

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    Yes

If "yes," who provided the handbook?

    Ethan Daughtory (supervisor)

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    Yes

If "yes," please provide the following:

Type of training:    3-day ride along

1121163

EXHIBIT B
Page 001744

Instructor/trainer:                                    <u>Dean - an employee</u>

Where was the training held?:                  <u>On-site</u>

Who paid for the training?                       <u>No pay</u>

Did you ever have a charge-back for your   <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121163

EXHIBIT B
Page 001745

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>K&S Communications</u>

Address:                                     <u>119 Nicole Ct, Maryville, TN</u>
                                             <u>37801</u>

Telephone:                                   <u>865-982-9757</u>

Dates of employment:                         <u>May 2005 - June 2010</u>

Position/title:                              <u>Cable installer</u>

Did you sign an employment agreement?        <u>Yes</u>

Tasks performed:                             <u>Installation of cable TV, internet,</u>
                                             <u>and telephone</u>
Name of supervisor/manager:                  <u>Greg Livesay</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                             <u>Piece-Rate</u>
salary):

Rate of pay/wage/salary:                     <u>Paid by the piece</u>

Hours worked per week (Average):             <u>60</u>

Amounts owed (if applicable):                <u>N/A</u>

1121163

EXHIBIT B
Page 001746

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?                    <u>K&S Communications' corporate
office</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

      <u>Self -- did not -- we did not report hours or get paid overtime.</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>Charter Communications</u>

Who provided your tools and/or equipment?

    <u>Self</u>


Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Gray Colored Shirt (Logo: K&S Communications) and boots</u>


Who paid for the uniform?                        <u>Self</u>

1121163

Were you provided with a cell phone or <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>K&S Communications</u>

Who did you speak with to request days off?

    <u>Written request</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor/Manager - Gregy Livesay</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121163

Did you receive an employee handbook?        <u>Yes</u>

If "yes," who provided the handbook?

      <u>Manager</u>

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>2 weeks ride along</u>

Instructor/trainer:                            <u>Grady</u>

Where was the training held?:                  <u>On Site</u>

Who paid for the training?                     <u>No pay</u>

Did you ever have a charge-back for your       <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      <u>Charge backs for unsatisfactory report from quality control department,
K&S or Charter.  They ranged from $6 to $32 piece-rate for multiple
times.  Paid back.</u>

1121163

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                         <u>EJ Communications</u>

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?

Tasks performed:

1121163

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):


Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?



Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1121163

EXHIBIT B
Page 001751

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1121163

EXHIBIT B
Page 001752

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    Charter Communications

1121163

Address:

Telephone:

Dates of employment:

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1121163

EXHIBIT B
Page 001755

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1121163

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1121163

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1121163

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Overtime; drive to and from warehouse for supplies, equipment, etc.; I'd
complete jobs but not get paid; assembling dish; replacing all fittings;
drive to and from jobsite; assisting other techs with installs; training; and
cleaning the truck</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

<u>20 to 30 hours- worked 6 days a week</u>

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time
regarding  your work pertaining to any of the claims that you are asserting in
this litigation:

1121163

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1121163

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

F Wayne Flowers

Wayne Flowers

1121163

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Forrest Leonard Flynn II

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                    09/19/1970

Technician Number(s):        DVMO829337

Current address:                P.O. Box 205, Wyandotte, OK 74370

Cell phone number (with area code):

Home phone number (with area code):    918-919-8698

E-mail address (primary):      greencountrysat@live.com

1120564

2.    **Education -- High School.**

High School Graduate?                        <u>Yes</u>

Name of high school:                         <u>G. E. D.</u>

School location (city, state):               <u>Alhambra, Phoenix, AZ</u>

3.    **Education - College.**

College Graduate?                            <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                    <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1120564

EXHIBIT B
Page 001763

If "yes," please provide the following:
    Licenses held:

        SBCA Certified Installer /
        DIRECTV Authorized Contractor

    Level of SBCA Certification:        Satellite Fundamentals

Was this training provided by or through an employer, professional or industry association, or other entity?

      Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Endeavor Communications

    Address:        Do not know

    Dates of your
    employment/membership:    01/2011 - 9/2011

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    Do not know

    with this training, if any?

    Who paid the initial fees?    Do not know

    Who paid the renewal fees?    Do not know

1120564

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>Yes</u>

**<u>Training/Apprenticeship:</u>**

| | |
|---|---|
| Name of training provider or association: | <u>National Dish Installers</u> |
| Nature of training or apprenticeship: | <u>Training (OTJ)</u> |

Were there any fees or costs associated        <u>No</u>

with this training?

If "yes," who paid for these fees and/or costs?

**<u>Training/Apprenticeship:</u>**

| | |
|---|---|
| Name of training provider or association: | <u>Wild Blue</u> |
| Nature of training or apprenticeship: | <u>Hands-on Class</u> |

Were there any fees or costs associated        <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or        <u>Employer -</u>
costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

1120564

EXHIBIT B
Page 001765

9.    Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1120564

EXHIBIT B
Page 001766

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1120564

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

        <u>Yes</u>

If "yes," please provide the following information:

1120564

EXHIBIT B
Page 001768

**Subcontractor:**

Name:                                              Green Country Satellite

Address:                                           Park Hill, OK

Telephone:

Dates of engagement:                               2008 - 2013 (with gap in 2011)

Position/title:                                    Install Technician / Owner

Approximate dates of DIRECTV work                  2008 - 2013
orders:


Did you have a contract with the subcontractor?         No

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?         No

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?         Yes


If "yes," please describe what you know about that contract (terms, etc.).

    Full proprietor for DIRECTV Retail


1120564

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Self</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Self</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120564

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Self</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>If a customer canceled the 24 month commitment, we would receive a chargeback.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Endeavor Communications</u> |
| Address: | <u>Springfield, MO - Joplin, MO</u> |
| Telephone: | |
| Dates of engagement: | <u>January 2011 - September 2011</u> |
| Position/title: | <u>Technician / Trainer</u> |
| Approximate dates of DIRECTV work orders: | <u>January 2011 - September 2011</u> |

1120564

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Endeavor Communications Independent Sub-Contractor Interview</u>

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>DIRECTV Home Services</u>

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120564

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

        Randy Roark / Nate for Endeavor Communications

Who supervised and/or reviewed your work at DIRECTV customer sites?

        DIRECTV Home Services

Were you ever asked to correct your work at a DIRECTV customer     Yes

site?

If "yes," please describe the circumstances.:

        Failed Quality Control inspections were re-done by technician or at the
        technicians expense.

1120564

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

      <u>DIRECTV Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

      <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

      <u>Details on chargebacks were not provided. About $4,000 taken for "chargebacks".</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?   <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120564

**Entity:**

| | |
|---|---|
| Name: | Endeavor Communications |
| Address: | Joplin, MO - Springfield, MO (Worked in OK, AR, MO, and KS) |
| Telephone: | |
| Dates of employment: | January 2011 - September 2011 |
| Position/title: | Technician / Trainer |
| Did you sign an employment agreement? | Yes |
| Tasks performed: | Install Satellite Services |
| Name of supervisor/manager: | Randy Roark / Nate |
| Method of pay (*i.e.*, piece-rate, hourly, salary): | Piece-rate |
| Rate of pay/wage/salary: | $50 / $15 Service calls $25 |
| Hours worked per week (Average): | 100+ |
| Amounts owed (if applicable): | $2,000 + |
| Did you receive a: | W-2 |
| Who issued your 1099/W-2? | Endeavor Communications |

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

Hours were not tracked.

1120564

EXHIBIT B
Page 001775

Who provided your gas and/or transportation while employed?

    <u>Self or payroll deducted</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self or payroll deducted</u>

Who provided your tools and/or equipment?

    <u>Self or payroll deducted</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV polo & blue khaki pants</u>

Who paid for the uniform?    <u>Self or payroll deducted</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120564

EXHIBIT B
Page 001776

Who set your vacation policy?

    <u>No vacation policy</u>

Who did you speak with to request days off?

    <u>Did not take days off</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisors</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120564

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

<u>Endeavor Communications</u>

Did you ever receive training of any type    <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your    <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Details on chargebacks were not provided.</u>

1120564

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,   <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>National Dish Installer</u>

Address:                                 <u>Joplin, MO</u>

Telephone:

Dates of employment:                 <u>2005 - 2007</u>

Position/title:                      <u>Satellite TV Installer for DISH Network</u>

Did you sign an employment agreement?

Tasks performed:

1120564

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    1099

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1120564

EXHIBIT B
Page 001780

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1120564

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120564

EXHIBIT B
Page 001782

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                    Green Country Satellite -
                                         DIRECTV Retailer (Owner)

1120564

EXHIBIT B
Page 001783

Address:          <u>Park Hill, OK</u>

Telephone:

Dates of employment:      <u>2008 - 2013 (with gap in 2011)</u>

Position/title:      <u>Owner</u>

Did you sign an employment agreement?      <u>Yes</u>

Tasks performed:      <u>Install Satellite Services for DIRECTV</u>

Name of supervisor/manager:      <u>Self</u>

Method of pay (*i.e.*, piece-rate, hourly, salary):      <u>Piece-rate</u>

Rate of pay/wage/salary:

Hours worked per week (Average):      <u>100+</u>

Amounts owed (if applicable):

Did you receive a:      <u>1099</u>

Who issued your 1099/W-2?      <u>Green Country Satellite</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

     <u>Self</u>

1120564

Who provided your gas and/or transportation while employed?

> Self

Who provided any supplies or materials necessary to performing your job?

> Self

Who provided your tools and/or equipment?

> Self

Were you required to wear a uniform?         Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> Blue shirt with DIRECTV logo, cargo pants

Who paid for the uniform?                    Self

Were you provided with a cell phone or       No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance       No
benefits?

If "yes," who paid for your insurance policy?

1120564

EXHIBIT B
Page 001785

Who set your vacation policy?

<u>Self</u>

Who did you speak with to request days off?

<u>Self</u>

Who did you speak with when you had any complaints regarding your job?

<u>Self</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120564

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>When a customer canceled on the 24 month commitment, we would get
chargedback.</u>

1120564

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,      <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>I was unpaid for training other tech's, service calls, jobs chargedback, taking inventory, driving to/from a shop to get equipment for the day, travel time between job sites, gathering work orders in the morning, gathering paperwork at the end of the day, and attending mandatory meetings.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>50 or more unpaid hours per week</u>

1120564

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

n/a

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1120564

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Forrest Flynn

1120564

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Kyle Jeffery Foral

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                    09/03/83

Technician Number(s):          DSWI009094

Current address:               5450 State Hwy 3 S, Gillett, WI 54124

Cell phone number (with area code):     920-419-0026

Home phone number (with area code):     920-857-7524

E-mail address (primary):         foralkyle@ymail.com

1122508

2.    **Education -- High School.**

High School Graduate?                          <u>Yes</u>

Name of high school:                           <u>Oconto Falls High School</u>

School location (city, state):                 <u>Oconto Falls, WI</u>

3.    **Education - College.**

College Graduate?                              <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                      <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1122508

EXHIBIT B
Page 001792

If "yes," please provide the following:
    Licenses held:                          SBCA Low voltage

    Level of SBCA Certification:            Low voltage

Was this training provided by or through an employer, professional or industry association, or other entity?

        Yes

If "yes," please provide the following:
    Name of employer/association/entity:    R & A Cabeling

    Address:                                Timber Trail Ln. Pulaski, WI

    Dates of your                           09/2010-03/2012
    employment/membership:

6.      **Licensure - SBCA/Accreditation - Costs.**

        Who paid the costs and fees associated     R&A Cabeling

        with this training, if any?

        Who paid the initial fees?              R&A

        Who paid the renewal fees?              R&A

7.      **Education - Other Training/Apprenticeship.**

        Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

            No

1122508

EXHIBIT B
Page 001793

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>Yes</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

         <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

1122508

EXHIBIT B
Page 001794

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1122508

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1122508

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1122508

**Subcontractor:**

Name:                                          R&A Cabling

Address:                                       Sobiesky, WI

Telephone:

Dates of engagement:                           09/2010-03/2012

Position/title:                                Field Technician

Approximate dates of DIRECTV work              9/2010-3/2012
orders:


Did you have a contract with the subcontractor?        Yes


If "yes," please describe the terms of that contract:

    Complete jobs as assigned and get paid a flat rate.

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        I don't know


If "yes," please describe what you know about that contract (terms, etc.).


1122508

EXHIBIT B
Page 001798

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    R&A Cabling

Who supervised and/or reviewed your work at DIRECTV customer sites?

    April Klatt

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

    Customers would call not approving how systems were installed, or on
    how to work the system we would have to return to the job without pay.

1122508

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> <u>April Klatt</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

> <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> <u>$25 was the set amount for any service call that technicians had to roll back on. For pole installation if customer was not happy we were charged up to $75.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>Yes</u>

If "yes," please provide information about the nature and terms of that contract.:

> <u>They would call to check status.</u>

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122508

**<u>Entity</u>:**

Name:                                        <u>PNC Sanitation</u>

Address:                                     <u>Blackcheek, WI</u>

Telephone:

Dates of employment:                         <u>11/2012-present</u>

Position/title:                              <u>Field Tech Manager</u>

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1122508

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122508

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122508

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1122508

EXHIBIT B
Page 001804

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                              AEI

Address:                                           Greenbay, WI

Telephone:

Dates of employment:                               2006-7/2010

Position/title:                                    DISH network installer

Did you sign an employment agreement?

Tasks performed:

1122508

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122508

EXHIBIT B
Page 001806

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122508

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122508

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                        R&A Cabling

1122508

Address:                                        675 Hogan Trail, Sobieski, WI

Telephone:

Dates of employment:                            09/2010-03/2012

Position/title:                                 Field Technician

Did you sign an employment agreement?           Yes

Tasks performed:                                Installed DIRECTV and serviced

Name of supervisor/manager:                     April Klatt

Method of pay (*i.e.*, piece-rate, hourly,
                                                piece rate
salary):

Rate of pay/wage/salary:                        $600-$1000 a week

Hours worked per week (Average):                90

Amounts owed (if applicable):

Did you receive a:                              1099

Who issued your 1099/W-2?                       R&A Cabling

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one

1122508

Who provided your gas and/or transportation while employed?

Self

Who provided any supplies or materials necessary to performing your job?

self

Who provided your tools and/or equipment?

self

Were you required to wear a uniform?        Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Blue shirt with logo, khaki pants

Who paid for the uniform?            Shirts- company, pants- self

Were you provided with a cell phone or        Yes
cell phone service?

If "yes," who paid for the cell phone and/or service?

Self

Were you provided with insurance        No
benefits?

If "yes," who paid for your insurance policy?

1122508

EXHIBIT B
Page 001811

Who set your vacation policy?

Who did you speak with to request days off?

    <u>April Klatt</u>

Who did you speak with when you had any complaints regarding your job?

    <u>April Klatt</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122508

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

        <u>$25 for service calls, pole installation that customer was not happy
        paying for we were charged $75.</u>

1122508

EXHIBIT B
Page 001813

Did you ever speak with any DIRECTV employee regarding your work?

> <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.  **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

> <u>I would have to drive to and from depot to get supplies, assemble own dishes, acknowledge work schedules in the morning, clean out van, go to follow up appointments with some of the customers and help other technicians with incomplete installs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

> <u>40</u>

1122508

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding your work pertaining to any of the claims that you are asserting in this litigation:

<u>Greg from Direct Sat.</u>

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1122508

## <u>VERIFICATION</u>

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kyle Foral

1122508

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.   **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Gary John Foster

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                      05/05/1987

Technician Number(s):                      35108, MBMI039846

Current address:                               1333 Empire Ave., Lincoln Park,
                                                          MI 48146

Cell phone number (with area code):    734-626-1009

Home phone number (with area code):   734-626-5891

E-mail address (primary):                   yamahadtv@gmail.com

1121227

EXHIBIT B
Page 001817

2.    **Education -- High School.**

      High School Graduate?                  <u>Yes</u>

      Name of high school:                  <u>Huron High</u>

      School location (city, state):      <u>New Boston, MI</u>

3.    **Education - College.**

      College Graduate?                    <u>No</u>

      Name of college:                    <u>North Georgia Tech</u>

      School location (city, state):      <u>Blairsville, GA</u>

      Dates attended:                    <u>2008-2009</u>

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?          <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>Yes</u>

1121227

If "yes," please provide the following:
    Licenses held:                        Satellite Fundamentals

    Level of SBCA Certification:          Certified Installer

Was this training provided by or through an employer, professional or industry association, or other entity?

        Yes

If "yes," please provide the following:
    Name of employer/association/entity:    Multiband

    Address:                          Novi

    Dates of your
    employment/membership:         12/31/2010 - 12/31/2012

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    DirecTV / Multiband

    with this training, if any?

    Who paid the initial fees?        Multiband

    Who paid the renewal fees?      Multiband

1121227

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.*, Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121227

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10. **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>No</u>

If "yes," please provide the following information:

1121227

**<u>HSP:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121227

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121227

**Subcontractor:**

Name:                                          Perfect View Installations

Address:                                       6039 Metz Rd., New Middleton,
                                               OH 44442
Telephone:                                     330-542-0066

Dates of engagement:                           01/01/2012-3/1/2012


Position/title:                                Technician

Approximate dates of DIRECTV work              01/01/2012 - 03/01/2012
orders:


Did you have a contract with the subcontractor?        Yes

If "yes," please describe the terms of that contract:

        Get orders from them.

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).



Did the subcontractor have a contract with DIRECTV?        Yes


If "yes," please describe what you know about that contract (terms, etc.).




1121227

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Mostly my supervisor</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Amy</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>Run different lines</u>

1121227

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Dispatch</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>$700 for a no call no show, which I talked to customer then he left before I got there.  Linda, the owner or boss, shorted me a lot of money. $100 property damage, and at least 10 charges for service calls within 90 days at $30 apiece.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Advanced Media</u> |
| Address: | <u>13294 Dunlap Rd., LaSalle, MI 48145</u> |
| Telephone: | <u>734-625-3254</u> |
| Dates of engagement: | <u>12/2011 - 11/2012</u> |
| Position/title: | <u>Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>12/2011 - 11/2012</u> |

1121227

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>It was all under Advance control.</u>

Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        <u>Yes</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121227

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

  A supervisor from Multiband


Who supervised and/or reviewed your work at DIRECTV customer sites?

  Brian Kalsic or Michael Pepper


Were you ever asked to correct your work at a DIRECTV customer   Yes

site?

If "yes," please describe the circumstances.:

  Upgrades


1121227

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>$100 property damage, and at least 10 charges for service calls within 90 days at $30 apiece.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121227

**<u>Entity</u>:**

Name:                                          <u>Proformance Carriers (welding)</u>

Address:                                       <u>Blairsville, GA</u>

Telephone:                                     <u>706-745-1057</u>

Dates of employment:                           <u>1 year - 2006-2007</u>

Position/title:                                <u>fabricating</u>

Did you sign an employment agreement?          <u>No</u>

Tasks performed:                               <u>Fabricated truck beds and trailers</u>

Name of supervisor/manager:                    <u>Jeff</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>Commission</u>
salary):

Rate of pay/wage/salary:                       <u>$150 - $200 a job</u>

Hours worked per week (Average):               <u>40 - 50</u>

Amounts owed (if applicable):

Did you receive a:                             <u>W-2</u>

Who issued your 1099/W-2?                       <u>mail</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Used a time card by clocking in and out</u>

1121227

EXHIBIT B
Page 001830

Who provided your gas and/or transportation while employed?

> self

Who provided any supplies or materials necessary to performing your job?

> Company

Who provided your tools and/or equipment?

> Company and self

Were you required to wear a uniform?        No

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or        No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        Yes
benefits?

If "yes," who paid for your insurance policy?

> Company

1121227

Who set your vacation policy?

Who did you speak with to request days off?

<u>Boss - Jeff</u>

Who did you speak with when you had any complaints regarding your job?

<u>Boss - Jeff</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type    <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

1121227

EXHIBIT B
Page 001832

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your    <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?

        <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121227

EXHIBIT B
Page 001833

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                   <u>Advanced Media / Multiband</u>

Address:                                <u>Novi, MI</u>

Telephone:

Dates of employment:                    <u>12/2011 - 11/2012</u>

Position/title:                         <u>Technician</u>

Did you sign an employment agreement?

Tasks performed:                        <u>install/upgrade/repair</u>

Name of supervisor/manager:             <u>Brian / M. Pepper / Mosley</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                        <u>piece rate</u>
salary):

Rate of pay/wage/salary:                <u>$15-$100 a job</u>

Hours worked per week (Average):        <u>60-70</u>

Amounts owed (if applicable):

1121227

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?                    <u>Multiband - W-2; Advanced -
1099</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>log into computer</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>collar shirt, blue</u>

Who paid for the uniform?                        <u>self</u>

1121227

Were you provided with a cell phone or     No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    Sarah - Multiband

Who did you speak with when you had any complaints regarding your job?

    Sarah, Advance Media, or supervisor

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121227

EXHIBIT B
Page 001836

Did you receive an employee handbook?        <u>Yes</u>

If "yes," who provided the handbook?

     <u>Steve the trainer</u>

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:        <u>SBCA Certification</u>

Instructor/trainer:        <u>Steve</u>

Where was the training held?:        <u>Novi, Multiband</u>

Who paid for the training?        <u>Multiband</u>

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

     <u>3 standard receivers, 2 HD DVRs at $200 apiece, 10 or so service</u>
     <u>within 90 at $30 apiece, $700 no call no show, $100 property damage</u>
     <u>(don't know where or how)</u>

1121227

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Jeff, a boss at Multiband</u>

Did you work for any other person or company, including yourself, while employed in this position?        <u>Yes</u>

If "yes," please provide the following:

Name of second employer:                <u>Perfect View Installation /</u>
                                        <u>Advanced</u>
Dates:

Nature of work:                         <u>Same as Multiband</u>

**<u>Entity</u>:**

Name:                                   <u>Perfect View Installations</u>

Address:                                <u>New Middleton, OH</u>

Telephone:

Dates of employment:                    <u>1/2012-3/2012 (part time)</u>

Position/title:                         <u>Installer</u>

Did you sign an employment agreement?   <u>Yes</u>

Tasks performed:                        <u>Installed satellite dishes</u>

1121227

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,        piece rate

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):        20

Amounts owed (if applicable):


Did you receive a:        1099

Who issued your 1099/W-2?        Perfect View

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?

    self


Who provided any supplies or materials necessary to performing your job?

    self


1121227

Who provided your tools and/or equipment?

    self

Were you required to wear a uniform?      Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    Blue DIRECTV shirt, khaki pants.

Who paid for the uniform?      self

Were you provided with a cell phone or   No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance   No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    Supervisor

Who did you speak with when you had any complaints regarding your job?

    Supervisor

1121227

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121227

EXHIBIT B
Page 001841

Did you ever have a charge-back for your work?          <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company,          <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121227

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)   What work tasks do you claim you performed for which you were not paid?

I could only claim 40 hours a week, even though I worked at least 60 hours.  Some nights were until 10-11 p.m.  Every job was different.  Concrete was only reimbursed once or twice.  Every week once or twice I had to pay for it.  It adds up. I had to assemble satellite dishes, drive to and from depot to get supplies or schedules, acknowledge work schedules in the morning, clean out van, worked on installs that were never completed, attend meetings, follow up appointments with customers and assist other technicians with installs.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

20-30 hours a week

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

Drew Griffin, Brian Kalsic

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:

1121227

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last): William F. Frazier

    Maiden name (if applicable):

    Nicknames and aliases (current and former):

    Date of birth:                                          04/12/57

    Technician Number(s):                        MBTN027682, DWTN027682

    Current address:                                    2718 Old Brandon Rd., Pearl, MS
                                                                    39208

    Cell phone number (with area code):    901-859-6858

    Home phone number (with area code):

    E-mail address (primary):                      billionfrazier@yahoo.com

1122641

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>East High School</u>

School location (city, state):           <u>Memphis, TN</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:                         <u>Memphis State University</u>

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1122641

EXHIBIT B
Page 001845

If "yes," please provide the following:
    Licenses held:

                                          __Certified Installer__

    Level of SBCA Certification:        __Satellite Fundamentals__

Was this training provided by or through an employer, professional or industry association, or other entity?

       __Yes__

If "yes," please provide the following:
    Name of employer/association/entity:    __Multi Band__

    Address:                       __Memphis, TN__

    Dates of your employment/membership:    __12/2008-6/2010__

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated

    with this training, if any?

    Who paid the initial fees?

    Who paid the renewal fees?

1122641

EXHIBIT B
Page 001846

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

   <u>Yes</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>Multiband</u>

Nature of training or apprenticeship:      <u>DIRECTV University</u>

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?      <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

   <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1122641

EXHIBIT B
Page 001847

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.  **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

　　　　No

If "yes," please provide the following information:

1122641

**HSP:**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the HSP?


If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?




Who supervised and/or reviewed your work at DIRECTV customer sites?

1122641

Were you ever asked to correct your work at a DIRECTV customer site?

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

     <u>Yes</u>

If "yes," please provide the following information:

1122641

**Subcontractor:**

Name:                                                DISH Pro

Address:                                             Memphis, TN

Telephone:

Dates of engagement:                                 12/2008-6/2010

Position/title:                                      Field Technician

Approximate dates of DIRECTV work                    12/2008-6/2010
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1122641

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Dish Pro

Who supervised and/or reviewed your work at DIRECTV customer sites?

Quality Control technician

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

Should have reworked other technicians work.

1122641

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> Service calls in 90 days, equipment would go out such as; IRDs, LNBs, switches, splitters, WIFI and boardband. Would get charged back $35-$100 for bad equipment, $100-$300 for good equipment in customer home.

**Subcontractor:**

Name:                                              Barnes Contractor

Address:                                           Monroe, LA

Telephone:

Dates of engagement:                               9/2005-12/2005

Position/title:                                    Field Technician

Approximate dates of DIRECTV work                  9/2005-12/2005
orders:

1122641

EXHIBIT B
Page 001853

Did you have a contract with the subcontractor?    <u>I don't know</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?    <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?    <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122641

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Barnes</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer     <u>No</u>

site?

If "yes," please describe the circumstances.:

1122641

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>Service calls in 90 days, equipment would go out such as; IRDs, LNBs, switches, splitters, WIFI and boardband. Would get charged back $40.50 for each.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>Connect TV</u> |
| Address: | <u>Los Angeles, CA</u> |
| Telephone: | |
| Dates of engagement: | <u>12/2005-7/2006</u> |
| Position/title: | <u>Field Technician</u> |
| Approximate dates of DIRECTV work orders: | <u>12/2005-7/2006</u> |

1122641

Did you have a contract with the subcontractor?        <u>I don't know</u>

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).


1122641

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Connect TV</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Clay Howard</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>No</u>

site?

If "yes," please describe the circumstances.:

1122641

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Clay Howard</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

**<u>Subcontractor:</u>**

Name:                                      <u>HD Experts</u>

Address:                                   <u>Jackson, MS</u>

Telephone:

Dates of engagement:                       <u>7/2010-12/2010</u>

Position/title:                            <u>Field Technician</u>

Approximate dates of DIRECTV work          <u>7/2010-present</u>
orders:

1122641

Did you have a contract with the subcontractor?     <u>No</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?     <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?     <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122641

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>HD Experts</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>DIRECTV dispatch</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>Yes</u>

site?

If "yes," please describe the circumstances.:

    <u>Would have work orders to add and IRD only. Quality Control</u>
    <u>technician said should have reworked original technicians work.</u>

1122641

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

DIRETV dispatch


Did you ever have a charge-back for your work at a DIRECTV customer site?

Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

Service calls in 90 days, equipment would go out such as; IRDs, LNBs, switches, splitters, WIFI and boardband. Would get charged back $40.50 for each.

**Subcontractor:**

| | |
|---|---|
| Name: | Coastal Installations |
| Address: | Panama City, FL |
| Telephone: | |
| Dates of engagement: | 02/2011-present |
| Position/title: | Field Technician |
| Approximate dates of DIRECTV work orders: | 02/2011-present |

1122641

Did you have a contract with the subcontractor?          <u>Yes</u>

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?          <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1122641

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Coastal Installations</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Mike McFarland</u>

Were you ever asked to correct your work at a DIRECTV customer     <u>No</u>

site?

If "yes," please describe the circumstances.:

1122641

EXHIBIT B
Page 001864

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Mike McFarland</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Service calls in 90 days, equipment would go out such as; IRDs, LNBs, switches, splitters, WIFI and boardband. Would get charged back $40.50 for each.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122641

**<u>Entity</u>:**

Name:                                                        <u>HD Experts</u>

Address:                                                   <u>Baltimore, MD</u>

Telephone:

Dates of employment:                             <u>07/2010-12/2010</u>

Position/title:                                           <u>Field Technician</u>

Did you sign an employment agreement?    <u>No</u>

Tasks performed:                                     <u>dish installs</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,     <u>piece rate</u>

salary):

Rate of pay/wage/salary:                          <u>$90/$15</u>

Hours worked per week (Average):            <u>40-60</u>

Amounts owed (if applicable):

Did you receive a:                                     <u>1099</u>

Who issued your 1099/W-2?                      <u>HD Experts</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

   <u>no one</u>

1122641

EXHIBIT B
Page 001866

Who provided your gas and/or transportation while employed?

self

Who provided any supplies or materials necessary to performing your job?

self

Who provided your tools and/or equipment?

self

Were you required to wear a uniform?          Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

DIRECTV cap, shirt and khaki pants.

Who paid for the uniform?                              self

Were you provided with a cell phone or     No
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance     No
benefits?

If "yes," who paid for your insurance policy?

1122641

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122641

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

   <u>Service calls in 90 days, equipment would go out such as; IRDs, LNBs,
switches, splitters, WIFI and boardband. Would get charged back
$40.50 for each.</u>

1122641

EXHIBIT B
Page 001869

Did you ever speak with any DIRECTV employee regarding your work?

    <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

    <u>Dispatch</u>

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:     <u>Directech</u>

Address:     <u>Memphis, TN</u>

Telephone:

Dates of employment:     <u>3/2003-8/2005</u>

Position/title:     <u>Field Technician</u>

Did you sign an employment agreement?     <u>Yes</u>

Tasks performed:     <u>install dishes</u>

1122641

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,          <u>piece rate</u>

salary):

Rate of pay/wage/salary:                            <u>$80/$20</u>


Hours worked per week (Average):                    <u>40-60</u>

Amounts owed (if applicable):

Did you receive a:                                  <u>1099</u>

Who issued your 1099/W-2?                           <u>Directech</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

     <u>no one</u>

Who provided your gas and/or transportation while employed?

     <u>self</u>


Who provided any supplies or materials necessary to performing your job?

     <u>self</u>

1122641

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue and khaki DIRECTV shirts, cap, khaki pants</u>

Who paid for the uniform?    <u>Directech</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

    <u>Site manager</u>

Who did you speak with when you had any complaints regarding your job?

    <u>site manager</u>

1122641

EXHIBIT B
Page 001872

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122641

Did you ever have a charge-back for your work?          <u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?          <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                  <u>Barnes Contractor</u>

1122641

Address:                                              Monroe, LA

Telephone:

Dates of employment:                                 9/2005-12/2005

Position/title:                                      Field Technician

Did you sign an employment agreement?                Yes

Tasks performed:                                     DIRECTV installs, upgrades and
                                                     service calls

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,
                                                     piece rate
salary):

Rate of pay/wage/salary:                             $90/$20

Hours worked per week (Average):                     50

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                            Barnes

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        no one

1122641

Who provided your gas and/or transportation while employed?

<u>self</u>

Who provided any supplies or materials necessary to performing your job?

<u>self</u>

Who provided your tools and/or equipment?

<u>self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>DIRECTV shit, cap and khaki pants</u>

Who paid for the uniform?                <u>Barnes</u>

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>Yes</u>
benefits?

If "yes," who paid for your insurance policy?

<u>self</u>

1122641

Who set your vacation policy?

    <u>Banes</u>

Who did you speak with to request days off?

    <u>Barnes</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122641

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your          <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>Service calls in 90 days, equipment would go out such as; IRDs, LNBs,
switches, splitters, WIFI and boardband. Would get charged back
$40.50 for each.</u>

1122641

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                                        <u>Dish Pro</u>

Address:                                    <u>Memphis, TN</u>


Telephone:

Dates of employment:                 <u>12/2008-6/2010</u>


Position/title:                           <u>Field Technician</u>

Did you sign an employment agreement?     <u>No</u>

Tasks performed:                      <u>DIRECTV installs, upgrade and service calls</u>

1122641

Name of supervisor/manager:        <u>Wilbur Paige</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:        <u>$80/$15</u>

Hours worked per week (Average):    <u>50</u>

Amounts owed (if applicable):

Did you receive a:        <u>1099</u>

Who issued your 1099/W-2?    <u>Dish Pro</u>

Who kept track of your hours? If you kept track of your own hours, how did you keep track of your hours and to whom did you report your hours?

    <u>no one</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

1122641

EXHIBIT B
Page 001880

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DIRECTV cap, shirt and khaki pants</u>

Who paid for the uniform?    <u>Company</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>Dish Pro</u>

Who did you speak with to request days off?

    <u>Dish Pro</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Dish Pro</u>

1122641

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>DIRECTV University</u>

Instructor/trainer:

Where was the training held?:    <u>Multi Band</u>

Who paid for the training?

1122641

EXHIBIT B
Page 001882

Did you ever have a charge-back for your work?     <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>Service calls in 90 days, equipment would go out such as; IRDs, LNBs, switches, splitters, WIFI and boardband. Would get charged back $35-$100.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                        <u>Connect TV</u>

1122641

EXHIBIT B
Page 001883

Address:                                              Los Angeles, CA

Telephone:

Dates of employment:                                 12/2005-7/2006

Position/title:                                      Field Technician

Did you sign an employment agreement?                No

Tasks performed:                                     install, upgrades, service calls

Name of supervisor/manager:                          Clay Howard

Method of pay (*i.e.*, piece-rate, hourly,
                                                     piece rate
salary):

Rate of pay/wage/salary:                             $80/$20

Hours worked per week (Average):                     40-50

Amounts owed (if applicable):

Did you receive a:                                   1099

Who issued your 1099/W-2?                            Connect TV

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        no one

1122641

EXHIBIT B
Page 001884

Who provided your gas and/or transportation while employed?

> <u>self</u>

Who provided any supplies or materials necessary to performing your job?

> <u>self</u>

Who provided your tools and/or equipment?

> <u>self</u>

Were you required to wear a uniform?          <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

> <u>DIRECTV shirt, cap, khaki pants</u>

Who paid for the uniform?                    <u>Company</u>

Were you provided with a cell phone or    <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance    <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1122641

EXHIBIT B
Page 001885

Who set your vacation policy?

    <u>Clay Howard</u>


Who did you speak with to request days off?

    <u>Clay Howard</u>


Who did you speak with when you had any complaints regarding your job?

    <u>Clay Howard</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122641

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type    <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your    <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

1122641

EXHIBIT B
Page 001887

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                  <u>Coastal Installations</u>

Address:                               <u>Panama City, FL</u>

Telephone:                         <u>601-608-8078</u>

Dates of employment:          <u>02/2011-present</u>

Position/title:                     <u>Field Technician</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                <u>installs and upgrades on</u>
                                       <u>DIRECTV equipment</u>

1122641

Name of supervisor/manager:                    <u>Mike McFarland</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:                       <u>$70/$15</u>


Hours worked per week (Average):               <u>50</u>

Amounts owed (if applicable):

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Coastal Installations</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

      <u>no one</u>

Who provided your gas and/or transportation while employed?

      <u>self</u>


Who provided any supplies or materials necessary to performing your job?

      <u>self</u>

1122641

EXHIBIT B
Page 001889

Who provided your tools and/or equipment?

  <u>self</u>

Were you required to wear a uniform?   <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

  <u>DIRECTV shirt and khaki pants</u>

Who paid for the uniform?   <u>self</u>

Were you provided with a cell phone or <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

  <u>Coastal</u>

Who did you speak with to request days off?

  <u>Mike McFarland</u>

Who did you speak with when you had any complaints regarding your job?

  <u>Mike McFarland</u>

1122641

EXHIBIT B
Page 001890

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122641

Did you ever have a charge-back for your        Yes
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> Service calls in 90 days, equipment would go out such as; IRDs, LNBs,
> switches, splitters, WIFI and boardband. Would get charged back
> $40.50 for each.

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

Did you work for any other person or company,        No
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122641

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

<u>Assemble satellite dishes, driving to and from depot to get supplies or schedules, cleaning out van, attending meetings, acknowledging work schedules in the morning, follow up appointments with customers and assisting other technicians with installs.</u>

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10-20</u>

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:


16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.


I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                    Signed:

1122641

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

William Frazier

1122641

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  William Conard Fulkerson

Maiden name (if applicable):

Nicknames and aliases (current and former):    Willard

Date of birth:    10/14/1941

Technician Number(s):    MBMI034640

Current address:    3201 Dartmouth, OXford, MI 48371

Cell phone number (with area code):

Home phone number (with area code):    248-628-4509

E-mail address (primary):    conardw@aol.com

1121203

2.      **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Avondale High</u>

School location (city, state):           <u>Auburn Hills, MI</u>

3.      **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.      **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.      **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

    <u>Yes</u>

1121203

If "yes," please provide the following:
    Licenses held:                    <u>SBCA</u>

    Level of SBCA Certification:      <u>Certified Contractor</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>Wirecom</u>

    Address:                      <u>Orion Township</u>

    Dates of your
    employment/membership:        <u>10/01/2010-03-12-2011</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>Wirecom</u>

    with this training, if any?

    Who paid the initial fees?          <u>Wirecom</u>

    Who paid the renewal fees?        <u>Wirecom</u>

1121203

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?          <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>Yes</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:          <u>DIRECTV case in Minnesota against Multiband about 1 year ago (today is 4/17/13)</u>

1121203

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121203

**HSP:**

| | |
|---|---|
| Name: | <u>Multiband</u> |
| Address: | <u>Novi</u> |
| Telephone: | |
| Dates of engagement: | <u>10/01/2010-03/12/2011</u> |
| Position/title: | <u>Installer</u> |
| Approximate dates of DIRECTV work orders: | <u>10/01/2010-03/12/2011</u> |
| Did you have a contract with the HSP? | <u>I don't know</u> |

If "yes," please describe the terms of that contract:


Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Wirecom and Multiband</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Multiband</u>

1121203

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Moved a set from living room to basement.  When finished, the inspector said all wiring had to be brought up to code at my expense because it is always the job of the most recent tech on the site.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Wirecom</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>I installed the units and left the site.  When the grandkids changed the TV to a different HDMI for games they did not change it back.  DIRECTV sent a tech to change it back and I was charged $45 for the service.  This happened many times and they said you were responsible for 90 days after an install.</u>

11.  **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121203

**Subcontractor:**

Name:                                    Wirecom

Address:                                 MI

Telephone:

Dates of engagement:                     10/01/2010-03/12/2011

Position/title:                          Installer

Approximate dates of DIRECTV work
orders:                                  10/01/2010-03/12/2011

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?          Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Multiband, unsure of terms.

Did the subcontractor have a contract with DIRECTV?          I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121203

EXHIBIT B
Page 001902

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Wirecom through multiband

Who supervised and/or reviewed your work at DIRECTV customer sites?

    No one

Were you ever asked to correct your work at a DIRECTV customer    Yes

site?

If "yes," please describe the circumstances.:

    Moved a set from living room to basement.  When finished, the inspector
    said all wiring had to be brought up to code at my expense because it is
    always the job of the most recent tech on the site.

1121203

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Wirecom

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> I installed the units and left the site.  When the grandkids changed the TV to a different HDMI for games they did not change it back.  DIRECTV sent a tech to change it back and I was charged $45 for the service.  This happened many times and they said you were responsible for 90 days after an install.

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    No

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121203

**Entity:**

Name:                                                    Wirecom

Address:                                                Orion Township

Telephone:

Dates of employment:                      10/01/2010-03/12/2011

Position/title:                                      Installer

Did you sign an employment agreement?    No

Tasks performed:                              Installer

Name of supervisor/manager:          Chris Hanson Oconer
                                                           248-236-9970

Method of pay (*i.e.*, piece-rate, hourly,    piece rate

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):      55-65

Amounts owed (if applicable):

Did you receive a:                              1099

Who issued your 1099/W-2?              Wirecom

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    No one, self

1121203

EXHIBIT B
Page 001905

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self, charged back for the items</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>No</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1121203

Who set your vacation policy?

    <u>No vacation</u>

Who did you speak with to request days off?

    <u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121203

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                <u>Updates 1 hour per week</u>

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>I installed the units and left the site. When the grandkids changed the
TV to a different HDMI for games they did not change it back.
DIRECTV sent a tech to change it back and I was charged $45 for the
service. This happened many times and they said you were responsible
for 90 days after an install.</u>

1121203

EXHIBIT B
Page 001908

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, <u>No</u> including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

<u>I was not paid when i had to run new cable, clean my truck, assemble satellite dishes before heading out, check the work schedules, haul the inventory to and from the warehouse every morning and night, installing a set into an elaborate sound system and my supervisor took the money, working on installations that were not completed, attending weekly meetings, and if a customer was not home when I arrived I would have to wait for 45 minutes before leaving and not getting paid.</u>

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

<u>10-15</u>

1121203

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121203

**VERIFICATION**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*William Fulkerson* [signature]

William Fulkerson

1121203

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.  **Personal Information**. Please provide the following information about yourself.

    Name (First, Middle, Last):  Stephen  Fulton


    Maiden name (if applicable):

    Nicknames and aliases (current and former):

    Date of birth:                                    10/22/1945

    Technician Number(s):                    DVAL831305, DVAL645731

    Current address:                              6420 Appaloosa Ave Milton, FL
                                                            32570

    Cell phone number (with area code):    850-516-4260

    Home phone number (with area code):    859-981-0131

    E-mail address (primary):                srfulton@bellsouth.net

1121340

2.    **Education -- High School.**

High School Graduate?                          Yes

Name of high school:                          Singer High

School location (city, state):

3.    **Education - College.**

College Graduate?                             Yes

Name of college:                              Northside School of Preaching

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                     No

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

Yes

1121340

If "yes," please provide the following:
    Licenses held:                          <u>SBCA 226207</u>

    Level of SBCA Certification:      <u>Residential</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

      <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:    <u>Bruister & Associates</u>

    Address:                        <u>Loxley, Alabama</u>

    Dates of your
    employment/membership:       <u>August 12, 2004 - April 15, 2007</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>Self</u>

    with this training, if any?

    Who paid the initial fees?         <u>Self</u>

    Who paid the renewal fees?       <u>Self</u>

1121340

7.    **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

 Yes

**Training/Apprenticeship:**

Name of training provider or association:    Bruister & Associates

Nature of training or apprenticeship:    Loxley, Alabama

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

**Training/Apprenticeship:**

Name of training provider or association:    Bruister

Nature of training or apprenticeship:    Continued training and leadership

Were there any fees or costs associated    No

with this training?

If "yes," who paid for these fees and/or costs?

1121340

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

Entity against whom the complaint was filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.     **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121340

**HSP:**

Name:                                              Bruister & Associates

Address:                                           Loxley, AL

Telephone:

Dates of engagement:                    8/2004-6/2008

Position/title:                               Installer

Approximate dates of DIRECTV work
orders:                                            8/2004-6/2008

Did you have a contract with the HSP?        I don't know

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    Bruister's

Who supervised and/or reviewed your work at DIRECTV customer sites?

1121340

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>Yes</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>For any custom calls  that required us to come back, charge back $50 for everything.</u>

**HSP:**

    Name:                                       <u>Ameritec Broadband</u>

    Address:

    Telephone:

    Dates of engagement:          <u>June 2008 - 2010</u>

    Position/title:                    <u>Installer</u>

1121340

Approximate dates of DIRECTV work orders:    <u>2008 - 2010</u>

Did you have a contract with the HSP?    <u>No</u>

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Ameritec</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Ameritec supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home,

schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

1121340

EXHIBIT B
Page 001919

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>No</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>No</u>

If "yes," please provide the following information:

1121340

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1121340

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1121340

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?     <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121340

EXHIBIT B
Page 001923

**<u>Entity</u>:**

Name:                                                    <u>Bruister & Associates</u>

Address:                                                 <u>Loxley, AL</u>

Telephone:

Dates of employment:                        <u>August 2004 to June 2008</u>

Position/title:                                        <u>Installer and Leadman</u>

Did you sign an employment agreement?    <u>Yes</u>

Tasks performed:                               <u>Installed DirecTV, supervised a</u>
                                                              <u>crew</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,
                                                              <u>Began as piece-rate and ended as</u>
salary):                                                  <u>hourly</u>

Rate of pay/wage/salary:                   <u>$65 per instal; $65 for 1st box;</u>
                                                              <u>$15 for 2nd; $30 for upgrade</u>

Hours worked per week (Average):       <u>75-100</u>

Amounts owed (if applicable):

Did you receive a:                              <u>1099</u>

Who issued your 1099/W-2?              <u>Bruister & Associates</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>Office manager at Bruster's but was told if they were over 40, we would</u>
<u>not get any work.</u>

1121340

EXHIBIT B
Page 001924

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Bruister's and DirecTV</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue shirt with DirecTV logo on it</u>

Who paid for the uniform?    <u>Bruister's and I bought a few</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>Yes</u>

If "yes," who paid for your insurance policy?

    <u>Self</u>

1121340

Who set your vacation policy?

    <u>Bruister's</u>

Who did you speak with to request days off?

    <u>Office in Loxley, AL</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Manager</u>

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>Yes</u>

If "yes," who provided the handbook?

    <u>Office Manager</u>

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>Yes</u>

If "yes," please provide the following:

Type of training:    <u>How to install equipment</u>

1121340

EXHIBIT B
Page 001926

Instructor/trainer:

Where was the training held?:                  <u>Loxley, AL</u>

Who paid for the training?                     <u>Bruister</u>

Did you ever have a charge-back for your       <u>No</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

      <u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121340

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                              Retired

Address:

Telephone:

Dates of employment:                               2010-present

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1121340

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?



Who provided any supplies or materials necessary to performing your job?


Who provided your tools and/or equipment?



Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1121340

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121340

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1121340

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity**:

Name:                                                        Ameritec

Address:                                                    FL

Telephone:

Dates of employment:                             6/2008-2010

Position/title:                                         technician

Did you sign an employment agreement?        No

Tasks performed:                                    installed satellite dishes

1121340

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,      <u>piece rate</u>

salary):

Rate of pay/wage/salary:                        <u>$65/$15</u>


Hours worked per week (Average):                <u>75+</u>

Amounts owed (if applicable):


Did you receive a:                              <u>1099</u>

Who issued your 1099/W-2?                        <u>Ameritec</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>Ameritec, no one tracked hours.</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

1121340

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?      <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>blue shirt with DIRECTV logo on it.</u>

Who paid for the uniform?      <u>self</u>

Were you provided with a cell phone or  <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance  <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>none</u>

Who did you speak with to request days off?

    <u>supervisor</u>

Who did you speak with when you had any complaints regarding your job?

    <u>supervisor</u>

1121340

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

| | |
|---|---|
| Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)? | <u>Yes</u> |

If "yes," please provide the following:

| | |
|---|---|
| Type of training: | <u>how to install equipment</u> |
| Instructor/trainer: | |
| Where was the training held?: | <u>Loxley, AL</u> |

Who paid for the training?

1121340

EXHIBIT B
Page 001935

Did you ever have a charge-back for your work?     <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

     <u>For any custom calls  that required us to come back, charge back $50 for everything.</u>

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121340

14. **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1) What work tasks do you claim you performed for which you were not paid?

Worked 6:00 am to 10:00 or 11:00 pm most days.  Not paid for assembling satellite dishes, driving to and from a depot to get supplies or schedules, clean van, attended meetings, acknowledge work schedules, follow up appointments with customers

2) How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

30 - 60

15. **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

Carolin, I don't remember but there were a few

16. To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121340

## **VERIFICATION**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Steven Fulton

1121340

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.    **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Ricky Lee Gabrielse

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                           09/07/1988

Technician Number(s):            DSWI008464

Current address:                      989 township road 161 south
                                                point, ohio 45680

Cell phone number (with area code):     740-918-0242

Home phone number (with area code):     740-523-0290

E-mail address (primary):               r.gabrielse@hotmail.com

1122603

2.      **Education -- High School.**

     High School Graduate?          <u>Yes</u>

     Name of high school:          <u>Sheboygan county Christian high
school</u>

     School location (city, state):         <u>Sheboygan, Wisconsin</u>

3.      **Education - College.**

     College Graduate?          <u>No</u>

     Name of college:

     School location (city, state):

     Dates attended:

4.      **Education - Other Post-Secondary.**

     Post-Secondary Education?         <u>No</u>

     Name of post-secondary school:

     School location (city, state):

     Dates attended:

5.      **Licensure - SBCA/Accreditation.**

     Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

          <u>I don't know</u>

1122603

If "yes," please provide the following:
   Licenses held:

   Level of SBCA Certification:

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>Steve foth</u>

   Address:

   Dates of your
   employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated    <u>self</u>

   with this training, if any?

   Who paid the initial fees?    <u>Steve foth probably</u>

   Who paid the renewal fees?    <u>never had too</u>

1122603

7.     **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.     **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.     Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>Yes</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:        <u>never got my last pay check it</u>
<u>took over a year to recieve it.</u>

1122603

Entity against whom the complaint was
filed:

Equal employment opportunity
commission

Agency with which claim was filed:

Wisconsin

Date of Complaint:

i dont remember

Resolution:

got my check finally

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work
orders for DIRECTV customers?:

Yes

If "yes," please provide the following information:

1122603

**HSP:**

Name:                                          Direct Sat

Address:                                       Milwaukee, WI

Telephone:

Dates of engagement:                           08/2009-6/2010

Position/title:                                installer

Approximate dates of DIRECTV work              08/2009-06/2010
orders:

Did you have a contract with the HSP?          Yes


If "yes," please describe the terms of that contract:


        basic contract
Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

        Steve Foth, Direct Sat




Who supervised and/or reviewed your work at DIRECTV customer sites?

        Steve Foth




1122603

Were you ever asked to correct your work at a DIRECTV customer site?

    <u>Yes</u>

If "yes," please describe the circumstances.:

    <u>They were not working correctly and then I was told that I had to go back even though I was off.</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Steve Foth</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>It was on my check, all he told me was that it was my fault he had to go to the site so he took my money off my check.</u>

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

    <u>No</u>

If "yes," please provide the following information:

1122603

**<u>Subcontractor:</u>**

Name:

Address:

Telephone:

Dates of engagement:

Position/title:

Approximate dates of DIRECTV work
orders:

Did you have a contract with the subcontractor?

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?

If "yes," please describe what you know about that contract (terms, etc.).

1122603

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

Who supervised and/or reviewed your work at DIRECTV customer sites?

Were you ever asked to correct your work at a DIRECTV customer

site?

If "yes," please describe the circumstances.:

1122603

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

Did you ever have a charge-back for your work at a DIRECTV customer site?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

12.    **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1122603

**<u>Entity</u>:**

Name:                                             <u>Military</u>

Address:

Telephone:

Dates of employment:                              <u>2005-2007</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1122603

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122603

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1122603

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:



Did you ever speak with any DIRECTV employee regarding your work?



If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

1122603

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                                    McSwinney's

Address:                                                 WI

Telephone:

Dates of employment:                                     2010-2/2011

Position/title:                                          Side Grinder

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

1122603

Did you receive a:                                              <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?



Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?



Who provided your tools and/or equipment?




Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?



Who paid for the uniform?

1122603

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1122603

EXHIBIT B
Page 001955

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

1122603

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>GC Services</u>

Address:                                          <u>WI</u>

Telephone:

Dates of employment:                              <u>2011 (3 months)</u>

Position/title:                                   <u>Customer Service</u>

Did you sign an employment agreement?

Tasks performed:

1122603

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                          <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122603

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122603

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122603

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                        Security

1122603

Address:                                    <u>WI</u>

Telephone:

Dates of employment:                        <u>2012-present</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                          <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1122603

EXHIBIT B
Page 001962

Who provided your gas and/or transportation while employed?

Who provided any supplies or materials necessary to performing your job?

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

1122603

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

1122603

EXHIBIT B
Page 001964

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:


Did you ever speak with any DIRECTV employee regarding your work?


If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

1122603

Did you work for any other person or company, including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**Entity:**

Name:                                    Direct Sat

Address:                                 Milwaukee, WI

Telephone:

Dates of employment:                     08/09-06/10

Position/title:                          technician

Did you sign an employment agreement?    Yes

Tasks performed:                         install satellite dishes

Name of supervisor/manager:              Steve Foth

Method of pay (*i.e.*, piece-rate, hourly,

salary):                                 piece rate

Rate of pay/wage/salary:                 $55/?

Hours worked per week (Average):         70+

Amounts owed (if applicable):

1122603

Did you receive a:                              <u>1099</u>

Who issued your 1099/W-2?                    <u>Direct Sat</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one</u>

Who provided your gas and/or transportation while employed?

    <u>self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>self</u>

Who provided your tools and/or equipment?

    <u>self</u>

Were you required to wear a uniform?         <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>DTV shirt, jacket, khaki pants</u>

Who paid for the uniform?                     <u>self</u>

1122603

Were you provided with a cell phone or   <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?


Were you provided with insurance   <u>No</u>
benefits?

If "yes," who paid for your insurance policy?


Who set your vacation policy?

<u>none</u>


Who did you speak with to request days off?

<u>Steve Foth</u>


Who did you speak with when you had any complaints regarding your job?

<u>Steve Foth</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>Yes</u>

If "yes," please provide the following:

Name:   <u>Other technicians</u>

Nature of help/assistance:   <u>when first started, helped with jobs</u>

Frequency of help/assistance:   <u>first month</u>

1122603

EXHIBIT B
Page 001968

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                                        <u>One week trainig, class room</u>

Instructor/trainer:                                      <u>Steve Foth</u>

Where was the training held?:                     <u>WI</u>

Who paid for the training?

Did you ever have a charge-back for your     <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

<u>it was on my check all he told me was that it was my fault he had to go
to the site so he took my money off my check.</u>

1122603

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                     <u>Walmart</u>

Address:                 <u>WI</u>

Telephone:

Dates of employment:       <u>2007-2008</u>

Position/title:

Did you sign an employment agreement?

Tasks performed:

1122603

EXHIBIT B
Page 001970

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                    <u>W-2</u>

Who issued your 1099/W-2?

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?


Who provided your gas and/or transportation while employed?




Who provided any supplies or materials necessary to performing your job?

1122603

EXHIBIT B
Page 001971

Who provided your tools and/or equipment?

Were you required to wear a uniform?

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

Who paid for the uniform?

Were you provided with a cell phone or cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

Who did you speak with to request days off?

Who did you speak with when you had any complaints regarding your job?

1122603

Did anyone else ever help you perform or complete tasks as part of your job?

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1122603

Did you ever have a charge-back for your
work?

If so, please describe what happened (type of chargeback, amount of
chargeback, who imposed the chargeback, process, and resolution). Please also
indicate whether the chargeback was computed on an hourly, piece-rate, or
salaried basis.:

Did you ever speak with any DIRECTV employee regarding your work?

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)
of the conversations, the substance of the conversations, and any witnesses to the
conversations.

Did you work for any other person or company,
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1122603

14.     **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

When i worked a site and then i got the money taken away for some reason that i had no idea about. Having to travel over 60 miles a bunch of times when there were jobs that i could have had in my area. Assemble satellite dishes, drive to and from depot to get supplies or schedules, clean out van, attend meetings, acknowledge work schedules in the morning, follow up appointments with customers and assist other technicians with installs, work on installs that were never completed.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

10

15.     **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

I can't think of his name any more

16.     To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                          Signed:     *Ricky Gabrielse*

1122603

EXHIBIT B
Page 001975

## <u>DISCOVERY QUESTIONNAIRE</u>

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.      **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last): Danyale P Gage

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                          <u>12/10/1969</u>

Technician Number(s):                   <u>DSIL000321, DSIL000346</u>

Current address:                        <u>556 Paxton, Calumet IL 60409</u>

Cell phone number (with area code):     <u>630-816-5102</u>

Home phone number (with area code):

E-mail address (primary):               <u>cablegdonyal@yahoo.com</u>

1120809

EXHIBIT B
Page 001976

2.      **Education -- High School.**

      High School Graduate?                    <u>Yes</u>

      Name of high school:                  <u>Wendell Phillips High</u>

      School location (city, state):       <u>Chicago, IL</u>

3.      **Education - College.**

      College Graduate?                    <u>No</u>

      Name of college:                    <u>Olive</u>

      School location (city, state):       <u>Chicago, IL</u>

      Dates attended:                     <u>1989-1990</u>

4.      **Education - Other Post-Secondary.**

      Post-Secondary Education?           <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.      **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

            <u>Yes</u>

1120809

If "yes," please provide the following:
    Licenses held:                          <u>SCBA Certified Installer</u>

    Level of SBCA Certification:          <u>2</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>No</u>

If "yes," please provide the following:
    Name of employer/association/entity:

    Address:

    Dates of your employment/membership:

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated    <u>Clearview</u>

    with this training, if any?

    Who paid the initial fees?             <u>Self</u>

    Who paid the renewal fees?          <u>Self</u>

1120809

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

  Yes

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>Apex Digital</u>
Nature of training or apprenticeship:         <u>Installing Cable 3 Dish</u>

Were there any fees or costs associated       <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or      <u>Self</u>
costs?

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:      <u>DIRECTV SAT</u>
Nature of training or apprenticeship:         <u>Installer</u>

Were there any fees or costs associated       <u>Yes</u>

with this training?

If "yes," who paid for these fees and/or      <u>Self</u>
costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?       <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

1120809

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency
(*e.g.,* Equal Employment Opportunity Commission or Department of Labor)
regarding the pay you received for installing or repairing DIRECTV systems?

        <u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:


Entity against whom the complaint was
filed:

Agency with which claim was filed:


Date of Complaint:

Resolution:


10.     **DIRECTV Work -- HSP's.**

        Have any Home Service Providers ("HSP's") ever engaged you to perform work
orders for DIRECTV customers?:

        <u>Yes</u>


If "yes," please provide the following information:


1120809

**HSP:**

Name:                                        DIRECT SAT

Address:

Telephone:

Dates of engagement:                         05/07/2007-04/14/2011

Position/title:                              Installer

Approximate dates of DIRECTV work            05/07/2007-04/14/2011
orders:

Did you have a contract with the HSP?        Yes


If "yes," please describe the terms of that contract:


     Unsure.
Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

     Supervisor Jason Schneider




Who supervised and/or reviewed your work at DIRECTV customer sites?

     Supervisor




1120809

EXHIBIT B
Page 001981

Were you ever asked to correct your work at a DIRECTV customer site?

<u>No</u>

If "yes," please describe the circumstances.:

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Supervisor Jason Schneider</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>They would often issue a chargeback and have no good explanation. They would not allow you to return to the site to fix what they referred to as a mistake. They would say that a block was 6.25 inches when it was supposed to be 6 inches and issue a chargeback. They would say that the service loops were too large, issue a chargeback, but never send anyone out to fix the loop.</u>

1120809

11.     **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

Yes

If "yes," please provide the following information:

1120809

**Subcontractor:**

Name:                                           Clearview

Address:                                        Jefferson City, MO

Telephone:

Dates of engagement:                            2009-2011

Position/title:                                 Installer

Approximate dates of DIRECTV work               04/2009-04/2011
orders:


Did you have a contract with the subcontractor?    Yes

If "yes," please describe the terms of that contract:

    Not sure.

Did the subcontractor have a contract with an HSP?    Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    Unsure

Did the subcontractor have a contract with DIRECTV?    I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1120809

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Supervisor Jason Schneider</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Supervisor</u>

Were you ever asked to correct your work at a DIRECTV customer   <u>No</u>

site?

If "yes," please describe the circumstances.:

1120809

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Supervisor Jason Schneider</u>


Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>They would often issue a chargeback and have no good explanation. They would not allow you to return to the site to fix what they referred to as a mistake. They would say that a block was 6.25 inches when it was supposed to be 6 inches and issue a chargeback. They would say that the service loops were too large, issue a chargeback, but never send anyone out to fix the loop.</u>

**Subcontractor:**

Name:                         <u>Unlimited Wiring</u>

Address:

Telephone:

Dates of engagement:        <u>4/14/09-4/14/2011</u>

1120809

Position/title:                                    <u>Installer</u>

Approximate dates of DIRECTV work          <u>4/14/09-4/14/2011</u>
orders:


Did you have a contract with the subcontractor?        <u>No</u>


If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        <u>DIRECT SAT</u>


Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>


If "yes," please describe what you know about that contract (terms, etc.).


1120809

EXHIBIT B
Page 001987

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Supervisor</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>James Bennette</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>No</u>

site?

If "yes," please describe the circumstances.:

1120809

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

> Supervisor or dispatch

Did you ever have a charge-back for your work at a DIRECTV customer site?

> Yes

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

> They would often issue a chargeback and have no good explanation. They would not allow you to return to the site to fix what they referred to as a mistake. They would say that a block was 6.25 inches when it was supposed to be 6 inches and issue a chargeback. They would say that the service loops were too large, issue a chargeback, but never send anyone out to fix the loop.

**Subcontractor:**

Name:                                   Wireguys

Address:                                Round Lake Park, IL

Telephone:

Dates of engagement:                    05/07/2007-10/08/2008

1120809

EXHIBIT B
Page 001989

Position/title:                                    <u>Installer</u>

Approximate dates of DIRECTV work        <u>05/07/2007-10/08/2008</u>
orders:

Did you have a contract with the subcontractor?        <u>Yes</u>

If "yes," please describe the terms of that contract:

    <u>Unsure</u>

Did the subcontractor have a contract with an HSP?        <u>Yes</u>

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

    <u>DIRECT SAT</u>

Did the subcontractor have a contract with DIRECTV?        <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1120809

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

    <u>Supervisor Shawn, but can't remember last name.</u>


Who supervised and/or reviewed your work at DIRECTV customer sites?

    <u>Supervisor Shawn, cannot remember last name.</u>


Were you ever asked to correct your work at a DIRECTV customer     <u>No</u>

site?

If "yes," please describe the circumstances.:

1120809

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>DIRECT SAT and contracting supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>They would often issue a chargeback and have no good explanation. They would not allow you to return to the site to fix what they referred to as a mistake. They would say that a block was 6.25 inches when it was supposed to be 6 inches and issue a chargeback. They would say that the service loops were too large, issue a chargeback, but never send anyone out to fix the loop. Customer could always watch the TV with no problem.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

1120809

13.    **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1120809

**<u>Entity</u>:**

Name:                                         <u>Clearview</u>

Address:

Telephone:

Dates of employment:                          <u>04/2009-04/2011</u>

Position/title:                               <u>Installer</u>

Did you sign an employment agreement?         <u>Yes</u>

Tasks performed:                              <u>Installer</u>

Name of supervisor/manager:                   <u>Jason Schneider</u>

Method of pay (*i.e.*, piece-rate, hourly,    <u>piece rate</u>

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):              <u>60+</u>

Amounts owed (if applicable):

Did you receive a:                            <u>1099</u>

Who issued your 1099/W-2?                      <u>Unsure</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

<u>No one, self</u>

1120809

EXHIBIT B
Page 001994

Who provided your gas and/or transportation while employed?

    <u>Self</u>

Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Black pants, blue shirt</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

1120809

EXHIBIT B
Page 001995

Who set your vacation policy?

<u>No vacation</u>

Who did you speak with to request days off?

<u>Supervisor</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120809

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>They would often issue a chargeback and have no good explanation.
They would not allow you to return to the site to fix what they referred
to as a mistake.  They would say that a block was 6.25 inches when it
was supposed to be 6 inches and issue a chargeback.  They would say
that the service loops were too large, issue a chargeback, but never send
anyone out to fix the loop.</u>

1120809

EXHIBIT B
Page 001997

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Supervisor</u>

Did you work for any other person or company,   <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                                   <u>Wireguys</u>

Address:                                                <u>Round Lake Park, IL</u>

Telephone:

Dates of employment:                                    <u>05/07/2007-10/08-2008</u>

Position/title:                                         <u>Installer</u>

Did you sign an employment agreement?                   <u>Yes</u>

Tasks performed:                                        <u>Installer</u>

1120809

Name of supervisor/manager:                    <u>Shawn, not sure of last name</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>piece rate</u>

salary):

Rate of pay/wage/salary:


Hours worked per week (Average):               <u>60+</u>

Amounts owed (if applicable):

Did you receive a:                             <u>1099</u>

Who issued your 1099/W-2?                       <u>Unsure</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    <u>No one, self</u>

Who provided your gas and/or transportation while employed?

    <u>Self</u>


Who provided any supplies or materials necessary to performing your job?

    <u>Self</u>

1120809

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue shirt, black pants</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>no vacation</u>

Who did you speak with to request days off?

    <u>Supervisor shawn</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisor shawn</u>

1120809

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1120809

EXHIBIT B
Page 002001

Did you ever have a charge-back for your work?    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>They would often issue a chargeback and have no good explanation. They would not allow you to return to the site to fix what they referred to as a mistake.  They would say that a block was 6.25 inches when it was supposed to be 6 inches and issue a chargeback.  They would say that the service loops were too large, issue a chargeback, but never send anyone out to fix the loop. Customer could always watch the TV with no problem.</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>Yes</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

<u>Supervisor</u>

Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1120809

**<u>Entity</u>:**

Name:                                                    <u>Unlimited Wiring</u>

Address:

Telephone:

Dates of employment:                        <u>04/14/2009-04/14-2011</u>

Position/title:                                     <u>Installer</u>

Did you sign an employment agreement?   <u>Yes</u>

Tasks performed:                               <u>Installer</u>

Name of supervisor/manager:             <u>James Bennette</u>

Method of pay (*i.e.*, piece-rate, hourly,     <u>piece rate</u>
salary):

Rate of pay/wage/salary:

Hours worked per week (Average):         <u>60+</u>

Amounts owed (if applicable):

Did you receive a:                              <u>1099</u>

Who issued your 1099/W-2?                 <u>Unsure</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

      <u>No one, self</u>

1120809

EXHIBIT B
Page 002003

Who provided your gas and/or transportation while employed?

<u>Self</u>

Who provided any supplies or materials necessary to performing your job?

<u>Self</u>

Who provided your tools and/or equipment?

<u>Self</u>

Were you required to wear a uniform?        <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

<u>Blue shirt, black pants</u>

Who paid for the uniform?        <u>Self</u>

Were you provided with a cell phone or        <u>No</u>
cell phone service?

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance        <u>No</u>
benefits?

If "yes," who paid for your insurance policy?

1120809

Who set your vacation policy?

<u>No vacation</u>

Who did you speak with to request days off?

<u>Supervisor James Bennette</u>

Who did you speak with when you had any complaints regarding your job?

<u>Supervisor or dispatch</u>

Did anyone else ever help you perform or complete tasks as part of your job?

<u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1120809

Did you receive an employee handbook?        <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type        <u>No</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

<u>They would often issue a chargeback and have no good explanation.
They would not allow you to return to the site to fix what they referred
to as a mistake.  They would say that a block was 6.25 inches when it
was supposed to be 6 inches and issue a chargeback.  They would say
that the service loops were too large, issue a chargeback, but never send
anyone out to fix the loop. Customer could always watch the TV with
no problem.</u>

1120809

Did you ever speak with any DIRECTV employee regarding your work?

 Yes

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

 Supervisor

Did you work for any other person or company,     No
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the
following:

1)   What work tasks do you claim you performed for which you were not paid?

I would have to drive from where I live in Chicago out to Round Lake
where the warehouse was, which was a 2 hour drive each way.  I also had
to put together the sattelite dishes, maintain my van, check in for the work
schedules in the morning or at night, not paid to do installations if
DIRECTV had a problem and I couldn't finish it, go to meetings, report
back to job sites with customers or help other technicians with
installations and had to miss jobs when they would assign too many tasks
for the day.  This would always result in a chargeback if I missed an
appointment even though they scheduled too many.

2)   How many hours per week do you estimate you spent on unpaid work tasks
identified in 1) above?

20 hours

1120809

EXHIBIT B
Page 002007

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                       Signed:

1120809

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**.  Please provide the following information about yourself.

Name (First, Middle, Last):  Juan  Garcia Jr

Maiden name (if applicable):                    n/a

Nicknames and aliases (current and former):     n/a

Date of birth:                                  04/28/1969

Technician Number(s):                           MATX902720, DWTX031318,
                                                MBTX031318, DWTX020667,
                                                DWTX022083, DWTX026159
Current address:                                1602 N. 3rd Street Harlingen, TX
                                                78550

Cell phone number (with area code):             956-577-6118

Home phone number (with area code):             n/a

E-mail address (primary):                       ealanis1973@yahoo.com

1121412

2.    **Education -- High School.**

High School Graduate?                    <u>Yes</u>

Name of high school:                     <u>Progreso High School</u>

School location (city, state):           <u>Progreso, TX</u>

3.    **Education - College.**

College Graduate?                        <u>No</u>

Name of college:

School location (city, state):

Dates attended:

4.    **Education - Other Post-Secondary.**

Post-Secondary Education?                <u>No</u>

Name of post-secondary school:

School location (city, state):

Dates attended:

5.    **Licensure - SBCA/Accreditation.**

Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

<u>Yes</u>

1121412

If "yes," please provide the following:
    Licenses held:                 <u>SBCA</u>

    Level of SBCA Certification:     <u>Level 2</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

    <u>Yes</u>

If "yes," please provide the following:
    Name of employer/association/entity:   <u>San Satt & J-JCIS</u>

    Address:                  <u>Pharr, TX and Harlingen, TX</u>

    Dates of your
    employment/membership:       <u>March - April 2011 (Present with J-JCIS)</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

    Who paid the costs and fees associated   <u>San Satt</u>

    with this training, if any?

    Who paid the initial fees?       <u>San Satt</u>

    Who paid the renewal fees?      <u>San Satt</u>

1121412

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

<u>No</u>

**<u>Training/Apprenticeship:</u>**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        <u>No</u>

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

<u>No</u>

If "yes," please provide the following:

Nature of the lawsuit or complaint:

1121412

EXHIBIT B
Page 002012

Entity against whom the complaint was
filed:

Agency with which claim was filed:

Date of Complaint:

Resolution:

10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work
orders for DIRECTV customers?:

<u>Yes</u>

If "yes," please provide the following information:

1121412

**HSP:**

| | |
|---|---|
| Name: | <u>Mastec</u> |
| Address: | <u>Harlingen, TX</u> |
| Telephone: | <u>Do not know</u> |
| Dates of engagement: | <u>2004 - 2009</u> |
| Position/title: | <u>Installer</u> |
| Approximate dates of DIRECTV work orders: | <u>2004 - 2009</u> |
| Did you have a contract with the HSP? | <u>No</u> |

If "yes," please describe the terms of that contract:

Who set your assignments and daily work schedule while you were performing work at DIRECTV customer sites?

<u>Mastec - North America</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Manuel Mecado, Frank, Gino, Juan S.</u>

1121412

EXHIBIT B
Page 002014

Were you ever asked to correct your work at a DIRECTV customer site?

        Yes

If "yes," please describe the circumstances.:

        We would get chargedback the whole install / service calls that pay $20
        and get charged back $72 if customers call within 90 days.

With whom did you speak regarding any issues (e.g., customers not at home,

schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

        Supervisors and put notes with Mastec in San Antonio.

Did you ever have a charge-back for your work at a DIRECTV customer site?

        Yes

If so, please describe what happened (type of chargeback, amount of chargeback,
who imposed the chargeback, process, and resolution). Please also indicate how
much money was "charged back" and, if you know, how that amount was
calculated.:

        Phone lines, customer put the wrong channel, IRD is bad, wall fishings for
        free, $72 chargeback for a service call, pole mounts for free, bad remotes.

11.    **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV
customers?

        Yes

If "yes," please provide the following information:

1121412

EXHIBIT B
Page 002015

**Subcontractor:**

Name:                                              San Satt

Address:                                           2901 N. Express Way Pharr, TX

Telephone:                                         Do not know

Dates of engagement:                               2009 - 2011

Position/title:                                    Installer

Approximate dates of DIRECTV work                  2009 - 2011
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        I don't know

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

Did the subcontractor have a contract with DIRECTV?        I don't know

If "yes," please describe what you know about that contract (terms, etc.).

1121412

EXHIBIT B
Page 002016

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

<u>Manuel Mecado</u>

Who supervised and/or reviewed your work at DIRECTV customer sites?

<u>Manuel Mecado</u>

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

<u>We would get chargedback for the whole install/ service calls that would
only pay $20.00 and get chargedback $72.00 if customers call back
within 90 days.</u>

1121412

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

    <u>Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

    <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

    <u>We received chargebacks for each receiver that was not connected to a phone line, repeated service calls, and bad IRD's.</u>

**Subcontractor:**

| | |
|---|---|
| Name: | <u>J&JCIS</u> |
| Address: | <u>1601 Expressway Harlingen, TX</u> |
| Telephone: | <u>Do not know</u> |
| Dates of engagement: | <u>2011 - Present</u> |
| Position/title: | <u>Installer</u> |
| Approximate dates of DIRECTV work orders: | <u>2011 - Present</u> |

1121412

Did you have a contract with the subcontractor?     <u>No</u>

If "yes," please describe the terms of that contract:


Did the subcontractor have a contract with an HSP?     <u>I don't know</u>

If "yes," please identify the HSP and describe what you know about that contract (terms, etc.).


Did the subcontractor have a contract with DIRECTV?     <u>I don't know</u>

If "yes," please describe what you know about that contract (terms, etc.).

1121412

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

 Manuel Mecado, Juan S. Bassilio, and Gino

Who supervised and/or reviewed your work at DIRECTV customer sites?

 Manuel Mecado, Juan S. Bassilio, and Gino

Were you ever asked to correct your work at a DIRECTV customer   Yes

site?

If "yes," please describe the circumstances.:

 We would get chargedback for repeat service calls, the whole install, or
 if a customer calls within 90 days of installation ($72 chargeback).

1121412

EXHIBIT B
Page 002020

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

>  <u>Supervisors</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

>  <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

>  <u>I lost count of chargebacks. I'm still getting charged back for phone lines,
>  bad IRD's, service calls ($72).</u>

12.  **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13.  **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121412

**<u>Entity</u>:**

Name:                                      <u>San Satt</u>

Address:                                   <u>2901 N. Express Way Pharr, TX</u>

Telephone:                                 <u>Do not know</u>

Dates of employment:                       <u>2009 - 2011</u>

Position/title:                            <u>Installer</u>

Did you sign an employment agreement?      <u>No</u>

Tasks performed:                           <u>Install & Service DIRECTV</u>
                                           <u>systems</u>

Name of supervisor/manager:                <u>Manuel Mecado</u>

Method of pay (*i.e.*, piece-rate, hourly,
                                           <u>Piece-rate</u>
salary):

Rate of pay/wage/salary:                   <u>$50 for installs</u>

Hours worked per week (Average):           <u>45</u>

Amounts owed (if applicable):              <u>Lost track, couple thousand</u>
                                           <u>dollars</u>

Did you receive a:                         <u>1099</u>

Who issued your 1099/W-2?                   <u>San Satt</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

          <u>Self</u>

1121412

Who provided your gas and/or transportation while employed?

     Self

Who provided any supplies or materials necessary to performing your job?

     Self

Who provided your tools and/or equipment?

     Self

Were you required to wear a uniform?     Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

     Blue DIRECTV shirt, black pants, black boots

Who paid for the uniform?     Self

Were you provided with a cell phone or cell phone service?     No

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?     No

If "yes," who paid for your insurance policy?

1121412

EXHIBIT B
Page 002023

Who set your vacation policy?

    No vacation policy

Who did you speak with to request days off?

    Supervisor, Manuel Mecado

Who did you speak with when you had any complaints regarding your job?

    Manuel Mecado or Frank

Did anyone else ever help you perform or complete tasks as part of your job?

    No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    No

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    No

If "yes," please provide the following:

Type of training:

1121412

Instructor/trainer:


Where was the training held?:

Who paid for the training?


Did you ever have a charge-back for your        <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

> <u>We received chargebacks for each receiver that was not connected to a</u>
> <u>phone line, repeated service calls, and bad IRD's.</u>

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s)

of the conversations, the substance of the conversations, and any witnesses to the

conversations.

1121412

Did you work for any other person or company,    <u>No</u>
including yourself, while employed in this
position?

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

**<u>Entity</u>:**

Name:                                             <u>Mastec</u>

Address:                                          <u>Harlingen, TX</u>

Telephone:                                        <u>Do not know</u>

Dates of employment:                              <u>2004 - 2009</u>

Position/title:                                   <u>Installer</u>

Did you sign an employment agreement?             <u>No</u>

Tasks performed:                                  <u>Install Satellite Services</u>

Name of supervisor/manager:                       <u>Manuel Mecado</u>

Method of pay (*i.e.*, piece-rate, hourly,        <u>Piece-rate</u>

salary):

Rate of pay/wage/salary:                          <u>$60 / $30</u>

1121412

Hours worked per week (Average):          50 - 60 hours per week

Amounts owed (if applicable):             Unable to calculate total

Did you receive a:                        W-2

Who issued your 1099/W-2?                 Mastec

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

        No one

Who provided your gas and/or transportation while employed?

        Mastec company van


Who provided any supplies or materials necessary to performing your job?

        Self

Who provided your tools and/or equipment?

        Self


Were you required to wear a uniform?      Yes

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

        Blue shirts and steel-toe boots

Who paid for the uniform?                 Mastec gave blue shirts,
                                          everything else on my own


                                                          1121412

Were you provided with a cell phone or        Yes
cell phone service?

If "yes," who paid for the cell phone and/or service?

     Mastec

Were you provided with insurance        No
benefits?

If "yes," who paid for your insurance policy?

Who set your vacation policy?

     No vacation policy

Who did you speak with to request days off?

     No days off

Who did you speak with when you had any complaints regarding your job?

     Manuel Mecado

Did anyone else ever help you perform or complete tasks as part of your job?

     No

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

1121412

Did you receive an employee handbook?          <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type          <u>Yes</u>
(*e.g.*, performance, employment policies,
etc.)?

If "yes," please provide the following:

Type of training:                              <u>On the Job Training / Training
                                               Classes</u>

Instructor/trainer:                            <u>Supervisor</u>

Where was the training held?:                  <u>Office</u>

Who paid for the training?                      <u>Unpaid</u>

Did you ever have a charge-back for your       <u>Yes</u>
work?

If so, please describe what happened (type of chargeback, amount of

chargeback, who imposed the chargeback, process, and resolution). Please also

indicate whether the chargeback was computed on an hourly, piece-rate, or

salaried basis.:

      <u>Phone lines, customer put the wrong channel, IRD is bad, wall fishings
for free, $72 chargeback for a service call, pole mounts for free, bad
remotes. We received chargebacks every two weeks for $66.00 for
repeat service calls (11 repeat service calls).</u>

1121412

Did you ever speak with any DIRECTV employee regarding your work?

    <u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.


Did you work for any other person or company, including yourself, while employed in this position?    <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:


**<u>Entity</u>:**

Name:                                                <u>J&JCIS</u>


Address:                                             <u>1601 Express Way Harlingen, TX</u>


Telephone:                                           <u>Do not know</u>

Dates of employment:                                 <u>2011 - Present</u>


Position/title:                                      <u>Installer</u>

Did you sign an employment agreement?                <u>No</u>

Tasks performed:                                     <u>Install Satellites and troubleshooting</u>

1121412

Name of supervisor/manager:                    Manuel Mecado

Method of pay (*i.e.*, piece-rate, hourly,     Piece-rate

salary):

Rate of pay/wage/salary:                       $50 for installs


Hours worked per week (Average):               45

Amounts owed (if applicable):                  Do not know

Did you receive a:                             1099

Who issued your 1099/W-2?                       J&JCIS

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

    Supervisors

Who provided your gas and/or transportation while employed?

    Self


Who provided any supplies or materials necessary to performing your job?

    Self

1121412

Who provided your tools and/or equipment?

    <u>Self</u>

Were you required to wear a uniform?    <u>Yes</u>

If "yes," please provide the following:

What did the uniform look like (*e.g.,* colors, logos, etc.)?

    <u>Blue DIRECTV shirt, black pants, and black boots</u>

Who paid for the uniform?    <u>Self</u>

Were you provided with a cell phone or cell phone service?    <u>No</u>

If "yes," who paid for the cell phone and/or service?

Were you provided with insurance benefits?    <u>No</u>

If "yes," who paid for your insurance policy?

Who set your vacation policy?

    <u>No vacation policy</u>

Who did you speak with to request days off?

    <u>Supervisor, Manuel Mecado</u>

Who did you speak with when you had any complaints regarding your job?

    <u>Supervisors</u>

1121412

Did anyone else ever help you perform or complete tasks as part of your job?

    <u>No</u>

If "yes," please provide the following:

Name:

Nature of help/assistance:

Frequency of help/assistance:

Did you receive an employee handbook?    <u>No</u>

If "yes," who provided the handbook?

Did you ever receive training of any type (*e.g.*, performance, employment policies, etc.)?    <u>No</u>

If "yes," please provide the following:

Type of training:

Instructor/trainer:

Where was the training held?:

Who paid for the training?

1121412

EXHIBIT B
Page 002033

Did you ever have a charge-back for your work?     <u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate whether the chargeback was computed on an hourly, piece-rate, or salaried basis.:

<u>I lost count of chargebacks. I'm still getting charged back for phone lines, bad IRD's, service calls ($72).</u>

Did you ever speak with any DIRECTV employee regarding your work?

<u>No</u>

If yes, please identify the DIRECTV employee to whom you spoke, the date(s) of the conversations, the substance of the conversations, and any witnesses to the conversations.

Did you work for any other person or company, including yourself, while employed in this position?     <u>No</u>

If "yes," please provide the following:

Name of second employer:

Dates:

Nature of work:

1121412

14.    **Wage Claim.**

To help the parties understand your claim in this litigation, please answer the following:

1)  What work tasks do you claim you performed for which you were not paid?

Installing malfunction receivers, all chargebacks, several pole mounts (custom work), various wall fishings (custom work), weekly 15 minute tech meetings at Mastec, cleaning my vehicle each week, following up with customers on appointments, training other technicians,  and time spent driving to shops to get supplies.

2)  How many hours per week do you estimate you spent on unpaid work tasks identified in 1) above?

Do not know

15.    **Witnesses - DIRECTV.**

Please identify any DIRECTV employees with whom you spoke at any time regarding  your work pertaining to any of the claims that you are asserting in this litigation:

n/a

16.    To the extent not requested above, please produce all documents in your possession regarding your pay for installing or repairing DIRECTV systems during the previous five (5) years, including pay stubs, state and federal income tax returns W-2 forms, W-4 forms, 1099 forms, itemized wage statements, and/or paychecks.

I declare under penalty of perjury that the forgoing statements are true and correct.

Date:                        Signed:

1121412

EXHIBIT B
Page 002035

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Juan Garcia Jr._
Juan Garcia

1121412

## DISCOVERY QUESTIONNAIRE

This Discovery Questionnaire and Requests for Production of Documents (the "Questionnaire") is being sent to you because you are an opt-in plaintiff in the lawsuit captioned, "*Christian Lang, et al. v. DIRECTV, Inc., et al*" Civil Action No. 10-1085, pending in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"). This Questionnaire contains a series of questions you must answer in connection with this lawsuit and a request for documents. Please answer all questions below completely and truthfully.

### *Questionnaire*

1.     **Personal Information**. Please provide the following information about yourself.

Name (First, Middle, Last):  Demetrius Louis Gardner

Maiden name (if applicable):

Nicknames and aliases (current and former):

Date of birth:                                   01/04/1974

Technician Number(s):

Current address:                             PO Box 1932 Metairie, LA 70004

Cell phone number (with area code):    504-931-9185

Home phone number (with area code):    n/a

E-mail address (primary):                  Dgardner80@gmail.com

1121566

EXHIBIT B
Page 002037

2.    **Education -- High School.**

      High School Graduate?                <u>Yes</u>

      Name of high school:               <u>GW Carver Sr. High School</u>

      School location (city, state):     <u>New Orleans, LA</u>

3.    **Education - College.**

      College Graduate?               <u>No</u>

      Name of college:               <u>Delgado College</u>

      School location (city, state):     <u>New Orleans, LA</u>

      Dates attended:                <u>2000 - 2001</u>

4.    **Education - Other Post-Secondary.**

      Post-Secondary Education?       <u>No</u>

      Name of post-secondary school:

      School location (city, state):

      Dates attended:

5.    **Licensure - SBCA/Accreditation.**

      Have you taken and passed any assessment test, received any accreditation, or completed and/or attended any courses offered through Satellite Broadcasting and Communications Associated ("SBCA") or other similar accreditation body?

        <u>Yes</u>

1121566

If "yes," please provide the following:
   Licenses held:                 <u>SBCA</u>

   Level of SBCA Certification:      <u>Level II</u>

Was this training provided by or through an employer, professional or industry association, or other entity?

     <u>Yes</u>

If "yes," please provide the following:
   Name of employer/association/entity:   <u>JP&D</u>

   Address:                <u>172 Harbor Circle New Orleans, LA</u>

   Dates of your employment/membership:   <u>2008-2009 & 2003-2005</u>

6.    **Licensure - SBCA/Accreditation - Costs.**

   Who paid the costs and fees associated with this training, if any?   <u>JP&D</u>

   Who paid the initial fees?   <u>JP&D</u>

   Who paid the renewal fees?   <u>Self</u>

1121566

7.      **Education - Other Training/Apprenticeship.**

Have you completed and/or attended any other formal training or apprenticeship related to the performance or provision of satellite installation services?

No

**Training/Apprenticeship:**

Name of training provider or association:

Nature of training or apprenticeship:

Were there any fees or costs associated

with this training?

If "yes," who paid for these fees and/or costs?

8.      **Bankruptcy Information.**

Have you filed for bankruptcy within the last five years?        No

A bankruptcy filing may affect your participation in this case. Your counsel will work with you to obtain relevant information regarding your bankruptcy filing.

9.      Have you ever filed a lawsuit in court or a complaint with an administrative agency (*e.g.,* Equal Employment Opportunity Commission or Department of Labor) regarding the pay you received for installing or repairing DIRECTV systems?

Yes

If "yes," please provide the following:

Nature of the lawsuit or complaint:        False Chargebacks

1121566

EXHIBIT B
Page 002040

Entity against whom the complaint was filed:                    <u>Multiband</u>

Agency with which claim was filed:

Date of Complaint:                              <u>2012</u>

Resolution:                                     <u>Payment of $200 or $300</u>


10.    **DIRECTV Work -- HSP's.**

Have any Home Service Providers ("HSP's") ever engaged you to perform work orders for DIRECTV customers?:

    <u>Yes</u>

If "yes," please provide the following information:


1121566

**HSP:**

Name:                                          JP&D Satellite

Address:                                       172 Harbor Circle New Orleans,
                                               LA
Telephone:

Dates of engagement:                           2008 - 2009

Position/title:                                Field Service Technician

Approximate dates of DIRECTV work              2008 - 2009
orders:

Did you have a contract with the HSP?          Yes


If "yes," please describe the terms of that contract:


     To install & maintain DIRECTV Systems

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?


     JP&D




Who supervised and/or reviewed your work at DIRECTV customer sites?


     JP&D

1121566

EXHIBIT B
Page 002042

Were you ever asked to correct your work at a DIRECTV customer site?

<u>Yes</u>

If "yes," please describe the circumstances.:

<u>Customer education problems, no signal on dish, malfunction receivers</u>

With whom did you speak regarding any issues (e.g., customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>JP&D Supervisor</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Do not know the amounts but chargebacks were big business. They would give you reasons, but only after you received the chargeback. Every week the rules changed and no one explained until after the chargebacks were given.</u>

11. **DIRECTV Work - Subcontractors.**

To the extent not set forth above, please provide the following information:

Have any subcontractors ever engaged you to perform work orders for DIRECTV customers?

<u>Yes</u>

If "yes," please provide the following information:

1121566

**Subcontractor:**

Name:                                    Unique Satellite

Address:                                 Hammond, LA - Multiband
                                         Office in Baton Rouge, LA
Telephone:

Dates of engagement:                     2010 (3 or 4 months)

Position/title:                          Technician

Approximate dates of DIRECTV work        2010 (3 or 4 months)
orders:

Did you have a contract with the subcontractor?        No

If "yes," please describe the terms of that contract:

Did the subcontractor have a contract with an HSP?        Yes

If "yes," please identify the HSP and describe what you know about that

contract (terms, etc.).

        Multiband

Did the subcontractor have a contract with DIRECTV?        No

If "yes," please describe what you know about that contract (terms, etc.).

1121566

Who set your assignments and daily work schedule while you were performing

work at DIRECTV customer sites?

> Multiband

Who supervised and/or reviewed your work at DIRECTV customer sites?

> Multiband

Were you ever asked to correct your work at a DIRECTV customer    <u>Yes</u>

site?

If "yes," please describe the circumstances.:

> <u>Any time I returned, or customer called back we would receive a charge
> back. Change dish location, ensuring customer satisfaction, all unpaid.</u>

1121566

EXHIBIT B
Page 002045

With whom did you speak regarding any issues (*e.g.*, customers not at home, schedule delays, equipment problems, etc.) you had at DIRECTV customer sites?

<u>Juan (Owner)</u>

Did you ever have a charge-back for your work at a DIRECTV customer site?

<u>Yes</u>

If so, please describe what happened (type of chargeback, amount of chargeback, who imposed the chargeback, process, and resolution). Please also indicate how much money was "charged back" and, if you know, how that amount was calculated.:

<u>Received a lot of charge-backs without explanation ranging from $40 - $85. Imposed by Multiband as an automatic chargeback.</u>

12. **DIRECTV Work - Direct Contracts.**

Have you ever had a contract directly with DIRECTV?    <u>No</u>

If "yes," please provide information about the nature and terms of that contract.:

13. **Employment.**
Please fully identify each job you have held (including temporary employment and self- employment in which you rendered services for compensation) from January 1, 2005 to the present.

1121566

**<u>Entity</u>:**

Name:                                                    <u>Cox</u>

Address:                                                 <u>3131 Elysian Fields Ave New
                                                         Orleans, LA</u>

Telephone:                                               <u>504-304-8444</u>

Dates of employment:                                     <u>August 2005 - October 2007</u>

Position/title:                                          <u>Field Service Technician</u>

Did you sign an employment agreement?                    <u>No</u>

Tasks performed:                                         <u>Install Telephone & Cable
                                                         Services</u>

Name of supervisor/manager:

Method of pay (*i.e.*, piece-rate, hourly,

salary):

Rate of pay/wage/salary:

Hours worked per week (Average):

Amounts owed (if applicable):

Did you receive a:                                       <u>W-2</u>

Who issued your 1099/W-2?                                <u>Cox</u>

Who kept track of your hours? If you kept track of your own hours, how did you

keep track of your hours and to whom did you report your hours?

1121566

EXHIBIT B
Page 002047